**Exh. 9**

# AFFIDAVIT OF RUSSELL JAMES RAMSLAND, JR

1. My name is Russell James Ramsland, Jr., and I am a resident of Dallas County, Texas. I hold an MBA from Harvard University, and a political science degree from Duke University. I have worked with the National Aeronautics and Space Administration (NASA) and the Massachusetts Institute of Technology (MIT), among other organizations, and have run businesses all over the world, many of which are highly technical in nature. I have served on technical government panels.

2. I am part of the management team of Allied Security Operations Group, LLC, (ASOG). ASOG is a group of globally engaged professionals who come from various disciplines to include Department of Defense, Secret Service, NSA, and the Central Intelligence Agency. We also contract with statisticians when needed. It provides a range of security services, but has a particular emphasis on cybersecurity, open source investigation and penetration testing of networks. We employ a wide variety of cyber and cyber forensic analysts as employees, consultants and contractors. We have patents pending in a variety of applications from novel network security applications to SCADA (Supervisory Control and Data Acquisition) protection and safe browsing solutions for the dark and deep web. For this report, I have relied on these experts and resources.

3. Our team has extensive experience as white hat hackers and employ many methodologies and tools to trace and certify connections between servers, network nodes and other digital properties and probe for network system vulnerabilities. In addition to Robtex and Spiderfoot, we also employ such tools as Whois, GeoIpLookup, nslookup, host, ipinfo.io, etc.

4. I have read the redacted declaration by Spider and can attest to it's credibility and accuracy from our own company's work that has found many of the same connections, relationships and vulnerabilities. Further, Clarity Elections and Scytl are integral to the network as well as Dominion and Edison Research and they too have multiple vulnerabilities and their vulnerabilities represent further vulnerabilities into Dominion and Edison Research.

5. For instance, inside the SCYTL System at a point called staging.scytl.us, malware called QSnatch is visible. QSnatch represents a deep vulnerability to any election system that touches it such as Dominion and Edison Research. QSnatch characteristics include:

- **CGI password logger** - This installs a fake version of the device admin login page, logging successful authentications and passing them to the legitimate login page.
- **Credential scraper** – This grabs the credentials of any administrator whose system loads any information into Scytl or Clarity Elections which includes Dominion and Edison Research. This means the credentials of every county of every state where Dominion manages elections in the U.S. are vulnerable. This includes all of Georgia.
- **SSH backdoor** – This allows the cyber actor to execute arbitrary code on a device.
- **Exfiltration** – When run, steals a predetermined list of files which includes system configuration & log files. Encrypted with hacker's public key and sent to their infrastructure over HTTPS.
- **Webshell functionality** – Allows an attacker remote access

- **Persistence & Mitigation** – The malware itself can make it impossible to run needed firmware updates. Once infected, a full factory reset must be done on the device prior to doing a firmware update to stop vulnerability.

**Here is its location:**



**Here it can be seen embedded:**

```
"iid": 14271845,
"type": "ip",
"indicator": "13.32.202.112",
"risk": "none",
"risk_recommended": "none",
"manualrisk": 0,
"retired": null,
"stamp_added": "2020-08-16 07:19:05",
"stamp_updated": "2020-09-21 18:57:23",
"stamp_seen": "2020-09-15 01:15:00",
"stamp_probed": "2020-09-21 18:57:23",
"stamp_retired": null,
```

6. Source code for Dominion can be easily obtained on the dark web so that an attacker knows all the vulnerable points and can plant any malicious code the attacker desires. Here is a small sample of what can be seen on Pirate Bay TORR:

```
"ProductCode","ProductName","ProductVersion","OpSystemCode'
Type"
11818,"OpenElect","1.0","189","1422","English","Voting"
15134,"Hart Voting System Software Files
(BallotNow)","3.3.12","189","2049","English","Voting"
15134,"Hart Voting System Software Files
(BallotNow)","3.3.12","366","2049","English","Voting"
15542,"Open Elect Release","1.2","51","1422","English","Vo'
16786,"OpenElect","1.3","51","1422","English","Voting"
17345,"Installed files for D-Suite 4.14-D,WinEDS 3.1.012, \
4.0.175","2016-01-12","786","2530","English","Voting"
17429,"Democracy Suite Election Event Designer (EED) Insta'
File","4.14.37","365","2530","English","Voting"
17430,"Democracy Suite ImageCast Central (ICC) Installed
File","4.14.17","365","2530","English","Voting"
17431,"Democracy Suite Adjudication (ADJ) Installed
File","2.4.1.3201","365","2530","English","Voting"
```

7. This situation is especially dangerous and egregious because the Dominion Election Management System's central accumulator does not include a protected real-time audit log that maintains the date and time stamps of all significant election events. Key components of the system

utilize unprotected logs. Essentially this allows the internal operator or an external attacker the opportunity to arbitrarily add, modify, or remove log entries, causing the machine to log election events. The system makes the creation and maintenance of various logs voluntary, so that the user has a choice to "not retain" or "conceal" their actions. Further, when logs are left unprotected and can be altered, they no longer serve the functional purpose of provided a transparent audit log to the public or election officials.

