# Exh. 13

*Fill out and mail to: Every Legal Vote - Integrity Project 11816 Inwood Dr. Suite 231, Dallas, TX, 75244*
*Scan the Executed Sworn Affidavit and email FraudReport@EveryLegalVote.com*

## AFFIDAVIT

STATE OF ____Georgia____ §
§
COUNTY OF __Fulton__ §

BEFORE ME, the undersigned, on this date personally appeared __B. Trinh Ha__, known to me to be the person whose name is subscribed to the following Affidavit and who, after being duly sworn by me, stated upon his or her oath as follows:

"My name is: _____Ursula V. Wolf_____.

___On October 13, 2020 I went to early vote at the Alpharetta Library located at 10 Park Plaza, Alpharetta, GA 30009. The lines were long. Clerk informed those in line that the computers were freezing and that only 2 poll pads were functional and thus the slow process. After a 3 hour wait, my turn to get my vote card came up. I presented my GA DL and it was scanned at the poll pad. At which time poll worker James Campbell told me that I had already voted. I told him I absolutely have not. He then asked if I had requested an absentee ballot and I replied no. He attempted to make an entry on the poll pad only to tell me that the poll pad was frozen. He gave me an affidavit to sign and told me he was adding me to the list of manual ballots in his computer and gave me a vote card from the table without being processed thru the poll pad. I asked who had voted for me and if there was an explanation for the error, he indicated he could not tell what the problem was__."

Signature: _____

Printed Name: __Ursula V. Wolf__

SUBSCRIBED AND SWORN to before me on the __20th__ day of __November__, 2020.

_____
Notary Public in and for the
State of __GA__.

My Commission Expires:
__05/04/2021__