# Exh. 18

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| L. LIN WOOD, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRAD RAFFENSPERGER, in his official ) <br> capacity as Secretary of State of the State ) <br> of Georgia, REBECCA N. SULLIVAN, ) <br> in her official capacity as Vice Chair of ) <br> the Georgia State Election Board, ) <br> DAVID J. WORLEY, in his official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, MATTHEW ) <br> MASHBURN, in his official capacity as ) <br> a Member of the Georgia State Election ) <br> Board, and ANH LE, in her official ) <br> capacity as a Member of the Georgia ) <br> State Election Board, ) <br> ) <br> Defendants. ) <br> _____ ) | CIVIL ACTION FILE NO. <br> 1:20-cv-04651-SDG |

## AFFIDAVIT OF CARLOS E. SILVA IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, Carlos E. Silva, declare under penalty of perjury that the following is true and correct:

{00584033. }

1

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I am and have been a Florida trial lawyer for over 26 years.

3. I am a registered Democrat.

4. Me and several people from my firm were very interested in the election process in this country and wanted to be observers in the Georgia recount process to see if we had a valid, secure and non-biased voting system.

5. On Sunday, November 15, 2020 I arrived to Dekalb County Poll Precinct located at 2998 Turner Hill Road, Stonecrest, GA 30038.

6. I was allowed to be an observer and walked over to a table of two women counting votes.

7. I watched them pull out a pile of what I observed to be absentee ballots and noticed two very distinct characteristics that these ballots had. One, I noticed that they all had a perfect black bubble and were all Biden select. I was able to observe the perfect bubble for a few minutes before they made me move away from the table. At no time did I speak to the poll workers or obstruct them in any way. I heard them go through the stack and call out Biden's name over 500 times in a row.

{00584033.}

2

8. On the following day, on November 16, 2020, I presented myself to Cobb County Poll Precinct located at 2245 Callaway Road SW, Marietta, GA. At first, I was standing next to the panel reviewers in Room B, where I observed absentee ballots being reviewed with the same perfect bubble that I had seen the night before at Dekalb County. All of these ballots had the same two characteristics: they were all for Biden and had the same perfect black bubble.

9. After being there for over an hour, I walked over to Room C where the absentee ballots were being manually recounted (audited). While in this room, I did not hear a verbal callout as to each ballot as I had heard the day before in Dekalb County. It was instead, done in a silent manner between both poll workers.

10. I was able to visualize the perfect bubble with the name Biden on it for approximately ten minutes before a female middle aged (blonde hair with glasses) supervisor in a ski jacket asked me to move ten feet away and refused to give me her name. Later on, one of the people traveling with me from my office, heard her say to keep an eye on the guy with a blue blazer and a pocket square, he is not allowed to come on the floor and observe past the yellow tape. I was the only one wearing a blue blazer with a pocket square.

11. I also observed a dispute at one of the tables between an observer and a male supervisor (perhaps in his mid-thirties) who stated that a box had been certified incorrectly because the recount number was different than the original number. The observer was also upset because nothing was done about it.

12. I also saw absentee ballots for Trump inserted into Biden's stack and were counted as Biden votes. This occurred a few times.

13. I also observed throughout my three days in Atlanta, not once did anyone verify signatures on these ballots. In fact, there was no authentication process in place and no envelopes were observed or allowed to be observed.

14. I saw hostility towards Republican observers but never towards Democrat observers. Both were identified by badges.

15. Lastly, after my frustrating experience, I decided to try to speak one of the poll workers after hours. I identified myself as an observer that wanted to know more about the process and any pressure he may have been under. He advised that they, as poll workers, have been prohibited to speak to observers at any time, and that the pressure they have been under by their supervisors has been great. Not only in the speed of counting, but in reference to

irregularities that he was not at liberty to discuss with me. I asked him if he could find some time to speak with me after he was done counting and relieved of his duties and he said he was advised to never speak to anyone about the process.

16. Based on my observations, I have reached the conclusion that in the counties I have observed, there is widespread fraud favoring candidate Biden only. There were thousands of ballots that just had the perfect bubble marked for Biden and no other markings in the rest of the ballot.

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct.

_____
Carlos E. Silva

STATE OF GEORGIA

COUNTY OF FULTON

Carlos E. Silva appeared before me, a Notary Public in and for the above jurisdiction, this 17th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]

_____
Notary Public

My Commission Expires 07-29-2024

{00584033.2}                                6

Ex. I to TRO Motion:
Silva Affidavit