# Exh. 28 – Affidavit of Mitchell Harrison

**AFFIDAVIT**

STATE OF GEORGIA

COUNTY OF CHEROKEE

Personally appeared before the undersigned attesting officer, duly authorized to administer oaths in said State and County, Mitchell Harrison, who after being duly sworn, deposes and says upon oath:

1. My name is Mitchell Harrison, and I am a resident of Cherokee County Georgia. I am a college student, but also work for the Georgia Republican party as a Field Organizer. I am over the age of 18 and make these statements based on my personal knowledge of the facts, matters and events described herein.

2. As part of my assignment with the Georgia Republican party, I was to monitor ballot counting and processing in Fulton County. On the evening of election night, November 3, 2020 I reported to the Fulton elections office located at 1365 English Street in Atlanta. There I met with Brandon Moye, the Regional Field Director. Brandon assigned Michelle Branton and I to go observe the counting of absentee and military ballots at the State Farm arena location in downtown Atlanta. I understood that Michelle and I were to be involved in closely monitoring the ballot counting process.

3. After arrival at State Farm Arena, Michelle and I were taken to an observation area located on Level 5. Besides Michelle and myself, there was also a news crew from Fox News and I believe 11 Alive. For Fox News this included their broadcaster, photographer, and producer. The observation area itself was roped off, leaving us very far away from the ballot counting activity we were assigned to monitor. Also, there were certain areas of the large counting room that we could not see at all due to angles, doors, and walls. We were specifically instructed by Fulton officials that we could not leave that area to observe from any other location or vantage point.

4. The room where the ballot processing took place is a very large room and there were at least 25 employees working there, I am not sure of the exact number. Michelle and I noted that Robb Pitts, the Chairman of the Fulton County Commission was in the counting room and stayed there

1

CB Document 1-28 Filed

for much of the night. Also, Joe Carn, another Fulton Commission member was in the counting room area, and he actually spoke with us briefly.

5. It was frustrating during the time Michelle and I were there because we were kept so isolated from where the ballot processing and counting activity was actually taking place. The location and layout of the observation area, ironically, made it difficult to observe much that was going on in the ballot counting area.

6. For example, the machine that copied the UOCAVA electronically received ballots (sometimes called military ballots) onto paper copies could only be viewed from the side and the doors to that area were positioned in a way that prevented us from any viewing of this process. Additionally, the scanners that scanned the absentee ballots were not visible to us at all.

7. The only way we knew that the scanners were located across this large room and was that Regina Waller, Public Affairs Manager for Elections spoke to us at one point and she described the process to Michelle and to me. There were several different news crews that came and went that evening from this same observation area.

8. Sometime after 10 o'clock p.m., the counting activity slowed. Shortly afterward, a younger lady with long braided bus blond hair yelled out to all of them they should stop working and come back tomorrow (the next day, Wednesday November 4th) at 8:30 A.M.. Thereafter, all but 4 election employees left State Farm, leaving just the blond haired lady (who Michelle and I assumed was the supervisor), two older ladies and Regina Waller at the location. This lady had appeared through the night and Michelle and I believed her to be the supervisor.

9. Another task we had been given by Brandon was to inquire how many ballots had been processed and how many were still left to go. We posed these questions to Regina Waller, the Public Affairs Manager for Elections. She seemed uncomfortable at times answering us, and she called someone which we interpreted as asking for help on how to respond to us. Ultimately, she refused to answer our questions and told us we had to "look it up on the website". In all, we asked Regina Waller for this information at least three separate times and she would not give us an answer.

10. After concluding that Regina Waller would not give us this information on the number processed versus the ones still left to be processed, we along with the Fox News crew left the

2

State Farm Arena shortly after 10:30 p.m. When we left, Regina, the "supervisor" and only two other people remained in the area of the scanners.

11. We were then told to return to the Fulton County Board of Elections Warehouse on English Street. Shortly after we arrived at the Warehouse Facility, Regina Waller entered the facility within 15-20 minutes of when we arrived. The English Street facility is a huge warehouse storing election machines, scanners and other election equipment.

12. Sometime thereafter while still at English Street, we heard from news crews that ballot counting was still going on at State Farm Arena, even though we were told it had ceased for the night and would not resume until Wednesday morning. So, Brandon Moye and Trevin McKoy and I to go back to State Farm arena. This was just before 1:00 A.M. on Wednesday morning.

13. When Trevin McKoy and I arrived at State Farm, we were told that counting had been going on, but had just ended in the last few minutes. We asked the security representative to take us to the ballot counting area, initially he was hesitant and called his supervisor for instruction. That second person arrived and he agreed to take us in. He told us his name was Phillip. When we arrived at the same observation area, there was no one counting ballots. Again we were told that those counting the ballots had "just finished" and that there had been about 5 people there. Trevin and I thought that was odd because at 10:30 P.M., Regina Waller and the supervisor lady had said they were done counting for the night, and would not resume until 8:30 A.M. the next morning.

**FURTHER THE AFFIANT SAYETH NOT.**

Mitchell Harrison

Mitchell Harrison

Sworn to and subscribed before me
this _____ day of November, 2020.

_____

Notary Public

3