# IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| **CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, JASON M SHEPHERD,** on behalf of the **COBB COUNTY REPUBLICAN PARTY,** and **BRIAN JAY VAN GUNDY,**<br><br>     **Plaintiffs**<br><br>v.<br><br>**BRIAN KEMP,** in his official capacity as Governor of Georgia, **BRAD RAFFENSPERGER,** in his official capacity as Secretary of State and Chair of the Georgia State Election Board, **DAVID J. WORLEY,** in his official capacity as a member of the Georgia State Election Board, **REBECCA N. SULLIVAN,** in her official capacity as a member of the Georgia State Election Board, **MATTHEW MASHBURN,** in his official capacity as a member of the Georgia State Election Board, and **ANH LE,** in her official capacity as a member of the Georgia State Election Board,<br><br>     **Defendants.** | **CASE NO.**<br><br>**1:20-cv-4809** |

## CERTIFICATE OF INTEREST ED PERSONS AND CORPORATE DISCLOSURE STATEMENT

(1) The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action,

including any parent corporation and any publicly held corporation that owns

10% or more of the stock of a party:

**Plaintiffs:**

Coreco Ja'qan Pearson,

Vikki Townsend Consiglio,

Brian Jay Van Gundy, Assistant Secretary of the Georgia Republican

Party

Jason M Shepherd, on behalf of the Cobb County Republican Party

Gloria Kay Godwin,

James Kenneth Carroll

Carolyn Hall Fisher

Cathleen Alston Latham

Jason M Shepherd, on behalf of the Cobb County Republican Party

**Defendants:**

The Honorable Brian Kemp, in his official capacity as the Governor of

Georgia;

The Honorable Brad Raffensperger, in his official capacity as Secretary

of State of the State of Georgia;

Rebecca N. Sullivan, in her official capacity as Vice Chair of the

Georgia State Election Board;

David J. Worley, in his official capacity as a Member of the Georgia State Election Board;

Matthew Mashburn, in his official capacity as a Member of the Georgia State Election Board; and

Anh Le, in her official capacity as a Member of the Georgia State Election Board.

(2) The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

DefendTheRepublic.org.

Cobb County, Georgia Republican Party

(3) The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**Plaintiffs:**

Harry W. MacDougald
Georgia Bar No. 463076
CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700
sidney@federalappeals.com
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775

Julia Z. Haller *
District of Columbia Bar No. 466921
hallerjulia@outlook.com
Of counsel to Sidney Powell, office address to be updated.

Emily P. Newman*
Virginia Bar License No. 84265
enewman@protonmail.com
Of counsel to Sidney Powell, office address to be updated.


L. Lin Wood
GA Bar No. 774588
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
Telephone: (404) 891-1402
lwood@linwoodlaw.com

Howard Kleinhendler*
NEW YORK BAR NO. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
Office (917) 793-1188
Mobile (347) 840-2188
howard@kleinhendler.com
www.kleinhendler.com

*Applications for admission pro hac vice forthcoming

**Defendants**

No appearance yet.

Respectfully submitted, this 27th day of November, 2020.

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice
forthcoming

CALDWELL, PROPST & DELOACH,
LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

*Attorneys for Plaintiffs*

The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

This is to certify that I have on this day e-filed the foregoing Plaintiffs'

Certificate of Interested Persons with the Clerk of Court using the CM/ECF

system, and that I have delivered the filing to the Defendants by email and

FedEx at the following addresses:

This 27th day of November, 2020.

Governor Brian Kemp
206 Washington Street
111 State Capitol
Atlanta, GA 30334

Secretary of State Brad Raffensperger
214 State Capitol
Atlanta, Georgia 30334
brad@sos.ga.gov
soscontact@sos.ga.gov

Rebecca N. Sullivan
Georgia Department of Administrative Services
200 Piedmont A venue SE
Suite 1804, West Tower
Atlanta, Georgia 30334-9010
rebecca.sullivan@doas.ga.gov

David J. Worley
Evangelista Worley LLC
500 Sugar Mill Road
Suite 245A
Atlanta, Georgia 30350
david@ewlawllc.com

Matthew Mashburn
Aldridge Pite, LLP
3575 Piedmont Road, N.E.
Suite 500

Atlanta, Georgia 30305
mmashburn@aldridgepite.com

Anh Le
Harley, Rowe & Fowler, P.C.
2700 Cumberland Parkway
Suite 525
Atlanta, Georgia 30339
ale@hrflegal.com

                                        s/ Harry W. MacDougald
                                        Harry W. MacDougald
                                        Georgia Bar No. 463076

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956