IN THE UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, JASON M SHEPHERD, on behalf of the COBB COUNTY REPUBLICAN PARTY and BRIAN JAY VAN GUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>Defendants. | CASE NO.<br><br>1:20-cv-4809 |

This matter comes before the Court on Plaintiffs' Motion to File Affidavits Under Seal And For In Camera Review pursuant to LR 7.5 and 65.1, and Section II(J) of Appendix H to the Local Rules, and having shown that the requested relief that certain affidavits be sealed with specific identification of the portions for which sealing is necessary, the likelihood of

injury to the interests of the affiants if public disclosure were made, and the lack of less onerous alternatives to the sealing of the affidavits to protect the personal safety and harm to the interests of the affiants, and for good cause appearing;

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED, and the affidavits to be filed under seal until further order of the Court, and Plaintiffs are permitted to file these affidavits with the identifying information redacted in the public docket.

Dated: November ____, 2020.

_____
The Honorable Timothy C. Batten
U.S. District Court Judge