# Exh. C

# Proposed Order

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| **CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY, JASON M. SHEPHERD ON BEHALF OF THE COBB COUNTY REPUBLICAN PARTY** | **CASE NO. 1:20-cv-4809** |
| **Plaintiffs,** | |
| **v.** | |
| **BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N.SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,** | |
| **Defendants.** | |

## ORDER GRANTING EMERGENCY INJUNCTIVE RELIEF

THE COURT has before it Plaintiffs' Emergency Motion for Injunctive

Relief filed. November 27, 2020, seeking:

1. An order directing Governor Kemp, Secretary Raffensperger and the
   Georgia State Board of Elections to de-certify the election results;

2. An order enjoining Governor Kemp from transmitting the currently
   certified election results to the Electoral College;

3. An order requiring Governor Kemp to transmit certified election results
   that state that President Donald Trump is the winner of the election;

4. An order that no votes received or tabulated by machines that were not
   certified as required by federal and state law be counted;

5. A declaratory judgment declaring that Georgia Secretary of State Rule
   183-1-14-0.9-.15 violates O.C.G.A. § 21-2-386(a)(2) and the Electors
   and Elections Clause, U.S. Const. Art. I, § 4;

6. A declaratory judgment that Georgia's failed system of signature
   verification violates the Electors and Elections Clause by working a de
   facto abolition of the signature verification requirement;

7. A declaratory judgment declaring that current certified election results
   violate the Due Process Clause, U.S. Const. Amend. XIV;

8. A declaratory judgment declaring that mail-in and absentee ballot fraud
   must be remedied with a Full Manual Recount or statistically valid
   sampling that properly verifies the signatures on absentee ballot
   envelopes and that invalidates the certified results if the recount or

sampling analysis shows a sufficient number of ineligible absentee

ballots were counted;

9.  An emergency declaratory judgment that voting machines be seized and

impounded immediately for a forensic audit by plaintiffs' experts;

10. A declaratory judgment declaring absentee ballot fraud occurred in

violation of Constitutional rights and election laws under state law;

11. A permanent injunction prohibiting the Governor and Secretary of State

from transmitting the currently certified results to the Electoral College

based on the overwhelming evidence of election tampering; and

12. Immediate production of 36 hours of security camera recording of all

rooms used in the voting process at State Farm Arena in Fulton County,

GA from 12:00 AM November 3, 2020 to 12:00 PM on November 4,

2020.

Plaintiffs also contend that on November 27, 2020, Union County officials

advised that they are going to wipe or reset the voting machines of all data and

bring the count back to zero on Monday, November 30, 2020 for purposes of a

machine recount commencing that day.  Plaintiffs contend this act and any like it

must be immediately enjoined across the state of Georgia pursuant to 52 U.S.C. §

20701 (preservation of voting records) because resetting the machines would

destroy the evidence on them and make impossible any forensic computer audit of

the election computer systems for the 2020 General Election. Plaintiffs therefore ask for an injunction to prevent any wiping of data, and to ensure forensic analysis can take place.

Plaintiffs further ask for emergency injunctive to expedite the flow of discovery material and to preserve the Voting Systems computer data information;

The Court has reviewed the terms and conditions of this Emergent Injunctive Relief Order, and for good cause shown IT IS HEREBY ORDERED THAT:

1. A Temporary Restraining Order is immediately in effect to preserve the voting machines in the State of Georgia, and to prevent any wiping of data, until such time as a full computer audit is completed.

2. Governor Kemp, Secretary Raffensperger and the Georgia State Board of Elections are to de-certify the election results.

3. Governor Kemp is hereby enjoined from transmitting the currently certified election results to the Electoral College.

4. Governor Kemp is required to transmit certified election results that state that President Donald Trump is the winner of the election.

5. It is hereby Ordered that no votes received or tabulated by machines that were not certified as required by federal and state law be counted.

6. A declaratory judgment is hereby issued declaring that Georgia Secretary of State Rule 183-1-14-0.9-.15 violates the Electors and Elections Clause, U.S. Const. art. I, § 4.

7. A declaratory judgment declaring that Georgia's failed system of signature verification violates the Electors and Elections Clause by working a de facto abolition of the signature verification requirement is hereby issued.

8. A declaratory judgment declaring that current certified election results violates the Due Process Clause, U.S. Const. Amend. XIV is hereby issued.

9. A declaratory judgment declaring that mail-in and absentee ballot fraud must be remedied with a Full Manual Recount or statistically valid sampling that properly verifies the signatures on absentee ballot envelopes and that invalidates the certified results if the recount or sampling analysis shows a sufficient number of ineligible absentee ballots were counted Is hereby issued.

10. An emergency declaratory judgment that voting machines in Fulton County be seized and impounded immediately for a forensic audit—by plaintiffs' experts is hereby issued.

11. A declaratory judgment declaring absentee ballot fraud occurred in violation of Constitutional rights, Election laws and under state law Is hereby issued.

12. A permanent injunction prohibiting the Governor and Secretary of State from transmitting the currently certified results to the Electoral College based on the overwhelming evidence of election tampering.

13. Immediate production of 36 hours of security camera recording of all rooms used in the voting process at State Farm Arena in Fulton County, GA from 12:00 AM November 3, 2020 to 12:00 PM on November 4, 2020 is hereby ordered.

It is so Ordered, this _____ day of _____ 2020.

_____
Timothy C. Batten
U.S. District Court Judge
Northern District of Georgia
Atlanta Division

Presented by:

Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219

*Application for admission pro hac vice
forthcoming

Harry W. MacDougald
Georgia Bar No. 463076
CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com