IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| **CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,**<br>Plaintiffs,<br>v.<br>**BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,**<br><br>Defendants. | CASE NO.<br><br>1:20-cv-4809 |

**NOTICE OF FILING OF REDACTED DECLARATION**

Come now the Plaintiffs and give notice of the filing of a redacted declaration regarding Union County, Georgia attached hereto as Exhibit "A."

Respectfully submitted, this 29th day of November 2020.

/s Sidney Powell*<br>Sidney Powell PC<br>Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*Application for admission pro hac vice forthcoming

CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

*Attorneys for Plaintiffs*


The undersigned certifies that the foregoing document was prepared in 14-point Times New Roman font and in accordance with the margin and other requirements of Local Rule 5.1.


s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing document with the Clerk of Court using the CM/ECF system, and that I have delivered the filing to the Defendants by email and FedEx at the following addresses:

This 29th day of November 2020.

>    Governor Brian Kemp
>    206 Washington Street
>    111 State Capitol
>    Atlanta, GA 30334
>
>    Secretary of State Brad Raffensperger
>    214 State Capitol
>    Atlanta, Georgia 30334
>    brad@sos.ga.gov
>    soscontact@sos.ga.gov
>
>    Rebecca N. Sullivan
>    Georgia Department of Administrative Services
>    200 Piedmont A venue SE
>    Suite 1804, West Tower
>    Atlanta, Georgia 30334-9010
>    rebecca.sullivan@doas.ga.gov
>
>    David J. Worley
>    Evangelista Worley LLC
>    500 Sugar Mill Road
>    Suite 245A
>    Atlanta, Georgia 30350
>    david@ewlawllc.com
>
>    Matthew Mashburn
>    Aldridge Pite, LLP
>    3575 Piedmont Road, N.E.

Suite 500
Atlanta, Georgia 30305
mmashburn@aldridgepite.com

Anh Le
Harley, Rowe & Fowler, P.C.
2700 Cumberland Parkway
Suite 525
Atlanta, Georgia 30339
ale@hrflegal.com

                                            <u>s/ Harry W. MacDougald</u>
                                            Harry W. MacDougald
                                            Georgia Bar No. 463076

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956