IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO; GLORIA KAY GODWIN; JAMES KENNETH CARROLL; CAROLYN HALL FISHER; CATHLEEN ALSTON LATHAM; and BRIAN JAY VAN GUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP; BRAD RAFFENSPERGER; DAVID J. WORLEY; REBECCA N. SULLIVAN; MATTHEW MASHBURN; and ANH LE,<br><br>Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-4809-TCB |

**O R D E R**

The Court finds that its November 29 order partially granting Defendants' motion for a temporary restraining order involves a controlling question of law as to which there is substantial ground for

difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation. 28 U.S.C.A. § 1292(b).

    IT IS SO ORDERED this 30th day of November, 2020.

                                            Timothy C. Batten, Sr.
                                            United States District Judge