IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO; GLORIA KAY GODWIN; JAMES KENNETH CARROLL; CAROLYN HALL FISHER; CATHLEEN ALSTON LATHAM; and BRIAN JAY VAN GUNDY,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP; BRAD RAFFENSPERGER; DAVID J. WORLEY; REBECCA N. SULLIVAN; MATTHEW MASHBURN; and ANH LE,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-4809-TCB |

## **O R D E R**

This matter shall come before the Court for hearing on Friday, December 4, at 10:00 a.m., EST, in Courtroom 2106, in Atlanta. The Court sets the following schedule: Defendants' brief in opposition to the

claims in Plaintiffs' complaint will be due on Wednesday, December 2, by 5:00 p.m. EST. Any reply brief will be due Thursday, December 3, by 5:00 p.m. EST.

    IT IS SO ORDERED this 30th day of November, 2020.

                                    Timothy C. Batten, Sr.
                                    United States District Judge