# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cv-04809-TCB
## Pearson et al v. Kemp et al
## Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 11/29/2020.

TIME COURT COMMENCED: 7:52 P.M.
TIME COURT CONCLUDED: 8:48 P.M.      COURT REPORTER: Lori Burgess
TIME IN COURT: 00:56                 DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT:
Harry MacDougald representing Brian Jay Van Gundy
Harry MacDougald representing Carolyn Hall Fisher
Harry MacDougald representing Cathleen Alston Latham
Harry MacDougald representing Coreco Jaqan Pearson
Harry MacDougald representing Gloria Kay Godwin
Harry MacDougald representing James Kenneth Carroll
Harry MacDougald representing Vikki Townsend Consiglio
Charlene McGowan representing Anh Le
Charlene McGowan representing Brad Raffensperger
Charlene McGowan representing Brian Kemp
Charlene McGowan representing David J. Worley
Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
L. Wood representing Brian Jay Van Gundy
L. Wood representing Carolyn Hall Fisher
L. Wood representing Cathleen Alston Latham
L. Wood representing Coreco Jaqan Pearson
L. Wood representing Gloria Kay Godwin
L. Wood representing James Kenneth Carroll
L. Wood representing Vikki Townsend Consiglio
** Russell Willard, Howard Kleinhendler

PROCEEDING CATEGORY: Telephone Conference(Motion Hearing Non-evidentiary);

MINUTE TEXT: Zoom Hearing re briefing, scheduling, and Plaintiff's request to forensically inspect county voting machines.

HEARING STATUS:	Hearing Concluded