IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) CIVIL ACTION NO. |
| | ) 1:20-cv-4809-TCB |
| BRIAN KEMP, *et al.*, | ) |
| Defendants. | ) |

## NOTICE OF APPEARANCE

COMES NOW Russell D. Willard, Senior Assistant Attorney General, and hereby makes an entry of appearance in the above-styled action on behalf of Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le (collectively, "State Defendants"). Please direct all further pleadings, notices, orders, and other matters to him at the following:

> Office of the Attorney General
> 40 Capitol Square, SW
> Atlanta, Georgia 30334
> Telephone: (404) 458-3316
> E-Mail: rwillard@law.ga.gov

1

Respectfully submitted, this 30th day of November, 2020.

/s/ *Russell D. Willard*
RUSSELL D. WILLARD 760280
Senior Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
rwillard@law.ga.gov
Tel: (404) 458-3316
Fax: 404-651-9325

*Counsel for State Defendants*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

*/s/ Russell D. Willard*
Russell D. Willard
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF APPEARANCE** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: November 30, 2020.

                                         */s/ Russell D. Willard*
                                         Russell D. Willard
                                         Assistant Attorney General