# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,<br><br>      Plaintiffs,<br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>      Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

## **PROPOSED INTERVENORS' CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Proposed Intervenor-Defendants, DEMOCRATIC PARTY OF GEORGIA, INC., the DSCC, and the DCCC (collectively, the "Democratic Political Party Committees"), through their undersigned attorneys, hereby submit the following statement of their corporate interests pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 3.3, NDGa.

**(1)  The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties to this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

- The Democratic Party of Georgia, Inc. (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- The DSCC (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- The DCCC (Proposed Intervenor-Defendant), which has no parent corporation, nor does a publicly held company own any interest in it;

- Brian Kemp, in his official capacity (Defendant);

- Brad Raffensperger, in his official capacity (Defendant);

- Rebecca N. Sullivan, in her official capacity (Defendant);

- David J. Worley, in his official capacity (Defendant);

- Matthew Mashburn, in his official capacity (Defendant);

- Anh Le, in her official capacity (Defendant);

- Coreco Ja'qan Pearson (Plaintiff);

- Vikki Townsend Consiglio (Plaintiff);

- Gloria Kay Godwin (Plaintiff);

- James Kenneth Carroll (Plaintiff);

- Carolyn Hall Fisher (Plaintiff);

- Cathleen Alston Latham (Plaintiff); and

- Brian Jay Van Gundy (Plaintiff).

**(2)     The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

- None known.

**(3)     The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:**

<u>Proposed Intervenor-Defendants:</u>

- Halsey G. Knapp, Jr. of Krevolin & Horst, LLC;

- Joyce Gist Lewis of Krevolin & Horst, LLC;

- Susan P. Coppedge of Krevolin & Horst, LLC;

- Adam M. Sparks of Krevolin & Horst, LLC;

- Marc E. Elias of Perkins Coie LLP;

- Amanda R. Callais of Perkins Coie LLP;

- Kevin J. Hamilton of Perkins Coie LLP;

- Amanda J. Beane of Perkins Coie LLP; and

- Matthew Mertens of Perkins Coie LLP;

Defendants

- Charlene S. McGowan, Assistant Attorney General, Office of the Georgia Attorney General; and

- Russell D. Willard, Senior Assistant Attorney General, Office of the Georgia Attorney General.

Plaintiffs

- Harry W. McDougald of Caldwell Propst & DeLoach, LLP;

- Sidney Powell of Sidney Powell PC;

- L. Lin Wood, Jr. of L. Lin Wood, P.C.;

- Howard Kleinhendler of Howard Kleinhendler Esquire; and

- Julia Z. Haller.

Dated: December 1, 2020.                    Respectfully submitted,

**Adam M. Sparks**
Halsey G. Knapp, Jr.
Georgia Bar No. 425320
Joyce Gist Lewis
Georgia Bar No. 296261
Susan P. Coppedge
Georgia Bar No. 187251
Adam M. Sparks
Georgia Bar No. 341578
KREVOLIN AND HORST, LLC
One Atlantic Center
1201 W. Peachtree Street, NW, Ste. 3250
Atlanta, GA 30309
Telephone: (404) 888-9700
Facsimile: (404) 888-9577
hknapp@khlawfirm.com
jlewis@khlawfirm.com
coppedge@khlawfirm.com
sparks@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: (202) 654-6200
melias@perkinscoie.com
acallais@perkinscoie.com

Kevin J. Hamilton*
Amanda J. Beane*
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101
Telephone: (206) 359-8000

khamilton@perkinscoie.com
abeane@perkinscoie.com

Matthew J. Mertens*
Georgia Bar No: 870320
PERKINS COIE LLP
1120 NW Couch Street, 10th Floor
Portland, Oregon 97209
Telephone: (503) 727-2000

*Counsel for Proposed Intervenors-Defendants*

\*Pro Hac Vice Application Pending*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,<br><br>       Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>       Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: December 1, 2020.   **<u>Adam M. Sparks</u>**
*Counsel for Proposed Intervenor-Defendants*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,<br><br>        Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>        Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 1, 2020.                           **Adam M. Sparks**
                                                   *Counsel for Proposed Intervenor-*
                                                   *Defendants*