# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
**AND CLERK OF COURT**

DOCKETING SECTION
404-215-1655

December 1, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia   30303

     **U.S.D.C. No.:** 1:20-cv-4809-TCB
     **U.S.C.A. No.:** 00-00000-00
     **In re:**    Coreco Jaqan Pearson et al v. Brian Kemp et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| | This is not the first notice of appeal. Other notices were filed on: . |
| | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 12/1/20. (Receipt# AGANDC-10432999)** |
| | Appellant has been   leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| | This is a **DEATH PENALTY** appeal. |

                                            Sincerely,

                                            James N. Hatten
                                            District Court Executive
                                            and Clerk of Court

                                  By:   /s/**P. McClam**
                                            Deputy Clerk

Enclosures