# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

JAMES N. HATTEN                                                    DOCKETING SECTION
**DISTRICT COURT EXECUTIVE**                                        **404-215-1655**
 AND **CLERK OF COURT**

December 1, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia     30303

        **U.S.D.C. No.: 1:20-cv-4809-TCB**
        **U.S.C.A. No.: 00-00000-00**
        **In re:        Coreco Jaqan Pearson et al v. Brian Kemp et al**

        Enclosed are documents regarding an appeal in this matter.   Please acknowledge
receipt on the enclosed copy of this letter.


  **X**     **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed
            enclosed.**

            This is not the first notice of appeal. Other notices were filed on: .

            There is no transcript.

  **X**     **The court reporter is Lori Burgess.**

            There is sealed material as described below: .

            Other: .

  **X**     **Fee paid electronically on 12/1/20. (Receipt# AGANDC-10432999)**

            Appellant has been   leave to appeal *in forma pauperis*.

            This is a bankruptcy appeal.   The Bankruptcy Judge is .

            The Magistrate Judge is .

  **X**     **The District Judge is Timothy C. Batten, Sr.**

            This is a **DEATH PENALTY** appeal.


                                            Sincerely,

                                            James N. Hatten
                                            District Court Executive
                                            and Clerk of Court

                                     By:  /s/P. McClam
                                            Deputy Clerk

Enclosures

4months,APPEAL,SUBMDJ

# U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:20–cv–04809–TCB

Pearson et al v. Kemp et al
Assigned to: Judge Timothy C. Batten, Sr.
Cause: 42:1983 Civil Rights Act

Date Filed: 11/25/2020
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

**Coreco Jaqan Pearson**     represented by     **Harry W. MacDougald**
Caldwell Propst & DeLoach, LLP
Suite 1600
Two Ravina Dr.
Atlanta, GA 30346
404–843–1956
Fax: 404–843–2737
Email: hmacdougald@cpdlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
Howard Kleinhendler Esquire
369 Lexington Avenue
12th Floor
New York, NY 10017
917–793–1188
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
Defending the Republic
601 Pennsylvania Ave, NW
South Building
Ste 900
Washington, DC 20004
561–888–3166
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355–0584
404–891–1402
Fax: 404–506–9111
Email: lwood@linwoodlaw.com

1

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vikki Townsend Consiglio**                   represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Kay Godwin**                   represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kenneth Carroll**                   represented by

2

**Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Carolyn Hall Fisher                    represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

Cathleen Alston Latham                 represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jay Van Gundy**                    represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brian Kemp**                             represented by   **Charlene S McGowan**
*in his official capacity as Governor of*                   Office of the Georgia Attorney General
*Georgia*                                                   Assistant Attorney General
                                                            40 Capitol Square SW
                                                            Atlanta, GA 30334
                                                            404–458–3658
                                                            Email: cmcgowan@law.ga.gov
                                                            *ATTORNEY TO BE NOTICED*

4

**Russell D. Willard**
Attorney General's Office–Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404–656–3300
Email: rwillard@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Defendant**

**Brad Raffensperger**
*in his official capacity as Secretary of
State and Chair of the Georgia State
Election Board*

represented by **Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David J. Worley**
*in his official capacity as a member of the
Georgia State Election Board*

represented by **Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca N. Sullivan**
*in her official capacity as a member of
the Georgia State Election Board*

represented by **Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Mashburn**
*in his official capacity as a member of the
Georgia State Election Board*

represented by **Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anh Le**
*in her official capacity as a member of
the Georgia State Election Board*

