IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JAQUAN PEARSON, et al., <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, et al., <br> Defendants. | CIVIL ACTION FILE <br> No. 1:20-cv-4809-TCB |

### **O R D E R**

In light of the Eleventh Circuit Court of Appeals' order today, this Court's December 4 hearing is postponed, pending further order of the Court.

IT IS SO ORDERED this 2d day of December, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge