IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO; GLORIA KAY GODWIN; JAMES KENNETH CARROLL; CAROLYN HALL FISHER; CATHLEEN ALSTON LATHAM; and BRIAN JAY VAN GUNDY,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP; BRAD RAFFENSPERGER; DAVID J. WORLEY; REBECCA N. SULLIVAN; MATTHEW MASHBURN; and ANH LE,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-4809-TCB |

**O R D E R**

The Democratic Party of Georgia, the DSCC, and the DCCC's

motion [20] to intervene and emergency motion [41] to intervene are

hereby granted.[1] The Clerk is directed to add these entities as parties and to docket their proposed motion to dismiss [20-1], brief in support of motion to dismiss [20-2], and answer [20-3].

IT IS SO ORDERED this 3d day of December, 2020.

_____
Timothy C. Batten, Sr.
United States District Jud

---

[1] Because the motion to intervene involves a collateral matter not involved in the appeal, the Court retains jurisdiction over the motion.