IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CORECO JA'QAN PEARSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:20-cv-4809-TCB |
| | ) | |
| BRIAN KEMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**<u>STATE DEFENDANTS' NOTICE OF PROTECTIVE CROSS-APPEAL</u>**

Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le (collectively, "State Defendants") hereby give notice of their protective cross-appeal to the U.S. Court of Appeals for the Eleventh Circuit of the District Court's Temporary Restraining Order entered on November 29, 2020 ("TRO Order"), which granted in part and denied in part Plaintiffs' requested emergency relief. (Doc. 14).

Plaintiffs filed a notice of appeal of the TRO Order on December 1, 2020. (Doc. 32). It is State Defendants' position that the Court of Appeals lacks jurisdiction to review the TRO Order under 28 U.S.C. 1292(a), as the District Court has noted. (Doc. 37) ("[T]his Court is of the opinion that its November 29 order is not within

1

the scope of *Schiavo* [*ex rel. Schindler v. Schiavo*]'s exception to the unappealable nature of a temporary restraining order."). However, in the event that the Court of Appeals determines otherwise, the Court of Appeals should address the cross-appeal, which will argue that the partial TRO should be reversed and vacated.

Respectfully submitted, this 3d day of December, 2020.

> /s/ *Charlene S. McGowan*
> CHARLENE S. MCGOWAN 697316
> Assistant Attorney General
>
> Office of the Georgia Attorney General
> 40 Capitol Square SW
> Atlanta, GA 30334
> cmcgowan@law.ga.gov
> Tel: 404-458-3658
>
> *Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

                                                     */s/Charlene S. McGowan*
                                                     Charlene S. McGowan
                                                     Assistant Attorney General

# CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF PROTECTIVE CROSS-APPEAL** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: December 3, 2020.

<i><u>/s/ Charlene S. McGowan</u></i>
Charlene S. McGowan
Assistant Attorney General