# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 AND **CLERK OF COURT**

**DOCKETING SECTION**
404-215-1655

December 3, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

      **U.S.D.C. No.:** 1:20-cv-4809-TCB
      **U.S.C.A. No.:** 00-00000-00
      **In re:**     Coreco Jaqan Pearson et al v. Brian Kemp et al

      Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Cross Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal. Other notices were filed on: 12/1/20; USCA Case No. 20-14480-RR.** |
| | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
| | There is sealed material as described below: . |
| | Other: . |
| **X** | **Fee paid electronically on 12/1/20. (Receipt# AGANDC-10445305)** |
| | Appellant has been   leave to appeal *in forma pauperis*. |
| | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| | This is a **DEATH PENALTY** appeal. |

      Sincerely,

      James N. Hatten
      District Court Executive
      and Clerk of Court

      By:  /s/P. McClam
            Deputy Clerk

Enclosures