# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 TED TURNER DRIVE, SW
### ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

December 3, 2020

Clerk of Court
U.S. Court of Appeals, Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia    30303

> **U.S.D.C. No.:** 1:20-cv-4809-TCB
> **U.S.C.A. No.:** 00-00000-00
> **In re:**        **Coreco Jaqan Pearson et al v. Brian Kemp et al**

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Cross Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal. Other notices were filed on: 12/1/20; USCA Case No. 20-14480-RR.** |
| ____ | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
| ____ | There is sealed material as described below: . |
| ____ | Other: . |
| **X** | **Fee paid electronically on 12/1/20. (Receipt# AGANDC-10445305)** |
| ____ | Appellant has been   leave to appeal *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| ____ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk

Enclosures

4months,APPEAL,SUBMDJ

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–04809–TCB</u>

Pearson et al v. Kemp et al

Assigned to: Judge Timothy C. Batten, Sr.

 Case in other court:  USCA– 11th Circuit, 20–14480–RR

Cause: 42:1983 Civil Rights Act

Date Filed: 11/25/2020

Jury Demand: None

Nature of Suit: 441 Civil Rights: Voting

Jurisdiction: Federal Question

**Plaintiff**

**Coreco Jaqan Pearson**                      represented by

**Harry W. MacDougald**
Caldwell Propst & DeLoach, LLP
Suite 1600
Two Ravina Dr.
Atlanta, GA 30346
404–843–1956
Fax: 404–843–2737
Email: <u>hmacdougald@cpdlawyers.com</u>
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
Howard Kleinhendler Esquire
369 Lexington Avenue
12th Floor
New York, NY 10017
917–793–1188
Fax: 732–901–0832
Email: <u>howard@kleinhendler.com</u>
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
Defending the Republic
601 Pennsylvania Ave, NW
South Building
Ste 900
Washington, DC 20004
561–888–3166
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355–0584
404–891–1402

Fax: 404–506–9111
Email: lwood@linwoodlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vikki Townsend Consiglio**          represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Gloria Kay Godwin**          represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kenneth Carroll**                        represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Carolyn Hall Fisher**                        represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cathleen Alston Latham**                        represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

3

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jay Van Gundy**                     represented by  **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brian Kemp**                              represented by  **Charlene S McGowan**
*in his official capacity as Governor of*   Office of the Georgia Attorney General
*Georgia*                                    Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404–458–3658
Email: cmcgowan@law.ga.gov

4

*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
Attorney General's Office–Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404–656–3300
Email: rwillard@law.ga.gov
*ATTORNEY TO BE NOTICED*

| | | |
|---|---|---|
| **Defendant** | | |
| **Brad Raffensperger**<br>*in his official capacity as Secretary of State and Chair of the Georgia State Election Board* | represented by | **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **David J. Worley**<br>*in his official capacity as a member of the Georgia State Election Board* | represented by | **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Rebecca N. Sullivan**<br>*in her official capacity as a member of the Georgia State Election Board* | represented by | **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Matthew Mashburn**<br>*in his official capacity as a member of the Georgia State Election Board* | represented by | **Charlene S McGowan**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED*<br><br>**Russell D. Willard**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| **Defendant** | | |
| **Anh Le**<br>*in her official capacity as a member of* | represented by | **Charlene S McGowan**<br>(See above for address) |

*the Georgia State Election Board*                                *ATTORNEY TO BE NOTICED*

