# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BRIAN KEMP, *et al.*, <br><br> Defendants. | CIVIL ACTION NO. <br> 1:20-cv-04809-TCB |

## NOTICE OF APPEARANCE OF CAREY MILLER

COMES NOW Carey Miller of the law firm Robbins Ross Alloy Belinfante Littlefield LLC, located at 500 14th Street N.W., Atlanta, Georgia 30318, hereby makes an entry of appearance in the above-styled action on behalf of Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le (collectively, "State Defendants"). Please direct all further pleadings, notices, orders, and other matters to him at the address below.

Respectfully submitted, this 3rd day of December, 2020

                               */s/ Carey Miller*
                               Carey Miller
                               Georgia Bar No. 976240
                               cmiller@robbinsfirm.com
                               Robbins Ross Alloy Belinfante Littlefield LLC
                               500 14th Street, N.W.

Atlanta, Georgia 30318
Telephone: (678) 701-9381
Facsimile: (404) 856-3250

*Counsel for Defendants Governor Brian Kemp, Brad Raffensperger, in his official capacity as the Georgia Secretary of State and the Chair of the Georgia State Election Board; Rebecca N. Sullivan, David J. Worley, Matthew Mashburn, and Ahn Le, in their official capacities as Members of the Georgia State Election Board*

## **L.R. 7.1(D) CERTIFICATION**

I certify that this Notice has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C). Specifically, this Notice has been prepared using 14-pt Times New Roman Font.

> */s/ Carey Miller*
> Carey Miller

## CERTIFICATE OF SERVICE

I hereby certify that I have this day filed the within and foregoing **NOTICE OF APPEARANCE OF CAREY MILLER** with the Clerk of Court using the CM/ECF system, which automatically sent counsel of record e-mail notification of such filing.

This 3rd day of December 2020.

*/s/ Carey Miller*
Carey Miller