IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 20-14480-RR

_____

CORECO JA'QAN PEARSON,
VIKKI TOWNSEND CONSIGLIO,
GLORIA KAY GODWIN,
JAMES KENNETH CARROLL,
CAROLYN HALL FISHER,
CATHLEEN ALSTON LATHAM,
BRIAN JAY VAN GUNDY,

                                                                    Plaintiffs – Appellants – Cross-Appellees,

versus

GOVERNOR OF THE STATE OF GEORGIA,
in his official capacity,
SECRETARY OF STATE FOR THE STATE OF GEORGIA,
in his official capacity as Secretary of State and
Chair of the Georgia State Election Board,
DAVID J. WORLEY,
in his official capacity as a member of the Georgia
State Election Board,
REBECCA N. SULLIVAN,
in her official capacity as a member of the Georgia
State Election Board,
MATTHEW MASHBURN,
in his official capacity as a member of the Georgia
State Election Board,
ANH LE,
in her official capacity as a member of the Georgia
State Election Board,

                                                                    Defendants – Appellees – Cross-Appellants.

_____

On Appeal from the United States
District Court for the Northern District of Georgia

_____

ORDER:

"Appellees' Emergency Motion to Expedite Cross-Appeal and Consolidate Briefing" is GRANTED.

                                                           DAVID J. SMITH
                                        Clerk of the United States Court of
                                            Appeals for the Eleventh Circuit

ENTERED FOR THE COURT – BY DIRECTION