IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO; GLORIA KAY GODWIN; JAMES KENNETH CARROLL; CAROLYN HALL FISHER; CATHLEEN ALSTON LATHAM; and BRIAN JAY VAN GUNDY,<br><br>    Plaintiffs,<br><br>v.<br><br>BRIAN KEMP; BRAD RAFFENSPERGER; DAVID J. WORLEY; REBECCA N. SULLIVAN; MATTHEW MASHBURN; and ANH LE,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:20-cv-4809-TCB |

**O R D E R**

The Eleventh Circuit Court of Appeals having dismissed the appeals in this case, the Court sets the following revised scheduling order:

Plaintiffs' complaint shall come before the Court for hearing on Monday, December 7, at 10:00 a.m., EST, in the ceremonial courtroom on the 23rd floor.

Defendants' brief in opposition to the claims in Plaintiffs' complaint will be due on Saturday, December 5, by 9:00 p.m. EST. Any reply brief will be due on Sunday, December 6, by 6:00 p.m. EST. Plaintiffs are also directed to file their response brief to the pending motion [43] to dismiss by Sunday, December 6, at 6:00 p.m. EST.

In light of the upcoming hearing, Defendants' emergency motion [52] to dissolve or alter the November 29 temporary restraining order is denied. This renders moot the Gwinnett County Board of Registrations and Electors members' pending emergency motion [55] to intervene. Therefore, that motion is denied.

IT IS SO ORDERED this 4th day of December, 2020.

_____
Timothy C. Batten, Sr.
United States District Judge