## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,<br><br>            Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>            Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

## NOTICE OF FILING OF AFFIDAVITS IN SUPPORT OF INTERVENOR-DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFFS' EMERGENCY MOTION FOR INJUNCTIVE RELIEF

Intervenor-Defendants Democratic Party of Georgia, Inc. ("DPG"), DSCC, and DCCC (together, "Intervenors") hereby give notice of filing of the following sworn affidavits offered in support of their Response in Opposition to Plaintiffs' Emergency Motion for Injunctive Relief.

1.     Attached hereto as Exhibit 1 is a true and correct copy of the Affidavit of Shameika Vailes, a DPG-credentialed recount observer for Fulton County.

2.     Attached hereto as Exhibit 2 is a true and correct copy of the Affidavit of Angela Thomas, a DPG-credentialed recount observer for Fulton County.

3.     Attached hereto as Exhibit 3 is a true and correct copy of the Affidavit of Kimberly Brandon, a DPG-credentialed recount observer for Cobb County.

4.     Attached hereto as Exhibit 4 is a true and correct copy of the Affidavit of Doris Sumner, a DPG-credentialed recount observer for Gwinnett County.

5.     Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Robin Lourie, a DPG-credentialed recount observer for Fulton County.

6.     Attached hereto as Exhibit 6 is a true and correct copy of the Affidavit of Olivia Alston, a DPG-credentialed recount observer for Fulton County.

7.     Attached hereto as Exhibit 7 is a true and correct copy of the Affidavit of Russell Cason, a DPG-credentialed recount observer for Fulton County.

8.      Attached hereto as Exhibit 8 is a true and correct copy of the Affidavit of Steve Young, a DPG-credentialed recount observer for DeKalb County.

9.      Attached hereto as Exhibit 9 is a true and correct copy of the Affidavit of Beth Graham, a DPG-credentialed recount observer for Fulton County.

10.      Attached hereto as Exhibit 10 is a true and correct copy of the Affidavit of Rebecca Short, a DPG-credentialed recount observer for Fulton County.

11.      Attached hereto as Exhibit 11 is a true and correct copy of the Affidavit of Sara T. Ghazal, a DPG-credentialed recount observer for Cobb County.

12.      Attached hereto as Exhibit 12 is a true and correct copy of the Affidavit of Sharon Zydney, a DPG-credentialed recount observer for Henry County.

13.      Attached hereto as Exhibit 13 is a true and correct copy of the Affidavit of Komal Patel, a DPG-credentialed recount observer for Clayton County.

Dated: December 5, 2020                    **Adam M. Sparks**
                                           Halsey G. Knapp, Jr.
                                           Joyce Gist Lewis
                                           Susan P. Coppedge
                                           Adam M. Sparks
                                           **KREVOLIN AND HORST, LLC**
                                           One Atlantic Center
                                           1201 W. Peachtree Street, NW, Ste. 3250
                                           Atlanta, GA 30309
                                           Telephone: (404) 888-9700
                                           Facsimile: (404) 888-9577
                                           hknapp@khlawfirm.com

jlewis@khlawfirm.com
sparks@khlawfirm.com

Marc E. Elias*
Amanda R. Callais*
**PERKINS COIE LLP**
700 Thirteenth Street, N.W., Suite 800
Washington, D.C. 20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
ACallais@perkinscoie.com

Kevin J. Hamilton*
Amanda J. Beane*
**PERKINS COIE LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000
KHamilton@perkinscoie.com
ABeane@perkinscoie.com

Matthew J. Mertens*
Georgia Bar No: 870320
**PERKINS COIE LLP**
1120 NW Couch Street, 10th Floor
Portland, OR 97209
Telephone: (503) 727-2000
Facsimile: (503) 727-2222
MMertens@perkinscoie.com

*Counsel for Intervenors-Defendants*

*\*Admitted Pro Hac Vice*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,<br><br>       Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>       Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: December 5, 2020.                    **<u>Adam M. Sparks</u>**
                                             *Counsel for Intervenor-Defendants*

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY, | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |
| Plaintiffs, | |
| v. | |
| BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board, | |
| Defendants. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 5, 2020.                    **Adam M. Sparks**
                                            *Counsel for Intervenor-Defendants*