# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| L. Lin Wood, Jr., <br><br> Plaintiff, <br> v. <br><br> Brad Raffensperger, in his official capacity as Secretary of the State of Georgia, et al., <br><br> Defendants. | CIVIL ACTION FILE NO. <br> 20-cv-04651-SDG |

## AFFIDAVIT OF BETH GRAHAM

Personally appeared before me, the undersigned subscribing officer, duly authorized to administer oaths, BETH GRAHAM, who being duly sworn, deposed and stated as follows:

1. My name is BETH GRAHAM. I am over 18 years of age, a citizen of the State of Georgia, suffer from no legal disabilities, and am otherwise competent to testify to the matters contained herein. I have personal knowledge of the facts here, and if called as a witness, can testify completely thereto.

2. I am a resident of and registered elector in Fulton County, Georgia.

3. On November 15, 2020, I was present as a monitor credentialed by the Democratic Party of Georgia to observe the statewide hand recount of ballots cast in the 2020 Presidential Election in Fulton County, Georgia (the "Recount").

4. I arrived at the Georgia World Congress Center, where the Recount was held, at approximately 8:30 a.m. I had no problems accessing the space where the Recount was happening.

5. Around 9:00 a.m., the election officials indicated that they did not need as many auditors as were present at that time. As auditors were released, each party gathered to count their number of monitors.  Because the officials stated that they wanted only one monitor per party, per ten tables, the number of monitors was quickly reduced to about seventeen (17) per party, with only 5 per party allowed on the audit floor, and further reduced as the day went on. Additional monitors were told they could stay in the public viewing area.

6. When the day began, there were approximately 50 credentialed monitors present observing the Recount. Over the course of the day, that number decreased because there were fewer tables counting.

7. I did not observe anyone claiming that the Recount had "just finished" or was otherwise complete prior to 1 p.m., although new arrivals were told during the day that additional volunteers would not be needed.

8. I also saw approximately five (5) news cameras in the public viewing area and approximately six (6) observers from the Carter Center, who were circulating on the audit floor.

9. I never saw a credentialed observer being denied access to the Recount, however I did see a monitor who had to be corrected by election officials for improperly approaching the audit tables, attempting to talk to auditors, and attempting to touch ballot containers. This individual did not leave the facility after being corrected, but congregated with the Republican monitors and continued to walk the audit floor.

10. While observing, I had access to view each of the two-person audit teams from about six feet away. From this distance, I could hear the auditors announce and discuss the votes they counted on each ballot. I could also see the selections voters had made on the ballots that the audit teams were recounting if I chose to get that close. I could also see into what designated stack a given audit team placed each ballot.

11. During my time observing, I did not hear anyone call out a ballot and then place it into the wrong stack, or hear anyone complain to an elections official that ballots were being placed in the wrong stack.

12. Based on my observation, the audit teams I observed seemed to count correctly. I did see two tables who independently counted for a few minutes at the beginning of the process, but they self-corrected upon being observed and each counted as a team after that.

13. Around 12 p.m., when we were asked to reduce our numbers to two (2) per party, there were still four (4) Republican monitors walking around the audit floor looking for pieces of paper or documents lying on tables. I saw them approach an auditor and ask questions. The auditor told them she could not speak to them. They later approached another auditor, and one of the Democratic observers intervened to tell them they could not question auditors. He then escorted the Republican observers to an elections official whom I understood to be an attorney, who confirmed that observers should not speak to the auditors.

14. I continued as a monitor on the floor until around 1 p.m., and left shortly thereafter. By that time only 3-4 tables were still counting ballots, and I was no longer needed.

15. I give this Declaration freely, without coercion, and without any expectation of compensation or other reward.

16. I declare under penalty of perjury that the foregoing is true and correct to the best of my ability.

Executed this 18th day of November 2020.

_____ (signed)
BETH GRAHAM

Sworn to and subscribed to before me this 18TH day of November 2020.

_____
Notary Public

My commission expires: March 28, 2023

[Notary Seal: LAURA TUCKER, MY COMMISSION EXPIRES MAR 28 2023, COBB COUNTY, GEORGIA, NOTARY PUBLIC]