# Exhibit C

| HOME | CORPORATIONS | ELECTIONS | LICENSING | SECURITIES | CHARITIES |

VOTER INFO.    RESULTS & STATS    CANDIDATE INFO.    COUNTY & AGENCY

## HISTORIC FIRST STATEWIDE AUDIT OF PAPER BALLOTS UPHOLDS RESULT OF PRESIDENTIAL RACE

(ATLANTA)-Today, Secretary of State Brad Raffensperger announced the results of the Risk Limiting Audit of Georgia's presidential contest, which upheld and reaffirmed the original outcome produced by the machine tally of votes cast. Due to the tight margin of the race and the principles of risk-limiting audits, this audit was a full manual tally of all votes cast. The audit confirmed that the original machine count accurately portrayed the winner of the election. The results of the audit can be viewed HERE , HERE , and HERE .

"Georgia's historic first statewide audit reaffirmed that the state's new secure paper ballot voting system accurately counted and reported results," said Secretary Raffensperger. "This is a credit to the hard work of our county and local elections officials who moved quickly to undertake and complete such a momentous task in a short period of time."

"Georgia's first statewide audit successfully confirmed the winner of the chosen contest and should give voters increased confidence in the results," said Ben Adida, Executive Director of VotingWorks. "We were proud to work with Georgia on this historic audit. The difference between the reported results and the full manual tally is well within the expected error rate of hand-counting ballots, and the audit was a success."

By law, Georgia was required to conduct a Risk Limiting Audit of a statewide race following the November elections. Understanding the importance of clear and reliable results for such an important contest, Secretary Raffensperger selected the presidential race in Georgia for the audit. Meeting the confidence threshold required by law for the audit meant conducting a full manual tally of every ballot cast in Georgia.

The Risk Limiting Audit reaffirmed the outcome of the presidential race in Georgia as originally reported, with Joe Biden leading President Donald Trump in the state.

The audit process also led to counties catching making mistakes they made in their original count by not uploading all memory cards. Those counties uploaded the memory cards and re-certified their results, leading to increased accuracy in the results the state will certify.

The differential of the audit results from the original machine counted results is well within the expected margin of human error that occurs when hand-counting ballots. A 2012 study  by Rice University and Clemson University found that "hand counting of votes in postelection audit or recount procedures can result in error rates of up to 2 percent." In Georgia's recount, the highest error rate in any county recount was .73%. Most counties found no change in their finally tally. The majority of the remaining counties had changes of fewer than ten ballots.

Because the margin is still less than 0.5%, the President can request a recount after certification of the results. That recount will be conducted by rescanning all paper ballots.

Click here for the Risk Limiting Audit Report

###

### QUICK LINKS

| | |
|---|---|
| 2020 General Recount Info by County | Risk Limiting Audit Public Notice |
| 2020 Presidential Electors | GA Voter ID Info. |
| State Election Board | Secure The Vote |
| Elections Advisory Council | 2019 Official Directory |
| Vote Safe | SAFE Commission |
| Voter Registration Drive | Stop Voter Fraud |
| Reexamination Costs | Online Complaints |
| Information for Voter Registrations Pending Due to Citizenship | Proposed Constitutional Amendments |
| Intent to Tabulate Early | Great Seal |
| SD 4 Qualified Candidates | iVote - Students / Educators |
| Advance Voting Info. | Check Your Provisional Ballot Status for November 6, 2018 Election |
| 2019 List Maintenance | FAQs |

Key Election Dates and Information    Military and Overseas Voting

Register to Vote    Where do I vote? (MVP)

### LATEST ELECTIONS NEWS

Secretary Raffensperger Launches Investigation of Florida Attorney Looking to Fraudulently Register and

Vote in Georgia's Runoff Election
Thursday, December 03rd 2020

Secretary Raffensperger Launches Investigation Into Groups Encouraging Fraudulent Registrations
Wednesday, December 02nd 2020

Secretary Raffensperger and Spalding Legislative Delegation Call for Resignation of Spalding County Elections Director Following Serious Management Issues
Tuesday, December 01st 2020

Historic First Statewide Audit of Paper Ballots Upholds Result of Presidential Race
Thursday, November 19th 2020

Number of Absentee Ballots Rejected for Signature Issues in the 2020 Election Increased 350% from 2018
Wednesday, November 18th 2020

OFFICE OF BRAD RAFFENSPERGER

NEWS & ANNOUNCEMENTS

PRESS & MEDIA KIT

PRIVACY POLICY

CONTACT

214 State Capitol
Atlanta, Georgia 30334
404.656.2881
E-Mail

© 2018 Georgia Secretary of State

# Risk-Limiting Audit Report

Georgia Presidential Contest, November 2020

November 19th, 2020

From November 11 to November 19, 2020, county election officials in Georgia, conducted a statewide risk-limiting audit of the Presidential Contest from the November 2020 General Election, as ordered by the Georgia Secretary of State. Georgia's original machine count resulted in a margin of 0.3% between candidates Joe Biden and Donald Trump, requiring a full manual count of just over 5 million ballots to complete an efficient risk-limiting audit. Audit boards from all 159 Georgia counties examined 41881 batches, hand-sorting and counting each ballot as part of the process, which was the largest hand count of ballots in United States history. This document summarizes the findings of the audit.

## Audit Outcome

**The audit confirmed the original result of the election,** namely that Joe Biden won the Presidential Contest in the State of Georgia. Like any risk-limiting audit, this audit does not confirm or correct the exact margin of victory. It only provides sufficient evidence that the correct winner was reported.

## Hand-Count Variations

Prior research indicates that the expected variance between hand and machine counts, assuming no issues beyond normal human error in the counting process, ranges anywhere from 1.0 - 1.5% across all ballot types.

Georgia shows a **0.1053% (0.001053) variation** in statewide total vote count, and a **0.0099% (0.000099) variation** in the overall margin. The audited vote totals from the hand tally for the three candidates were:

| Trump | **2,462,857** |
|---|---|
| Biden | **2,475,141** |
| Jorgensen | **62,587** |

In addition, no individual county showed a variation in margin larger than 0.73%, and 103 of the 159 counties showed a margin variation of less than 0.05%.