# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

**ATTORNEY DECLARATION OF AMANDA R. CALLAIS**

I, Amanda R. Callais, state as follows:

1. My name is Amanda R. Callais. I am over 18 years of age and have personal knowledge of the below facts, which are true and accurate to the best of my knowledge and belief.

2. I am an attorney with the firm of Perkins Coie LLP and counsel for Intervenor-Defendants the Democratic Party of Georgia, Inc., DSCC, and DCCC ("Intervenors"). I make this declaration in support of Intervenors' Opposition to Plaintiffs' Motion for Emergency Injunctive Relief.

3. Attached hereto as Exhibit 1 is a true and correct copy of the expert report of Dr. Stephen Ansolabehere responding to Matthew Braynard.

4. Attached hereto as Exhibit 2 is a true and correct copy of the expert report of Dr. Stephen Ansolabehere responding to Dr. William Briggs.

5. Attached hereto as Exhibit 3 is a true and correct copy of the expert report of Dr. Jonathan Rodden responding to Russell Ramsland, Dr. Eric Quinnell, and Dr. Shiva Ayyadurai.

6. Attached hereto as Exhibit 4 is a true and correct copy of the expert report of Dr. Kenneth R. Mayer responding to Russell Ramsland and Dr. Benjamin Overholt.

– 2 –

7. Attached hereto as Exhibit 5 is a true and correct copy of the expert report of Dr. Jonathan Rodden and William Marble responding to Dr. Eric Quinnell and Dr. S. Stanley Young.

Dated: December 5, 2020

**Amanda R. Callais**
Amanda R. Callais*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, D.C. 20005
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
acallais@perkinscoie.com
*Counsel for Intervenor-Defendants*
*Admitted Pro Hac Vice

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,<br><br>          Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>          Defendants. | CIVIL ACTION FILE NO. 1:20-cv-04809-TCB |

**CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing document has been prepared in accordance with the font type and margin requirements of L.R. 5.1, using font type of Times New Roman and a point size of 14.

Dated: December 5, 2020.	**<u>Adam M. Sparks</u>**
*Counsel for Intervenor-Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM, and BRIAN JAY VAN GUNDY,<br><br>   Plaintiffs,<br><br>v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>   Defendants. | CIVIL ACTION FILE NO.<br>1:20-cv-04809-TCB |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Dated: December 5, 2020.              **Adam M. Sparks**
                                      *Counsel for Intervenor-Defendants*