IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, VIKKI TOWNSEND CONSIGLIO, GLORIA KAY GODWIN, JAMES KENNETH CARROLL, CAROLYN HALL FISHER, CATHLEEN ALSTON LATHAM and BRIAN JAY VAN GUNDY<br><br>        Plaintiffs,<br><br>        v.<br><br>BRIAN KEMP, in his official capacity as Governor of Georgia, BRAD RAFFENSPERGER, in his official capacity as Secretary of State and Chair of the Georgia State Election Board, DAVID J. WORLEY, in his official capacity as a member of the Georgia State Election Board, REBECCA N. SULLIVAN, in her official capacity as a member of the Georgia State Election Board, MATTHEW MASHBURN, in his official capacity as a member of the Georgia State Election Board, and ANH LE, in her official capacity as a member of the Georgia State Election Board,<br><br>        Defendants, | CIVIL ACTION FILE NO.<br><br>1:20-cv-1677-TCB |

DEMOCRATIC PARTY OF GEORGIA, INC., DSCC, DCCC, JOHN MANGANO, ALICE O'LENICK, BEN SATTERFIELD, WANDY TAYLOR, and STEPHEN DAY,

        Intervenors.

## **ORDER**

It is hereby ORDERED that all attorneys and assistants to the attorneys be allowed to bring cell phones and laptops and other laptop accessories into the Richard Russell Building on December 7, 2020 for a hearing in this case.

**SO ORDERED** this 6th day of December, 2020.

                                                    _____
                                                    TIMOTHY C. BATTEN, SR.
                                                    UNITED STATES DISTRICT JUDGE