IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, et al,<br><br>　　Plaintiffs,<br>v.<br><br>BRIAN KEMP, et al,<br><br>　　Defendants. | CASE NO.<br><br>1:20-cv-4809-TCB |

**NOTICE OF FILING ELECTRONIC MEDIA**

Come Now the Plaintiffs and submit this Notice of Filing of Electronic Media consisting of the following time-stamped video surveillance clips from State Farm Arena on November 3rd and 4th, 2020 which will be delivered electronically to opposing parties in this case today and hand delivered on a USB drive to the Clerk of Court Monday, December 7, 2020:

November 3, 2020

- 05:08:00 AM to 05:08:10 AM
- 07:41:00 AM to 07:41:05 AM
- 08:37:00 AM to 08:37:08 AM
- 03:17:24 PM to 03:17:34 PM
- 10:16:08 PM to 10:16:18 PM
- 10:24:50 PM to 10:25:13 PM
- 10:28:53 PM to 10:29:37 PM

- 10:45:01 PM to 10:45:17 PM

- 11:06:35 PM to 11:13:20 PM

- 11:06:35 PM to 11:13:20 PM (Enlarged)

- 11:06:35 PM to 11:13:20 PM (Enlarged 4x Speed)

November 4, 2020

- 12:01:30 AM to 12:05:40 AM

- 12:26:50 AM to 12:29:34 AM

- 12:55:28 AM to 12:56:00 AM

- 01:10:57 AM to 01:11:18 AM

Respectfully submitted, this 6th day of December 2020.

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*Application for admission pro hac vice
forthcoming

CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald

        Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

*Attorneys for Plaintiffs*

  The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

        <u>s/ Harry W. MacDougald</u>
        Harry W. MacDougald
        Georgia Bar No. 463076

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing Notice of Filing Electronic Media with the Clerk of Court using the CM/ECF system which will cause service to made upon counsel of record therein.

This 6th day of December 2020.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 4630s76

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956