IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, et al., <br><br> Plaintiffs, <br> v. <br><br> BRIAN KEMP, et al., <br><br> Defendants. | CASE NO. <br><br> 1:20-cv-4809-TCB |

## NOTICE OF FILING OF APPELLATE APPENDIX VOLUME 4

Come Now the Plaintiffs and submit this Notice of Filing of the following:

Volume 4 of the Appendix on Appeal of this case, which contains the following affidavits and declarations:

Affiant A……………………………………………………………… Pages 1-5

Affiant B……………………………………………………………… Pages 6-7

Affiant C……………………………………………………………… Page 8

Affiant D……………………………………………………………… Page 9-12

Affiant E……………………………………………………………… Pages 13-14

Affiant F……………………………………………………………… Pages 15-16

Affiant G……………………………………………………………… Pages 17-19

Affiant H……………………………………………………………… Pages 20

Affiant I……………………………………………………………….. Pages 21-22

Affiant J………………………………………………………...…… Page 23

Affiant K……………………………………………………….…… Page 24

Affiant L ……………………………………………………...…… Pages 25-26

Affiant M……………………………………………………..…… Pages 27-28

Affiant N…………………………………………………………… Pages 29-30

Affiant O……………………………………………………..…… Pages 31-53

Affiant Q……………………………………………………..…… Page 54

Affiant R…………………………………………………….…… Pages 55-57

Affiant S……………….…………………………………….……Pages 58-66

Affiant T …………………………………………………….....… Pages 67-69

Affiant U………………………………………………….….…… Page 70

Affiant V…………………………………………………...…..…. Page 71

Affiant W…………………………………………………….…..…Pages 72-74

Affiant X……………………………………………………...…….Pages 75-78

Affiant Y………………………………………………….…..…… Pages 79-81

Affiant Z…………………………………………………...…...… Pages 82-92

Affiant AA……………………………………………….….…..… Pages 93-98

Affiant AB…………………………………………………..…….. Pages 99-100

Affiant AC…………………………………………………….…… Pages 101-104

Affiant AD………………………………………………….….…… Pages 105-106

Affiant AE ……………………………………………….………. Pages 107-113

Affiant AF ……………………………………………………....… Page 114

Affiant AG ……………………………………………………..…… Pages 115-116

Affiant AH............................................................................. Pages 117-118

Affiant AI .............................................................................. Pages 119-128

Affiant AJ -........................................................................... Pages 129

Affiant AK ............................................................................ Pages 130

Affiant AL ............................................................................. Page 131

Affiant AM............................................................................. Page 132

Affiant AN ............................................................................ Pages 133-135

Affiant AO............................................................................. Pages 136-139

Affiant AP............................................................................. Pages 140-142

Affiant AQ............................................................................. Pages 143-144

Affiant AR ............................................................................ Pages 145-148

Affiant AS ............................................................................. Pages 149-156

Affiant AT.............................................................................. Pages 156-157

Affiant AU ............................................................................. Pages 158-159

Preservation Email from Sidney Powell RE Case No 20-CV-04809-TCB....................................................................... Pages 160-177

Request for Evidence RE Case No 1:20-CV-04651-SDG............................................................................ Pages 178-182

Transcript of Zoom Hearing in Civil Action File No 1:20-CV-4809-TCB ....................................................................................... Pages 183-221

Tweet from Congressman Hice Regarding State Farm Arena..................................................................................... Page 222

Respectfully submitted, this 6th day of December 2020.

/s Sidney Powell*
Sidney Powell PC
Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*Application for admission pro hac vice
forthcoming

CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

*Attorneys for Plaintiffs*

      The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

5

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing Notice of Filing with the Clerk of Court using the CM/ECF system which will cause service to made upon counsel of record therein.

This 6th day of December 2020.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 4630s76

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956