8. With the already observed level of vulnerabilities to malicious actors, internal or external, we decided to look at our data to determine if the election results were the same in counties that used Dominion machines compared to the rest of the counties as a method to determine whether solid evidence existed that Dominion was in fact acting strangely. Our data included votes for each county in the United States and U.S. Census variables from 2017. We conducted multiple regression analysis using U.S. Census data to develop a model/equation to predict in any county what percentage of the vote could reasonably be expected to go to candidate Biden. We tested the model and while naturally the percentage Biden actually achieved in each county fluctuates from the predicted value, we found for most counties the model does a good job in predicting what should be Biden's percentage of votes won. After we developed our predictive model, we obtained a data file from the U.S. Election Assistance Commission showing the voting machines used by each county in the United States.

9. Our first test looked at Biden performance by machine type. To aid in this research we calculated the number of percentage points Biden was over or under our predicted value in each county. Our initial analysis

then examined Biden's over/under performance against voting machine type. The results for any machine type should average around zero. The results for most machine types are as we would expect; Biden's over/under performance averages near zero for most counties/machines. **However, the election results from counties using Hart machines and the ImageCast X/ICX BMD from Dominion Voting Systems have an abnormally high average of over-achievement by candidate Biden.**

10. The following graph shows that in counties that used the Hart machine or the Dominion BMD device, Biden's performance was approximately five percentage points higher (Dominion BMD) or six percentage points higher (Hart) than it should have been. **In Georgia this translates into 123,725 votes that are statistically invalid.**



11. Next, we counted, for each machine type, the number of counties in which Biden over-performs expectations and the number of counties in

which he under-performs. In normal circumstances any candidate should perform above expectations roughly 50% of the time and under-perform roughly 50% of the time. We see this normal result in the "Other" machine counties, with candidate Biden performing "above" expected values 46% of the time. However, in the Dominion/Hart machine counties, Biden performs above expectations 78% of the time. **This is highly indicative (and 99.9% statistically significant) that something strange is occurring with the Dominion/Hart machines.**

12. We checked this finding by doing a CHAID analysis (Chi-Squared Automatic Interactions Detection) where the CHAID algorithm searched through the different types of voting machines used – and grouped the machines together that show similar results. **We saw that ultimately, in counties using the Dominion or Hart machines, Biden received 5.5 percentage points higher than he was expected to achieve** – or likely **would have achieved if the counties used any other type of machine. This represents 136,098 votes that are in serious question. This was very much in line with our previous findings of a 5% advantage when using Dominion equipment in paragraph 10 above.** The above findings are statistically significant at the 99.9% level or higher.

13. The next question to answer was whether this average of 5.5% was from relatively few counties having extraordinarily high results for Biden, or if several of the "Dominion" counties were showing unusually high results. The graph below clearly shows that the votes from counties using Dominion machine follows a distinct and unusual pattern, which is in fact a very predictable mathematical pattern. This is consistent with our findings in Michigan on Dominion machines where its clear the

RCV algorithm was used to allocate votes, instead of the winner being decided by the votes themselves (see paragraph 16). If the Dominion counties were acting as they should – like all the other counties – then the green dots (representing Biden's results in counties with Dominion/Hart machines) in the graph below would overlay the blue dots (Biden results in all other counties) in a similar, "mixed up"/random fashion. But we do not see this. Instead, we see the green dots centered higher than the center of the blue dots, meaning the Dominion counties were, on average, performing continuously above the predicted values for Biden had the counties using any other machines. **This indicates the fraud was widespread** and impacted vote counts in a systematic method **across many machines and counties.**

**Graph: Dominion/Hart BMD Machines vs. Other Machines**
**(Green = Dominion/Hart, Blue = All Others)**



14. Further research indicated many other red flags in Georgia itself providing evidence that the system's many vulnerabilities were indeed being exploited by actors internal or external in the 2020 election.

15. The first red flag comes from mail-in ballots dates. The voter records of the counties show that 96,600 mail-in ballots were voted, yet the county records show they were never received back. Further, 42 mail-in ballots were received back completed *before* they were mailed out to the voter by the county, 1,887 mail-in ballots were received back completed *the same day* they were mailed out to the voter by the county, 1,786 mail-in ballots were received back completed *one day after* they were mailed out to the voter by the county and 2,275 mail-in ballots were received back completed only *two day after* they were mailed out to the voter by the county. This impossible phenomenon occurred throughout the counties of Georgia and were not an isolated event. Following is a summary:.