represented by **Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Democratic Party of Georgia, Inc.**      represented by   **Adam Martin Sparks**
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
404–888–9700
Email: sparks@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DSCC**                                    represented by   **Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DCCC**                                    represented by   **Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/25/2020 | 1 | | COMPLAINT for Declaratory, Emergency, and Permanent Injunctive Relief, filed by Gloria Kay Godwin, Vikki Townsend Consiglio, Coreco Jaqan Pearson, James Kenneth Carroll, Carolyn Hall Fisher, Cathleen Alston Latham, Brian Jay Van Gundy. (Filing fee $400, receipt number AGANDC–10418604) (Attachments: # 1 Exhibit Affidavit Exh. 1, Report of William Briggs, # 2 Exhibit Affidavit Redacted Affidavit, # 3 Exhibit Affidavit of Anna Mercedes Diaz Cardozo, # 4 Exhibit Affidavit Declaration of Harri Hursti, # 5 Exhibit Affidavit Embedded Declaration of Harri Hursti, # 6 Exhibit Exhibit SoS Certification of Dominion Voting Systems Democracy Suite 5.5–A, # 7 Exhibit Exhibit Pro V&V Test Report, # 8 Exhibit Exhibit Study "Ballot–Marking Devices (BMDs) Cannot Assure the Will of the, # 9 Exhibit Affidavit Redacted Affidavit of Cyber–Security Expert, # 10 Exhibit Affidavit Affidavit of Russell Ramsland, # 11 Exhibit Affidavit of Mayra Romera, # 12 Exhibit Affidavit of Maria Diedrich, # 13 Exhibit Affidavit of Maria Diedrich, # 14 Exhibit Affidavit of Ursula Wolf, # 15 Exhibit Affidavit of Nicholas J. Zeher, # 16 Exhibit Affidavit of Susan Voyles, # 17 Exhibit Affidavit of Ibrahim Reyes, # 18 Exhibit Affidavit of Consetta Johnson, # 19 Exhibit Affidavit of Carlos Silva, # 20 Exhibit Affidavit of Andrea O'Neal, # 21 Exhibit Affidavit of Deborah Fisher, # 22 Exhibit Affidavit of Kevin Peterford, # 23 Exhibit Report of Texas Secretary of State Rejecting Dominion Voting Systems, # 24 Exhibit Letter of |

| | | |
|---|---|---|
| | | Rep. Maloney to Smarmatic, # 25 Exhibit Affidavit of Juan Carlos Cobucci, # 26 Exhibit Senator Warren et al letter re: Dominion Voting Systems, # 27 Exhibit Affidavit of of Eric Quinnell, # 28 Exhibit Affidavit of Mitchell Harrison, # 29 Exhibit Affidavit of Michelle Branton, # 30 Civil Cover Sheet)(rvb) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 11/27/2020 to add relief text (rvb). (Entered: 11/27/2020) |
| 11/27/2020 | 2 | EIGHTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 09/28/2020. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | | Submission of 1 Complaint, to District Judge Timothy C. Batten Sr. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | 3 | PROPOSED SUMMONS filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Summons Proposed Summons for Anh Le, # 2 Summons Proposed Summons for Matthew Mashburn, # 3 Summons Proposed Summons for Brad Raffensberger, # 4 Summons Proposed Summons for Rebecca N. Sullivan, # 5 Summons Proposed Summons for David J. Worley, # 6 Summons Proposed Summons for Brian Kemp)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 4 | Certificate of Interested Persons by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 5 | MOTION for Leave to File Matters Under Seal re: 1 Complaint,,,,,,,, with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Exhibit Redacted Exh. 2 from Complaint, # 2 Exhibit Redacted Exh.8 from the Complaint, # 3 Exhibit Exh. A, Joint Cybersecurity Advisory Iranian Advanced Persistent Threat Actor Identified Obtaining Voter Registration Data, # 4 Text of Proposed Order Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 6 | MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED, MOTION for Preliminary Injunction with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Affidavit Declaration of Dr. Shiva Ayyadurai, # 2 Exhibit Joint CyberSecurity Advisory Exhibit, # 3 Text of Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/29/2020 | 7 | NOTICE Of Filing Emergency Injunctive Relief by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy re 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction (Attachments: # 1 Affidavit Redacted |

| | | | Declaration)(MacDougald, Harry) (Entered: 11/29/2020) |
|---|---|---|---|
| 11/29/2020 | 8 | | Electronic Summons Issued as to Rebecca N. Sullivan. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 9 | | Electronic Summons Issued as to Matthew Mashburn. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 10 | | Electronic Summons Issued as to David J. Worley. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 11 | | Electronic Summons Issued as to Brian Kemp. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 12 | | Electronic Summons Issued as to Brad Raffensperger. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 13 | | Electronic Summons Issued as to Anh Le. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 14 | | ORDER. Please see Order for further specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/29/2020. (usw) (Entered: 11/29/2020) |
| 11/29/2020 | 18 | | Minute Entry for proceedings held before Judge Timothy C. Batten, Sr.: Telephone Conference via ZOOM held on 11/29/2020 re briefing, scheduling, and Plaintiff's request to forensically inspect county voting machines. (Court Reporter Lori Burgess)(dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 15 | | 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 16 | | NOTICE of Appearance by Charlene S McGowan on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (McGowan, Charlene) (Entered: 11/30/2020) |
| 11/30/2020 | 17 | | ORDER Setting Hearing on Motion 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED and MOTION for Preliminary Injunction : Motion Hearing set for 12/4/2020 at 10:00 AM in ATLA Courtroom 2106 before Judge Timothy C. Batten Sr. The Court sets the following schedule: Defendants' brief in opposition to the claims in Plaintiffs' complaint will be due on 12/2/2020, by 5:00 p.m. EST. Any reply brief will be due 12/3/2020 by 5:00 p.m. EST. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 19 | | APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10426686).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 11/30/2020 | | | APPROVAL by Clerks Office re: 19 APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10426686).. Attorney Howard Kleinhendler added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 11/30/2020) |
| 11/30/2020 | 20 | | MOTION to Intervene with Brief In Support by Democratic Party of Georgia, Inc., DSCC, DCCC. (Attachments: # 1 Exhibit A: Proposed Intervenors' |