                                                                 **Russell D. Willard**
                                                                 (See above for address)
                                                                 *ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Democratic Party of Georgia, Inc.**          represented by   **Amanda J. Beane**
                                                                 Perkins Coie–WA
                                                                 1201 Third Avenue
                                                                 48th Floor
                                                                 Seattle, WA 98101–3099
                                                                 206–359–3965
                                                                 Email: abeane@perkinscoie.com
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Amanda R. Callais**
                                                                 Perkins Coie–DC
                                                                 Suite 600
                                                                 700 Thirteenth St., N.W.
                                                                 Washington, DC 20005–2011
                                                                 202–654–6396
                                                                 Email: acallais@perkinscoie.com
                                                                 *LEAD ATTORNEY*
                                                                 *PRO HAC VICE*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Halsey G. Knapp , Jr**
                                                                 Krevolin & Horst, LLC
                                                                 One Atlantic Center, Ste 3250
                                                                 1201 West Peachtree St., NW
                                                                 Atlanta, GA 30309
                                                                 404–888–9700
                                                                 Fax: 404–888–9577
                                                                 Email: hknapp@khlawfirm.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

                                                                 **Joyce Gist Lewis**
                                                                 Krevolin & Horst, LLC
                                                                 1201 W. Peachtree Street, NW
                                                                 Suite 3250
                                                                 Atlanta, GA 30309
                                                                 404–888–9700
                                                                 Email: jlewis@khlawfirm.com
                                                                 *LEAD ATTORNEY*
                                                                 *ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101–3099
206–359–8741
Email: khamilton@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
Perkins Coie LLP
700 13th St NW
Ste 800
Washington, DC 20005
202–654–6200
Email: melias@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
Perkins Coie
1120 N.W. Couch, 10th Floor
Portland, OR 97209
503–727–2199
Fax: 503–346–2199
Email: mmertens@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
Office of the United States
Attorney–ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404–581–6250
Email: susan.coppedge@usdoj.gov
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309

7

404–888–9700
Email: sparks@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DSCC**                                    represented by   **Amanda J. Beane**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Halsey G. Knapp , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DCCC**                                    represented by   **Amanda J. Beane**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Halsey G. Knapp , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

9

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/25/2020 | 1 | | COMPLAINT for Declaratory, Emergency, and Permanent Injunctive Relief, filed by Gloria Kay Godwin, Vikki Townsend Consiglio, Coreco Jaqan Pearson, James Kenneth Carroll, Carolyn Hall Fisher, Cathleen Alston Latham, Brian Jay Van Gundy. (Filing fee $400, receipt number AGANDC−10418604) (Attachments: # 1 Exhibit Affidavit Exh. 1, Report of William Briggs, # 2 Exhibit Affidavit Redacted Affidavit, # 3 Exhibit Affidavit of Anna Mercedes Diaz Cardozo, # 4 Exhibit Affidavit Declaration of Harri Hursti, # 5 Exhibit Affidavit Embedded Declaration of Harri Hursti, # 6 Exhibit Exhibit SoS Certification of Dominion Voting Systems Democracy Suite 5.5−A, # 7 Exhibit Exhibit Pro V&V Test Report, # 8 Exhibit Exhibit Study "Ballot−Marking Devices (BMDs) Cannot Assure the Will of the, # 9 Exhibit Affidavit Redacted Affidavit of Cyber−Security Expert, # 10 Exhibit Affidavit Affidavit of Russell Ramsland, # 11 Exhibit Affidavit of Mayra Romera, # 12 Exhibit Affidavit of Maria Diedrich, # 13 Exhibit Affidavit of Maria Diedrich, # 14 Exhibit Affidavit of Ursula Wolf, # 15 Exhibit Affidavit of Nicholas J. Zeher, # 16 Exhibit Affidavit of Susan Voyles, # 17 Exhibit Affidavit of Ibrahim Reyes, # 18 Exhibit Affidavit of Consetta Johnson, # 19 Exhibit Affidavit of Carlos Silva, # 20 Exhibit Affidavit of Andrea O'Neal, # 21 Exhibit Affidavit of Deborah Fisher, # 22 Exhibit Affidavit of Kevin Peterford, # 23 Exhibit Report of Texas Secretary of State Rejecting Dominion Voting Systems, # 24 Exhibit Letter of Rep. Maloney to Smarmatic, # 25 Exhibit Affidavit of Juan Carlos Cobucci, # 26 Exhibit Senator Warren et al letter re: Dominion Voting Systems, # 27 Exhibit Affidavit of of Eric Quinnell, # 28 Exhibit Affidavit of Mitchell Harrison, # 29 Exhibit Affidavit of Michelle Branton, # 30 Civil Cover Sheet)(rvb) Please visit our website at http://www.gand.uscourts.gov/commonly−used−forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 11/27/2020 to add relief text (rvb). (Entered: 11/27/2020) |
| 11/27/2020 | 2 | | EIGHTH AMENDMENT TO GENERAL ORDER 20−01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID−19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 09/28/2020. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | | | Submission of 1 Complaint, to District Judge Timothy C. Batten Sr. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | 3 | | PROPOSED SUMMONS filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Summons Proposed Summons for Anh Le, # 2 Summons Proposed Summons for Matthew Mashburn, # 3 Summons Proposed Summons for Brad Raffensberger, # 4 Summons Proposed Summons for Rebecca N. Sullivan, # 5 Summons Proposed Summons for David J. Worley, # 6 Summons Proposed Summons for Brian Kemp)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 4 | | Certificate of Interested Persons by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) (Entered: |