**GEORGIA   MAIL-IN BALLOT     ISSUES**

| | |
|---|---:|
| Ballots received back completed BEFORE they were mailed out | 42 |
| Ballots received back completed THE SAME DAY they were mailed out | 1,887 |
| Ballots received back completed ONE day after they were mailed out | 1,786 |
| Ballots received back completed TWO days after they were mailed out | 2,275 |
| Total Ballots with impossible mail out and received back completed dates | **5,990** |
| | |
| Ballots with NO RETURN RECORD AT ALL | 231,188 |
| Ballots with NO RETURN RECORD & Cancelled | 134,588 |
| Ballots with NO RETURN RECORD & Voted | **96,600** |
| | 231,188 |

Therefore, from this data I conclude to a reasonable degree of professional certainty that at least 96,600 votes were illegally counted in the Georgia general election.

16. The following data from Michigan strongly suggests that the additive algorithm (a feature enhancement referred to as "ranked choice voting algorithm" or "RCV") was activated in the code as shown in the Democracy Suite EMS Results Tally and Reporting User Guide, Chapter 11, Settings 11.2.2. It reads in part, "RCV METHOD: This will select the specific method of tabulating RCV votes to elect a winner". For instance, blank ballots can be entered into the system and treated as "write-ins." Numerous reports of write-in votes mysteriously appearing on poll closing tapes have been reported by poll workers, such as that of Keith Kaminski of Detroit, MI, attached. The operator can then enter an allocation of the write-ins among candidates as he or she wishes. The result then awards the winner based on "points" that the algorithm computes, not actual voter votes. The fact that we observed raw vote data in the Edison Research feed and data coming directly from the Dominion data feed that includes decimal places proves that the winner was selected by an algorithm, and not individual voter's choice. Otherwise, votes would be solely represented as whole numbers (votes cannot possibly be added up and have decimal places reported). Below is an excerpt from Dominion's direct feed to news outlets showing actual calculated votes with decimals. Use of the RCV algorithm is completely consistent with the mathematical advantage for Biden when using Dominion or Hart equipment as demonstrated in paragraphs 9, 10, 11 and 12 above.

| state | timestamp | eevp | trump | biden | TV | BV |
|---|---|---|---|---|---|---|
| michigan | 2020-11-04T06:54:48Z | 64 | 0.534 | 0.448 | 1925865.66 | 1615707.52 |
| michigan | 2020-11-04T06:56:47Z | 64 | 0.534 | 0.448 | 1930247.664 | 1619383.808 |

| | | | | | | |
|---|---|---|---|---|---|---|
| michigan | 2020-11-04T06:58:47Z | 64 | 0.534 | 0.448 | 1931413.386 | 1620361.792 |
| michigan | 2020-11-04T07:00:37Z | 64 | 0.533 | 0.45 | 1941758.975 | 1639383.75 |
| michigan | 2020-11-04T07:01:46Z | 64 | 0.533 | 0.45 | 1945297.562 | 1642371.3 |
| michigan | 2020-11-04T07:03:17Z | 65 | 0.533 | 0.45 | 1948885.185 | 1645400.25 |

17. In my professional opinion, this presents unambiguous evidence that Dominion Voter Systems, Edison Research, Clarity Elections and Scytl have been accessible and were certainly compromised by rogue actors, such as Iran and China among others. Numerous easily discoverable leaked credentials combined with servers and employees connected with rogue actors and hostile foreign influences neglectfully allowed foreign adversaries to access data and intentionally provided access to their infrastructure in order to monitor and manipulate elections without a trace due to poor or changeable audit logs, including the most recent election in 2020. This represents a complete failure of their duty to provide basic cyber security. This is not a technological issue, but rather a governance and basic security issue.  This 2020 election was not secure and citizens should not have confidence in the results.

18. Based on the foregoing, we believe this presents unambiguous evidence that using multiple statistical tools and techniques to examine if the use of voting machines manufactured by different companies affected 2020 US election results, we found the use of the Dominion X/ICX BMD (Ballot Marking Device) machine, manufactured by Dominion Voting Systems, and machines from HART InterCivic, appear to have abnormally influenced election results and **fraudulently and erroneously attributed from 123,725  to 136,098 votes to Biden in**

**Georgia. Those votes must be disregarded when tabulating the election results.**

Key Findings:

- In counties using Dominion BMD voting machines, candidate Biden appears to have consistently received 5% more votes than he should have received
- Biden over-performed predicted/expected values in 78 % of the counties that used Dominion or Hart machines. In counties with other machines, Biden over-performed only 46% of the time (anything close to 50% is normal/expected)

19. Based on the foregoing, I believe that these statistical anomalies and impossibilities compels the conclusion to a reasonable degree of professional certainty that the vote count in Georgia for candidates for President contain **at least 96,600, and as many as 136,098 illegal votes that must be disregarded.**

Further Affiant sayeth naught

_____   Dated: 11/25/2020

Russell James Ramsland, Jr.

Sworn to before me  11/25/2020

*Sarah Agee*



SARAH AGEE
Notary Public, State of Texas
Comm. Expires 08-20-2022
Notary ID 131688896