| | | |
|---|---|---|
| | | Proposed Motion to Dismiss, # 2 Exhibit B: Proposed Intervenors' Brief in Support of Proposed Motion to Dismiss, # 3 Exhibit C: Proposed Intervenors' Proposed Answer to Complaint)(Sparks, Adam) (Entered: 11/30/2020) |
| 11/30/2020 | 21 | NOTICE of Appearance by Russell D. Willard on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Willard, Russell) (Entered: 11/30/2020) |
| 11/30/2020 | 22 | AMENDED 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | | MINUTE ORDER granting Howard Kleinhendler's 19 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 11/30/2020) |
| 11/30/2020 | | Clerks Notation re 4 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 23 | TRANSCRIPT of Proceedings held on 11/29/2020, before Judge Timothy C. Batten, Sr.. Court Reporter/Transcriber Lori Burgess. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory–court–reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/21/2020. Redacted Transcript Deadline set for 12/31/2020. Release of Transcript Restriction set for 3/1/2021. (Attachments: # 1 Notice of Filing Transcript) (llb) (Entered: 11/30/2020) |
| 11/30/2020 | 24 | APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 12/01/2020 | 25 | Certificate of Interested Persons by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/01/2020) |
| 12/01/2020 | | Clerks Notation re 25 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 12/01/2020) |
| 12/01/2020 | 26 | APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432164).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 27 | APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432211).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |

| 12/01/2020 | 28 | | APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432219).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
|---|---|---|---|
| 12/01/2020 | 29 | | APPLICATION for Admission of Marc E. Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432230).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 30 | | APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432239).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | | | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).. Attorney Julia Z. Haller added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 12/01/2020) |
| 12/01/2020 | 31 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Affidavit Declaration of Ronald Watkins)(MacDougald, Harry) (Entered: 12/01/2020) |
| 12/01/2020 | 32 | | NOTICE OF APPEAL as to 14 Order by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. Filing fee $ 507, receipt number AGANDC–10432999. Transcript Order Form due on 12/15/2020 (MacDougald, Harry) (Entered: 12/01/2020) |
| 12/01/2020 | 33 | | NOTICE Of Filing NOA Transmittal Letter re: 32 Notice of Appeal. (pjm) (Entered: 12/01/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORECO JA'QAN PEARSON,
VIKKI TOWNSEND
CONSIGLIO; GLORIA KAY
GODWIN; JAMES KENNETH
CARROLL; CAROLYN HALL
FISHER; CATHLEEN ALSTON
LATHAM; and BRIAN JAY VAN
GUNDY,

     Plaintiffs,

v.

BRIAN KEMP; BRAD
RAFFENSPERGER; DAVID J.
WORLEY; REBECCA N.
SULLIVAN; MATTHEW
MASHBURN; and ANH LE,

     Defendants.

CIVIL ACTION FILE

NO. 1:20-cv-4809-TCB

# **O R D E R**

Plaintiffs have filed an emergency motion [6] for temporary

injunctive relief. In their motion, Plaintiffs seek an order directing

Defendants to allow Plaintiffs' expert(s) to inspect the Dominion voting

machines in Cobb, Gwinnett, and Cherokee Counties. The Court conducted a Zoom hearing at 7:45 p.m. EST to consider Plaintiffs' motion.

During the hearing, Defendants' counsel argued that the secretary of state has no lawful authority over county election officials, citing *Jacobson v. Florida Secretary of State*, 974 F.3d 1236, 1256–58 (11th Cir. 2020). Plaintiffs' counsel responded that Plaintiffs could amend their complaint to add the elections officials in Cobb, Gwinnett, and Cherokee Counties, thus obviating the issue of whether the proper officials had been named as Defendants to this case.