| | | | 11/27/2020) |
|---|---|---|---|
| 11/27/2020 | 5 | | MOTION for Leave to File Matters Under Seal re: 1 Complaint,,,,,,,, with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Exhibit Redacted Exh. 2 from Complaint, # 2 Exhibit Redacted Exh.8 from the Complaint, # 3 Exhibit Exh. A, Joint Cybersecurity Advisory Iranian Advanced Persistent Threat Actor Identified Obtaining Voter Registration Data, # 4 Text of Proposed Order Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 6 | | MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED, MOTION for Preliminary Injunction with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Affidavit Declaration of Dr. Shiva Ayyadurai, # 2 Exhibit Joint CyberSecurity Advisory Exhibit, # 3 Text of Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/29/2020 | 7 | | NOTICE Of Filing Emergency Injunctive Relief by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy re 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction (Attachments: # 1 Affidavit Redacted Declaration)(MacDougald, Harry) (Entered: 11/29/2020) |
| 11/29/2020 | 8 | | Electronic Summons Issued as to Rebecca N. Sullivan. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 9 | | Electronic Summons Issued as to Matthew Mashburn. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 10 | | Electronic Summons Issued as to David J. Worley. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 11 | | Electronic Summons Issued as to Brian Kemp. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 12 | | Electronic Summons Issued as to Brad Raffensperger. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 13 | | Electronic Summons Issued as to Anh Le. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 14 | | ORDER. Please see Order for further specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/29/2020. (usw) (Entered: 11/29/2020) |
| 11/29/2020 | 18 | | Minute Entry for proceedings held before Judge Timothy C. Batten, Sr.: Telephone Conference via ZOOM held on 11/29/2020 re briefing, scheduling, and Plaintiff's request to forensically inspect county voting machines. (Court Reporter Lori Burgess)(dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 15 | | 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 16 | | NOTICE of Appearance by Charlene S McGowan on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (McGowan, Charlene) (Entered: 11/30/2020) |
| 11/30/2020 | 17 | | |