Defendants' counsel also argued that allowing such forensic inspections would pose substantial security and proprietary/trade secret risks to Defendants. Plaintiffs' counsel responded that Defendants' concerns could be alleviated by an order from the Court (1) allowing Defendants' own expert(s) to participate in the requested inspections, which would be video-recorded, and (2) directing the experts to provide whatever information they obtain to the Court—and no one else—for an *in camera* inspection.

2

13

After considering the parties' email submissions today and the arguments advanced at the Zoom hearing, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.

Defendants shall have until Wednesday, December 2, at 5:00 p.m. EST, to file a brief setting forth in detail the factual bases they have, if any, against allowing the three forensic inspections. The brief should be accompanied and supported by affidavit or other evidence, if appropriate.

2.

Defendants are hereby ENJOINED and RESTRAINED from altering, destroying, or erasing, or allowing the alteration, destruction, or erasure of, any software or data on any Dominion voting machine in Cobb, Gwinnett, and Cherokee Counties.

3.

Defendants are ORDERED to promptly produce to Plaintiffs a copy of the contract between the State and Dominion.

3

4.

This temporary restraining order shall remain in effect for ten

days, or until further order of the Court, whichever comes first.

IT IS SO ORDERED this 29th day of November, 2020, at 10:10

p.m. EST.

_____
Timothy C. Batten, Sr.
United States District Judge

4

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY,<br>Plaintiffs,<br>v.<br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N.SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>Defendants. | CASE NO.<br><br>1:20-cv-4809-TCB |

### NOTICE OF EMERGENCY INTERLOCUTORY APPEAL AS OF RIGHT

Plaintiffs Coreco Ja'Qan Pearson, et al., hereby file an emergency

appeal to the United States Court of Appeals for the Eleventh Circuit from

this Court's interlocutory order of November 29, 2020 (Doc.14) to the extent it

denies the full relief Plaintiffs requested in their motion for a temporary

restraining order. *See Schiavo ex rel. Schindler v. Schiavo*, 403 F.3d 1223,

1225 (11th Cir. 2005) ("Although we ordinarily do not have jurisdiction over

appeals from orders granting or denying temporary restraining orders, in

circumstances such as these, 'when a grant or denial of a TRO might have a

serious, perhaps irreparable, consequence, and can be effectively challenged

only by immediate appeal, we may exercise appellate jurisdiction." (quoting

*Ingram v. Ault*, 50 F.3d 898, 900 (11th Cir. 1995)).[1]

Plaintiffs respectfully ask that this Court immediately transmit this

notice of appeal to the Eleventh Circuit today so that that court may docket

the matter, thus enabling Plaintiffs to file a motion for an expedited briefing

schedule pursuant to which Plaintiffs propose to file their brief by midnight

December 2, 2020, and Appellee's brief by December 4, 2020.

Moreover, this Notice of Appeal as of right should divest the district

court of jurisdiction. If not, Plaintiffs would request a stay of the hearing

currently scheduled in the district court for December 4, 2020, until this

Court has ruled on the questions raised by the appeal, including whether

Plaintiffs must add to the suit each of the 600-plus county election officials in

---

[1] While this Court, pursuant to 42 U.S.C. §1292(b), has certified its order as involving a "controlling question of law as to which there is a substantial ground for difference of opinion and that an immediate appeal from the order may materially advance the ultimate termination of the litigation," (Doc.15), Plaintiffs would seek permission to appeal under §1292(b) only in the alternative, if the Eleventh Circuit deems that necessary. Plaintiffs file this notice, however, as a matter of right, pursuant to *Schiavo*. ("In these circumstances we treat temporary restraining orders as equivalent to preliminary injunctions or final judgments, either of which are appealable.") *Schiavo*, 403 F.3d at 1225 (citing 28 U.S.C. §§1291, 1292(a)(1).

addition to the Secretary of State for Georgia, who by law is responsible for

Georgia elections and spent $107 million taxpayer dollars to purchase

Dominion voting systems for the entire state.

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*Application for admission pro hac vice forthcoming

/s Howard Kleinhendler
NEW YORK BAR NO. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
Office (917) 793-1188
Mobile (347) 840-2188
howard@kleinhendler.com
www.kleinhendler.com
*(Admitted pro hac vice)*


CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

*Attorneys for Plaintiffs*

The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

<div style="text-align:right">

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

</div>

# CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing **NOTICE OF EMERGENCY INTERLOCUTORY APPEAL AS OF RIGHT** with the Clerk of Court using the CM/ECF system which will cause service to made upon counsel of record therein.

This 1st day of December 2020.

<div style="margin-left: 40%;">

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

</div>

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956