| | | | |
|---|---|---|---|
| | | | ORDER Setting Hearing on Motion 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED and MOTION for Preliminary Injunction : Motion Hearing set for 12/4/2020 at 10:00 AM in ATLA Courtroom 2106 before Judge Timothy C. Batten Sr. The Court sets the following schedule: Defendants' brief in opposition to the claims in Plaintiffs' complaint will be due on 12/2/2020, by 5:00 p.m. EST. Any reply brief will be due 12/3/2020 by 5:00 p.m. EST. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 19 | | APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10426686).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 11/30/2020 | | | APPROVAL by Clerks Office re: 19 APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10426686).. Attorney Howard Kleinhendler added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 11/30/2020) |
| 11/30/2020 | 20 | | MOTION to Intervene with Brief In Support by Democratic Party of Georgia, Inc., DSCC, DCCC. (Attachments: # 1 Exhibit A: Proposed Intervenors' Proposed Motion to Dismiss, # 2 Exhibit B: Proposed Intervenors' Brief in Support of Proposed Motion to Dismiss, # 3 Exhibit C: Proposed Intervenors' Proposed Answer to Complaint)(Sparks, Adam) (Entered: 11/30/2020) |
| 11/30/2020 | 21 | | NOTICE of Appearance by Russell D. Willard on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Willard, Russell) (Entered: 11/30/2020) |
| 11/30/2020 | 22 | | AMENDED 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | | | MINUTE ORDER granting Howard Kleinhendler's 19 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 11/30/2020) |
| 11/30/2020 | | | Clerks Notation re 4 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 23 | | TRANSCRIPT of Proceedings held on 11/29/2020, before Judge Timothy C. Batten, Sr.. Court Reporter/Transcriber Lori Burgess. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory–court–reporters. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/21/2020. Redacted Transcript Deadline set for 12/31/2020. Release of Transcript Restriction set for |

|  |  |  |  |
|---|---|---|---|
|  |  |  | 3/1/2021. (Attachments: # 1 Notice of Filing Transcript) (llb) (Entered: 11/30/2020) |
| 11/30/2020 | 24 |  | APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 12/01/2020 | 25 |  | Certificate of Interested Persons by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/01/2020) |
| 12/01/2020 |  |  | Clerks Notation re 25 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 12/01/2020) |
| 12/01/2020 | 26 |  | APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432164).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 27 |  | APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432211).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 28 |  | APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432219).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 29 |  | APPLICATION for Admission of Marc E. Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432230).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 30 |  | APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432239).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 |  |  | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).. Attorney Julia Z. Haller added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 12/01/2020) |
| 12/01/2020 | 31 |  | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Affidavit Declaration of Ronald Watkins)(MacDougald, Harry) (Entered: 12/01/2020) |
| 12/01/2020 | 32 |  | NOTICE OF APPEAL as to 14 Order by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. Filing fee $ 505, receipt |

| | | | |
|---|---|---|---|
| | | | number AGANDC−10432999. Transcript Order Form due on 12/15/2020 (MacDougald, Harry) Modified on 12/2/2020 to correct filing fee amount (pjm). (Entered: 12/01/2020) |
| 12/01/2020 | 33 | | NOTICE Of Filing NOA Transmittal Letter re: 32 Notice of Appeal. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 34 | | Transmission of Certified Copy of Notice of Appeal, USCA Appeal Fees, Order and Docket Sheet to US Court of Appeals re: 32 Notice of Appeal. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 35 | | AMENDED ANSWER to *Complaint (Proposed) of Proposed Intervenor−Defendants* by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/01/2020) |
| 12/01/2020 | 36 | | USCA Acknowledgment of 32 Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. Case Appealed to USCA− 11th Circuit. Case Number 20−14480−RR. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 37 | | ORDER STAYING 17 Order Setting Hearing on Motion. Signed by Judge Timothy C. Batten, Sr. on 12/01/2020. (usw) (Entered: 12/01/2020) |
| 12/02/2020 | | | MINUTE ORDER granting Julia Z. Haller's 24 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 12/02/2020) |
| 12/02/2020 | | | APPROVAL by Clerks Office re: 26 APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432164).. Attorney Amanda J. Beane added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | | APPROVAL by Clerks Office re: 27 APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432211).. Attorney Amanda R. Callais added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | | APPROVAL by Clerks Office re: 28 APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432219).. Attorney Kevin J. Hamilton added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | | APPROVAL by Clerks Office re: 29 APPLICATION for Admission of Marc E. Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432230).. Attorney Marc E. Elias added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | | APPROVAL by Clerks Office re: 30 APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number |

| | | | |
|---|---|---|---|
| | | | AGANDC–10432239).. Attorney Matthew Joseph Mertens added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | 38 | | RESPONSE in Opposition re 20 MOTION to Intervene filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) (Entered: 12/02/2020) |
| 12/02/2020 | 39 | | USCA Order: Appellants' "Emergency Motion for expedited briefing schedule and Review" filed by Appellants Coreco Ja'Qan Pearson, Vikki Townsend Consiglio, Gloria Kay Godwin, James Kenneth Carroll, Carolyn Hall Fisher, Cathleen Alston Latham and Brian Jay Van Gundy is GRANTED re: 32 Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. Case Appealed to USCA– 11th Circuit. Case Number 20–14480–RR. (pjm) (Entered: 12/02/2020) |
| 12/02/2020 | 40 | | ORDER POSTPONING this Court's December 4th hearing, until further order of the Court. Signed by Judge Timothy C. Batten, Sr. on 12/02/2020. (usw) (Entered: 12/02/2020) |
| 12/02/2020 | 41 | | Emergency MOTION to Intervene by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Callais, Amanda) (Entered: 12/02/2020) |
| 12/03/2020 | 42 | | ORDER granting 20 Motion to Intervene; 41 Emergency Motion to Intervene by The Democratic Party of Georgia, the DSCC and the DCCC. The Clerk is directed to add these entities as parties and to docket their proposed motion to dismiss [20–1], brief in support of motion to dismiss [20–2], and answer [20–3]. Signed by Judge Timothy C. Batten, Sr. on 12/3/20. (rsh) (Entered: 12/03/2020) |
| 12/03/2020 | 43 | | MOTION to Dismiss by DCCC, DSCC, Democratic Party of Georgia, Inc. (Attachments: # 1 Brief in Support)(rsh) (Entered: 12/03/2020) |
| 12/03/2020 | 44 | | ANSWER to COMPLAINT by DCCC, DSCC, Democratic Party of Georgia, Inc. Discovery ends on 5/3/2021.(rsh) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/03/2020) |
| 12/03/2020 | 45 | | NOTICE Of Filing Evidence by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson (Attachments: # 1 Exhibit Expert Report of Matthew Braynard, # 2 Affidavit Declaration of Eric Quinnell, Ph.D. and S. Stanley Young, Ph.D., # 3 Affidavit Affidavit of Benjamin O. Overholt, Ph.D.)(MacDougald, Harry) (Entered: 12/03/2020) |
| 12/03/2020 | | | MINUTE ORDER granting Amanda J. Beane {26}, Amanda R. Callais 27 , Kevin J. Hamilton 28 , Mark E. Elias 29 , and Matthew Mertens's 30 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 12/03/2020) |
| 12/03/2020 | 46 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE OF CROSS APPEAL as to <u>14</u> Order by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. Filing fee $ 505, receipt number AGANDC–10445305. Transcript Order Form due on 12/14/2020 (McGowan, Charlene) (Entered: 12/03/2020) |
| 12/03/2020 | <u>47</u> | | NOTICE Of Filing NOA Transmittal Letter re: <u>46</u> Notice of Cross Appeal. (pjm) (Entered: 12/03/2020) |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CORECO JA'QAN PEARSON,
VIKKI TOWNSEND
CONSIGLIO; GLORIA KAY
GODWIN; JAMES KENNETH
CARROLL; CAROLYN HALL
FISHER; CATHLEEN ALSTON
LATHAM; and BRIAN JAY VAN
GUNDY,

     Plaintiffs,

v.

BRIAN KEMP; BRAD
RAFFENSPERGER; DAVID J.
WORLEY; REBECCA N.
SULLIVAN; MATTHEW
MASHBURN; and ANH LE,

     Defendants.

CIVIL ACTION FILE

NO. 1:20-cv-4809-TCB

# **O R D E R**

Plaintiffs have filed an emergency motion [6] for temporary

injunctive relief. In their motion, Plaintiffs seek an order directing

Defendants to allow Plaintiffs' expert(s) to inspect the Dominion voting

machines in Cobb, Gwinnett, and Cherokee Counties. The Court

conducted a Zoom hearing at 7:45 p.m. EST to consider Plaintiffs'

motion.

During the hearing, Defendants' counsel argued that the secretary

of state has no lawful authority over county election officials, citing

*Jacobson v. Florida Secretary of State*, 974 F.3d 1236, 1256–58 (11th

Cir. 2020). Plaintiffs' counsel responded that Plaintiffs could amend

their complaint to add the elections officials in Cobb, Gwinnett, and

Cherokee Counties, thus obviating the issue of whether the proper

officials had been named as Defendants to this case.

Defendants' counsel also argued that allowing such forensic

inspections would pose substantial security and proprietary/trade secret

risks to Defendants. Plaintiffs' counsel responded that Defendants'

concerns could be alleviated by an order from the Court (1) allowing

Defendants' own expert(s) to participate in the requested inspections,

which would be video-recorded, and (2) directing the experts to provide

whatever information they obtain to the Court—and no one else—for an

*in camera* inspection.

After considering the parties' email submissions today and the arguments advanced at the Zoom hearing, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1.

Defendants shall have until Wednesday, December 2, at 5:00 p.m. EST, to file a brief setting forth in detail the factual bases they have, if any, against allowing the three forensic inspections. The brief should be accompanied and supported by affidavit or other evidence, if appropriate.

2.

Defendants are hereby ENJOINED and RESTRAINED from altering, destroying, or erasing, or allowing the alteration, destruction, or erasure of, any software or data on any Dominion voting machine in Cobb, Gwinnett, and Cherokee Counties.

3.

Defendants are ORDERED to promptly produce to Plaintiffs a copy of the contract between the State and Dominion.

3

4.

This temporary restraining order shall remain in effect for ten

days, or until further order of the Court, whichever comes first.

IT IS SO ORDERED this 29th day of November, 2020, at 10:10

p.m. EST.

_____
Timothy C. Batten, Sr.
United States District Judge

4

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| CORECO JA'QAN PEARSON, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 1:20-cv-4809-TCB |
| | ) | |
| BRIAN KEMP, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **STATE DEFENDANTS' NOTICE OF PROTECTIVE CROSS-APPEAL**

Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le (collectively, "State Defendants") hereby give notice of their protective cross-appeal to the U.S. Court of Appeals for the Eleventh Circuit of the District Court's Temporary Restraining Order entered on November 29, 2020 ("TRO Order"), which granted in part and denied in part Plaintiffs' requested emergency relief. (Doc. 14).

Plaintiffs filed a notice of appeal of the TRO Order on December 1, 2020. (Doc. 32). It is State Defendants' position that the Court of Appeals lacks jurisdiction to review the TRO Order under 28 U.S.C. 1292(a), as the District Court has noted. (Doc. 37) ("[T]his Court is of the opinion that its November 29 order is not within

1

the scope of *Schiavo* [*ex rel. Schindler v. Schiavo*]'s exception to the unappealable nature of a temporary restraining order."). However, in the event that the Court of Appeals determines otherwise, the Court of Appeals should address the cross-appeal, which will argue that the partial TRO should be reversed and vacated.

Respectfully submitted, this 3d day of December, 2020.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Tel: 404-458-3658

*Counsel for State Defendants*

2

## __CERTIFICATE OF COMPLIANCE__

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

_/s/Charlene S. McGowan_
Charlene S. McGowan
Assistant Attorney General

3

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have this day electronically filed the foregoing **NOTICE**

**OF PROTECTIVE CROSS-APPEAL** with the Clerk of Court using the CM/ECF

system, which will send notification of such filing to counsel for the parties of record

via electronic notification.

Dated: December 3, 2020.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General
