No. _____

## *In the United States Court of Appeals for the Eleventh Circuit*

CORECO JA'QAN PEARSON, ET AL.,

*Plaintiffs-Petitioners,*

v.

BRIAN KEMP, ET AL.,

*Defendants-Respondents*

On Certified Order from the United States District Court
for the Northern District of Georgia, Atlanta Division,
No. 1:20-cv-04809-TCB

### PETITIONERS' APPENDIX (VOLUME IV)

Sidney Powell
  *Counsel of Record*
SIDNEY POWELL PC
2911 Turtle Creek Blvd., Suite 300
Dallas, TX 75219
(214) 717-1775
sidney@federalappeals.com

L. Lin Wood
L. LIN WOOD, P.C.
P.O. Box 52584
Atlanta, GA 30305-0584
(404) 891-1402
lwood@linwoodlaw.com

*Counsel for Plaintiffs-Petitioners. Additional counsel listed on the next page.*

Harry W. MacDougald
CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956

Howard Kleinhendler
HOWARD KLEINDLER ESQUIRE
369 Lexington Avenue, 12th Floor
New York, NY 10017
(917) 793-1188


*Counsel for Plaintiffs-Petitioners*

## Index to Appendix

**Filing**                                                    **Docket No.**

*Volume I*

Docket sheets

Complaint with attachments ................................................... D1
   Briggs Paper ................................................ D1-1
   Redacted Affidavit ......................................... D1-2
   Declaration of Ana Mercedes Diaz Cardozo ................. D1-3
   Declaration of Harri Hursti ............................... D1-4
   Various Materials .......................................... D1-5
      Email from Samantha Whitley ....................... Part of D1-5
      Official Election Bulletin ........................ Part of D1-5
      Declaration of J. Alex Halderman .................. Part of D1-5
      Supp. Declaration of Kevin Skoglund .............. Part of D1-5
      Declaration of Harri Hursti ...................... Part of D1-5
      Filing Notice re: Redacted Dominion
      Lab Report ....................................... Part of D1-5
        Redacted Dominion Voting
        Lab Report .................................... Part of D1-5

*Volume II*

Attachments to Complaint (continued)
   Various Materials (D1-5, continued)
      Transcript of Court Proceedings ................... Part of D1-5
   Dominion Certification by Ga. Secretary of State ....... D1-6
   Dominion Voting Systems Test Report ..................... D1-7
   Election Law Journal Article .............................. D1-8
   Redacted Declaration ...................................... D1-9
   Affidavit of Russell James Ramsland, Jr. ................ D1-10
   Affidavit of Mayra Romera ................................. D1-11
   Affidavit of Amanda Coleman ............................... D1-12
   Affidavit of Maria Diedrich ............................... D1-13
   Affidavit of Ursula V. Wolf ............................... D1-14

*Volume II (continued)*

Attachments to Complaint (continued)

Affidavit of Nicholas J. Zeher .................................................... D1-15
Affidavit of Susan Voyles ........................................................ D1-16
Affidavit of Ibrahim Reyes ...................................................... D1-17
Affidavit of Consetta S. Johnson .............................................. D1-18
Affidavit of Carlos E. Silva ..................................................... D1-19
Affidavit of Andrea O'Neal ...................................................... D1-20

*Volume III*

Attachments to Complaint (continued)

Affidavit of Debra J. Fisher ..................................................... D1-21
Affidavit of Kevin P. Peterford ................................................. D1-22
    Exhibit A ................................................... Part of D1-22
    Exhibit B ................................................... Part of D1-22
Texas SOS Report on Dominion ............................................... D1-23
Maloney Letter to Paulson ....................................................... D1-24
Affidavit of Juan Carlos Cobucci ............................................. D1-25
Letter of Sen. Warren, et al. ................................................... D1-26
Declaration of Eric Quinnell .................................................... D1-27
Affidavit of Mitchell Harrison .................................................. D1-28
Affidavit of Michelle Branton ................................................... D1-29

Emergency Mtn. for Temporary Inj. Relief ................................... D6
Declaration of Shiva Ayyadural .............................................. D6-1
Joint Cybersecurity Advisory ................................................. D6-2
Proposed Order ................................................................. D6-3

Notice of Filing Redacted Declaration .................................... D7
Redacted Declaration .......................................................... D7-1

Order Granting in Part Mtn. for Temp. Inj. Relief ........................ D14

Certification Order Under 42 USC §1292(b) ............................... D15

Entry of Appearance by Counsel for Defendants ....................... D16

*Volume III* (continued)

Amended Certification Order Under 42 USC §1292(b)........................D22

Notice of Filing of Affidavit.........................................................................D

Notice of Emergency Interlocutory Appeal.........................................D32

Stay Order ...............................................................................................D37

*Volume IV*

Affiant A................................................................. Pages 1-5
Affiant B................................................................. Pages 6-7
Affiant C.................................................................. Page 8
Affiant D................................................................. Page 9-12
Affiant E................................................................. Pages 13-14
Affiant F................................................................. Pages 15-16
Affiant G................................................................. Pages 17-19
Affiant H................................................................. Pages 20
Affiant I................................................................. Pages 21-22
Affiant J................................................................. Page 23
Affiant K................................................................. Page 24
Affiant L................................................................. Pages 25-26
Affiant M................................................................ Pages 27-28
Affiant N................................................................ Pages 29-30
Affiant O................................................................ Pages 31-53
Affiant Q................................................................ Page 54
Affiant R................................................................. Pages 55-57
Affiant S.................................................................Pages 58-66
Affiant T ................................................................. Pages 67-69
Affiant U................................................................. Page 70
Affiant V................................................................. Page 71
Affiant W................................................................Pages 72-74
Affiant X.................................................................Pages 75-78
Affiant Y................................................................. Pages 79-81
Affiant Z................................................................. Pages 82-92

Affiant AA.................................................................. Pages 93-98
Affiant AB................................................................. Pages 99-100
Affiant AC.................................................................. Pages 101-104
Affiant AD.................................................................. Pages 105-106
Affiant AE ................................................................. Pages 107-113
Affiant AF ................................................................. Page 114
Affiant AG ................................................................. Pages 115-116
Affiant AH................................................................. Pages 117-118
Affiant AI .................................................................. Pages 119-128
Affiant AJ -................................................................. Pages 129
Affiant AK ................................................................. Pages 130
Affiant AL ................................................................. Page 131
Affiant AM................................................................. Page 132
Affiant AN ................................................................. Pages 133-135
Affiant AO.................................................................Pages 136-139
Affiant AP.................................................................. Pages 140-142
Affiant AQ.................................................................Pages 143-144
Affiant AR ................................................................. Pages 145-148
Affiant AS ................................................................. Pages 149-156
Affiant AT................................................................. Pages 156-157
Affiant AU ................................................................. Pages 158-159
Preservation Email from Sidney Powell RE Case No 20-CV-04809-
TCB................................................................. Pages 160-177
Request for Evidence RE Case No 1:20-CV-04651-
SDG................................................................. Pages 178-182
Civil Action File No 1:20-CV-4809-TCB
................................................................. Pages 183-221
Tweet from Congressman Hice Regarding State Farm
Arena................................................................. Page 222

## CERTIFICATE OF SERVICE

I hereby certify that on **December 3, 2020,** I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Eleventh Circuit by using the CM/ECF system.

A true and correct copy of the foregoing will be emailed to the following counsel:

Charlene S. McGowan
cmcgowan@law.ga.gov
Russell D. Willard
rwillard@law.ga.gov
*Counsel for Defendants-Respondents Brian Kemp, Brad Raffensperger, David J. Worley, Rebecca N. Sullivan, Matthew Mashburn, and Anh Le.*

Adam M. Sparks
sparks@khlawfirm.com
Halsey G. Knapp, Jr.
hknapp@khlawfirm.com
Susan P. Coppedge
coppedge@khlawfirm.com
    Adam M. Sparks
    sparks@khlawfirm.com
    *Counsel for Proposed Intervenor-Defendants
    Democratic Party of Georgia, Inc., DSCC, and DCCC.*

*/s/ Sidney Powell*

State of Georgia
County of Bibb

## AFFIDAVIT

I, ███████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed.

On November 3, 2020, I was working as a credentialed Republican poll watcher at the EMs New Griswoldville Baptist Church located at 3003 Truitt Place in Macon, Georgia, 31211. The first concerning issue that I observed was that poll workers made selections on the voting screen for the voter: by 7:30 a.m., I made a note that "Peter [a poll worker] is way too involved with voters at the machines." This behavior continued throughout the day. A conservative estimate is that poll workers selected candidates on the ballots for voters 12 times: for at least one voter, at 3:50 p.m., I observed the poll manager Lastacia Evans complete the entire ballot on the voting machine. I was seated in a location where all of the selection screens were facing me, and I could see the workers touching the machines.

A second issue was non-poll workers assisting others in voting or voting for them. At 9:25 a.m., two women were at machine #1, and one of the women was making selections on the screen for the voter. At 1:50 p.m. on machine #2, there were two individuals at one machine. One individual (a woman) was pointing to candidates on the screen and instructing the voter to select those individuals. At 2:40 p.m. at machine #10, a middle-aged woman was making selections on the screen for a younger voter. The woman actually voted on machine #9. At 5:28 p.m., on machines #7 and #1, there were two voters who each had another individual beside them making their voting selections. At 5:45 p.m., on machine #4, a middle-aged man came in and as he was checking in at the counter, he asked if he would be able to get help with the voting machine. A woman in a Biden/Harris shirt came in, walked with the man to the voting booth, and inserted his voter card into the machine. The woman voted FOR the man. The woman did not obtain a card to vote for herself. These are the most egregious examples, but individuals making selections on the voting screen for voters occurred multiple times per hour. NONE of the voters or accompanying individuals filled out any paperwork to document who they were, how they were related to the voter, or why they were voting for the voter; only 3 people asked for permission or help voting and the rest simply voted.

A third issue was voters coming to the precinct to vote when they had requested an absentee ballot. I observed 21 individuals who came to vote in person and the poll workers stated that the voter had received an absentee ballot; each of the 21 voters stated that he or she either hadn't voted, hadn't brought their absentee ballot with them, or hadn't received their absentee ballot. For all but one person, I observed the poll manager fill out a affidavit card with the voter; however, she only called in 2 of those voters names to the Board of Election for verification that they were eligible to submit a ballot (the first three in the morning) before allowing them to vote. All of the individuals voted on the voting machines, not on paper ballots. At 3:55 p.m., I observed one individual who voted on the voting machine before he even signed the affidavit.

The final count that I was given by the poll manager was 383 votes on the machines and 1 paper ballot.

I have attached 4 Exhibits to this Affidavit—my original notes.

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is _November 10, 2020_ .

████████████████

(PRINT YOUR NAME HERE)

ADDRESS ████████████████████

_____

TEL./CELL ██████████         FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 10th day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: 1/14/2024

LAUREN DEAL
NOTARY
EXPIRES
01/14/2024
GEORGIA
PUBLIC
BIBB COUNTY

Poll Watcher Incident Report—Please Point in Blue or Black ink and EMAIL TO
**GAEDO@DONALDTRUMP.COM**

| DATE OF INCIDENT | COUNTY | ELECTION WATCHER NAME | PHONE/ EMAIL |
|---|---|---|---|
| 11/3/2020 | Bibb | | |

| LOCATION NAME | LOCATION ADDRESS | | LOCATION CITY |
|---|---|---|---|
| New Goisaddville Baptist church EM4 | 3003 Truit Pl. Macon, GA 31211 | | Macon |

| ISSUE(s) | BRIEF SUMMARY OF INCIDENT    Poll manager    Lastacia Evans. |
|---|---|
| | Voters + poll workers helping voters without submitting their information. |
| | Person allowed inside with campaign material. |
| | Poll worker using his phone on the poll floor. |

| TIME | INCIDENT FACTS – DETAILED DESCRIPTION |
|---|---|
| 7:18 | Peter, a poll worker, was touching a voter's machine and selecting multiple buttons. I was unable to hear any conversation but he was located at machine 6. |
| 7:20 | A man and woman came in together to vote. the woman was selecting votes on the mans screen. Machine 8. |
| 7:30 | Peter is helping another voting, touching the machines, he is way too involved with voters at the machines. |
| 7:50 | Voter claimed his card stated that someone already voted with their card. Poll manager issued him a new card. |
| 9:25 | Another lady is helping a voter by touching buttons on her screen, Machine 1. |
| 9:32 | When I attempted to relocate myself closer to the ID table I was told I could not wander around and had to be seated in my designated chair. I let the poll manager know I could go anywhere on the poll floor including, in view of the ID process so long as I was not interfering with voters + workers. She conceded and let me move. |
| 10:35 | Peter was on his smart phone on the poll floor while 2 people were voting. This happened on another occasion later in the day. |
| 10:49 | Voter Robert Smith Jr, said his listed address was incorrect. He signed for his voter card and voted. After voting the poll manager allowed the voter to change his address. |
| 1:50 | Two goers were at the same machine. One person was showing the other person who to vote for, and she was ~~selecting~~ pointing to specific candidates on the screen. The woman helping did not vote. Machine 2. |
| 2:40 | A woman was helping a younger man ~~vote~~ select votes on the machine. Machine 10. The woman then voted on Machine 9. |
| 3:55 | ~~On~~ A man voted before ~~voter~~ signing his absentee ballot affidavit. |
| 5:28 | One machine 1 + 7 both voters have people helping them + selecting their votes on the screen. |
| 5:45 | Lady with Biden/Harris shirt came into the polls to help a man. She grabbed his voter card, inserted it into the machine, and voted FOR the man. |
| 7:50 | The poll manager was selecting votes for a woman who said she could not see the screen.    Continued → |

I affirm/certify under penalty of perjury under the laws of this state that the information I have provided in this document (and any attachments) is true and correct to the best of my knowledge and belief. Executed on November 4th 2020 at

Macon, GA _____(State).

2

| DATE OF INCIDENT | COUNTY | ELECTION WATCHER NAME | PHONE/EMAIL |
|---|---|---|---|
| 11/3/2020 | Bibb | | |

| LOCATION NAME | | LOCATION | |
|---|---|---|---|
| New Griswoldville EM4 | | | Macon |

**ISSUE(s)** — **BRIEF SUMMARY OF INCIDENT**

Ballots @ zero. Doors opend promptly @ 7. There was
A line at about 15 ppl. outside. Closd right @ 7pm.
LaStacia Evans (Stacey)

**TIME** — **INCIDENT FACTS - DETAILED DESCRIPTION**

| TIME | INCIDENT FACTS - DETAILED DESCRIPTION |
|---|---|
| | ~~HH HH HH HH HH HH HH HH HH~~ |
| | ~~HH HH HH HH HH HH III~~ (28) 9am checked with Stacey |
| 9:06am | ~~HH III HH~~ ● -11 (105) 10am count called w/ Stacey |
| 10.00am | ~~HH HH HH HH HH HH II~~ (37) 11am count called w/ stacey |
| 11:01 | ~~HH HH HH HH HH HH~~ 12pm - No Count yet |
| | ~~HH IIII~~ 12:12 count came to (173) Unsure (22) 22-19 |
| 12:15 | ~~HH HH HH HH HH~~ 1:08 still wating to ask for 1pm count (17) |
| 1:05 | ~~HH HH HH III~~ 2:08 startd calculating 2pm total, machines first. |
| | ~~HH~~ They claimd (205) @ 2:17 but I have 270 |
| 2:29 | ~~HH HH HH IIII II~~ (245) 3pm Count - I have 247 sothing likely signd |
| 3:00 | IIII left aside for er. - ~~HH~~ no 3 pm count. (266) 4pm Count-Stacy |
| 4:04 | ~~HH HH HH HH HH HH III~~ 4:53 (309) |
| 4:05 | ~~HH HH HH HH HH~~ ~~HH IIII III~~ (359) |
| 6:04 | ~~HH HH HH HH~~ IIII (383) 1 & over |
| 4:20 | Absentee Voter - No Ballot  5:05 Absentee Voter - No Ballot |
| 3:55 | Absentee Voter - No Ballot.  5:03 Absentee Voter - No Ballot |
| 3:56 | Absentee Voter - No Ballot  4:50 Voter turned away - Not on roll |
| 2:50 | Poll Officer voting - Machine 5  4:05 Absentee Voter - No Ballot |
| 12:40 | 2 voters claimed not to have received absentee |
| 12:09 | 2 voters signd addidavits for missing, absentee ballots  5:59 Absentee-No Ball |
| 9:53 | 2 voters came in but were in wrong location  5:59 Absentee No Ballot |
| 9:20 | Provisional Ballot - signd absentee - 1  5:07 Absentee - No Ballot |
| 7:27 | Provisional - No Absentee ballot - 1  5:06 Absentee - No Ballot |
| 7:15 | Provisional Ballot - No Ballot - Mail int  7:15 (1) |
| | Provisional Ballot - 1 - Ended up voting on machine.  6:39 Absentee Ballot |

I affirm/certify under penalty of perjury under the laws of this state that the information I have provided in this document (and any attachments) is true and correct to the best of my knowledge and belief. Executed on _____, at _____ (State).

3

Poll Watcher Incident Report Please Print in Blue or Black INK EMAIL TO
GAEDO@DONALDTRUMP.COM

| DATE OF INCIDENT | COUNTY | ELECTION WATCHER NAME | PHONE/EMAIL |
|---|---|---|---|
| 11/3/2020 | Bibb | | |

| LOCATION NAME | LOCATION |
|---|---|
| New Grandville EMy | Macon . |

| ISSUE(s) | BRIEF SUMMARY OF INCIDENT |
|---|---|
| | |

| TIME | INCIDENT FACTS – DETAILED DESCRIPTION |
|---|---|
| 7:15 am | Absentee voter came in and did not bring absentee balot. |
| | Poll manager - Stacey, made a call to see what to do. |
| | Made voter fill out an affidavit. |
| 7:18 | Peter, a poll worker was touching a voters machine and selecting buttons. I was unable to hear the conversation. 5th machine in from right. |
| 7:20 | 3rd Machine in from right a lady was helping a voter. She was not a worker but was selecting votes on his screen. Man was in walker grey pants woman in green pants. Both had a black cat. Left machine @ 7:25 |
| 7:30 | Peter is WAY to involved with voters @ the machines. |
| 7:50 | Voter said his card stated someone had already voted on that card. Poll manager, Stacey, was informed and voter was issued a new card. |
| 9:25 | Lady helping a voter + touching buttons on her screen, Machine 1. |
| 9:5h | I was told I could not roam around by poll manager and I attempted to stand by 10 table to ensure proper checking. → |

I affirm/certify under penalty of perjury under the laws of this state that the information I have provided in this document (and any attachments) is true and correct to the best of my _____, at _____ (State).

4

Poll Watcher Incident Report Foot-in Blue-Peak 2/08/20L TP
GAEDO@DONALDTRUMP.COM

| DATE OF INCIDENT | COUNTY | ELECTION WATCHER NAME | PHONE/EMAIL |
|---|---|---|---|
| 11/3/2020 | B.bb | ▉▉▉▉ | Phone: ▉ Email: ▉ |

| LOCATION NAME | LOCATION ADDRESS | LOCATION CITY |
|---|---|---|
| New Griswoldville EM4 | | Macon |

| ISSUE(s) | BRIEF SUMMARY OF INCIDENT |
|---|---|
| | |

| TIME | INCIDENT FACTS – DETAILED DESCRIPTION |
|---|---|
| 10:14 | Issue with young voter's ID. Stacey was called to check-in. She was signing + doing work on the check in screen. Voter was able to vote. |
| 10:33 | Riley was on his phone out in the open at the polling floor. There were 2 people @ the polls during that time. |
| 10:49 | Voter Robert Lee Smith Jr. said his address was wrong..let him change address after voting anyway and submitting ballot. |
| 11:05 | Voter was issued an absentee ballot + he did not bring it. He claimed all of his mail goes to his mother's house. Poll manager Stacey issued him a new ballot after he signed an affidavit. Seems like his address was wrong?? 11:32 Stacey had to issue ballot R Chriskin. |
| 11:40 | Voter told to go elsewhere to vote. Stacey pulled out paperwork + was sent to a provisional ballot booth. Stacey was filling out orange slip + needed voter's ID. One poll worker was standing + viewing the voter in the booth. Was later joined by another poll worker ▉▉▉▉ ▉▉▉▉ ▉▉▉▉ |
| 1:50 | Machine two. There were two voters @ the same machine. One voter was showing the other who to vote for. She was pointing to specific candidates on the screen. The other woman helping did not vote. |
| 2:40 | Machine 10 a woman voter was helping another younger voter with his selections on the machine. The woman then voted on machine 9. |
| 3:53 | Gentleman voted today he signed his missing absentee form. |
| 5:28 | Machine 7 + Machine 1 both have people helping them + selecting their vote on the screen. |
| 5:45 | Machine #4 lady with Biden/Harris shirt came into polls to help a voter + voted FOR him. |

I affirm/certify under penalty of perjury under the laws of this state that the information I have provided in this document (and any attachments) is true and correct to the best of my knowledge and belief. Executed on _____, at _____, (State). ▉▉▉▉

5

State of Georgia
County of Bibb

## AFFIDAVIT

I, ██████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

Throughout early voting and on election day, I was a credentialed poll watcher designated through the Bibb County GOP. I watched at the polls on October 13, 14, 19, 20, 21, 24, 29, and November 3, 2020. The following issues were observed by me in my official capacity.

On October 13, I was at the Elaine Lucas Senior Center. After showing the poll manager, ████████ my credentials and letter, and then I checked the absentee ballot box because ████████ another poll watcher, asked me to confirm that it had been sealed. As of 9:57 a.m. when I checked the box, it was not sealed on the back side. I pointed it out to ████████ and she then placed the second seal.

I asked for a count from the polling machines and tabulators, and ████ told me that her supervisor told her she did not have to give me that information and she would not give it to me.

I was told to sit in a location where I could not see much of what was going on based on how my chair was positioned. I observed the poll workers going into the voting booths with many voters. I couldn't tell if they were voting with or voting for those people, but it happened many times. Repeatedly, I observed the election workers did not actually check the ID presented by the voters – they never looked up to confirm that the identity on the card matched the person.

I observed that when voters would come into the polls with absentee ballots, they would take them up to whatever registration station was available, and the absentee ballot would be given to the poll worker at that station, who would pile up the absentee ballots on the table beside them. At 11:55 a.m. I observed ████████ to collect ID papers and absentee ballots from the stations; those ballots had been sitting out on the tables, openly accessible. She would carry all of the absentee she collected to another table where she would go through them. I observed that she did not stamp every one of the absentee ballots. She would carry them all to the table where she had a canvas "Secure the Vote" bag, a tote bag which had no zipper or buttons and no way to secure it. She would lay the ballots down, then get busy on something else. Eventually, she would come back and shove the ballots into the bag, then leave the table again. This happened repeatedly through the day. I called the voter hotline when I was seeing this happen.

At 12:20 pm, I requested a machine count from ████ At the time, there were no voters in the precinct. But I was told by ████ that her supervisor said I couldn't have them.

At 1:25 pm, while ████████ was at lunch, an incident occurred. Previously, Barbara told me that I WAS NOT ALLOWED TO TALK TO THE POLL WORKERS. A woman walked in and went over to one of the poll workers with her absentee ballot. He opened her absentee ballot and inspected it. The woman asked to have her absentee ballot sealed and spoiled in front of her before she voted on the machines. Dianne Glover, a poll worker who was assigned to the tabulator, walked over to the table, and took the ballot back out of the envelope, looked at it, put it back into the envelope, and the voter told her, 'I would like for my ballot to be sealed and stamped so I can go vote.' I got up, walked over, and told Ms. ████ what the woman wanted was to have her ballot sealed so that her information was protected before she went to vote. ████████ put her hand in my face, yelling at me, "Get back, get back, you're not supposed to be over here!"

I said, "She wants it taped and stamped." I stood there until she got the tape, then I proceeded outside and got the hotline.

At the end of the day, at 5:30 p.m., I requested a final count for the day, but I also headed over toward the machines to check the count myself. I was able to see that there were 19 votes on the first machine, but ████████ blurted out that I was not supposed to go over there, and Barbara Jackson repeated that "you cannot do that," and at that point, I left.

On October 14, I spoke to a lawyer who informed me that I had done nothing wrong in the previous day by speaking to a poll worker. I went to the Board of Elections on Pio Nono Ave. for the day. ████████ old me that if I had some sort of problem, I should come directly to her.

A man came in and showed ████████ some form of "badge," and he was allowed to look at the tabulators while they were in use. He then went outside and was inspecting the absentee box and took pictures of it. He then went and was talking on the phone to someone, and I took a picture of him at 1:50 p.m. When I asked to look at the tabulators, I was told

*Barbara Peacock* (signature)

Barbara Peacock

an issue. There was a lot of loud talking in the hallways and around the voting center, and the poll workers were not helping the voters. There was also an advertisement in the voting room for a fall festival sponsored by a candidate on the ballot, and I had to ask the poll workers to remove it. Eventually, I had to ask for the poll workers to return to helping the voters who needed help.

At 3:58 p.m., a voter came in and filled out an absentee ballot and voted with it. I overheard her say to someone else that she had already voted at the Board of Elections on Pio Nono.

Again, I was not allowed to see the tabulator totals.

On October 29, 2020, I arrived at Elaine Lucas Center at 3:42 p.m., and the absentee ballot box was not secured on one end. I was told to sit where I could not observe if anyone interfered with the ballots. Around 4:10 p.m., a woman who I presumed to be from the Board of Elections came with a man. Their ID badges were not visible, but they were people I have never seen before. They were taking the unsecured ballots and voter registration information cards to a back room where there were no Republican watchers and I was not allowed to observe what they were doing with those ballots.

Late in the afternoon, a man and a woman were at the voting machines. The man was leaning back, watching the woman beside him, who he did not come with and did not appear to know, enter her ballot. None of the poll workers addressed it or corrected him. Around 5:10, I observed a poll worker voting while still wearing her poll tag. Shortly thereafter, a woman and her son came in, and son had the woman's absentee ballot. She voted in person, then handed her ballot to her son, who laid it on a table. She almost left without her ballot being cast into the tabulator, and none of the workers stopped her. I pointed out to her that her ballot was laying on the table.

At 5:30 p.m. on October 29 was the first time that I had observed Barbara Jackson to use a secured bag to package up the absentee ballots. Every other day, what I observed was her using unsecured canvas bags to transport the ballots.

On November 3, 2020, I working at a precinct on Jeffersonville Road. I was not allowed to look at the tabulators to see if the starting numbers were zero. Again, I was told that I did not see or get the numbers. Some of the workers who were from the Elaine Lucas Senior Center were now working there. Before I arrived, the securing tapes on the machines and tabulators had already been removed at 6:30 a.m. The precinct manager, Rusra Brown, said that she hoped there would be no problems today – and she was very clear in her tone that she meant ME not "making problems." When there were issues in the precinct.

Voting at the precinct began at 6:57 a.m. Throughout the day, I observed irregularities in voting similar to the ones that had previously been observed by me. At 8:00 a.m., a worker voted at the precinct; it's unclear that it was the right precinct or that the worker was even registered. At 9:04 a.m., a man said he didn't get his absentee ballot but the computer showed he had voted. The poll worker made a phone call, then allowed him to vote on a regular ballot. This happened many times, that the computer showed someone had already voted on an absentee ballot, the person said they had not, and so the poll workers had them sign an affidavit and then vote on a machine. Again, on voting day, I was not allowed to look at any of the numbers on the tabulators. The only way I was able to get the numbers was off of the door.

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is ___11 - 14 - 2020___.

Barbara Peacock
(PRINT YOUR NAME HERE)

RM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFORE ME
THIS THE __14 th__ day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: __1/14/2024__

LAUREN DEAL
NOTARY
EXPIRES
GEORGIA
01/14/2024
PUBLIC
BIBB COUNTY

Barbara Peacock

State of Georgia
County of Crawford

## AFFIDAVIT

I, ███████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

On October 19, 2020, during early voting in Bibb County, Georgia, I was in the parking lot of the Bibb County Board of Elections Facility on Pio Nono Avenue in Macon. Early voting hours ended at 5:30 p.m., and I arrived in the parking lot at approximately 6:00 p.m. and remained in the parking lot until approximately 8:30 p.m.

At approximately 7:00 p.m., a black or dark blue Toyota Camry with a Georgia Tag RDE3839 with two occupants inside pulled in the parking lot. The vehicle parked and a passenger exited the vehicle while the driver remained inside. The passenger was carrying a large black bag resembling a shopping bag (a rectangular-in-shape, thick paper shopping bag with loop handles at the top) and a backpack was slung over one shoulder. Both bags were obviously bulging. After standing at the door to the Board of Elections looking inside and knocking on the glass for several minutes, the door was unlocked and opened from inside the building and the person carrying the bags went into the building, remaining in the building for approximately fifteen minutes. During this time, I took a picture of the license plate of the vehicle. At around 7:15 p.m., the individual exited the building, no longer carrying the shopping bag, and with the backpack, now obviously empty, being carried by hand. The individual returned to the front passenger side of the vehicle, got in, and the Toyota drover away.

(    ) CHECK IF STATEMENT IS CONTINUED ON NEXT PAGE

I know and understand the contents of the statement above, and I do swear or affirm the statement to be true.
Today's date is 11/10/2020

Clifford R. Howard
(PRINT YOUR NAME HERE)

FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 10th day of November, 2020.
Lauren Deal
NOTARY PUBLIC
My commission expires: 1/14/2024

8

## **AFFIDAVIT OF DAVID CROSS HERE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER**

I, ███████████ declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I attended the 2nd Georgia election recount at The Georgia World Congress Center on Wednesday, November 24th, 2020.

3. I identified 9 ballot transport bags that were not secure and were missing their security zip tabs.

4. The ballot transport bags without security tags are as follows:

| 12J | 08 B/C | 07 C |
|-----|--------|------|
| 08 D | 12 KIN or 12 K/N | 07 A |
| AP 05 (zero 5) | 12 F | 10K 11H |

5. Ballot transport bag 10K 11H is shown below with no security tags and a close-up is shown below the first picture.

1

**9**





6. I notified 3 other official recount witnesses about the unsecure ballot transport

bags and walked them over to the area where they are stored.   When I approached

the ballot transport bags, I used my foot to point to one of the bags that had no

**10**

security tag.  I was immediately accused of touching the bag and told that I must leave.

7. I notified a member of the press, ███████████ and her photographer about the unsecured ballot transport bag, told them I was being asked to leave, and I asked them to document the unsecured bag.

8. Officer ███████████ and ███████████ were summoned to escort me out.  Before we left, I showed both officers the unsecured ballot transport bag.

9. Photographs were taken (the photo above) and I made a statement to the reporter.

10.     A news story was made and is accessible here

https://www.ntd.com/security-concerns-during-georgia-recount_532930.html

**11**

**[SIGNATURE AND OATH ON NEXT PAGE]**

I declare under penalty of perjury that the foregoing statements are true and correct.

███████████████████████████

STATE OF _Georgia_

COUNTY OF _Gwinnett_

█████████████ ppeared before me, a Notary Public in and for the above jurisdiction, this 27th day of November 2020, and after being duly sworn, made this Declaration, under oath.

[Affix Seal]                    _Shawn H Cross_
                                _____
                                Notary Public

My Commission Expires _June 29, 2021_



(00584021. )                                4

12

## AFFIDAVIT

I, ██████████████ , being first duly sworn, do hereby state under oath and under penalty of perjury that the following facts are true:

I worked as a Trump Victory Team Field Organizer, deployed from Florida to Georgia to observe ballot processing during the 2020 Presidential Election. I witnessed in Dekalb County, GA many irregularities. As the poll workers received the mailed ballots from overseas voters, I witnessed the poll workers duplicating the ballots. At each of four table there were 3 poll workers. One opened the mailed envelopes, one duplicated the ballot onto a new ballot, and the third would put ballots together into a tray. In the attached picture I observed poll workers writing and marking the original mailed ballots, and then reading the results of what she marked to the person duplicating the new (blank) ballots. Also, pictured in the attached picture was a poll worker using multiple different types of pens to mark the new ballots, some of the pens being the felt-tipped pens that cause the ballots to bleed through. There was no supervisor/monitor in the room as these things were occurring. When a monitor did finally come into the room, I spoke to her, and she refused to address these issues or even inquire with the people manipulating the ballots. This occurred at 1300 Commerce Drive Decatur, GA 30030.

FURTHER AFFIANT SAITH NOT

Respectfully submitted,

██████████████████████████

$11-10-2020$
Date

STATE OF FLORIDA
COUNTY OF BAY
    The foregoing instrument was acknowledged before me by Elizabeth Maclean, who is personally known to me as identification and who executed the foregoing and who has acknowledged to and before me that she executed the same freely and voluntarily for the purposes therein expressed.

    IN WITNESS WHEREOF, I have set my hand and official seal, this 10th day of November, 2020.

NOTARY PUBLIC

William B. Price
Comm.#HH060059
Expires: Nov. 3, 2024
Bonded Thru Aaron Notary

**13**



State of Georgia
County of Crawford

## AFFIDAVIT

I, █████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

I was a poll watcher for early voting at the Elaine Lucas Senior Center polling location in Macon, Georgia, on October 13, 21, 22, 2020. I observed that there was an absentee ballot drop box on a desk in a location accessible to voters, poll workers, or any passersby. The absentee ballot drop box was only sealed on one end; the other end had no seal and could be opened by anyone to access the absentee ballots. At times, the box was completely unmonitored when the person who was working that area left the area to help others. These ballots were not the "spoiled" ballots; I observed the poll manager receiving the absentee ballots brought in by voters who voted in person on voting machines. The poll manager marked the outside of the ballot envelope with a red stamp and place those ballots into an open-top canvas bag marked with "Secure the Vote," which had no zipper, buttons, or other mechanism to actually secure the ballots.

The poll manager had TWO identical "Secure the Vote" bags: she put the spoiled absentee ballots in one of the bags and she put completed (voted on) absentee ballots in the other. Neither bag was secured. On October 13, 2020, at 5:30 p.m., I observed the poll manager, █████████ open the lockbox of completed absentee ballots and remove the ballots. █████████ nd two other poll workers were standing in such a way that I could not see the ballots going into the bag, but later, I asked Barbara what happened to the ballots and she told me that one poll worker delivered them to the Board of Elections—in the unsecured canvas bags. On October 21 and 22, I waited outside and took pictures of the lone poll worker taking the ballots in the unsecured canvas bags in their personal vehicle.

I asked on October 21 and 22 to see the end of the day vote count on the voting machines and I was not allowed to see them.

While I was working as a credentialed poll watcher, on November 3, 2020, at the Covenant Life Cathedral Church, 4543 Bloomfield Road, Macon, there were two Democrat poll watchers, one from DeKalb County, Georgia, who was outside, and from Los Angeles, California, who was inside. The poll watcher from California had no credentials or badge, and she stated that she never got a badge.

One voter inserted her voting card into the voting machine, and she received an alert that she had already voted. Without making any telephone calls, completing any paperwork, or doing anything else to verify her voting status, poll manager Nathan Foster instructed poll workers to "fix" her card. The voter returned to the voting machine and voted.

Affidavit continues on page 2.

I know and understand the contents of th ███████████████████ e true. Today's
date is __11/10/2020__

__Janet Carter__
(PRINT YOUR NAME HERE)

ADDRESS: 1865 Sandy Point Road, Knoxville, Crawford County, Georgia 31050

TEL./CELL: 478-447-2980          FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 10th day of November, 2020.
__Lauren Deal__
NOTARY PUBLIC
My commission expires: 1/14/2024

LAUREN DEAL
NOTARY
EXPIRES 01/14/2024
GEORGIA
PUBLIC
BIBB COUNTY

15

Janet Carter Affidavit

Page 2

Two voters came in with uncompleted absentee ballots in their hands and presented them to the poll manager, and after some uncertainty about how to handle the situation, he took the ballots and tossed them into a wire basket on a shelf behind the table, and a bag was placed on top of them. The individuals voted on the machines, and their absentee ballots were left unsecured for many hours.

Multiple times, I observed poll workers helping voters at the voting machines without filling out any documentation of who was help, by whom, or why the voter needed help.

Three men stood outside the polling precinct on voting day. Two of them were wearing "Election Protection" shirts, and one of them was wearing a "Fair Fight" shirt. These men remained within 25 feet of the building, at times the one in the "Fair Fight" shirt was actually sitting on the building.

At the end of voting day, when we were waling out of the building, I asked the poll manager where the provisional ballots were (4 were cast), and he said forgot to get them. He went back into the building, came back out, and still did not have the ballots. It was unclear what happened to the ballots.

16

State of Georgia
County of Bibb

## AFFIDAVIT

I, ████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

I began working at the Bibb County Board of Elections on October 27 through November 3, 2020, as an employee at the Board of Elections office on Pio Nono Avenue in Macon. I was part of the Ballot Review Panel, however, we did not start this process until Thursday, October 29th.

From Tuesday the 27th until Thursday the 29th, I worked with others. I opened, separated, counted, and sorted absentee ballots; we separated clean ballots from ballots with discrepancies. Once I (and people working with me) finished opening and separating the ballots from their envelopes and separated the ballots into those with discrepancies and those with no problems. The bulk of the ballots were stored outside, in an unsecured area, and trays were taken to the back as needed. I was informed that Board of Elections employees began processing absentee ballots on October 19, 2020, before the VRP were requested to come in.

On Tuesday through Thursday, Democrat representatives repeatedly tried to get me thrown out of the process for trivial reasons, such as because I didn't have my mask covering my nose while drinking coffee; this created a hostile environment and almost resulted in me getting removed, until Jeanetta Watson realized that her other employees were not wearing their masks "properly," and the effort to get me ejected because of my mask stopped. Jeanetta told them "I can't kick him out if you're going to do the things I'm kicking him out for," and it ended.

I continued working, and on Thursday afternoon around 4, the VRP began scanning the absentee ballots into the Dominion scanners. One of the scanners was kicking out every ballot for "replication" and it took two and a half hours to get through one batch of fifty ballots. During the scanning, we ran across a ballot with SPOILED written across the entire ballot in big letters, in red marker; I said it was spoiled and shouldn't be counted, while the Democrat and the county worker, Angela, insisted it should be counted and they counted the vote for Biden and Ossoff. Biden and Ossoff were the ONLY TWO selections entered on the ballot. The Democrat and county worker were arguing for why the ballot should be counted, where I was arguing that it was very clear that the ballot should be spoiled.

I observed that when the ballots come into the board of elections from the post office, they were taken to a back room where there is no Republican witness. The addresses and precincts from the outside of the ballot are supposed to be compared with the voter records, but no one is able to observe that process take place and the ballots are not seen by Republicans until they are brought out to the table. There is no record of how many ballots come into the Board of Elections back office and how many are brought out to be counted.

I observed that when we completed the process of opening the ballots, separating the ballots from the envelopes, and separating the ballots into those with problems and those without problems, the "good" ballots are again taken to a back room where there is no Republican witness to watch as the ballots are separated into bundles of 50 ballots.

On Thursday, we only made it through scanning one batch of 50 ballots. At 6:30 p.m., I had to leave. They stopped counting ballots because of the ongoing trouble with the machines, and on Friday, when I returned to the Board of Elections, they said we would scan more ballots later. I was given more absentee ballots to open and separate. No scanning took place on Friday, and I was told there would be no scanning through the weekend. I asked Jeanetta Watson, Bonnie, and Angela, and they all said that there would be no scanning through the weekend. The ballots were left under the tables or behind the screen in the corner of the room.

I observed that every night, the board of elections employees would put all of the ballots in a plastic US mail crate, set another US mail crate upside down on top of the box of ballots, and either slid the mail under the counting table or set them on a rolling cart behind a rolling partition. At no point were the absentee ballots stored overnight in a secured bag or in a locked room. From the first day that I worked there, this is how the ballots were stored. Twice, I arrived at the Board of Elections before anyone else, and I could plainly see through the glass that the ballots were stored under the table.

On Monday, an "expert" from Atlanta arrived and we began re-scanning ballots. The machine that was broken on Thursday was still not working, it was kicking out almost every ballot for replication errors. Work was delayed again and another expert came down from Atlanta. After a great deal of consternation, they determined there was a scratched lens. No one had checked for this. Another new machine had to be sent from Atlanta. It does not appear that any of these machines were calibrated or checked for validity.

Jayson Stonne
Page 1 of 3

Later on Monday, [redacted] emanded that we run the piles of ballots with discrepancies, even though we already knew that there were issues with those ballots.

On Monday, during the process of replication and adjudication, I had to battle with the Democratic representative because she used any excuse to try to find that it was a vote for Biden even when it was clearly a "NULL" vote.

On the Friday before the election, I was working. Early voting had just ended and Bonnie came out with a spreadsheet that she was sending to the Secretary of State's office. I was able to look at the spreadsheet. It showed that 21,026 absentee ballots were sent out by all vendors, including state and military. Bibb received approximately 19,112 absentee ballots back. It showed that there were 33,803 in person early votes, for total of 52,915 early votes. I reported this information to Calvin Palmer, Bibb GOP chair, who stated that Jeanetta Watson reported to him that 33,000 absentee ballots were sent out.

On Tuesday, November 3rd, one of my observations was that there were 5 occasions of someone coming in with between 20 and 90 ballots and place them in the absentee ballot box outside the building. I found this peculiar because during the time we were opening ballots and inspecting them for irregularities, I found numerous stacks of ballots that all of the same selections and they were filled out identically. (For instance, one of the sets of ballots was all filled out in teal ink; on another, everything was filled in with tiny X's instead of bubbling.) These were always ballots selecting Biden. When I raised this as a possible issue, Jeanetta, Angela, and Bonnie all dismissed my concerns and stated they must have come from one family or one nursing home. However, since the envelopes were separated from the ballots, there was no way for me (or anyone else) to verify that all the ballots came from a nursing home or one address.

Early on Friday, November 6th, Todd Tolbert, Attorney Alisha Weeks, and I were together and Jeanetta Watson came out and announced that "We received 25,000 absentee ballots."

I said to her, "So you sent out 21,000 absentee ballots and you received 25,000 absentee ballots back. Wow, that's an amazing turnout."

She said, "Yes, what a great turnout."

I looked at the attorneys in the room, and they smirked. Jeanetta admitted to receiving back more absentee ballots than she claimed were sent out.

Later, I worked with the provisional ballots. I opened ballots, separated them from their envelopes, and then they were removed to the back office. Again, I was not allowed to observe what was happening in the back office. When the ballots were returned to the front, I scanned them, following the same procedure as previously. I also worked on military ballots. We had to replicate all of the military ballots. Again, any opportunity to dispute the vote and try to switch from Trump to Biden, they would try to do it.

On Friday, November 13, 2020, I was present at the Bibb County Board of Elections for the Risk Limiting Audit as a Republican Representative Monitor. Per the diagram of the Secretary of State Office, there were four tables set up. There were several Republican monitors present. We watched a video from the SOS detailing the procedure to be followed. Shortly after the video, Jeanetta had two more tables set up, then quickly added two more tables, for a total of eight. I asked if we would be allowed more monitors, and she said no because the SOS instructions said two. I responded that the SOS also said there would be 4 tables, not 8. She refused to add monitors.

As the counting began, I pointed out that the counters were making mistakes; for instance, a Trump ballot was put in the Biden pile. When I said something about this, Jeanetta got angry and said I was not allowed to speak to the counters. We disagreed about how to handle it. I also observed that the counters did not fill out the documentation that the SOS provided. Again, I got in trouble for bringing up that they were not following directions.

I began watching again, trying to keep an eye on 4 tables. I saw errors, and they continued to reprimand me for speaking out loud, but there was no better system for pointing out a mistake. Once the batches were starting to be completed, they moved them to a table where they were being entered into the computer, the ARLO system. The other watcher, Katie, and I realized that we needed to watch the person entering the numbers into the computer to make sure that they matched what was on the paper. We asked for a third monitor to watch was being entered. We decided to have one of us watch the computer and the other to watch the eight counting tables.

Jeanetta told us that we could watch the data entry, but we had to be six feet away. The computer was set in a corner and we were told to stand to the side of the computer table, and try to see over a large stack of papers that blocked our view of the papers and the computer screen. Katie tried her best to see what was being entered into the computer.

With 8 tables of counters and one computer entry, ballots backed up significantly. This created a great deal of tension.

About an hour before lunch, one of the employees said to me that I had to go sit down and let some other people in. I asked what she was talking about, and she said that I had to let another person come and monitor. The BOE had no authority to determine how long an individual monitor can be present, but she was insistent that I needed to sit down and stop monitoring.

I went outside and called Calvin Palmer and explained to him that they didn't want me monitoring them; I felt this was because I was finding errors. Calvin suggested that I return as an observer and just sit and watch people. That's when I realized that the monitors who were there had not seen the video and they didn't know what to be looking for, so they were missing things.

We all stopped for lunch. When I returned, I went back to the counting section and took my previous placement to watch the counting. Jeanetta told me, "Mr. Stonne, you have to leave the area and go sit down to allow other people in." TO BE CLEAR: NO Republicans were raising this issue.

I said, "That's not true. I was sent here by the GOP office, and I am allowed to be back here as long as I wish."

Jeanetta said, "No, I am in charge of this area and it's not fair to keep others from having the opportunity to watch."

I said, "It's not about fair – it's about us watching what you're doing, and I can stay here as long as I want."

She said, "No, you can't." She pointed to the Deputy Sheriff and said, "He needs to leave."

I grabbed my stuff off the chair, and I said, "I will go. But you screwed up."

I left. The deputy followed me out. I went to the far end of the parking lot and left a message for Mike Kaplan and I talked to Calvin Palmer. Calvin goes inside, talked to people, and came out, and he said how outraged he was. Calvin texted Sheriff Davis to tell him what had happened and said that if Jeanetta is going to bring the law into this, there needs to be an official report.

On Saturday, November 14, 2020, I received a text message from Mike Kaplan apologizing for what had happened yesterday and saying that he didn't want me to think that I would be arrested for coming in today. Then Calvin Palmer called me to say that he talked to Mike and they talked to Jeanetta and they contacted the officer from that day, who confirmed that she used him to remove me from the building. A law enforcement report was made.



I do swear or affirm the statement to be true. Today's

GA Driver's License

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE 14th day of November 2020.

NOTARY PUBLIC
My commission expires: 1/14/2024

Jayson Stonne
Page 19 3

██████████
2675 Birchwood Dr NE
Atlanta GA 30305
Cell: 678 232 8700

I, ██████████, make the following declaration regarding my personal vote in the general election on November 3, 2020.

I voted in person on Election Day, Tuesday, Nov. 3 at 2nd Ponce Baptist Church in Fulton County, Atlanta, Georgia at approximately 2:50 pm.

I was confirmed as registered to vote in that location, was handed a card and told to cast my vote at a monitor.

There was only one other person voting at this location at this time.

I proceeded to vote and print out a piece of paper. I then walked to another monitor with a scanner where I was assisted by someone standing by to properly scan my paper for voting confirmation.

The scan was successful, and the screen showed confirmation that my vote was counted. I got my "I voted" sticker and left.

On November 10th, I started receiving messages from friends that their votes disappeared, and so I asked where to call to check on mine.

I called the Fulton County Voting Office at 404-612-3816 on 11/10/2020 at about 10:55 am to make sure my vote was counted.

I spoke to Mrs. Canada at the voting office and gave her my information to see if my vote was recorded.

After entering my information into her database, she found me and said that my vote was not recorded in the system. She said that she was very surprised and was sorry she could not find my vote.

██████████ then remarked that this had been happening all day. She said that people were calling and the votes were not being found. She remarked that she felt horrible about it and did not know what to say.

██████████ remarked that she had no idea what was going on but the phone lines were ringing off the hook and that it "was like an emergency room triage center in here without the blood."

██████████████████████ weeks to see if my vote was counted.

Lynda Nesbit
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 10/09/2023

notary Lynda Nesbit
date
Commission exp 10/09/2023

**29**

State of Georgia
County of Bibb

### AFFIDAVIT

I, ███████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

On October 12, 2020, I was an authorized, credentialed poll watcher monitoring early voting at the Theron Ussery Community Center at approximately 8:30 a.m.

I observed that the absentee ballot box was right by the door, with only one seal on the front side of the box and the back side of the box unsealed so that anyone could have removed or added ballots to the ballot box easily. No one was monitoring the box, and people were streaming in past the box.

I left the Theron Ussery Community Center and went to the Elaine Lucas Senior Center, where I met up with Janet Carter. I entered the center around 9:15 a.m. The absentee box there was also unsecured on one end: we asked the poll manager if there was supposed to be a seal on the back of the box, and the poll manager stated that she hadn't had time to seal the box. Again, no one was monitoring the box.

On election day, November 3, 20202, I was a credentialed poll watcher at the Robert J. Williams Complex at Ballard Hudson, 1780 Anthony Road, Macon, 31204. I observed a man named Keith Wilson checking in. The registration machine said he had already voted, and Mr. Wilson said that he had not voted. The poll worker gave him a green voting machine card and the man voted at a voting booth without signing an affidavit or any checking or confirming of whether the man was being truthful.

Later, a man came to vote without photographic ID. He had a piece of paper, and I heard the poll worker say that it was a poll watcher paper, but I did not see the paper itself. He then voted on a green voting card.

At 10:55 a.m., a group began handing out food, water, gloves, face masks, and other "gifts" to voters.

At 1:50 p.m., there was a man who called himself "Mr. Hyatt," and he had a man with him. "Drew Dragion" and both of them stayed outside, sitting in chairs with backpacks and computers. Mr. Hyatt stayed in the parking lot the whole time. The men said they were Democrats who were sent from Birmingham, Alabama, to watch the polls. He had a computer with him the whole time, and I am uncertain what he was doing with his computer.

In the afternoon, a lady named Ms. Eady came in. The computer system came up stating that she had already voted, so they had her sign an affidavit and then allowed her to vote on a green voting card.

At 5:10 p.m., Mr. Hinley came in to vote and the registration showed that he had already voted. He said he didn't. They gave him an affidavit form and allowed him to vote on the voting machine.

AFFIDAVIT CONTINUES TO NEXT PAGE.

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is _November 14, 2020_

███████████

ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE _14th_ day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: _1/14/2024_

LAUREN DEAL
NOTARY
EXPIRES
GEORGIA
01/14/2024
PUBLIC
BIBB COUNTY

21

**AFFIDAVIT PAGE 2**

A couple came in with a woman who was registered in Fulton County and a Fulton driver's license and a man who didn't appear to be registered. The man claimed to be from New York. Their automobile had a Florida license plate. They argued with Jeanetta and Mike Kaplan, and then Jeanetta Watson allowed them to vote on provisional ballots. I heard Mike Kaplan say that "we're just going to rip up [the provisional ballot] on Monday," but I don't know if that happened.

On November 13, 2020, at the Board of Elections of Bibb County, on Pio Nono, I was present to observe the recounting of ballots. There was no audit of signatures or names on absentee and provisional ballots. Ballots were being counted on 8 separate tables by employees of the Board of Elections. There were NOT one Republican and one Democrat at each table. Later in the evening, there was a problem with "Batch 39" and they would not explain to me what the problem was. The employees were very evasive in explaining the problems. Then, all of us, poll watchers, were told to leave. Jeanetta and the Board of Elections employees did not leave – the ballots were not locked up or secured for the night.

The process being used at the Board of Elections is unsecured. The ballots come in on one end of the room, travel in wheeled suitcases around the room being counted at one of eight different tables, then the open boxes of ballots are transferred to another table where a BOE worker enters tallies into a computer, then the ballots are transferred to Jeanetta Watson, Elections Supervisor, who is "doing her own thing" and from Jeanetta, the unsecured and unsealed cases are taken out of the room. Only TWO Republican poll watchers are allowed to watch the counting, and the room is the size of a elementary school gymnasium and there is no way for the two watchers to see what's happening at each table. Further, the woman who is entering information into the computer is backed into a corner so that watchers cannot see what she is entering or determine if what she's entering is valid.



Lauren Deal
Nov. 14, 2020

My commission
expires 1/14/2024.

22

State of Georgia
County of Bibb

## AFFIDAVIT

I, ▮▮▮▮▮▮▮ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

At 7:45 a.m. on November 3, 2020, I was a poll watcher at Turning Point Church HO3, and I observed an individual who said he was a new resident. His name was spelled incorrectly. He brought a ballot with him and the poll workers walked him away from the voting area to a reception area, and then he returned and left. I do not know accepted his absentee ballot or not. At 8:15 a.m., a voter who stated that he "didn't bring his ballot" was allowed to vote in person. Also at 8:15 a.m. another voter said that he didn't bring his absentee ballot, and he conferred with a supervisor. At 8:40 a.m., a voter was returned to the sign in table from his voting terminal; a poll worker came with him and stated that "he was challenged," then three poll workers returned to the terminal with the voter.

( ) CHECK IF STATEMENT IS CONTINUED ON NEXT PAGE

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true.
Today's date is ⎯ 11 - 10 - 2020 ⎯

LIANNE PASCHETTE
(SIGN YOUR NAME HERE)

ADDRESS: 1644 Bass Road, Ste. 2212, Macon, Georgia 31210

TEL./CELL: 321-474-2994                FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 10 day of November, 2020.
Lauren Deal
NOTARY PUBLIC
My commission expires: 1/14/2024

LAUREN DEAL
NOTARY
EXPIRES
GEORGIA
01/14/2024
PUBLIC
BIBB COUNTY

23

State of Georgia
County of Bibb

## AFFIDAVIT

I, ████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

On November 3, 2020, I was working as an appointed Republican poll watcher at the Godfrey 5 Polling Precinct at Harvest Cathedral, 2254 Rocky Creek Road, 'Macon, Georgia, 31206. I arrived at about 6:15 a.m.. Upon arrival, I was assigned a seat by a poll manager, from which I could see most of the voting machines, from quite a distance, and the 2 tabulator machines. The table where the voters were registered and received their green voting card was in a different room, which I could neither see nor hear from my "assigned" seat. Due to my inability to observe all activities from one location, I moved periodically between three locations. Around 11:55 a.m. the poll manager told me that I had to sit in the assigned seat, "per Jeanetta Watson." I told the poll manager that I was unable to observe the voting process from my assigned seat, and I attempted to call Jeanetta Watson myself. I left a voicemail message with my name and number. I called again, was told that she was "unable to be disturbed at that time," and left another message with the person who answered the phone. She never responded to my call. At 12:15 p.m., the poll manager asked me to leave if I would not stay in my assigned seat, where I couldn't see everything that was happening. I called Mike Kaplan, Chair of the Board of Elections, at about 1 p.m. I met with Mike Kaplan at the polling location at 2 p.m., and explained the situation to him. After a heated discussion, he told me that I could sit in my assigned seat, or in the other room in a different assigned seat; after more heated discussion, he agreed that I could go back and forth. (During the time that I was having to argue my right to observe the election freely, I was NOT able to perform my duties as a poll watcher.) Before 12:15 p.m., I had been checking the numbers on the tabulators as I moved between the three locations, but Mr. Kaplan instructed me that I could not look at the tabulators anymore because the poll workers put the numbers on the door every two hours, and I had to get the information from their postings.

Before speaking to ████████ during my morning observations, I saw an older female voter who appeared to be having trouble, but it was not trouble with her voting card. (I did see other voters who had trouble with their voting card and had to have it reset so they could vote). She requested help and a poll worker came behind her voting screen. From my position, I could see the poll worker's hand moving around behind the screen, and then the poll worker went and got the poll manager, who also went behind the screen, and I also saw her hand moving around behind the screen. I could not determine if the poll worker or manager were voting for the woman, because I was unable to get close enough to hear what was going on, and the poll manager sent me away.

At the end of the voting period, when the precinct closed, I was not allowed to view the voting machines, but I was allowed to see the tapes off of the tabulator.

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is _November 10, 2020_

FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 16th day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: _1/14/2024_

LAUREN DEAL
NOTARY
EXPIRES
GEORGIA
01/14/2024
PUBLIC
BIBB COUNTY

24

**AFFIDAVIT OF** ████████████████

Comes now, ████████████████ and after being duly sworn makes

the following statement under oath

1.     My name is ██████████████

2.     I am over the age of 21 years, and I am under no legal disability

which would prevent me from giving this declaration. If called to testify, I

would testify under oath to these facts.

3.     I reside at 1182 Shepherds LN NE, Atlanta, Georgia 30324 in

DeKalb County, Georgia.

4.     I arrived on ELECTION DAY (November 3, 2020) AT ABOUT

6:30 P.M. at the POLLING PRECINCT  at AB Briar Vista Elementary

School.

5.     I presented my i.d. to vote and was given a voter card to activate

a voting machine, and I inserted the card and followed the instructions on the

voting machine to cast my votes in the different races and on the ballot

questions.

6.     I was told that at least one of the voting machines at my Polling

Precinct was "having difficulty reading the card" which was a statement that

concerned me.

**25**

*---Affidavit of Mary Margaret Brown*

7.      Because of my concern, I checked the public voter logs once home and was distressed to find that on the *My Voter Page* there was no confirmation that I had voted in the 2020 Election, so I believe my vote was not counted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this                    day of November, 2020.

State of Georgia

County of ___DeKalb___, to wit:

Appeared before me on this 24 day of November 2020, Mary Margaret Brown  and after being duly sworn, stated the forgoing statements are true and correct to the best of her knowledge and belief.

_____
Notary Public

My commission expires 10/09/2023

Lynda Nesbitt
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 10/09/2023

2

**26**

Declaration of ██████████

██████ to 28 U.S.C Section 1746, I, ████████████████ make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a small business owner in Atlanta, Georgia. I graduated from The University of Mississippi in 1991 with BA in Psychology and a Minor in French. I interned at The American Embassy in Paris during my senior year in college and upon graduation I moved to Prague where I worked for Saatchi & Saatchi Advertising for several years. I moved to San Francisco in 1994 to pursue a graduate degree in Graphic Design at The Academy of Art University with an emphasis on web development. I took continuing education classes Computer Science at The University of California Berkeley. Upon graduation I worked as a Graphic Designer for the Investment Banking Division at Goldman Sachs specifically with the M&A teams. I relocated to Atlanta and focused on raising a family. I went back into the workforce as a small business owner and I continue to work and live in Atlanta, Georgia where my teenagers are in middle school and highschool.

████████████████████████████

4. My affidavit highlights the fact as per the State of Georgia's public voting records I was told that my vote was not being counted as of November 17, 2020.

5. My experience voting on November 3, 2020 is as follows. I voted at approximately 6:30pm at BRIAR VISTA ELEMENTARY SCHOOL,1131 BRIAR VISTA TERRACE, ATLANTA, GA, 30324.

6. I presented my ID at the check in table for identification purposes. The man asked me to sign an ipad positioned vertically bulbous stylus pen. My signature is elaborate and neat when I write my signature with a ball point pen as reflects on my State of Georgia Drivers License and United States of America Passport. I expressed concern that it is difficult to write on an ipad that is standing on it's end and impossible to replicate my signature on it. The man did not respond to my concern. He handed me the chip and told me to choose any machine. I took a photo of my printed paper ballot after I voted. I proceeded to the front of the room where two women were standing at a machine. One woman reached out to grab my ballot from my hand and I instinctively hesitated and pulled my elbow back. I said I was not confident my in the election process this year and that something crazy always happens in Atlanta on election day. This was before the alleged and undocumented leak at State Farm Arena occurred. As I stood there they both looked at what was written on my ballot. I allowed the woman to pull my ballot from my hand the second time she grabbed it. She said "you can watch me put it in" and she held my ballot an inch from the slot that receives

**27**

the paper for a few seconds before sticking it in the machine. When it disappeared she said "there's your receipt." I left feeling very uncomfortable and violated.

7. As of today November 29, 2020 my vote has not been counted. Georgia's current election system does not allow voters to have confidence that their vote is accurately counted. The Dominion machines are proven to be easily hacked and the Arlo software had never before been used to upload ballot manifests therefore they are both unreliable. My experience as a voter is proof that Georgia's election results are invalid. The voting systems put in place by Governor Brian Kemp and Secretary of State Brad Raffensperger are less reliable, less trustworthy and most Georgia residents have zero confidence in the state's election results. I know many people who experienced a various array of irregularities voting this year.

Lynda Nesbitt
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 10/09/2023

11.29.20
Notary   date

Commission exp. 10/09/2023

AFFIDAVIT OF 

I ran for Mayor of Atlanta in 2009 and again in 2017.  In both elections, I was ahead until late night reporting of precincts.

In both instances, the addition of these late-night precincts caused the elections results to flip and my opponent won.  In both instances, the final margin of loss was essentially identical:

2009:  84,383 votes cast.  I lost by 714:  49.58%

2017:  92,169 votes cast.  I lost by 759:  49.59%


Campaign supporters in both elections found evidence of fraud, but not enough to "turn the election" so I had to concede both times.

In 2018, one of my supporters, ███████████ a Professional Engineer and a Certified Public Accountant, analyzed the election and filed a complaint with the Georgia Secretary of State.  The Secretary of State launched an investigation into the 2017 Atlanta Mayoral Runoff in May 2018.

During 2018 and 2019, I met several times with members of the Secretary of State's staff; giving them additional information and asking for their findings from their investigation of the 2017 Mayoral Runoff.  To date, I have not received a report nor any conclusions about what they found—two and one half years later.

Most importantly, in March 2019, I met with Secretary of State Raffensperger and members of his staff at the State Capitol. ██████████ the Chairman of the Fulton County Republican Party, arranged the meeting.  During that meeting, I outlined a simple procedure for obtaining updated signatures, so a "real signature match" could be made.

(I served on the Fulton Board of Registration and Elections from January 2013 to August 2013, so I was familiar with the process of voters receiving a  4-1/4 inch by 5 ½ inch card with current information on their Polling Precinct location.)

I explained that a simple solution would be to send voters in GA that card with a "tear off" that would contain the identical voter information, but would also have a place for their signature.  That "tear off" would be pre-postaged and returned to the SOS or the County Elections Office.

This fall, shortly before the election, I received a postcard similar to what I had outlined; however, the return "tear off" was ONLY for a change of address.  That made no sense.  If the voter no longer lived at the current address from the voter rolls, the card couldn't reach them.  The ONLY way the card could reach them would be if the USPS was forwarding their mail.  And it wouldn't capture the VAST MAJORITY of voters' signatures.

AFFIDAVIT OF MARY B. NORWOOD

I declare under penalty of perjury that the foregoing is true and correct to the best of my
knowledge and belief.

Executed on: _Nov 29, 2020_

Sworn to and subscribed before me this _29_ of November of 2020.

_Lynda Nesbitt_

My Commission expires _10/09/2023_

Lynda Nesbitt
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 10/09/2023

**30**



# SARGENT
## ADVISORY GROUP

May 29, 2018

## VIA ELECTRONIC MAIL

RE: December 5, 2017 City of Atlanta Runoff Election – Mayoral Contest

Forensic Analysis, Opinions and Complaints of State Election Code Violations



Dear ███████

Over the past 5 months, I have attempted to work with the Fulton County Board of Registration and Elections ("*FCBRE*") regarding December 5, 2017 election concerns as a life-long resident of the City of Atlanta. I have not engaged with Legal Counsel or with a specific Client on this matter. It is simply a civic engagement which as a Forensic Accountant (CPA) I take very seriously.

The Chair of the FCBRE, in an email dated May 18, 2018, advised me that the FCBRE would no longer respond to my well documented election concerns of irregularities identified in FCBRE "Audit" Documents (see **Attachment A**). The Chair of the FCBRE did commit that the FCBRE would respond to further information requests (see **Attachment B**).

I have exhausted all potential remedies with FCBRE. As a result, I'm formally filing Complaints of State Election Code ("*Code*") Violations for the December 5, 2017 elections conducted by the FCBRE for the City of Atlanta ("*Atlanta*") based on my findings to date. I intend to amend the Complaints as I complete additional analysis.

Beyond the fact that the analysis discussed herein took a great deal of time to construct, this filing has been delayed until after FCBRE Certification of the May 22, 2018 elections because I did not want to interfere in the election processes.

## Summary of Opinions

The basic construct of this forensic analysis and the Complaints is a simple accounting of the Ballots cast to Persons who voted. As this is a human process, I expect that mistakes will occur. But as the Complaints detail, the issues go well beyond simple error. As this effort has involved over 1,000 man-hours, in addition to other civic volunteers, the "road-map" developed in this effort can be helpful to Investigators. I am aware that on or about May 15, 2018 the Fulton County Superior issued an order to the FCBRE to provide election documents to the Georgia Secretary of State ("*Secretary of State*").

On December 15, 2017 the Mayoral contest of December 5, 2017 was Certified. The burden was on the FCBRE to conduct and Certify the election on behalf of their Client, the City of Atlanta. While the FCBRE has a duty to be transparent, the FCBRE Director has been evasive and non-responsive as well as the Fulton County Attorney's Office. Hundreds of critical and required election documents remain missing. As a Forensic Accountant, critical missing and required documents and non-responsiveness raise a "red-flag".

The Certification of an Election in Fulton County, by the FCBRE, involves four (4) critical documents which must be Certified and submitted to the Secretary of State. This Complaint only discusses two of those documents; *MVPR – Fulton – 12-5-17 (Complete).csv* and *Fulton County Voter List 12-5-17.csv*. In both cases, I will demonstrate that these documents should not have been Certified by the FCBRE Board as they are fatally flawed. Further, that the updated voter file (MVP) is fatally flawed and invalidates the original Certified MVPR.

If this was a financial matter, I would express a concern that substantial and systematic fraud has occurred. That the "Balance Sheet of Ballots Cast to Persons" identified as voting is fatally flawed. Further, that there has been an organized effort to deceive the Board (FCBRE), Regulators (Secretary of State and Fulton County District Attorney) as well as shareholders (Atlanta eligible voters). But as I'm not an Attorney and this is not a financial matter, I will not opine on Election

fraud, but instead refer to areas where significant and material impropriety has occurred, in my opinion.

In context, the FCBRE refunded Atlanta $264,725.73 for the Atlanta General Municipal Run-Off Election of December 5th. This is an indication that the FCBRE had more than adequate funding resources to hire competent staff and perform the duties required under the Georgia Election Code.

## Summary of Complaint(s)

Hereafter, the FCBRE "Official Results" will be referred to as "*FCBRE Total Ballots Cast*"; the FCBRE April 2018 MVP (Persons credited for voting file update) will generally be referred to as "*April 2018 Update of Persons Identified as Voting*" or "*April 2018 Update*"; the FCBRE December 15, 2017 Certified MVPR that contains the original and Certified voter database of (Persons credited for voting) will be referred to as the "*December 2017 Certified MVPR*"; the FCBRE December 15, 2017 Certified Fulton Voter County Voter List will be referred to as "*FCBRE Certified Voter List*". While the State Elections Code refers to the Superintendent as the Executive in charge of elections, FCBRE refers to the Superintendent as Director, the Superintendent will be referred to as "*Director*".

The Complaints are summarized as follows:

1. State Elections Code Section *21-2-70 (8), (9)* and others that may apply.

   The FCBRE December 2017 Certified MVPR and April 2018 Update of Persons Identified as Voting Contain Substantial and Material Errors and Omissions.

   a. Two (2) Active Voter Precincts omitted from the December 2017 Certified MVPR.
   b. Two (2) Inactive Voter Precincts included in the December 2017 Certified MVPR.
   c. The April 2018 MVP continues to omit a substantial Atlanta Voter Precinct and includes an Ineligible Precinct from the City of Hapeville was included in the April 2018 MVP.

2. State Elections Code Section *21-2-417, 21-2-493, 21-2-99, 21-2-400, 21-2-454, 21-2-401, 21-2-379.11, 21-2-220.1, 21-2-590, 21-2-419, 21-217* and otherTs that may apply.

   a. Failure to Reconcile Voting Records with More Ballots Cast than Persons Voting, December 2017 Certified MVPR is Fatally Flawed.

www.SargentAdvisory.com

**33**

A total of at least 913 Persons remain unaccounted for in the December 2017 Certified MVPR. On a Precinct level basis, 110 of the 159 (70%) of Voting Precincts reported a total of more ballots cast than Persons identified as having voted. While this is theoretically acceptable under my reading of the State Elections Code, the broad scope of missing Persons from the voter file is certainly a substantial and material irregularity that should have triggered investigation by the Director.

b. Failure to Investigate *"Palpable"* Error(s), Failure to Report to Candidates, Failure to Report Error(s) to Fulton County District Attorney

Upon information and belief and the analysis discussed in (a.) above, the Director did not properly investigate, notify the Candidates or report the "Palpable Errors" to the FCBRE Board, Fulton County District Attorney or the Secretary of State.

    i. The Code does not allow for more ballots cast for a specific contest than Persons that can be identified as having voted (e.g. Atlanta Mayor). This occurrence crosses a critical threshold in State Election Code and is deemed a "Palpable Error". Before Voting Precincts that fail this test can be included in the results, the Director must investigate, inform the Candidates and report the findings to the District Attorney. In total, 46 of 159 Voting Precincts (29%) failed this critical test as there were more ballots cast for Atlanta Mayor than Persons identified as voters in the December 2017 Certified MVPR.

    ii. The records of Persons identified as voting include a substantial number of ineligible voters discussed in subsequent sections of the Complaint.

c. Provisional Vote Does Not Reconcile, Significant Out of Jurisdiction Votes Cast in the Atlanta Mayoral contest.

    i. A reconciliation of the FCBRE *Numbered List of Provisional and Challenged Voters* shows a significant number of outside of City (out of jurisdiction) Persons who voted for Atlanta Mayor in this election. The FCBRE documents show that greater than 40 ballots were accepted from non-Atlanta jurisdiction voters that cast a vote in Atlanta Voting Precincts. Further, analysis indicates these non-Atlanta jurisdiction Persons cast a vote for Atlanta Mayor.

    ii. The December 2017 Certified MVPR includes only four (4) provisional ballots under the "regular" ballot type, though the FCBRE certainly had voter registration numbers for the entirety (or should have) of Provisional Ballots accepted. As of the April 2018 Update of Persons Identified as Voting, 134 have been identified. However, 60 ballots cast cannot be identified with a Person of a total of 194 Provisional ballots cast.

d. The FCBRE April 2018 Update of People Identified as Voting (MVP) Invalidates December 2017 Certified MVPR Voter File, Indications of Substantial Impropriety

On or before April 15, 2018, the FCBRE provided an update to the Secretary of State for Persons identified as voting on December 5th. The changes to the Persons credited for voting is of a magnitude that effectively invalidates the Certified MVPR file.

    i. Analysis of the April 2018 Update shows that Ballots cast in the election now exceed Persons identified as voting by 1,550 Persons. This equals greater than 1.8% of all ballots cast. The updated file shows a net loss of 768 Persons identified as voting from the Certified MVPR of December 2017.

    ii. The April 2018 Update includes over 1,414 changes to Registration numbers (1.7% of Ballots Cast in the Election) from the December 2017 Certified MVPR.

        1. A total of 961 Persons were removed.

        2. A total of 453 Persons were added, including 122 voters from the City of Hapeville.

        3. A total of 8 Persons were changed from City of Atlanta voters to the City of Hapeville, not included in the numbers above.

        4. The "Palpable Error" identified has increased to 95 of 159 Voting Precincts, excluding the ineligible Hapeville Precinct.

    iii. The records of Persons identified as voting include a substantial number of ineligible voters discussed in subsequent sections of the Complaint.

www.SargentAdvisory.com

e. The FCBRE Certified Voter List Contains Substantial Errors and Omissions and is Fatally Flawed

   i. It contains a total of 327,750 records of eligible voters in City of Atlanta Precincts.

   ii. It contains a total of 2,223 records which do not have a Voting Precinct and it cannot be easily determined where the voters are Registered.

   iii. When comparing the FCBRE Certified Voter List to the Secretary of State Voter List with History "*SOS Voter List*" with the appropriate registration deadline, Atlanta Precincts have a difference of 839 Registration Numbers.

      1. This includes 202 Registration Numbers added.

      2. This includes 637 Registration Numbers subtracted.

      3. Other Differences will be discussed in an Amended Complaint.

f. A Substantial Number of Ineligible Voters Cast Ballots in the Atlanta Election

   i. The December 2017 Certified MVPR includes 78 ineligible voters based on the SOS Voter List.

   ii. The April 2018 Update of Persons Identified as Voting includes 329 ineligible voters based on the SOS Voter List.

   iii. The reconciliation is made even more difficult, because the April 2018 Update includes eight (8) City of Hapeville voters. These Persons were previously identified in the December 2017 Certified MVPR as Atlanta voters.

g. Given the inability of the FCBRE to reconcile Persons to Ballots Cast, the requirements for voter identification were not met.

3. State Elections Code Section *21-2-72, 21-2-73, 21-2-379.11* and others that may apply.

   The FCBRE has not produced Critical Required Documents which are to be retained by law (discussed in 2e. above). The Code Section that would apply depends upon if these Critical Required Documents are missing or that FCBRE has simply chosen to be non-responsive. Information provided by FCBRE does indicate substantial and material Code violations and irregularities.

   a. Critical Required Documents Missing, Not Responsive to Public Information Requests, or

   b. Critical Required Documents Missing, Document Retention Requirements Not Met

The FCBRE has not produced hundreds of required documents which are to be retained by law. This includes the DRE Recap Sheet, Express Poll Recap Sheet, Provisional/Challenged Recap Sheet, or the Daily Absentee Recap Sheet as well as errors and omissions discussed in Complaint #1 ("Critical Required Documents"). As an apparent substitute, the FCBRE provided 268 "Audit Forms", 22% of which were missing. The "Audit Forms" identified hundreds of irregularities and indications of State Elections Code violations.

c.  Hundreds of Code Violations or Irregularities Identified in FCBRE "Audit" Documents

While analysis can be conducted based on "Official and Complete Results" and Certified documents, these missing Critical Required Documents may provide further indications of irregularities and violations of State Election Code as well as additional documents for reconciliation.

## Background and Context

I have attempted to work with the FCBRE to address December 5, 2017 election concerns. The following timeline provides a summary of the extensive efforts to work with the FCBRE that I have undertaken.

- On January 16, 2018, I sent a 12-page letter outlining many election concerns to the Director of the FCBRE. My offer to meet with Mr. Barron to discuss the issues was declined in a three (3) paragraph response on January 31, 2018, copied to the three (3) Fulton County Attorney(s).

- On April 12, 2018, the FCBRE Board allowed me extended time within the public comment section of the Board Meeting to present findings of my analysis examining the December 5, 2018 Atlanta municipal elections as of that date. The "Wiedeman Presentation" included a 20-page PowerPoint Slide presentation (Hand-out) with five (5) attachments totaling 18 pages. On that day, the FCBRE Board voted 4-1 to have the FCBRE Director address the issues brought before the Board. I note that the Board meeting minutes reflect a 4-0-1 vote on the matter, indicating a change of vote by Board Member Johnson (based on my personal video recording of the meeting). Rather than get into that issue, I'm simply providing the facts as I understand them.

www.SimpsonAdvisory.com

- On April 28, 2018, I sent an information request for "Audit" documents referred to in a March 2018 Monthly Operating Report by the Director and received a response April 30, 2018.
- On May 7, 2018, I received a letter from the Director of the FCBRE dated May 2, 2018 ("Barron Response") to the Wiedeman Presentation which included three (3) pages of discussion with an attachment related to a Georgia Supreme Court ruling on annexation of Loch Lomond.
- On May 17, 2018, I sent a letter with Preliminary Findings regarding the FCBRE "Audit" documents and an amended/updated information request (**Attachment A**).
- On May 18, 2018, I received a response from the FCBRE Board Chair indicating that I would receive no further response to questions, but that the FCBRE would respond to requests for public documents (**Attachment B**).
- On May 22, 2018, I received a response from the Fulton County Attorney (Custodian of Records) on behalf of the FCBRE that no additional information responsive to my request was available. On that date, I sent an email back to the Fulton County Attorney and copied to the FCBRE that documents they claimed to have sent were not sent with an attachment that included the format of the required State Election code forms versus the "Audit Forms" that were provided.

## Discussion of Analysis - Complaint #1

The FCBRE December 2017 Certified MVPR and April 2018 Update of Persons Identified as Voting contain substantial and material errors and omissions.

### Discussion of Key Election Documents for Reconciliation Analysis

The FCBRE largely relies upon digital voting machines to cast ballots and tabulate votes. The results of which are in the FCBRE Total Ballots Cast. The FCBRE provides this document on their website as "Official and Complete" in Excel format for all ballots cast and all ballots cast in each Contest which can be analyzed.

For In-Person voting, the voting process starts with an application to vote at the Express Polling station where voters provide are required to provide identification and are recorded as voting before they receive an electronic ballot. Persons recorded as voting must appear on

www.SargentAdvisory.com

the Certified MVPR, a credit for voting list of Persons voting for all ballot types. This document is ultimately Certified by the FCBRE Board along with other lists. The FCBRE then has 45 days (as I understand the Code) to update the list for errors and/or omissions.

a. Active Voter Precincts Omitted from the December 2017 Certified MVPR

The Certified MVPR does not include Precinct 02J or 01I which are listed in the FCBRE Total Ballots Cast (**Attachment C**) by Voter Precinct included on the FCBRE website as well as the Fulton Master list of Voting Precincts (**Attachment D**) dated November 1, 2017. The FCBRE Total Ballots Cast (which are not certified) identify a total of 617 votes cast from Voting Precinct 02J.

b. Inactive Voter Precincts Included in the December 2017 Certified MVPR

Voting Precincts 05I and 05G provide credit for Persons voting in the Certified MVPR, (1) one vote in each Voting Precinct, but the FCBRE Master Voter Precinct Listing (**Attachment D**) identifies these as Inactive Precincts. The FCBRE Total Ballots Cast (**Attachment C**) posted on the FCBRE website do not show voting results for either 05I or 05G.

c. Omission of Substantial Precinct and Inclusion of Ineligible Precinct in the FCBRE April 2018 MVP

The April Update of Persons Identified as Voting does not identify Persons from Precinct 02J and includes an ineligible City of Hapeville Voting Precinct (HP01).

## Discussion of Analysis - Complaint #2

Construction of Database(s) and Analysis

Database(s) were constructed for the purposes of analyzing large voter data sets and providing comparisons. The database relies on critical source documents obtained from the FCBRE and Secretary of State.                    provides a list and discussion of source and other documents.

a. Failure to Reconcile Voting Records with More Ballots Cast than Persons Voting. December 2017 Certified MVPR is Fatally Flawed

www.SargentAdvisors.com

i.   City-wide Total of Votes Cast Significantly Exceeding Persons Identified as Voting

The total of votes cast By-Mail and by Digital means In-Person is significantly greater than the number of Persons identified as voting.  It should be noted that **Table 1** does not provide a reconciliation for the missing Voting Precinct 02J (Discussed in Item 1.) which is a significant Voting Precinct.

### Table 1 – December 2017 Certified MVPR
### Ballots Cast Reconciliation to Persons (Voters)

| Source Document/Results | Total Votes Cast or Identified |
|---|---|
| FCBRE Total Votes Cast | 84,006 |
| December 2017 Certified MVPR (Persons) | 83,093 |
| Ballots Cast Exceeding Persons Identified | 913 |

ii.   Voting Precincts Ballots Cast Exceeding Persons Identified

1.   See **Schedule 1** for a reconciliation of Ballots Cast to Persons credited for voting in all Voting Precincts.

2.   More important than the city-wide total of unidentified Persons voting is the Voting Precinct level differences.

3.   A total of 70% (110 of 159) of Voting Precincts failed a reconciliation of ballots cast to a Person.  This does not include the FCBRE omitted 02J Precinct.

4.   With greater than 1% of ballots cast unaccounted for with Persons voting, the Director should not have sought Certification from the FCBRE Board.

5.   **Table 2** provides the results of the Voting Precinct level analysis for Voting Precincts where more ballots were cast than Persons identified as voting. The analysis excludes the FCBRE omitted Precinct 02J, but this should have been known to the Director at the time the results were Certified by the FCBRE Board.

iii.  The records of Persons identified as voting include a substantial number of ineligible voters that have not been excluded from the summary in Table 1 and Table 2 and are discussed in subsequent sections of the Complaint.

### Table 2 – December 2017 Certified MVPR

### Precinct Level Ballots Cast Exceeding Persons Identified as Voting

| Source Document/Results | Total Votes Cast or Identified |
|---|---|
| Voting Precincts Identified | 110 of 159 |
| Total Votes Cast in Excess of Voters Identified | 313 |

b.  Director Failed to Reconcile, Investigate and Report "Palpable Errors" at the time of FCBRE Certification

Upon information and belief, the FCBRE Director failed to reconcile, properly investigate or report "palpable errors" of voting results.  State Election Code section excerpts 21-2-493 (b) excerpt:

*If, upon consideration by the superintendent of the returns and certificates before him or her from any precinct, it shall appear that the total vote returned for any candidate or candidates for the same office or nomination or on any question exceeds the number of electors in such precinct or exceeds the total number of Persons who voted in such precinct or the total number of ballots cast therein, such excess shall be deemed a discrepancy and palpable error and shall be investigated by the superintendent; and no votes shall be recorded from such precinct until an investigation shall be had. Such excess shall authorize the summoning of the poll officers to appear immediately with any primary or election papers in their possession. The superintendent shall then examine all the registration and primary or election documents whatever relating to such precinct in the presence of representatives of each party, body, and interested candidate. Such examination may, if the superintendent deems it necessary, include a*

*recount or recanvass of the votes of that precinct and a report of the facts of the case to the district attorney where such action appears to be warranted.*

i.  **Schedule 2** identifies the Voting Precincts which failed the critical test of having more Mayoral Votes cast than Persons identified as voting (excluding Precinct 02J). The results are summarized in **Table 3**.

### Table 3 – Precincts with "Palpable Error" Based
### on December 2017 Certified MVPR
### Total Votes for Mayoral Contest Exceed Persons Identified

| Results of Analysis | Total Votes Cast or Identified |
|---|---|
| Voting Precincts with Mayoral Ballots Cast Exceeding Persons Identified | 46 of 159 |
| Voting Precinct % Range of Unidentified Persons to Mayoral Ballots Cast | Up to 4% |

ii.  The records of Persons identified as voting include a substantial number of ineligible voters that have not been excluded from Table 3 and are discussed in subsequent sections of the Complaint.

c.  Provisional Vote Does Not Reconcile, Significant Out of Jurisdiction Votes Cast in the Atlanta Mayoral contest.

In context of the reconciliation of Provisional Votes cast and Persons identified as voting, the FCBRE published a Provisional Recap Notice shown in **Figure 1** immediately following the December 5th election. The document provided a summary of Provisional Ballot statistics for all of Fulton County elections as well as Atlanta. It does not provide the required data included in the Provisional/Challenged Recap Notice (see Attachment F) required by Georgia Election Code. This appears to be an internal use document that has terms and definitions that are not defined and do not reconcile with the FCBRE results.

While the FCBRE Provisional Summary indicates that only 21 Ballots were accepted out of a total of 351 total received County-wide, the FCBRE Total Ballots Cast for the Atlanta Mayoral contest identifies 194 Accepted Ballots with 192 Votes for Mayor.



FULTON COUNTY
DEPARTMENT OF REGISTRATION AND ELECTIONS
REGISTRATION OFFICE
130 Peachtree Street SW, Suite 2186
Atlanta, GA 30303
Phone: (404) 612-3816 Fax: (404) 612-3697
Email:Elections.VoterRegistration@FultonCountyGa.Gov

December 5, 2017

Provisional Ballot Recap Notice

Election Date – December 5, 2017

| Total Provisional Ballots Received | 351 |
|---|---|
| Accepted Provisional Ballots | 21 |
| Duplicate Provisional Ballots | 247 |
| Total Rejected Provisional Ballots | 83 |
| Rejected Ballot Justification | |
| Out of County | 63 |
| Not Registered/Cancelled | 18 |
| Not a Citizen | 2 |

**Figure 1 – Fulton County Provisional Recap Notice**

On April 12, 2018 I presented these facts to the FCBRE Board. The FCBRE voted to have the Director of FCBRE respond to this issue and many others. In response to this issue, the May 2, 2018 Director's Response Letter stated:

> "You also questioned the totals of provisional ballots (p. 16 of your presentation). The seeming discrepancy is attributable to the fact that we accepted 268 provisional ballots countywide, 194 of which were in the City of Atlanta."

The response did not include discussion of why the Provisional Recap Notice was in error, what the terms mean and did not provide a reconciliation to explain the differences.

www.SargentAdvisory.com

i.  The reconciliation of Provisional Voters is based on the 82-page *Numbered List of Provisional/Challenged Voters* ("Provisional Voter List"). This required extensive analysis and the construction of an excel spreadsheet. The Provisional Voter List identifies Accepted and Rejected Ballots. But in many cases, there is no indication of either acceptance or rejection. **Table 4** shows the results of the analysis of the compiled Provisional Voter list.

### Table 4 – Provisional Voter Reconciliation

| Source Document/Results | Accepted | No Indication | Reconciliation |
|---|---|---|---|
| City Voters With Valid Registration # | 141 | 7 | 148 |
| Outside of City Voters Voting in Atlanta Precincts | 44 | 2 | 46 |
| Total | 185 | 9 | 194 |

ii. The FCBRE allowed not only Out of Precinct (Provisional Code OP) voting which is permissible under the code, but out of jurisdiction voting in Atlanta Voting Precincts. Out of jurisdiction voters included voters from the City of Sandtown, Sandy Springs, College Park, Fairburn and many others.

iii. The Provisional Voters having valid Atlanta voter registration numbers according to the SOS Voter List were compared to the December 2017 Certified MVPR and the April 2018 Updated file of Persons identified as voting from the Secretary of State's Office. The results of the analysis are in **Table 5**.

### Table 5 – Provisional Voters Remaining Unidentified

| Source Document/Results | Certified MVPR as of December 15, 2017 | MVP Provided by Secretary of State as of April 15, 2018 | Difference |
|---|---|---|---|
| Provisional Voter Registration #'s Identified | 4 | 134 | 130 |
| Total Provisional Ballots Cast in Official Results | | 194 | |
| Remaining Unidentified Provisional Voters | | 60 | |

iv. It appears that the FCBRE began to input the Persons voting Provisional and then stopped at the time of the December 2017 Certification of results. Clearly,

www.SargentAdvisory.com

**44**

someone must have recognized that out of City voters had voted in the Atlanta election.

d.  The FCBRE April 2018 Update of People Identified as Voting (MVP) Invalidates December 2017 Certified MVPR Voter File, Indications of Substantial Impropriety

In April 2018, I received an updated FCBRE voter file (MVP) from the Secretary of State's Office. I've compared the Certified MVPR as of December 15, 2017 to the April 2018 Update of People Identified as Voting as well as to the FCBRE Total Ballots Cast.

### Table 6 – FCBRE Ballots Cast Exceeding Persons Voting for FCBRE April 2018 Update of Persons Identified as Voting

| Source Document/Results | Total Votes Cast or Identified |
|---|---|
| FCBRE Total Ballots Cast (Election Result) | 84.006 |
| April 2018 Update of Persons Identified as Voting | 82.585 |
| Adjusted for Hapeville Precinct Added | (130) |
| April 2018 Update Of Persons without Hapeville | 82.455 |
| Votes Exceeding Actual Persons Identified | 1,551 |
| April 2018 Update of People Identified as Voting | 82.455 |
| December 2017 MVPR Persons Identified Voting | 83.093 |
| Net Persons No Longer Credited for Voting | (768) |

i.  The document includes a Hapeville Precinct which is presumably an error, but the Sample Ballot for Precinct HP01 should be reviewed to determine if this was an error or represents illegal votes cast in the election. A total of 8 Persons were changed from City of Atlanta eligible voters to the City of Hapeville, not included in the numbers above.

ii.  Neither the Certified December 2017 MVPR or the April 2018 Update of Persons voting from Precinct 02J which had a substantial number of ballots cast in the Official Results (617).

www.SargentAdvisory.com

**45**

iii. With a total of approximately 1,550 Persons voting not identified, the April 2018 Update dropped a net of 768 Persons identified as voting from the December 2017 Certified MVPR.

iv. Evaluating the additions and subtractions on a Voting Precinct basis provides an indication of the magnitude of changes to the Persons identified as voting in **Table 7**.

## Table 7 – FCBRE Changes to Persons Identified as Voting from FCBRE December 2017 Certified MVPR to FCBRE April 2018 Updated MVP File

| Source Document/Results | Total Votes Cast or Identified | % of Ballots Cast |
|---|---|---|
| Voters Added to December 2017 Certified MVPR | 453 | |
| Voters Subtracted from December 2017 Certified MVPR | -961 | |
| Total of All Changes to December 2017 Certified MVPR | 1414 | 1.7% |

v. The April 2018 Update invalidates the December 2017 Certified MVPR 1.7% of the voter file (Persons identified as casting a vote) changed.

vi. The Precinct level analysis identifies 96 Precincts (when including the Hapeville Precinct) with ballots cast for a Mayoral Candidate exceeding the voters identified as having voted based on the April 2018 Update. With several Precincts approaching 10% unidentified Persons casting ballots. See **Schedule 3** for the Precinct level analysis.

vii. The records of Persons identified as voting include a substantial number of ineligible voters, in addition to the City of Hapeville, that are discussed in subsequent sections of the Complaint. These persons have not been omitted from **Table 6**, **Table 7** or **Schedule 3**.

www.SargentAdvisory.com

e. <u>The FCBRE Certified Voter List Contains Substantial Errors and Omissions and is Fatally Flawed</u>

The FCBRE Certified Voter List has a substantial number of Persons without a Voting Precinct and does not reconcile with the SOS Voter List. The results of the database analysis are shown in **Table 8** and **Table 9**.

**Table 8 – FCBRE Certified List of Registered Voters Reconciliation of Voters in Atlanta Precincts and Voters <u>Without</u> a Precinct Identified**

| Source Document/Results | Total Registered Voters | Reconciliation |
|---|---|---|
| FCBRE December 2017 Certified Fulton County Voter List 12-5-17 | 329,973 | |
| Reconciliation of FCBRE Certified Voter List | | |
| Total of Atlanta Registered Voters with a Voting Precinct Identified | | 327,750 |
| Total of Registered Voters without a Voting Precinct Identified | | 2,223 |
| FCBRE December 2017 Certified Fulton County Voter List 12-5-17 | | 329,973 |

i. On April 12, 2018 at the FCBRE Board meeting the Director was asked to respond to the issue of differences between the SOS Voter List and the FCBRE Certified Voter List. This was the response provided by the Director in a letter dated May 2, 2018:

> "You questioned the total number of registered voters for the December 5, 2017 elections (p. 9 of your presentation). The total number of registered voters in the City of Atlanta that we enter into our Global Election Management System (GEMS) comes from the Secretary of State. The numbers that you offered on page nine of your presentation reflect Active Voters and Inactive Voters pulled from ElectioNet on different dates."

ii. The Director's explanation did not provide reconciliation or numbers, though the FCBRE Board directed him to respond to this and other Election concerns. The date upon which the data was "pulled" should not change the eligibility of voters in this election. Additional registrations should not have been made

between the general election on November 7 and the December 5th runoff election.

## Table 9 – FCBRE Certified List of Registered Voters Reconciliation with SOS List of Voters for the December 5, 2017 Election

| Source Document/Results | Total Registered Voters | Reconciliation |
|---|---|---|
| FCBRE Certified Fulton County Voter List 12-5-17 Atlanta Precincts Only | 327,750 | |
| Secretary of State Database Voter List/History Atlanta Precincts Only | 328,185 | |
| Difference | 435 | |
| Reconciliation of Database Differences | | |
| FCBRE Additions to Secretary of State Voter List | | 202 |
| FCBRE Subtractions from Secretary of State Voter List | | 637 |
| Difference Reconciled | | 435 |
| Difference in Voter Registration Atlanta Precincts Only | | 839 |

f.   Ineligible Voters Identified in December 2017 Certified MVPR and April 2018 MVP

The Hapeville Precinct included in the April 2018 Update of People Identified as Voting is obviously not eligible to vote in the City of Atlanta. The Hapeville Precinct was not included in the December 2017 MVPR. However, eight (8) City of Hapeville voters were identified as City of Atlanta voters in the December 2017 Certified MVPR which complicates the reconciliation. Discussion of other Precinct and Jurisdiction for Persons identified as voting in will be discussed in an Amended Complaint.

The analysis of ineligible Persons casting ballots in the Election are summarized in Table 10. The Persons identified as Voting in the December 2017 Certified MVPR and April 2018 Update are compared to the FCBRE Certified List of Voters and separately to the SOS Voter List.

www.SargentAdvisory.com

## Table 10 – Persons Recorded as Voting in Atlanta Election that Are Ineligible Based on FCBRE Certified Voter List or SOS Database

| Source Document/Results | Ineligible Voters | Ineligible Voter Reconciliation |
|---|---|---|
| **FCBRE Certified List of Registered Voters** | | |
| December 2017 Certified MVPR - No Voter Reg # | 7 | |
| April 2018 MVP - No Voter Reg Number | 126 | 128 |
| April 2018 MVP - Non-Atlanta Voter Reg # | 220 | |
| Reconciliation of April 2018 MVP for Hapeville Precinct | | |
| Hapeville Precinct | | 122 |
| Other Non-Atlanta Voters | | 98 |
| Reconciliation Total | | 220 |
| April 2018 FCBRE Updated Voter File Total Inelegible Voters | | 348 |
| **Secretary of State List of Registered Voters** | | |
| December 2017 Certified MVPR | 78 | |
| April 2018 FCBRE Updated Voter File | 329 | |
| Reconciliation of April 2018 MVP for Hapeville Precinct | | |
| Hapeville Voters in April 2018 FCBRE Voter File | | 130 |
| Inelegible Voters in Atlanta Precincts | | 199 |
| Reconciliation Total | | 329 |

g.  **Total Ballots Cast Exceed Persons Identified, Voter Identification Requirements Not Met**

The requirements for voter identification clearly have not been met as the total of ballots cast far exceeds the Persons that are identified as voting. Those Persons that were required to provide identification and were input through the electronic Express Poll (ID electronically verified) should be compared to the various voting lists and put into a category of compliance with the requirements. However, those Persons not validated through that process and appearing on Supplemental lists should be the focus of further investigation, given the findings of this Complaint. I suspect this will lead to substantial additional findings, but this information has not been made available by the FCBRE.

### Discussion - Complaint #3

   a.  Critical Required Documents Missing, Not Responsive to Public Information Requests.

      i.  FCBRE has provided "Audit Forms" with specific sections that review the required Recap Sheets for December 5th day of voting indicating the missing documents existed.

      ii.  The FCBRE "Audit Forms" do not substitute for the required forms, examples shown in **Attachment E**.

   b.  Hundreds of Potential Irregularities Identified in "Audit Forms"

Although Critical Required Documents are missing, the "Audit Forms" provide substantial indications of irregularities and potential code violations.  See **Attachment A** for more detailed discussion of Preliminary Findings.

      i.  22% of Voting Precincts do not have completed "Audit Forms", no information is available on these Precincts because the required Recap sheets for DRE, Express Poll, Supplemental lists and others are missing.

      ii.  Approximately 180 potential irregularities were identified in the "Audit Forms".

While I am not an attorney and this Complaint should not be interpreted as legal opinion, I have extensive experience in providing expert testimony in litigation as a Professional Engineer as well as a CPA.

If you have any questions or would like additional information, please contact me.

      Sincerely,


      Justin Wiedeman, CPA

      justin@sargentadvisory.com

Cc:   Board of Fulton County Department of Registration and Elections

      Board of Fulton County Commissioners

      Ryan Germany, Secretary of State Elections Investigator

ATTACHMENTS NOT INCLUDED:

Mary Norwood – November 29, 2020

Enclosures/Attachments:

Schedule 1 – Reconciliation of Total Ballots Cast to Persons Identified in December 2017 Certified MVPR

Schedule 2 – Voting Precincts that Should Not Have Been Certified in Mayoral Contest with Mayoral Ballots Cast for Mayor Exceeding Persons Identified as Voting

Schedule 3 – April 2018 Update of People Identified (from MVPR) as Voting File Analysis of Precincts that Fail Certification Requirements with More Mayoral Ballots Cast than Persons Identified as Voting

Attachments:

Attachment ? – Source Documents

Attachment A – Analysis of FCBRE Internal Post Election "Audit" Document Review, Examples of FCBRE Provided Forms to Required Forms.

Attachment B – Response of FCBRE Board Chair and Fulton County Attorney to Attachment A Submittal

Attachment C – FCBRE Unofficial Results for Runoff (Distributed at FCBRE Certification Meeting), FCBRE Total Ballots Cast by Precinct Available on FCBRE Website

Attachment D – FCBRE Voting Precinct Master List for Fulton County-Atlanta

Attachment E – Form of Required Polling Recap Sheets (Missing Critical Documents)

The card and "tear off" – front and back – have been photocopied and shown below.

CARD:

VOTER REGISTRATION OFFICE
130 PEACHTREE STREET 2186
SW
ATLANTA GA 30303 - 3460
PHONE: 404-612-7020

FIRST CLASS MAIL
U.S. POSTAGE PAID
Atlanta, GA
PERMIT No:  2604

**FULTON COUNTY PRECINCT CARD**

| REG. DATE | 10/03/1989 |
|---|---|
| ISSUE DATE | 07/21/2020 |
| REG. No. | 02588032 |

RETURN SERVICE REQUESTED

**VOTING DISTRICTS:**

| 005 | 006 | 054 | ATLA | 3 | 0B | 4 |
|---|---|---|---|---|---|---|
| CONG | SENATE | HOUSE | JUD | COMM | CITYL | MUNIB |

★OFFICIAL
★ELECTION MAIL
Authorized by the U.S. Postal Service

ATTENTION: This is your NEW Voter Registration Precinct Card. Keep for your records.

(Cut or fold on the dotted line for wallet card)

If you change your address within the county, complete the attached Change of Address Postcard and mail.

**Note: Change of address must be postmarked at least 30 days preceeding any election.**

If you move to another county or if there is a change in your legal name, you must complete a new voter registration application in order to remain qualified to vote.

**This card may not be used as evidence to prove United States Citizenship or as identification to vote. (ref.1996 United States Public Law 104-99)**

PRECINCT NAME:    08M
POLLING PLACE:
PEACHTREE PRESBYTERIAN CHURCH
3434 ROSWELL RD NW
ATLANTA, GA 30305 - 1231

CITY PRECINCT : 08M
POLLING PLACE:
PEACHTREE PRESBYTERIAN CHURCH
3434 ROSWELL RD NW
ATLANTA, GA 30305 - 1231



For Android

From the Secretary of State website, www.sos.ga.gov, a registered voter with a valid Georgia driver's license or identification card issued by the GA Department of Driver Services may change his or her name or address using Online Voter Registration. You may also access Online Voter Registration by downloading the GA Votes app.
Visit our website @ www.mvp.sos.ga.gov/MVP, download the GA Votes app or contact your local registrar's office.



For Apple

**52**

TEAR OFF:

# CHANGE OF ADDRESS CARD

TO UPDATE YOUR NEW RESIDENTIAL ADDRESS WITHIN COUNTY
## (PLEASE PRINT)

Voter Name : ███████████

Reg No. : ███████8332

City

SIGNATURE (REQUIRED)                    Date

NO POSTAGE
NECESSARY IF
MAILED IN THE
UNITED STATES

★ OFFICIAL ★
**ELECTION MAIL**
Authorized by the U.S. Postal Service ®

## BUSINESS REPLY MAIL
FIRST-CLASS MAIL PERMIT NO. 19242 ATLANTA, GA

POSTAGE WILL BE PAID BY ADDRESSEE

SECRETARY OF STATE
PO BOX 105325
ATLANTA, GA 30348-9562

State of Georgia
County of Bibb

## AFFIDAVIT

I, Robert A. Russell, personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

On November 3, 2020, I was working as a designated Republican poll watcher at St. Matthew's Baptist Church at 1211 Shurling Drive in Macon, Georgia, when I observed that the voting machines were not ready at 7:00 a.m., but it appeared that a lot of activity was going on. The poll workers did not count the number of votes cast on the voting machine on a regular, hourly basis. They counted them when they thought about it, and they didn't count all 7 machines at the same time. At 7:00 p.m., only person was voting and there was no line. Approximately 7:05 p.m., the precinct manager told me to leave the building and wait out front, so that I was not able to watch the counting of the ballots. The only people allowed to remain in the counting area were the poll workers. The precinct manager told me that she would send a worker out with a sheet to show the vote tabulation "in 10 minutes," and I waited 50 minutes, and they never came out or allowed me back into the building. The precinct manager also said that she would post the counts outside the church. After 50 minutes I left. I returned to the precinct the next morning, around 10 a.m., and the vote tabulation still was not posted.

(  ) CHECK IF STATEMENT IS CONTINUED ON NEXT PAGE

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true.
Today's date is ___NOV 10 2020___

Robert A. Russell
(PRINT YOUR NAME HERE)

ADDRESS: 3870 Jeffersonville Road, Macon Georgia 31217-5349

TEL./CELL: 478-973-6887          FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE 10 day of November, 2020.
Lauren Deal
NOTARY PUBLIC
My commission expires: 1/14/2024

54

STATE OF GEORGIA

COUNTY OF COBB

**AFFIDAVIT OF** █████████

Personally appeared before me this _25ᵗʰ_ day of _November_, 2020, the Deponent, █████████ and hereby swears and affirms pursuant as follows:

1.

My name is █████████ and I reside in the State of Georgia.

2.

On Friday November 20th, 2020, I was at work when I received a phone call at around 11:15 am, from a mutual friend to ██████████ and me. I was told that ██████ was at Jim R. Miller Park on Callaway Road, Cobb County, Georgia, witnessing the destruction of documents by a truck. There was dire concern as this was the location of the stored ballots of the November 3ʳᵈ election.

3.

I immediately left work in a rush and drove from my office to Jim R. Miller Park. When I arrived, I saw █████████ on the phone with 911, trying to get the police to come make a report and observe the events. There was a person who appeared to be an employee of the Cobb Board of Elections who said, "that's a popular truck today", and walked in the building. There was an A-1 Shredding employee who was closing the shredding apparatus and readying the truck to leave.

4.

It was loud with the truck running, and I tried to speak with the driver of the truck who climbed into the driver's side and held a paper up to the window so as to hide his face. He sat there for some time with someone on the phone. A few minutes later he moved the truck back then forwards and turned around to leave. I got in my vehicle and followed the truck to see where it was going. It had been conveyed to me that there were shredded ballots from the recent election in the truck.

5.

I followed the truck left out of Jim R. Miller Park, up to Austell Road where it made a right. It continued on Austell Road heading south and crossed the East-West Connector. It then

**55**

made a right into the Kohl's shopping center parking lot, drove through the lot to the East-West Connector so as to lose me or see if I was following, made a right on the East-West Connector, drove back to Austell Road and took a right to continue in the same direction it was originally traveling.

6.

Not long thereafter, I pulled into a gas station and got into the same vehicle as ▆▆▆▆▆. Shortly thereafter we received a call back from Cobb County 911 to indicate there was a police officer at Jim Miller Park. The assumption was that the officer would make a report but I do not know that to be a fact. We were told not to follow the truck by the dispatcher.

7.

The truck continued south on Austell road in the left-hand lane. When we approached Thornton Road, it appeared to be taking a right onto Thornton Road to head east, but quickly crossed over three lanes of traffic and took a right onto Thornton Road. It then took a right onto Veteran's Memorial Highway, and in about 3/4th of a mile pulled into the center turn lane, seemingly checking to see if we were still following. After a few minutes the truck pulled back into the roadway, continued on and exited onto Austell Road heading back north toward Marietta. We took the same path of travel but lost sight of the truck.

8.

While following the truck we received a phone call from an attorney who agreed to meet with us at Jim Miller Park. We went back to the park. When we pulled back into the parking lot I noticed a Red Ford Ranger pickup truck with ballot type boxes being loaded into the back. Once the realized we were back they appeared to unload them back into the building and close all the doors. I had to use the restroom and tried the front door. A young man greeted me and I told him I just needed to use the restroom wherein he gave me admittance to the building and I went to the bathroom. When I exited the bathroom I was greeted by a woman who seemed to work for the Board of Elections (who I later found out was a Jim Miller Park employee), who told me I could not be in there. I told her my purpose was to use the restroom and I was leaving. She escorted me to the door. Thereafter, the rollup dock doors were closed and no employees were outside.

9.

While there, two Cobb County Deputy Sheriffs approached us to find out what was going on as they were apparently told to meet us there. While we were recounting the events with the shredding truck, several supposed Cobb County Parks individuals approached us. At that time we were told that the park was not open to the public and we had to leave. We were told that they were park employees, not employees of the Board of Elections.

10.

We then met with the deputies who told us we would have to leave.  I requested that the deputies take down a report of Suspicion of Vote Fraud, and they refused.  Two Cobb County Police Officers came to the scene and I requested that I be permitted to make a report with them. I was told by the Cobb County Sheriff's Deputies that the only one who could take a report at Jim Miller Park was a Ranger, and the Rangers were not there on Friday, November 20th, 2020, that they were at a meeting.

11.

At that time, we left, and per instruction of another official, we went to the Cobb County Police Department Precinct 2 to make a report.  Again, we were refused and were told to make a report to the Secretary of State for the State of Georgia, (which we did).  We were further told that they had just gotten word not to take any report for Suspicion of Election Fraud, and that if we needed further reporting assistance, to contact the Georgia Bureau of Investigation.

12.

We then proceeded to retrieve my vehicle.  At all times during the following of the truck we obeyed the rules of the road and did not violate any State or Federal Law.

FURTHER AFFIANT SAITH NOT

Thomas Lee Williams
Notary Public

8/9/22
My commission expires

Thomas Lee Williams
NOTARY PUBLIC
Bartow County, GEORGIA
My Commission Expires 08/09/2022

**57**

# POLL WORKER'S AFFIDAVIT OF ELECTION FRAUD

# GWINNETT COUNTY, GEORGIA, NOVEMBER, 2020

## BACKGROUND AND CHARACTER STATEMENT

1.  My name is ▮▮▮▮▮▮▮▮ and I have worked at the polls in Gwinnett County, Georgia off and on for the last six (6) months. I had been interested in doing election work for a local precinct so when a friend referred me to the County Elections department last year (2019), I went to apply. My application was accepted and I was told that I would receive a call when the need arose. An Election Poll Manager called me in March of this year (2020).

2.  I was trained on-line and in person on at least six different occasions, initially as a Non-Issuing Clerk Poll Worker and then as an Issuing Clerk Poll Worker. For the Advanced Voting, I worked as a Non-Issuing Clerk because I was out of state helping my elderly mother and was unable to go to a required in-person training (although I did complete the on-line portion of the training). I was assigned to the Mountain Park Advanced Voting location of Gwinnett County to work all even numbered days starting from October 12th through October 30th, 2020. My duties were to sanitize the electronic ballot machines and printers after each voter use, to direct voters to available machines as they were sanitized and available, and keep the lines moving in a timely way. I was also to monitor any cell phone activity which was strictly forbidden (frequently, there were voters using their phones to call someone on how they should vote). I worked about 15 hours a day and quickly became familiar with how to answer various voter questions concerning how to use the machines (**Dominion** brand electronic ballot machines, which had the option of either English or Spanish language), and what certain computer-generated warning messages meant before printing the hard-copy ballots. We were trained not to advise on any candidate or referendum, were also **not** to view or touch either the electronic or hard-copy ballots, and **not** to indicate any personal or

**58**

political opinions while working. Another item in question was whether people could vote together at the same booth to help/advise others how to vote. The blue "Voting Certificate," which was filled out by every physical voter, contained blanks for names, addresses and other usual information; there was, however, an additional box to check and sign **if the voter was being assisted by someone,** or if the voter was assisting someone who could (1) could not read English (illiterate), or (2) was handicapped in some way (physically, or in some cases, of elderly relatives who would have had difficulty navigating the ballot machine. The cases of the elderly did not necessarily mean they were mentally or physically impaired, just that some elderly people were not familiar with electronic devices). The precinct was a very busy polling place and we processed between 900 - 1200 voters a day.

3. I am a very ethical person. My values are based on Roman Catholicism and I have been a practicing Catholic my entire life; both of my Midwestern-grown parents were adult converts to Catholicism. My values were further reinforced by being the oldest child of a career Special Forces Army officer. My father graduated from a military high school in Boone, Missouri, and then was ROTC when attending and then graduating from the University of South Dakota. Proper behavior and etiquette were expected at all times, and patriotism and doing the "right thing" were a given. We moved frequently, and by the time I was thirteen, I had lived half my life out of the US: three years at three different locations in Germany, and three (3) years on the island of Okinawa (not yet returned to Japan). I attended military dependents' schools or Catholic schools when available (one being an international Catholic school on Okinawa where only six (6) students in the school were American; another being [this was during segregation] a "black" Catholic school when the "white" Catholic school outside of Ft. Bragg, North Carolina was already full); as a result of this, I have been exposed to many types/nationalities of people  In addition, my paternal grandfather was a medical doctor pressed into military service during World War II (rank: full colonel, Army), and was

responsible for setting up and implementing protocols for the initial field hospital in the battle for Okinawa. The majority of my work as an adult included roles as executive secretary, medical secretary and legal (commercial real estate) secretary; these roles were privileged and confidential.

4. I read the election training manuals, attended the classes, and I have worked as a poll worker since March of 2020, so I am versed in election laws and protocol. There were probably a higher number of Democrats vs Republicans working in the precinct. The 25-member team that I worked with at Mountain Park included Denise Stephanopoulos. When I queried Denise about her famous last name, she proudly said, "Yes George is my cousin."

FACTUAL STATEMENTS

5. During this Advanced Voting period, I noticed from a flyer that had been left behind that a Democrat group had put together a transportation group that were bringing in a lot of elderly people or citizens of foreign origin (Gwinnett County is the most diverse county in Georgia), or first-time voters in to vote. Now you are not allowed to bring anyone into the actual voting booth with you unless you cannot read English or are medically disabled. There is a box for either of those options on the voting certificate which must be check-marked and signed to be allowed to vote with someone. There are no other options to vote together, such as married people or friends, etc.

6. Generally when people come with family members they identify themselves as her sister or her mother or her daughter; there is a familial bond that is noticeable. However, with the transportation group there was no sense of familiarity between the person going into the voting booth and the senior citizen or citizen of foreign origin, or first-time voter they were taking into the voting booth. I initially asked the voter and "assistant" which poll worker told them that this was allowed, especially for first-time voters and

3

**60**

they pointed to Denise Stephanopoulos. I quickly (we were very busy!) walked over to ask about why Denise had allowed them to do this. Denise told me that "we want to make sure that these "assistants" helping the voters would see to it that the voters would vote right (correctly) for...Joe Biden!" I was very bothered about this and it set off red flags for me because I knew that prior to this third and final week, most voters in the Mountain Park area had voted Republican. I did ask our Poll Manager why this voting together was OK now and she responded that the Election Board workers had said it was OK if both parties (the voter and the "assistant") check-marked the box and signed the blue "Voters Certificate." How did I know that most votes were Republican before this transportation group started bringing in these the senior citizens or citizens of foreign origin, or first-time voters? Every night after voting ended, it was also one of my duties to help (along with other clerks) unlock the scanners, remove all hard-copy ballots and then to stack ballots face side up according to precinct. The ballots were then put into special sealed, plastic envelopes, and after labeling, the envelopes were put into a wheeled carrier which was zipped and then a special numbered, red plastic, locking tab was put through both parts of the zipper; red tab numbers were recorded and then two people, one, the poll manager and the other being a poll worker (various over the three weeks) from our 25 person team would ride up to Lawrenceville (the Gwinnett County seat) in the **same** vehicle to the Elections Board. The wheeled carrier was then taken to special election workers that would snap open the red locking tab, record the tab number and then remove the sealed, plastic envelopes containing the hard-copy ballots; this was all in the presence of both the Poll Manager and assigned poll worker for that evening. Anyway, the reason I knew that the first two (2) weeks of Advanced Voting were highly Republican was because several people on the team from Mountain Park would notice that high numbers of the ballots were Republican (no names or addresses were legible to us...that information was in a bar code on each ballot). It seemed highly suspicious that things just **suddenly** seemed to switch to high numbers of Democrat votes at about the same time that the transportation group started

4

**61**

bringing in all these people "who needed help" voting.  It raises questions about what motivated these voters to vote (because the "assistants" wanted them, too?), and what influenced these "special" needs voters such as money, fear/intimidation or lies.

7.  It became increasingly obvious that the type of elderly they were bringing in had very little idea of what they were doing at the voting location or what was going on.  It became even more worrying as more and more of these people were in wheelchairs with many of them being non-verbal and not even cognizant of where they were.  They did not engage with me when I greeted them and often times, just had blank stares. Many of them would have not have passed a cognitive test.  The other (temporary) clerk who assisted me in sanitizing the screens commented on how many people seemed to show up a second time, even on the same day of their own voting, but not at the same time as their own voting; these were some of the "assistants."  I commented that I noticed that, too, because some of the "assistants" had very distinctive clothing, masks or hairstyles. I made a point to greet each voter in line (while waiting for available ballot machines), and often asked them about their t-shirts, hats or masks...some were Halloween themed...some were patriotic wear, etc.

8.  I would estimate the total number of people brought in from this transportation group was perhaps 200 per day over a period of the last week of voting (approximately seven (7) days, but especially heavy on the last day of Advanced Voting).

9.  When I tried to question the Issuing Clerks and then the Poll Manager, why these people we're being allowed to vote for these elderly people some of whom were in serious mental and physical decline, and did not seem to have the mental acuity to vote, and others of them who were simply just old, not obviously disabled and it seemed that they could go in the voting booth and vote by themselves. My observation was brushed

aside and I was told that they were the voter "assistants" and "that it was ok if they both check-marked the box and signed on the blue Voting Certificate."

10. Every single "assistant" for the elderly person, first-time voter, etc. asked for a Democrat Ballot. When I tried to confront one of these Democrat "transportation workers" who were bringing the elderly in, they would very rudely brush me off and tell me things like I said above, "I'm her assistant and I'm going to help her vote," and some "assistants" would just rush into the voting booth before I could ascertain if the elderly person was of enough of a sound mind to vote (another legal issue). When I tried to speak to other poll workers and my poll manager about this they just said they had been told from higher up to allow voting together to happen if the Voter Certificate indicated that both parties and check-marked and signed.

11. We were so busy trying to process so many people it was impossible to stop the whole voting process to challenge these people in every instance even as it became increasingly evident that everyone was just expected to ignore these violations of the blue Voting Certificate, and let voting together happen as long as both parties signed. No one seemed concerned enough to want to stop it though. I would estimate that this happened with about 50 to 200 voters a day during my shift which was on the even-numbered days (October 12, 14, 16, 18, etc.), but mostly in the third and final week of Advanced Voting, October 23rd through October 30th, 2020.

12. In the last week of my working at the Mountain Park location, a woman came in who appeared to be in her sixties with a very young teenaged girl who looked like she was about 14 -16 but could have possibly been 18. They were well-dressed and the older woman told me she was going in the voting booth with her "granddaughter." Since it was my job to call them over to the voting booth after sanitizing the voting booth I

6

**63**

informed the older woman that she could not go in the voting booth with the granddaughter as was required by my job.

13. The young girl herself was very meek and intimidated by this 60-ish year old woman and never said a word while this woman took over for her. The girl, a first-time voter, seemed uncomfortable. She did not appear to be disabled and the guardian never claimed that she could not read English or was disabled in any way. In fact it didn't seem like the woman was the grandmother because the girl was cowering. There did not seem to be any type of familial bond between the two of them and at one point the older woman changed from calling herself the grandmother to saying that she was the young girl's legal guardian.

14. When I tried to explain that she could only go in the voting booth if the young girl could not read English, or was disabled, the older woman became very ill-tempered and snippy answering me by saying, "What do you know about it...I already got permission from someone else, I guess one hand doesn't know what the other hand is doing." So it was obvious that this woman who was proclaiming to be the grandmother and guardian thought that whomever she "got permission from" was a higher authority than the law. There seemed to be some kind of plan in place to get this young girl to vote for Biden.

15. Upon inquiring of Denise Stephanopoulos who was also working in my group, what I observed happening, she overrode election law by saying, "Well we're going to allow them both to go into the voting booth and we just went ahead and check-marked it for her and the "assistant" because we want to make sure that the first-time voter votes for the right (correct) President, Joe Biden " I was horrified that Denise was so arrogant as to just boldly proclaim that she could ignore election laws and so blatantly pronounce it as if it were policy that the rest of us were supposed to follow and go along with. Of all people, I expected Denise to know better than to so boldly speak like this...we were

7

**64**

all instructed in election classes to absolutely refrain from any political favoritism, but she did not seem the least bit afraid to do it or worried about others knowing it.

16. Later I asked my polling manager about this specific instance, and other instances where people went into the polling booth with people that were not disabled and could read English, and I said, "I don't understand why all these people are being allowed into the voting booths which is against the two (2) options on the blue Voting Certificate." I brought up what the blue Voting Certificate said and she just replied, "I know what the blue Voting Certificate says, but that's what "they" (higher ups at the Lawrenceville Elections office) told us to do."  (This was a suspicious thing because I thought authorities needed to follow up on who "they" are, because someone in a higher position could have been using undue influence.)

17. Based on the numbers I observed, it would be a fair estimate to attribute several hundred of these unduly influenced votes for each day the voting place was open during that final week of voting, October 23rd through October 30th, 2020, and perhaps, some before that.  The total number of days the Mountain Park location was open was nineteen (19), and can be ascertained from the polling manager, as well as the Gwinnett County Election Board in Lawrenceville, Georgia.

PENALTY OF PERJURY STATEMENT

I am of age and of sound mind and I have personal knowledge of all facts above.  They are true and not misleading or meant to be misleading, and I acknowledge that if I am willfully false, I may be subject to the penalties of perjury.

8

**65**

This certificate pertains to a __8__ page document dealing with/entitled **Poll Workers Affidavit, of Election Fraud** and signed on __11 | 16 | 2020__

**Acknowledgment for an Individual**

State of Georgia

County of __DeKalb__

This record was acknowledged before me on __11 / 16 / 2020__

by _____
   Pr

who is

____personally known

or

__X__ proved to me on the basis of satisfactory evidence to be the person

who appeared before me.

_(signature of notary public)_

Notary Public, State of Georgia                    Stamp/Seal

My commission expires: __12 / 26 / 2023__

> **S WILLIAMS NELSON**
> NOTARY PUBLIC
> Dekalb County
> State of Georgia
> My Comm. Expires Dec. 26, 2023

Acknowledgment Ver D.docx

2020 Affidavit statement █████████

█████
798 Argonne Avenue NE
Atlanta, Ga. 30308

I, ███████████s, make the following declaration regarding my personal vote in the general election on November 3rd, 2020.

On Tuesday November 3rd, 2020 I went in person to Park Tavern, Precinct 02K, Fulton County, Georgia to cast my vote. I arrived at 5:40 am. I was the first person in line. When the polls opened at 7:00 am I was the first person to cast a vote. Upon checking in, a poll worker checked my identification, gave me a voter card and I cast my vote. The voting machine printed my paper ballot and I inserted my ballot into the scan machine. The entire process seemed normal.

A few days later I became concerned after hearing about the claims of voter/election fraud in the state of Georgia. On Friday November 6th, 2020 I called the Fulton County elections office to have them check to see if my vote was recorded. They informed me that it was not recorded. On Wednesday November 11th, 2020 I found out per the public voter rolls for the state of Georgia that my vote was not recorded. On Friday November 13th, 2020 I reported my findings to the Georgia Secretary of State website on the "stop voter fraud" link. I have included a copy of the email reply I received from Frances Watson, Chief Investigator for Georgia Secretary of State stating "there is no place to check election day voting". This is not true. It is available through state voting records per a public request.

Thank you,

████████████
████████████████████████████████

_Lynda Nesbitt_ 11.29.20
Notary      date

Commission exp 10/09/2023

Lynda Nesbitt
NOTARY PUBLIC
Cobb County GEORGIA
My Commission Expires 10/09/2023

Page 1



**(no subject)**
1 message

<fwatson@sos.ga.gov>                                    Sat, Nov 14, 2020 at 3:25
To:                                                              PM

There is no place to check election day voting

*Chief Investigator*

*Investigations Division*

*Georgia Secretary of State*

Main: 470-312-2774

Cell: 404-663-3226



# My Voter Page

GEORGIA
**SECRETARY OF STATE**
BRAD RAFFENSPERGER



My Voter Page



Precinct 02K
PARK TAVERN
500 10TH ST NE
ATLANTA, GA  30309
Election Day polling place hours are 7:00 am - 7:00 pm

Click Here for Early Voting Locations and Times
Click Here for Municipal Polling Place
NOTE: Non-specific rural addresses may not be available.

Georgia Voter ID

Stop Voter Fraud

**VOTE**

Elections Division

Elections Advisory Council



Georgia VoteSafe

If you prefer to vote off-site, mail, fax or email your
absentee ballot application to your county registrar

Click here for an Absentee Ballot Application

Click here for Absentee Ballot/Early Voting status

| Candidates Elected: | Officials Elected Statewide |
| --- | --- |
| District Maps: | Congressional District Maps |
| U.S. Congress: | District 005 |
| Georgia Senate: | District 039 |
| Georgia House: | District 058 |
| Judicial: | Atlanta District |
| Commission: | District 004 |
| City Council: | District 002 |
| Muni Brd Educ: | District 001 |

Click here for Qualified Candidates

Please Note: Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

Newly Registered Voters: Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the current election calendar to confirm the first election in which you will be eligible to vote.

State of Georgia
County of Bibb

### AFFIDAVIT

I, ███████████ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

I was an approved Republican poll watcher at Turning Point at Mabel White Baptist Church HO3, on November 3, 2020, when I observed unused provisional ballots which were counted and left unsecured. They were placed on top of a suitcase. Later, they were placed in an open crate. As they were taking the final load of ballots, the poll manager asked where they were, and none of the poll workers answered. I had to tell him where they were.

Only one of the ballot suitcases was secured with a red seal. I asked why the second one was not sealed, and I was told by the poll manager that it was not needed.

I was not allowed to witness the counts on the machines; I asked to see the numbers, and I was told that they would give the counts to me.

I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is ___11/10/2020___.

ADDRESS: 132 Brighton Court, Macon, Georgia 31210

TEL./CELL: 478-361-1105                    FORM OF ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFOR ME,
THIS THE __10th__ day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: __1/14/2024__

*(Notary seal: LAUREN DEAL, NOTARY PUBLIC, GEORGIA, EXPIRES 01/14/2024, BIBB COUNTY)*

70



I, [REDACTED] make the following declaration regarding my personal vote in the general election on November 3rd, 2020.

On Tuesday November 3rd, 2020 I went in person to vote at Park Tavern, precinct 02K, Fulton county, georgia. I arrived at 5:40 am. I was the second person in line. Everything seemed normal, show ID, get voter card, vote and scan in printed ballot.

There is no record of my vote on Georgia's my voter page -
https://www.google.com/url?q=https://www.mvp.sos.ga.gov/MVP/mvp.do&source=gmail-imap&ust=1607294080000000&usg=AOvVaw1GQMRUOURIVSDfXOMIId3Z



Lynda Nesbitt
NOTARY PUBLIC
Cobb County, GEORGIA
My Commission Expires 10/09/2023

commission exp 10/09/2023

**71**

STATE OF GEORGIA

COUNTY OF FULTON

## DECLARATION OF ███████████

Pursuant to 28 U.S.C. 1746, I, ███████████ make the following declaration:

1. I am over the age of 21 years, and I am under no legal disability which would prevent me from giving this declaration. If called to testify, I would testify under oath to these facts.

2. I am a resident of Fulton County, Georgia.

3. On Sunday, November 29, 2020, I was present as an observer for the Republican Party at the Georgia World Congress Center to observe the recount of the November 3, 2020 election for Fulton County. I was there from 8:00 a.m. to approximately 1:30 p.m.

4. At around 11:00 a.m. I noticed that the recount appeared to have stopped.

5. I asked a group of observers for the Democrat Party why they were taking a break and they replied that they were waiting for "the change" to take place from the early voting recount to election day voting recount. I understood that to mean there would need to be made a change in the system in order to continue with the election day voting recount.

6. It was noteworthy that the Democrat observers were privy to information that the Republican observers were not given.

**72**

7.  I proceeded to ask the person supervising the recount, a woman by the name of Mable (her last name was unknown to me), who would be making "the change" in the system needed to go from early voting recount to the election day recount. She replied it would be a man who was presently in the back. She did not give me his name.

8.  I asked the supervisor when the change to the system would be completed. She said that she did not know, and then said that perhaps it would be after lunch.

9.  I drew the logical conclusion that "the change" to which the supervisor and Democrat observers were referring was a change in the software of either the voting machines and/or the scanners as these were involved in the recount. All that was clear is that they could not proceed with a recount of the election day ballots because they were making some change to the voting system.

10. Around 1:00 p.m. I asked the supervisor once again when the change in the system would be completed, as the recount remain stopped.

11.  The supervisor responded that the man who was making the system change "left to get something he needed."

12.  When I left the Georgia World Congress Center at approximately 1:30 p.m. the alleged "change" in the system was still not completed and the recount had still not restarted.

13.  I was present at the Georgia Congress Center on Wednesday, November 25, 2020 for approximately five hours to serve as an observer of the recount for the Republican Party.  At no point did I observe a stop in the recounting or the need to make any changes to the system (voting machines or scanners).

**73**

14. I am a technology professional with over thirty years experience. I find it highly questionable that the recount would have been stopped for the alleged reason given, and for that length of time, for several reasons: (1) The ballots used for the early voting are the same as those used as on election day, the only difference being the date on which they were received; (2) Having just gone through an election, it should not have been necessary to make changes to the system at this point; and 3) Taking 2 ½ hours or more to make changes to the system so that the election day recount could proceed seemed unreasonable.

15. I am concerned that the reasons given for stopping the election day recount appears to be pretextual. This begs the question of what was truly being done to the voting system during this time.

16. I am further concerned that changes that were being made may interfere with the ability to recover the full history of what transpired in the use of the voting machines and scanners in this election.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: November 30, 2020



## Declaration of ████████

Pursuant to 28 U.S.C Section 1746, I, ████████, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.
2. Briana Cauffman is my daughter. She is 33 years old. In 2019 she was convicted of committing a Federal crime and sentenced to serve 3 years in prison and 3 year probation period. In 2020 I received Official Election Ballots in the mail for the 2020 Election, Exhibit A. On November 6, 2020, I received a Postcard thanking her for being a 1st time voter and stating "How you vote is secret, but whether you vote is Public information." Exhibit B.
3. ████████████████████████████████████████
4. Unrequested Official Ballots mailed to my home for someone that is a convicted felon, currently incarcerated, and her Rights have not been restored, including her Right to Vote.
5. Photograph of Ballots described as Exhibit A.
6. Photograph of Postcard described as Exhibit B.
7. Photograph of Envelope from Briana Cauffman, Inmate #84173298, from Federal Prison Camp, Phoenix, AZ, Inmate correspondence, date stamped November 19, 2020 as Exhibit C.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.



# Exhibit A



**Exhibit B**



# Exhibit C



**Declaration of** █████████████████████

Pursuant to 28 U.S.C Section 1746, I, ██████████████████, make
the following declaration.

1. I am over the age of 21 years and I am under no legal disability,
   which would prevent me from giving this declaration.

2. I am a trained physical therapist, serving as a captain in the United
   States Air Force.

3. I reside at Keesler Air Force base at 211 Vandenberg Drive, Biloxi,
   MS, 39531

4. My affidavit highlights that I received multiple ballots for the
   general and runoff elections (November 3, 2020 and January 5,
   2021.) It also highlights that I voted for President Trump and all
   Republicans on the ticket.

5. At the end of September, I requested UOCAVA absentee ballots from
   the McDonough elections office. The e-ballots I had previously
   requested would not print correctly. The watermark and printing
   capacity failed multiple times, leading my wife and me to request
   mail-in ballots. She was told by McDonough elections office worker,
   Jan Mayo, that the watermark did not matter and reassured her that
   they compare each ballot with our signatures. Concerned that our
   ballot would be rejected due to cosmetic variance, we each requested
   mail in ballots.

6. We received our first ballots from Elections and Registration (Postmarked on the 26th of September, 2020) from the address: 40 Atlanta St. McDonough, GA, 30253. These ballots included duplicate run off ballots for January 5th (printed on normal paper, one missing an envelope) and a ballot and envelop for a runoff December 1st. We each filled out our November 3rd ballots, voting for President Trump, Senator Kelly Loeffler and all other listed Republicans. We sent these in around the 12th of October.

7. Probably a week or two later, my wife and I received a new set of ballots (which we have kept for proof) from the Georgia Secretary of State, Elections Division located at 2 Martin Luther King Jr. Dr. SE. 802 West Tower. Atlanta, GA, 30334. These came via presorted First Class mail, marked in the top right corner "PAID GEORGIA SECRETARY OF STATE." I could not find a watermark on the envelopes so do not have the exact date of their arrival. These did not include run off ballots. The envelops were not in color, came from the Georgia Secretary of State, and came from a different address. However, the return address was to the McDonough elections office, not the address in Atlanta from which they came. All these minor details concerned me. The ballots appeared official and had Copyright 2020 Dominion Voting Inc All Rights Reserved at the top.

8. Concerned that fraud was occurring, my wife left two voicemails for Jan Mayo at the McDonough election office. She never heard back from her.

**80**

9. Finally, postmarked the 20th of November, we each received another set of runoff ballots for January 5th. These came from Elections and Registration at 40 Atlanta Street, McDonough, GA. 30253. They were printed on official cardstock paper and came in the normally colored red envelope. These were, in summary, the third set of ballots we received for a runoff election January 5th.

10. If 100% of military absentee ballots in GA were reported to have voted for presidential nominee Joe Biden, there is no doubt that there was voting fraud since my wife and I went to great effort to ensure that our votes were submitted for President Trump. We took them to the post office, carefully filled in each selection, and have kept every piece of extra ballots we have received as evidence.



**81**

**Declaration of** █████████████████

█████████  28 U.S.C Section 1746, I, (Name), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. Detail background and qualifications: SC resident, mother, wife, voter, concerned citizen with Masters in Ed, Guidance, BA Psych, BA Health Car Admin.

3. ████████████████████████████████████████████████████

4. My affidavit highlights: noticed mail irregularities(5), election day concerns(6), and GA ballot harvesting as a non GA resident(7).

5. Info: October 2020: I noticed we had not received some bills, packages and other mail in a timely fashion. October 13 I posted a message to a local facebook page "Johns Island United Discussion Group" 52 comments are attached. Word and pdf of screenshots are attached. Much of the conversation references lost, slow mail, missing, destroyed and lost ballots, confusing guidance on ballots vs voting in person, one resident contacted Joe Cunningham and a congressional inquiry was made, voter concern, contact with businesses who claim mail is slow everywhere.

6. Info: Election day: We were assigned a new venue, Berkely Electric on Johns Island. Berkely has very little public parking available for such an event. We arrived at 6:30 a.m. & a.m. we were told computers were down. A man ran from the building to a car for an extension cord, 15-20 minutes later we slowly began to enter. Between the delay and poor parking availability, I witnessed cars

**82**

leaving without voting. Cars pulled in the lot and quickly pulled back out.

7. Info: Sat Nov 21- I received this text: Hi Katie, this is Molly, a volunteer with Fair Fight. On January 5th, Georgia voters have the chance to elect 2 U.S. Senators who can expand access to healthcare throughout the state and lift our families out of our current public health crises. We also have the chance to elect a Public Service Commissioner who will advocate for clean and affordable utilities for hardworking families like ours. We can't afford to sit this election out. Request your mail-in ballot for the January 5 election TODAY at https://ballotrequest.sos.ga.gov/. Can we count on you to request your ballot today? [STOP2QUIT] ***I have no affiliation with Georgia, I did not request a ballot and Fair Fight is a Democrat voter harvest scam as far as I researched.

8. I am just one person noticing 3 separate concerns in an uncontested state.





## Johns Island United Discussion Group

🔒 Private group · 8.0K members

+ Invite

About    Discussion    Announcements    Members    Events    Media    Files



Anyone else with delayed mail? We just received an item we should have received over a week ago. Same issue for our direct neighbor. If nothing else comes of this, I would definitely suggest you vote in person.

👍 18                                          52 Comments

👍 Like                    💬 Comment

Just had a package that said delivered at my mailbox at 7:31. No package.

Like · Reply · 6w

I totally agree ... still waiting for my ballot ! 😟

Like · Reply · 6w

Got ours today in Shell Point

### About

Welcome to Johns Island United Discussion Group **READ THE PIN POST FOR THE RULES OF THIS GROUP!**

Members read these rules and remember that t...
See More

🔒 **Private**
Only members can see who's in the group and what they post.

👁 **Visible**
Anyone can find this group.

📍 Johns Island, South Carolina

👥 General Group



**Johns Island United Discussion Group**

Got ours today in Shell Point

Like · Reply · 6w

Write a reply...

That's funny I'm getting my mail on time and also get my ballot and mailed it off with no problem.

Like · Reply · 6w

[redacted] sounds like you're one of the lucky few.

Like · Reply · 6w

Write a reply...

Have not received any mail since last Friday on Betsy Kerrison Pkwy.

Like · Reply · 6w

We are on Seabrook and it's been terribly slow

Like · Reply · 6w

Still no ballot that was mailed on September 29.

Like · Reply · 6w

Joan Frey Loughry go vote at the coliseum. We didn't get ours either.

Like · Reply · 6w

Ed-Loretta Mccoy i was told by election officials that we can't vite in person since we signed uo for absentee. How did you do it?

Like · Reply · 6w

Joan Frey Loughry yes you can. They even have an

(2) Johns Island Uni...

85



**Johns Island United Discussion Group**



Like · Reply · 6w

█████████

████████  yes you can. They even have an
extra line for the ones that were going to vote
absentee and didn't get their ballots. Very easy.

Like · Reply · 6w                                     👍 1

████████████  thank you! Even the election
office doesn't know its own rules.

Like · Reply · 6w                                     👍 1

████████████ You can also take your mail in
ballot with you and surrender it to poll workers,
then vote in person.

Like · Reply · 6w

█████████  that's the problem. We haven't recieved
our ballot!

Like · Reply · 6w

██████████  I returned my completed
application on 9/15 and received my ballot on
10/8. My neighbors got theirs the same day. You
can go on the website to check the status of your
ballot, but who knows how accurate the dates are.

Like · Reply · 6w

█████████  thanks but i did that. Still no ballot
████████

Write a reply...                          ☺ ◎ GIF 🎭

████████

I emailed Cunningham about the same thing happening
to me, and they opened a congressional inquiry. No joke,
now all my mail gets held at the post office. It's like they
are punishing me for speaking up.

Like · Reply · 6w · Edited

 **Johns Island United Discussion Group**

now all my mail gets held at the post office. It's like they are punishing me for speaking up.

Like · Reply · 6w · Edited

█████████ orry to hear that and frankly, very concerning. 😟

Like · Reply · 6w

Write a reply...   ☺ ◎ GIF 🏷️

█████████

Yep...had a bill payment take 13 days to get to a credit union. Called them and they said the problem is all over the nation and they had recieved tons of calls about delayed payment matters...and this is supposed to work how with mail-in ballots??

Like · Reply · 6w                                      👍 2

█████████ that's why everyone should vote in-person! 👍

Like · Reply · 6w                                      👍 1

Write a reply...   ☺ ◎ GIF 🏷️

███████ conspiracy to surpress voters. Hmmm I wonder who's behind this? I've been fighting with the election office for a week now. Multiple phone calls. Even called the Post and Courier to get them to do an investigation.

Like · Reply · 6w                                      👍 2

████████els ████████████ This is why we are going to drop off our ballots in person

Like · Reply · 6w                                      👍 1

████████████████ we plan to drop ours off too. If only we could get our ballot.

Like · Reply · 6w

**87**

 **Johns Island United Discussion Group**



Like · Reply · 6w

J█████████████ we plan to drop ours off too. If only we could get our ballot.

Like · Reply · 6w

███████████████ Us too! We sit and wait...

Like · Reply · 6w

Write a reply...

█████████

About a month ago I notice a definite trend in mail slowness. Took 9 business days for a card to get to me from NJ. A few weeks ago everyone in my development was talking about the mail that Informed Delivery said was delivered but wasn't.

Like · Reply · 6w

██████████

This is happening in our small town in PA. It takes 9 days to get a bill or letter sent. The Postal service has cut down staff and there were other reasons that were explained to her. It's not just here.

Like · Reply · 6w

█████████████
Yep! Today we didn't get ANYTHING!

Like · Reply · 6w         👍 1

████████████ I make jokes all the time that our carrier only works 2days a week! 😊

Like · Reply · 6w         👍 1

Write a reply...

████████████

A letter we're trying to mail is still sitting in our mailbox. Received no mail today either (of course). What's going on?!

**88**

 **Johns Island United Discussion Group**



A letter we're trying to mail is still sitting in our mailbox. Received no mail today either (of course). What's going on?!

Like · Reply · 6w



Mailed my ballot and get text messages about its progress in delivery

Like · Reply · 6w       1



Sign up for Usps updates of what should be delivered to you today. As for your ballots, drop them at the boxes at the post office. We dropped ours Friday and got text and email confirmation they had arrived at the voting hq Sat evening.

Like · Reply · 6w       1



Still waiting for my husband's two birthday cards I mailed on August 19 to come to our house.

Like · Reply · 6w



Still have not received ballot that supposedly was mailed 9/29!!!

Like · Reply · 6w       2



Call the Director of Elections for the state of South Carolina. Her name is ███████████████ She's very helpful and needs to know what is going on here in Charleston!

Like · Reply · 6w       2



tried her but no answer. Called local support and they said 29455 was running late ( really ! ) and they should arrive by Friday. If not, call (843) 744-8683 and update their info. Ballots did not go out until 10/2 as opposed to 9/29 date published.

(2) Johns Island Uni...

**89**



## Johns Island United Discussion Group



( really ! ) and they should arrive by Friday. If not, call (843) 744-8683 and update their info. Ballots did not go out until 10/2 as opposed to 9/29 date published.

Like · Reply · 6w

███████████ she had our absentees ballots reissued. Said they got chewed up in a machine (?). I was told all ballots were mailed from either Maryland or Florida (where they were printed) on Monday October 5. I wish the elections office would get their story straight!

😮 1

Like · Reply · 6w

Write a reply...

███████████ Filed a complaint with the postal service for not receiving mail for over a week and a Johns Island postal worker called me. She said they do not hold any mail at the Johns Island location. We received no mail last week and then 3 checks and 3 packages all at once yesterday. Two checks were mailed 2 weeks ago and one was mailed on Friday of last week. So the mail is being held SOMEWHERE. Maybe not on Johns Island but somewhere. It makes zero sense!

👍 3

Like · Reply · 6w

███████████ feel that neither the elections office nor the USPS is being honest. Could they be on a mail carriers car? Stuffed in a back room at the PO? Or something more sinister? Hmmmm

Like · Reply · 6w

███████████ efinitely concerning

Like · Reply · 6w

Write a reply...

**90**

**Johns Island United Discussion Group**

██████████ Loughry definitely concerning

Like · Reply · 6w

Write a reply...

██████████

It's the Post Office for sure, Johns Island population as almost tripled since 2000.
Yet they still close between 1-2:30 everyday, when I asked they said it's to conserve energy !
Haha

Like · Reply · 6w                                              😆 2

↳ ⊙ P██████████████████ Replies

██████████████

I also spoke with Marci Andino, the Executive Director of the State Election Commission and she was very helpful. She suggested those who have not received their ballots to give it until Friday of this week. She said there were about 1,000 ballots that got damaged and were mailed yesterday. If you do not receive it by Friday, you should call the Charleston County Election Commission.

Like · Reply · 6w

██████████████ thanks for this helpful information!

Like · Reply · 6w                                              👍 1

██████████████ hank you for the info ! I've been checking everyday , and still no ballot . I'm planning to vote in person at this stage - don't trust the mail in !

Like · Reply · 6w                                              👍 1

██████████████ giving it a little more time, but tracking it closely.

Like · Reply · 6w

Write a reply...

**91**



ving it a little more time, but tracking it closely.

Like · Reply · 6w

Write a reply...

I got my ballot in mail after requesting it and arrived promptly. Spouses as well. Mail service seriously lagging behind because we usually get good service. Been waiting on a package with delivery date last week. Heard thousands of ballots were sent.incorrectly so resending those but this was in WA area. not JZI.

Like · Reply · 6w                                                    👍 1

Yes! I received several bills (I've already paid) in the mail TODAY that I typically receive around the 9th.

Like · Reply · 6w

I talked to the postmaster at the JZI post office about the appearance of the grounds between the road and the parking lot. There are dead trees that have been there for almost 2 years and the grass should be cut more often. It's an eyesore. He told me it was because of Covid. I told him that had nothing to do with covid! That was 2 months ago and nothing has been done! I'm not giving up! The James Island P.O. doesn't look this bad! If you know who I should contact, please message me! Again, I am not giving up!!

Like · Reply · 6w                                                    👍 3

up Cunningham's office! They have a congressional coordinator who can file a complaint with USPS. If you go to his website, there's an option to shoot him an email 👍

Like · Reply · 6w

Thank you!!

**92**

**Declaration of** ███████████████

Pursuant to 28 U.S.C Section 1746, I, ███████████████, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I hold dual Doctorates and dual Masters in Economics and Management Science & Engineering from Stanford University and a BS in Economics from Arizona State University. I hold roles in the public sector, private sector, and higher education.

3. I ████████████████████████████████████████.

4. Georgia uses Dominion Voting Systems (DVS), which has a history with technical glitches that have not been fixed.  DVS was rejected three times in Texas because of its inherent defects.  It has caused multiple anomalies and delays. In Gwinnett County alone, these software glitches have affected roughly 80,000 mail-in ballots.

   Although election officials have said that these glitches have been corrected and are not reflected in the final tallies, it is hard to take these statements on faith without any evidence, particularly given DVS' bad track record. Moreover, it is also possible that there are many other instances of "glitches" that were not caught.

5. These glitches are on top of those that occurred in Morgan and Spalding counties. Marcia Ridley, elections supervisor at Spalding County Board of Election, said that the company "uploaded something last night, which is not normal, and it caused a glitch," preventing poll workers from "using the pollbooks to program the

smart cards that voters insert into voting machines" and causing delays for voters.

6. Roughly 1.5 million Georgia voters requested absentee ballots, which is far above the 200,000 absentee ballots from 2016, and is 30% of their estimated 5 million voter turnout. 6. As of November 6th at 6pm, Georgia election officials said that more than 14,200 provisional ballots needed to be counted. Jeff Greenburg, a former Mercer County elections director, remarked that over his 13 years in the role, he had only processed 200 provisional ballots in total and it would take his county 2.5 days to process 650 provision ballots. That implies nearly 55 days to approve, which suggests that the current pace they are approving provisional ballots is implausibly fast if they intend to call the election soon.

It is also curious that the correlation between the number of mail-in votes for Biden net of Trump and the 2016 share of votes for Clinton is stronger than the total votes for Biden net of Trump. This evidence is consistent with the view that manipulation is easier with mail-in votes and more likely to occur where there is less Republican competitive oversight (e.g., poll watchers turned away).

7. The counties with the greatest reported software glitches and delays are also the counties with the biggest swings in votes for Biden. The list of numbers below tabulates the percent change in Democrat votes from one election to the other for some of the most Democrat counties in the state. Importantly, the increase between 2020 and 2016 is systematically larger than the 2008 to 2012 or 2012 to 2016 increases: for example, the median (mean) increase from 2016 to

**94**

2020 for these counties was 27% (30.6%), whereas they were only 11.5% (9.8%) and -4% (-2.8%).

These are anomalies that evidence a high likelihood of fraudulent alterations within the software or the system.

Increase in Democrat Votes from Election-to-Election, in %

County 2008-2012 2012-2016 2016-2020

Fulton -6% 16% 28%

DeKalb -6% 6% 22%

Gwinnett 3% 25% 45%

Cobb -6% 20% 38%

Chatham -4% 3% 26%

Henry 8% 14% 46%

Muscogee -4% -6% 24%

Bibb -1% -5% 18%

Douglas 2% 9% 37%

Clarke -14% 16% 22%

Mean -2.8% 9.8% 30.6%

Median -4% 11.5% 27%

These changes alone are highly suspect. The 2016 to 2020 increase in Democratic votes is at least over double in these counties. Moreover, all

it takes is one or two counties, like Fulton, to become a hotspot for fraud for it to sway the overall election outcome, particularly via Atlanta.

Moreover, as a control group, consider the fact that counties that are on the Northeastern border of Alabama have a much lower increase in Democrat votes for Biden. These counties are comparable given their proximity, making the especially large surge in Georgia more suspect.

There are also many precincts within these counties that have highly suspect numbers. For example, 97% of the votes are for Biden in SC16A (Fulton County) and 97% in Snapfinger Road (DelKab). Many more examples abound. The distribution is also highly skewed towards Biden: whereas 10% of the precincts have an over 95% Biden vote, none of the precincts have an over 90% Trump vote. Given the historical distribution of votes from 2016, this fact pattern is suspect.

8. One diagnostic for detecting fraud involves Benford's law. In the case of election fraud, that means looking at the distribution of digits across votes within a specified geography. Using precinct level data for Georgia, my research identified 1,017 suspicious precincts out of 2,656 when we look at advance ballots. Even more precincts (1,530) were flagged as suspicious for election day votes. While Benford's law is not a silver-bullet for identifying fraud on its own, it suggests suspicious activity that warrants additional attention.

9. Yet another way of detecting statistical anomalies involves looking at the distribution of the change in 2020 to 2016 vote shares of Trump and Biden. Whereas the distribution for Trump is perfectly "normal," the distribution for Biden is non-normal: it is skewed heavily to the

right. This is not present in other states that do not have similar concerns about fraudulent activity, but is present in the states with those concerns (e.g., Pennsylvania too).





10.  There were many puzzling incidents across states, including Georgia, where surges of votes for Biden were observed at odd hours of the morning of November 4ᵗʰ. In particular, preliminary analysis on the live Edison Research data reveals that new ballots were coming in increasingly more slowly, but they were larger for Democrats than for Republicans. The combination of the pattern and

timing is puzzling, particularly since it is not present in other states, like Florida, that do not have similar concerns about fraud.



I declare under penalty of perjury that the forgoing is true and correct. Executed this November 16, 2020.



**Declaration of** ███████████

Pursuant to 28 U.S.C Section 1746, I, ███████████ make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. My background and qualifications:

   I retired on March 22, 2013 after developing software for 32 years. When I retired I was the IT manager of the County of San Bernardino's PeopleSoft HRMS/Payroll application known as EMACS. I was the IT project leader during initial implementation in 1998 and had been managing all IT aspects of the system since then.  I've been through four application upgrades and three Oracle upgrades. The County's EMACS system profile; PeopleSoft HRMS 9.0/PeopleTool 8.48.17 on Oracle 11.2.0.3.0 on Win 2008 R2. We implement core HRMS, Benefits Administration, Payroll for North America, Time and Labor, eBenefits, ePay.  We paid 19,000 employees in 29 benefit groups approximately $34,000,000 biweekly.

   Prior to my involvement with the EMACS system I was the project manager responsible for design, development and implementation of the following applications for the County of San Bernardino:

   - FAS Financial Accounting System
   - San Bernardino County Employee Retirement Payroll system
   - San Bernardino County Employee Retirement Contribution Tracking system

Prior to my work at the County of San Bernardino I worked as a consultant for a company called Computer Assistance Inc. and I worked on two fixed priced projects for the City of Los Angeles;

- Animal Management System

- Application Management system (recruitment application). One of my responsibilities was to program the scanning machines to capture the results of employee scantron tests into the system.

3. I reside at ***** Riverside California

4. I performed an analysis of the 4,505,777 absentee ballot records from the Nov 2020 election I obtained from the Georgia election website (https://elections.sos.ga.gov/Elections/voterabsenteefile.do) and I found approximately 589 people who appear to have two or more records that were accepted (ballot status='A') without a corresponding cancel (ballot status='C'). My logic included looking for the same name (first, last, middle and suffix) and street name and reporting any duplicates with a different voter registration number.

5. The records in the spreadsheet appear to me to be people who voted twice. A manual lookup of these records in Georgia's voting system would confirm my findings.

6. I mailed the spreadsheet and SQL logic used to produce the spreadsheet to Lin Wood on Nov 25, 2020.

7. On Nov 27, 2020 I was contacted by an associate of Lin Wood. We discussed my findings, and I was asked if I'd be willing to provide a signed affidavit.

12/3/2020

_____ Date: _____

**100**



## Declaration of ██████████

Pursuant to 28 U.S.C. Section 1746

I, ██████████ make the following Declaration.

1. I am over the age of 21 years and I am under no legal disability which would prevent me from giving this declaration.

2. I reside at ████████████████████████ ██████. I am retired from the Forsyth County School System. I am currently on Disability and last voted in the 2012 General elections

3. On Sept. 8, 2020 I checked the Status of my voter Registration and confirmed my address and obtained the location of my polling place.

4. On Oct. 13, 2020 I went to the polling station located at

Precinct 03

DAWSON CO EMS STATION 2

145 LIBERTY DRIVE

DAWSONVILLE, GA, 30534

5. After going through th voting process which included

A. Showing and verifing my ID against my voter registration

B. Obaining my "key" card and making my selections via

the computer terminal.

    C:   Inspecting the on screen Ballot before printing the paper copy to scan and cast my official vote and,

    D: Scanning my paper ballot and getting my "I voted" sticker

6. I took a selfie of myself and my Husband proudly displaying our "I voted" stickers and posted the image to FaceBook

7. On 11/24/2020 My Daughter and Son-in-Law informed me that the mvp.sos.ga.gov website shows my current voter status as accepted but states that;

    A: On Oct.13, 2020 I requested an Absentee/Early voter Ballot

    B: On Oct. 15, 2020 The Absentee/Early Voter Ballot was Issued

    C: On Oct. 15, 2020 The Absentee/Early Voter Ballot was recieved.

    D: A note at the bottom of the box denotes the following:

NOTE: Voting Early in Person will have all three dates the same above.

8. At no time have I ever requested an Absentee Ballot, I declare that I voted in person at the polling place I was assigned

facebook.com





Oct 13 · 🌐

View Full Size · More Options



y Voter Page

GEORGIA
SECRETARY OF STATE
BRAD RAFFENSPERGER

tions     Elections     News Room     Professional Licensing Boards     Securities     Charities

r Page

Polling Place for State, County, and Municipal Elections

Georgia V

### Absentee Ballot Status

Vhite not of Hispanic Ori
: Female    Status: Activ
ation Date: 11/03/2010

nge Voter Information
ere for Sample Ballots

**Election Date :11/03/2020**

Election Name : NOVEMBER 3, 2020 GENERAL/SPECIAL ELECTION

Election Type : GENERAL

Absentee App/Early Vote In person request received : 10/13/2020

Absentee/Early Vote In person Ballot issued : 10/15/2020

Absentee/Early Vote In person Ballot received : 10/15/2020

Status : Accepted

Reason :

Stop Vote

VOTE

Elections

Ballot Request Infor

refer to vote off-site, m

ee ballot application to

NOTE: Voting Early in Person will have all three dates the same above.

**Back**

Elections Advis

104

# Declaration of ▮▮▮

Pursuant to 28 U.S.C. Section 1746, I, ▮▮▮▮▮▮▮, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a lifelong resident of Fulton County and the mother of a United States Navy Ensign who graduated from the United States Naval Academy in May of 2020. He currently resides in Perdido Key, FLA while undergoing flight training at Naval Air Station Pensacola.

3. I reside at ▮▮▮▮▮▮▮

4. My son, ▮▮▮▮▮▮▮▮▮▮ is currently registered to vote in Fulton County in Atlanta, GA(his home for 18 years up until June 2016, when he was given an appointment to attend the U.S. Naval Academy in Annapolis, Maryland.)He voted by military absentee ballot in Fulton County in 2016 and again by military absentee ballot in this years 2020 Presidential Election. On October 12, 2020, I watched him print his military absentee ballot per the Navy's instructions. I watched him fill the ballot out and sign his signature. He voted for President Donald J. Trump, Senator David Perdue, and Congressman Doug Collins for Senate. He voted a straight red ticket the rest of the ballot all the way down. I placed the ballot in a plain white envelope and addressed it to the Fulton County Board of Elections. I wrote the words *Military Ballot* on the outside of the envelope. On October 13, while he was en route back to Pensacola, I drove to a secure drop box location(North Training Center)located at 5025 Roswell Rd.,Sandy Springs, GA 30350 and deposited his ballot in the dropbox at 1:41pm. I took a screenshot of the mailbox and sent it to him to let him know I had mailed it. The screenshot is attached. I later looked on the Fulton Votes app, and it showed his ballot was received and accepted.

105

November 29th, 2020
3895 Club Drive NE
Atlanta, Georgia 30319
404-291-7144
Dianedjones@comcast.net

**Declaration of** ████████████

Pursuant to 28 U.S.C Section 1746, I, ████████████, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am the owner and sole proprietor of an educational publishing company, State Standards Publishing, serving the needs of schools in Georgia and the United States.

3. I reside at ████████████████████████████████████████.

4. My affidavit highlights possible voting irregularities in Columbus, Muscogee County, Georgia.

5. <u>10/19/20</u>—I arrived to vote at a Muscogee County early voting location on Citizens Way in Columbus, GA. Upon arrival, all voters were instructed to complete an intake form while standing in line and to FILL OUT ALL HIGHLIGHTED AREAS. It appeared that the county was re-using forms prepared for the earlier primary, and as a result, one of the highlighted areas we were instructed to complete was to circle whether we were voting one of three choices: Democratic, Nonpartisan, Republican. Obviously, this is private business during the general election. Yet people all around me were dutifully filling this out. Anyone looking at the form would know exactly who I voted for on my official ballot!! I questioned the poll worker about this, who just shrugged his shoulder that he didn't have an answer. At that point, a sheriff announced that a less crowded polling station had been opened (Columbus Trade Center). I

**107**

took my intake form and went there to vote. Upon leaving, I called the county registrar and spoke to Assistant Director Tamika Geist. She assured me that she was using the forms that had been prepared for the earlier primary but that the situation would be fixed immediately.

**LOCATIONS AFFECTED:**

All early voting locations in Columbus, Muscogee County, Georgia beginning Monday, October 12, 2020.

**MY CONCERNS ARE AS FOLLOWS:**

**(A) One's vote in a general election is private business and SHOULD NOT be shared or required to be reported/exposed to workers at a polling station either during or after voting, and that (B) anybody with a stack of those intake forms in hand would have a nice little road map about who voted this way or that and could, theoretically, pick out ballots they didn't happen to agree with and make those ballots disappear. <u>Any requirement to stipulate voting intention in a general election is irregular (if not illegal!) and opens up the potential for voting manipulation and fraud.</u>**

6. <u>10/19/20</u>—I submitted the following Fraud Report to the Georgia Secretary of State using their online submission form, expressing the above concerns:

*On arrival to vote 10/23 (corrected to 10/19), all voters were instructed to complete an intake form while standing in line and to FILL OUT ALL HIGHLIGHTED AREAS. The county re-used forms prepared for the earlier primary, and as a result, one of the*

**108**

*highlighted areas we were instructed to complete was to circle whether we were voting one of three choices: Democrat, Nonpartisan, Republican. Obviously, this is private business during the general election. Yet people all around me were filling this out. Anyone looking at the form would know exactly who I voted for on my official ballot!! I contacted the county registrar (Asst. Dir.), who assured me this would be fixed immediately. I just want to make sure that it HAS been fixed. This is very disturbing and opens the potential for anyone involved to tamper with results they don't particularly like. Please let me know the outcome, if at all possible. I can provide you with a photo of my form if needed. Thank you!*

**Outcome**: **No response.**

7. <u>11-04-20</u>—I emailed the following elected officials, including a copy of the SOS Fraud Report and photo of the Muscogee County intake form:

| | |
|---|---|
| Randy Robertson | GA State Senate |
| Richard Smith | GA House of Representatives |
| Drew Ferguson | US House of Representatives |
| David Perdue | US Senate |
| Kelly Loeffler | US Senate |

**Outcome**: **No response from any of these elected officials.**

8. <u>11-10-20</u>—Upon learning of the appointment of Congressman Doug Collins to head up a Georgia recount, I contacted his Voter Fraud Hotline and reported all of the above to a young woman named Ashley. She instructed me to email her the intake form photo and

background. I submitted this information to her at

[gaedo@donaldtrump.com](mailto:gaedo@donaldtrump.com).

**Outcome**: **Unknown.**

9. <u>11-20-20</u>—Almost immediately after my conversation with the Voter
Fraud Hotline, I received a call from Chris Harvey in the GA SOS
office (404-985-6351). He stated that the Muscogee County form
would not have helped support vote tampering in any way and was
perfectly okay and appropriate. He asked me to clarify my concern,
and I did so, reiterating the two-fold point made above; namely, that
one's vote in a general election is private business and SHOULD not
be shared, and that anybody with knowledge of how someone voted
could theoretically locate and destroy ballots they didn't agree with.
He countered my concern by saying that this would never happen,
and the forms would not help anyone do that in any way. Perhaps
that's so; as I further explained to him, I have no idea how people are
breaking the law and tampering with votes, but somebody's doing
<u>just</u> <u>that</u> . . . and I didn't appreciate him dismissing my concern as
invalid. (He pointed out that he never used the word "invalid." To
which I replied, "Oh, let's split hairs, shall we?" If he's supposed to be
the community relations outreach, that office is in sad need of a fresh
perspective. Anyway, the conversation was patronizing, to say the
least.)

**Outcome**: **Unknown.**

**(But I hope the Georgia Secretary of State will get the
comeuppance he so richly deserves.)**

10.   <u>11-28-20</u>—Upon learning about the Georgia lawsuits, I contacted the office of Lin Wood and was invited to submit this declaration. Thank you for your courage and personal sacrifice in pursuing the perpetrators of this fraud upon the American people.



November 28, 2020

## ATTACHMENTS TO THIS DECLARATION:

- 1 of 2—Photo of Muscogee County voter intake form
- 2 of 2—Fraud Report to the Georgia Secretary of State

****** OFFICIAL USE ONLY ******

BALLOT#_____ REG#_____ ID TYPE_____

PRECINCT#_____ COMBO#_____ PRECINCT NAME_____ (GA DL/ID#)

ELIGIBLE:   YES   NO   DATE_____ APPROVED BY_____

If voter is ineligible to receive an AIP ballot, give REASON FOR REJECTION:

************ **MUSCOGEE COUNTY RESIDENTS ONLY** ************
*Failure to complete and sign the oath will void your application*

**BALLOT TYPE:**          **DEMOCRATIC**      **NONPARTISAN**           **REPUBLICAN**
*(Required for PRIMARY ELECTIONS)*

_____ MARCH 24, 2020      Presidential Preference Primary (PPP) and Special Election

_____ MAY 19, 2020        General Primary Election, Nonpartisan General Election and Special Election

_____ JULY 21, 2020       General Primary Runoff, Nonpartisan General Runoff and Special Runoff

✓ NOVEMBER 3, 2020   General Election and Special Election

_____ DECEMBER 1, 2020    General Election and Special Election Runoffs for Local and State Offices

_____ JANUARY 5, 2021     General Election Runoff for Federal Offices

Name *As Registered:* ████████

Address *As Registered:* ████████

(If the above address is no longer current, or your name has changed, please complete a *Voter Change Form* before leaving today.)

X ████████          X_____
**SIGNA**████████          **SIGNATURE OF PERSON PREPARING APPLICATION**

**OATH OF ELECTOR:**
I, the undersigned, do swear (or affirm) that I am a citizen of the United States and the State of Georgia; that my residence address is in Muscogee County, Georgia; that I possess the qualifications of an elector required by the laws of the State of Georgia; that I am entitled to vote in the precinct containing my residence in the primary or election in which this ballot is to be cast; that I am eligible to vote by absentee ballot; that I have not marked or mailed any other ballot, nor will I mark or mail another absentee ballot for voting in such primary or election; nor shall I vote therein in person; and that I have read and understand the instructions accompanying this ballot; and that I have carefully complied with such instructions in completing this ballot. I understand that the offer or acceptance of money or any other object of value to vote for any particular candidate, list of candidates, issue, or list of issues included in this election constitutes as act of voter fraud and is a felony under Georgia law. O.C.G.A. Section 21-2-384(c), and O.C.G.A. Section 21-2-570.

**Elector's Birthdate:** 8/15/52   **Signature or Mark of Elector:** ████████

**OATH OF PERSON ASSISTING ELECTOR:**
I, the undersigned, do swear or affirm that I assisted the above named elector in marking such elector's absentee ballot as such elector personally communicated such elector's preference to me, and that such elector is entitled to receive assistance in voting under provisions of subsection (a) of Code Section 21-2-409.

Signed on this, the _____ day of _____, 2020.  Name of person assisting elector (PRINT) _____

Signature of person assisting elector _____                    **112**

Reason for assistance: (Check One) ☐ Elector is unable to read English.   ☐ Elector requires assistance due to physical disability.

# OFFICE OF SECRETARY OF STATE

## Thank You

Thank you for submitting your question or comment to the Office of Secretary of State.

We will respond to your inquiry as quickly as possible.

**You submitted the following information:**

State: GA
Zip Code: 31909
County: Muscogee

Location of Violation: All early voting locations in Muscogee County.

Description of Violation: On arrival to vote 10/23, all voters were instructed to complete an intake form while standing in line and to FILL OUT ALL HIGHLIGHTED AREAS. The county re-used forms prepared for the earlier primary, and as a result, one of the highlighted areas we were instructed to complete was to circle whether we were voting one of three choices: Democrat, Nonpartisan, Republican. Obviously, this is private business during the general election. Yet people all around me were filling this out. Anyone looking at the form would know exactly who I voted for on my official ballot!!! I contacted the county registrar (Asst. Dir), who assured me this would be fixed immediately. I just want to make sure that it HAS been fixed. This is very disturbing and opens the potential for anyone involved to tamper with results they don't particularly like. Please let me know the outcome, if at all possible. I can provide you with a photo of my form if needed. Thank you!

Pursuant to 28 U.S.C Section 1746.

I. ███████████████████ Make the following declartion.

I am over the age of 21 years old, and I am under no legal disability, which would prevent me from giving this declartion.

I recieved a letter and ballot from The Forsyth Democrats (which I did not request) for the Run off Election in Jan 2021. It contained no information on the ballot. (My name, address, etc) and no return envelope. It was signed by a Jen C, a Democratic volunteer. I have never voted, nor requested a ballot for an election. My address is:

████████████████████
████████████████████
████████████████████

If any further information is needed, please do not hesitate to contact me.

████████████████████

**Declaration of Garland Favorito**

Pursuant to 28 U.S.C Section 1746, I, ███████████, make the following declaration regarding my observations of the full hand count audit conducted by Fulton County for the November 3rd 2020 Presidential race and the associated recount where a Dominion server malfunction forced the recount process to stop and be repeated.

I am a career Information Technology professional with over 40 years of experience in a variety of technical disciplines including programming, analysis, development methodologies, internet system design, financial transaction processing  and multi-factor online systems security.

In 2006, I co-founded *Voters Organized for Trusted Election Results in Georgia* (VoterGA), a nonpartisan, non-profit, all-volunteer, dues free organization that has been a leader in the Georgia election integrity movement for 16 years. During that time, I performed extensive research, made many presentations around the state and produced several studies such as the one entitled: *"Unresolved Security Risks in Ballot Marking Devices"* which I presented at the National Voting Rights Task Force in 2019.

 I reside at ███████████████████████

My declaration highlights that the conduct of the full hand count audit and recount I observed clearly warrant an immediate court order to inspect absentee ballots and to preserve certain Dominion system components for forensic review to ensure the integrity of the election.

**Declarations:**

1. After the November 3, 2020 election, I monitored the hand count audit and re-count conducted by Fulton County, for the Presidential race in November at the World Congress Center;

2. On November 14, 2020, I participated as a monitor in the full hand count audit conducted by Fulton County. During the first day of that audit, four hand count auditors who counted ballots confided to me and other monitors how they noticed potentially fraudulent absentee ballots. These were not marked with a writing instrument, not creased from mailing and not on normal ballot stock. All four of the hand count auditors are highly experienced poll workers and have submitted notarized affidavits of their findings to attorneys.

3. On November 29, 2020, Fulton County experienced a Dominion server malfunction during the recount. The malfunction caused the county election staff to be unable to upload previously scanned ballot images to a central Dominion county server for tabulation AND further caused the county election staff to be unable to upload previously scanned ballot images to a new replacement server that was brought on site but not set up with a matching Election ID and election files.

4. The malfunction was so severe that Fulton County election officials had to call for a Dominion software technician to be flown in from Colorado in an attempt to correct the problems;

**115**

5. The malfunction was ALSO so severe that Fulton County election officials decided to begin scanning all ballot images a second time in case the technician would be unable to resolve the problem once on site;

6. The onsite Dominion technician established new election files on the same Dell All-in-One computers that contained the ballot images previously scanned and the staff began scanning the ballot images again to the same Dell- All-In-One computers that still contained the previously ballot images;

7. This highly unusual deviation of standard recount processing for the 2020 Georgia Presidential election is NOT necessarily nefarious BUT it opens a door for new security risks and potential errors in terms of duplication of ballot scanning, technical ballot images transfers and eventual tabulation of already questionable election results,

8. In addition, VoterGA has independently confirmed that the Dominion voting system flipped votes from President Trump to former Vice President Biden in at least one Georgia County. In Ware County the electronic vote totals shorted President Trump by 37 votes and allocated those votes to former Vice President Biden as proven by their hand count audit. This irregularity was discovered thanks to the extra due diligence Ware County election officials performed in producing their own system of record source totals for the hand count audit to double check totals contained in the Secretary's ARLO system ;

9. In summary, four highly experienced hand count auditors detected potentially fraudulent ballots during the Fulton County hand count audit, there is a known instance of the Dominion voting system flipping votes in the Ware County Presidential election results, the reported malfunction of the Fulton County server has introduced new potential for security risks and errors;

10. The closeness of the Presidential election, the impact of Fulton County results on Georgia election results and the impact of Georgia election results on the national Presidential election demands a court to act to protect the integrity of the 2020 Presidential election in Georgia counties,

11. In light of the evidence above, I believe it is imperative for a court to order an immediate inspection of Fulton County absentee ballots, preservation of the Ware County Dominion voting system equipment as well as preservation of the malfunctioning Fulton County server, scanned ballot images, associated memory devices containing those images and the new server onto which the scanned ballot images will be transmitted.

12. These specific actions if taken by a Georgia court are essential to ensure that all Georgians can be confident that Fulton County and Georgia election results are accurate.

13. I am prepared to sign a sworn affidavit for the above statements to ensure any court of their veracity;

Date: December 1, 2020

Location: Roswell, GA

**116**

Declaration of James Nelson
Pursuant to 28 U.S.C Section 1746, I, ████████████ make the following declaration.

I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.
I am a retired business owner and military veteran of the Vietnam era.
I reside at ████████████████████████████
My affidavit highlights anomalies and red flags during monitoring the scanning of re-counted absentee ballots at the world Congress Center in Atlanta Georgia November 25, 2020.

The most important thing about them is some absentee ballots didn't look folded or creased which I only started looking for near the end of my day after someone told me to look for them. It's strange that they were not folded because you have to return them in two envelopes.
I saw one box marked No. 98 that were military absentee ballots but they were on election day ballot forms, the smaller forms. It is strange to me that they were not regular absentee ballots and folded or creased since, to my knowledge, all absentee ballots must be in two envelopes, one with the voter's signature. Scanner one kept breaking down and I saw it take more than one ballot at a time. It kept breaking down several times, had error messages that said it should be restarted. The first operator on scanner one seemed need several consultations to learn the procedure and the lady at Scanner two was helping him several times. Most of the operators seemed experienced but several did not appear to be experienced. I gave a list of which operators I thought were experienced to another monitor to compare with his lost of who we thought was experienced and who was not. I witnessed two workers reproducing ballots that would not go through scanners, each on their own with no one watching. In other words, they could have input any candidate by mistake or otherwise and how would anyone know. One lady hid her input when I started watching her. Only two monitors from each party were allowed on the flow to cover thirteen scanners, two reproduction computers and two men bringing and taking away boxes of ballots to and from the scanners. Not enough monitors to monitor all that. I got a very intimidating stare from the Fulton Director of Elections, (Mr Berry or Barrett ) that lasted 15 to 30 seconds. I assume he was giving body language that said don't monitor us, because this is my territory.

The audit prior, on approximately November 14 when I was monitoring for the Republican Party in Fulton County, I witnessed a stack of Biden ballots of over 5 inches with no Trump ballots. Also, some counters were working alone. In other words, each person at the table were counting on their own.

In Cobb and Fulton the pairs of people counting were not decided by political party. They might both be the same party.

My wife and I voted early in person at the Sandy Planes polling place in Marietta. After we printed our ballots we carried it across the room and a poll worker took our paper ballots

**117**

looked at them and put it into the scanner. I learned it is against the law for them to look at or touch our ballot.



**Declaration of** ██████████████

Pursuant to 28 U.S.C Section 1746, I, █████████████, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. BACKGROUND: I am an automaton engineer who has spent considerable time (30+ years) in manufacturing QA, procedures development, ISO 9000 (QA) certifications of engineering procedures, statistical analysis, process-related bulk data collection/reporting, continuous quality improvements, office/task automation, and many other tasks that generate, collect, and report various types of data. Early in my career, I worked in US DOE nuclear weapons facilities across the Southeastern US where I was required to obtain and maintain a Government "Q" clearance to safeguard *CLASSIFIED* information vital to the national security of our nation. In addition, I have spent much of the last 10 years of my career involved in formalized validation of mfg process data, related computer code, and sequence of operations in general manufacturing settings as well as FDA/DEA regulated pharmaceutical manufacturing industries. In the case of pharma (FDA/DEA) regulated industries, I have managed, authored, and executed protocols (formal testing docs) in the strictly-regulated and procedure-driven validation of manufacturing equipment, processes, and related computer code. Note that FDA regulations regarding data validation are intended to

guide the *PRODUCTION* of the data and code to produce a consistent product, and DEA regulations govern the *SAFEGUARDING* of the product(s) containing controlled substances (narcotics).  The regulations in each of these governing bodies are designed to check and double check data along all production steps of the product life cycle and strictly protect the chain of custody of the data. Note also that validation and auditing processes are similar and synonymous, whereas each looks to uncover disparate data (if present) and to prove or disprove through independent unbiased methods that the collected data is accurate and true. If not, the auditing/validation process is halted and investigated further before proceeding to the next step.

3. I reside at ██████████████████████████████.

4. My affidavit highlights my observations and credentialed "monitoring" of the State of Georgia's presidential race ballot "audit" proceedings that took place over a week in November 2020, when I was present at the Gwinnett County, GA location on 11/14/2020, 11/16/2020, and 11/17/2020.  The specific location referenced is Gwinnett County Voter Registration and Elections Office, 455 Grayson Highway, Lawrenceville, GA 30046.  I have and can produce a letter from the Georgia GOP stating that I (and my wife) were listed as the party's designees to serve as a Monitor for the whole duration of the Risk Limiting Audit, pursuant to O.C.G.A. § 21-2-408, § O.C.G.A. 21-2-483, State Election Board Rule 183-1- 13-.06,

and/or State Election Board Rule 183-1-14-0.9-.15.in Gwinnett County.

5. OBSERVATIONS: Over the 3 days that I was present in the Gwinnett County location, I observed and talked with a number of people regarding the process taking place. My primary interest was the data validation process and chain of custody of the data.  The key individuals I interfaced with and significant subject matter were:

Kristi Royston, Election Supervisor. Kristi was very accommodating to every issue that was raised by all observers and monitors over the days I (and my wife) was/were present. There were a few issues regarding data tabulation on the manual sheets and data entry into the "ARLO" system (described in more detain herein) that we reported where she immediately went to speak to specific tables. Another item of note is that Kristi indicated on Monday (11/16) that no local spreadsheet was being maintained to serve as backup to the data being sent to the state.

Chantelle Black, one of 3 Assistant Election Supervisor (for this audit/re-count). Chantelle's fulltime job is the Voter Registration Manager for Gwinnett County. Chantelle was one of the hardest-working officials I saw there. She explained to me the distinction between a re-count and an audit. She indicated that the Dominion system had been used to scan all the paper ballots (mail-in, absentee, in-person) and the audit being performed would manually collect

presidential race data from those same paper ballots as a comparison, and this data was being collected and entered onto a different system that was not connected to the Dominion system. However when I asked software-related questions, hardware-related questions, Chantelle had limited knowledge.  She claimed that the system was easy to use, required little training, but she was not knowledgeable about how it worked.

Jesse Harris, I believe that Jesse is a 2nd of 3 Assistant Election Supervisors. The only interaction I had with Jesse was 11/17 during a Q&A session outside the waiting area on or about 8:00 a.m. when he instructed the new Monitors and Observers on what was happening that day and how to conduct themselves once they/we went back to the re-count/audit area.

My questions of Jesse were:

Q: Is the ARLO system that is being used to tally the manually-counted votes connected to the Dominion system?

A: No, the ARLO system is an independent auditing system that is being used to compare with the Dominion system count.

Q: Is the ARLO system being used in the re-counts of all 159 counties in Georgia?

A: Yes

Q: Has the ARLO system ever been used before in the state of Georgia?

A: No.

Dayna Causby, Independent Election Consultant. I observed Dayna helping with logistics of computer and table setups, as well as overseeing the ARLO system. Dayna is from North Carolina, having recently moved from Montana. Her LinkedIn profile is here: https://www.linkedin.com/in/daynacausby/.  Dayna never wore a name badge. The 3 days I saw her at the site, she had the same visitor's badge "V-12". Any time I talked to her, I would greet/address her as "V-12". I never knew her name until 11/17 when I said "good bye" and she told me that it was "dana". When I signed out, I saw a name 2 slots under mine: Dayna Causby, with no entry for affiliation. Over the 3 days, I asked Dayna many questions about the Arlo auditing system:

Q: Is a running total being tabulated for this site in ARLO?

A: No. The tally is maintained on a central site elsewhere. All counties feed their numbers there.

Q: Is there an ARLO server here?

A: No. ARLO is an internet cloud-based web application. There is no need for local servers.

Q: How will you know what the total count is (for each presidential candidate) for this county?

A: The state will tell us.

Q: How will that number be validated against an independent backup accounting for the Trump/Biden totals on all those sheets in the green folders?  (*note: the green folders held individual ballot batch tallies. My estimate is that there were approx 4000 tally sheets*

*to account for the 400,000 votes for President in Gwinnett county).*

A: I don't understand the question. The Arlo system **IS** the backup data source to the Dominion system. If there are discrepancies between the Dominion totals and the paper ballots, this ARLO accounting will capture such differences.

Q: I understand that. However, if I send totals up to the mothership's database from my county and the mothership tells me my totals are similar to the Dominion totals, how do I know that the specific totals I sent were representative of what was counted here? Was an independent tally, perhaps in a spreadsheet, (being) maintained?

A: No. I think those might have been maintained in other counties. Not sure. But definitely not here in Gwinnett. We talked (she and supervisor(s)) last night (11/16) about creating such a sheet before they "certified" the count as being finished. We have some final QA checks we will do before informing the state to total the count. We might do and export of the ARLO data into a spreadsheet and approach it that way. The ARLO system data is not easily sorted by batch sheet index number. It would be difficult and time consuming to cross-check the data on the tally sheets in the green folders inside the ARLO app. However, we could easily do this by exporting and then sorting in Excel. If we do this, it must be completed before midnight Wednesday.

Q: If that process is being done, are party Monitors able to monitor?

A: I do not know. Perhaps you can ask a supervisor.

Note: I asked Chantelle and she was unaware that such a count

would occur. I could not find Kristi before I left, so I do not know if such an event took place. I alerted my party representative of this issue.

6. ADDITIONAL OBSERVATIONS: In general, my wife and I got the impression that approx 25% of the audit workers followed a consistent 2-person check/balance data collection (manual tally sheets) process and a similar percentage of the during data entry (ARLO) process such that one person checked against the other person's work. These 25% of the audit workers seemed to have a full grasp of the QA backcheck and double check process and they all appear to have been similarly trained. In contrast, the bulk of the workers seemed to deploy a variety of methods to achieve a result (completed tally sheet, ARLO data entered) and seemed to treat the task as rote and mundane and they did not routinely call out their data for verbal verification nor did they routinely and systematically double-check each other. There were many situations when the supervisors addressed individual tables, but it would have been nice to see an overall 5 min re-training announcement on how to best and consistently process the ballots and enter data. I assume they were all trained, but many needed to be re-trained.

7. ARLO SYSTEM BACKGROUND: From what I can tell, the ARLO system has been and is being used widely across the country and globe to audit and validate election results. This web-based application appears to be possibly vulnerable to cyber attack, in my

opinion.    From the web site, the code is open source (can be easily edited) and there are many ways to alter it, customize it, hack it, etc., if uncompiled versions are used to execute the code.  I took the following photos from the "general public" area to illustrate the interface. This evidence can be used to possibly corroborate that a specific ARLO web app was used.

 

## 8.  TECHNICAL OVERVIEW OF THE ARLO APPLICATION:

https://voting.works/risk-limiting-audits/

On the voting works site, it states that the code for Arlo is open source and freely available.  A link leads to another site that is a repository in the public domain where coders around the world share code samples regarding setup, "tweaking", and also hacking the code.

For further investigation, see

https://github.com/votingworks/arlo

See also the sample code for "hacking" and unauthorized bypassing login and masquerading as a user with administrative credentials.



The programmer's notes at the end of the code example are alarming, in my opinion:



I personally cannot supply evidence of hacked code. only suspicion.  I
have no evidence of the apps being intercepted or tampered with.
However, I was present when another GOP monitor reported an
incident of a yellow post-it note (that could be clearly seen in the
public viewing area) containing the wifi access password that
connected 50+ Arlo laptop apps to the internet and cloud-based
collection server.  I can supply contact info for the GOP lead person
who reported that incident to party officials.

Perhaps a legal team can subpoena Arlo records to investigate
further.

I do suspect that because no backup data was seen at this ballot
tallying site, it will be very difficult for the public to trust in the
tallying of 400,00+ Gwinnett County votes.  This suspicion might
also apply to many (if not all) of the 158 other counties in Georgia.

November 25, 2020

Berkeley Lake, Georgia

Declaration of ███████████

Pursuant to 28 U.S.C Section 1746, I, ███████████ make the following declaration.

I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

I am a retired business executive, I reside at ███████████████████████████ and I am a member of Saint Ann's Catholic Church in Marietta Georgia.

My husband and I voted early in person at the Sandy Planes polling place in Marietta. After we printed our ballots we carried it across the room and a poll worker took our paper ballots looked at them and put it into the scanner. I learned it is against the law for them to look at or touch our ballot.

Dr

State of Georgia
County of Bibb

**AFFIDAVIT**

I, ▓▓▓▓▓▓▓▓ personally appeared before the undersigned notary public. I am over the age of 18 years of age, a bona fide resident of the State of Georgia, and competent to make this Affidavit. Under oath, I do hereby swear or affirm that the facts contained herein are true and correct to the best of my personal knowledge and belief. The statement below is based on my own observations of what I have witnessed:

On October 12, 2020, I was an authorized, credentialed poll watcher monitoring early voting at the Theron Ussery Community Center at approximately 8:10 a.m.

I observed that the absentee ballot box was right by the door, with only one seal on the front side of the box and the back side of the box unsealed so that anyone could have removed or added ballots to the ballot box easily. No one was monitoring the box, and people were streaming in past the box.

I left the Theron Ussery Community Center and went to the Elaine Lucas Senior Center, where I met up with Janet Carter. I entered the center around 9:15 a.m. The absentee box there was also unsecured on one end: we asked the poll manager if there was supposed to be a seal on the back of the box, and the poll manager stated that she hadn't had time to seal the box. Again, no one was monitoring the box.

On election day, November 3, 20202, I was a credentialed poll watcher at the Robert J. Williams Complex at Ballard Hudson, 1780 Anthony Road, Macon, 31204. I observed a man named Keith Wilson checking in. The registration machine said he had already voted, and Mr. Wilson said that he had not voted. The poll worker gave him a green voting machine card and the man voted at a voting booth without signing an affidavit or any checking or confirming of whether the man was being truthful.

Later, a man came to vote without photographic ID. He had a piece of paper, and I heard the poll worker say that it was a poll watcher paper, but I did not see the paper itself. He then voted on a green voting card.

At 10:55 a.m., a group began handing out food, water, gloves, face masks, and other "gifts" to voters.

At 1:50 p.m., there was a man who called himself "Mr. Hyatt," and he had a man with him. "Drew Dragion" and both of them stayed outside, sitting in chairs with backpacks and computers. Mr. Hyatt stayed in the parking lot the whole time. The men said they were Democrats who were sent from Birmingham, Alabama, to watch the polls. He had a computer with him the whole time, and I am uncertain what he was doing with his computer.

In the afternoon, a lady named Ms. Eady came in. The computer system came up stating that she had already voted, so they had her sign an affidavit and then allowed her to vote on a green voting card.

At 5:10 p.m., Mr. Hinley came in to vote and the registration showed that he had already voted. He said he didn't. They gave him an affidavit form and allowed him to vote on the voting machine.

AFFIDAVIT CONTINUES TO NEXT PAGE.
I know and understand the contents of the statement above; and I do swear or affirm the statement to be true. Today's date is _November 14, 2020_

ID: GA Driver's License

SWORN TO AND SUBSCRIBED BEFORE ME,
THIS THE _14th_ day of November, 2020.

_Lauren Deal_
NOTARY PUBLIC
My commission expires: _1/14/2024_

LAUREN DEAL
NOTARY
EXPIRES
GEORGIA
01/14/2024
PUBLIC
BIBB COUNTY

**130**

**AFFIDAVIT PAGE 2**

A couple came in with a woman who was registered in Fulton County and a Fulton driver's license and a man who didn't appear to be registered. The man claimed to be from New York. Their automobile had a Florida license plate. They argued with Jeanetta and Mike Kaplan, and then Jeanetta Watson allowed them to vote on provisional ballots. I heard Mike Kaplan say that "we're just going to rip up [the provisional ballot] on Monday," but I don't know if that happened.

On November 13, 2020, at the Board of Elections of Bibb County, on Pio Nono, I was present to observe the recounting of ballots. There was no audit of signatures or names on absentee and provisional ballots. Ballots were being counted on 8 separate tables by employees of the Board of Elections. There were NOT one Republican and one Democrat at each table. Later in the evening, there was a problem with "Batch 39" and they would not explain to me what the problem was. The employees were very evasive in explaining the problems. Then, all of us, poll watchers, were told to leave. Jeanetta and the Board of Elections employees did not leave – the ballots were not locked up or secured for the night.

The process being used at the Board of Elections is unsecured. The ballots come in on one end of the room, travel in wheeled suitcases around the room being counted at one of eight different tables, then the open boxes of ballots are transferred to another table where a BOE worker enters tallies into a computer, then the ballots are transferred to Jeanetta Watson, Elections Supervisor, who is "doing her own thing" and from Jeanetta, the unsecured and unsealed cases are taken out of the room. Only TWO Republican poll watchers are allowed to watch the counting, and the room is the size of a elementary school gymnasium and there is no way for the two watchers to see what's happening at each table. Further, the woman who is entering information into the computer is backed into a corner so that watchers cannot see what she is entering or determine if what she's entering is valid.



Lauren Deal
Nov. 14, 2020

My commission
expires 1/14/2024.

131

Declaration of Kelly Thornberry

Pursuant to 28 U.S.C. Section 1746. I, ███████████ make the following declaration. I am over the age 21 years and I am under no legal disability, which would prevent me from giving this declaration. I am a citizen who volunteered my time on Friday, November 13th at the Forsyth county BOE, as a vote review panelist for the GOP.

I reside at ██████████████████████████

My affidavit highlights unsecured ballot boxes, that I witnessed between 9am and 3pm on November 13, 2020.

1. I witnessed numerous ballot boxes, that were brought out to the recount tables, that had the red security tape only partially adhering to the boxes.  In other words, the tape was not secure, but rather had "popped" off one side of the box, so that the box was no longer secured by the security tape.   At the beginning of the day, the person in charge of the recount, showed us an example of how the boxes would be brought out to the recount tables, and would be opened by cutting the security tape, after they were placed there.  But through out the day, I noticed that many of the boxes being brought out were not secured by the red tape, as indicated would be the case.

2. I witnessed several boxes of ballots, being brought out to the recount tables, in non-uniform cardboard boxes. They were varying in sizes, both in height and width. It was as if the boxes were previously used for something else, and were used as make-shift ballot boxes.



132

My name is ███████ I witnessed some events at [120 Interstate North Parkway, Suite 210, Atlanta, Ga](#). today, November 30, 2020.

I arrived at the location just before 12:00 p.m. I drove to the back of the office complex. Other Patriots were at the location, which is a temporary office for the Secretary of State. There was a black Secretary of State van parked behind suite 210.

At 12:57 p.m., a large moving van pulled up to the dock that belonged to suite 210. Myself and another Patriot, John, tried to video what they were loading/unloading. The truck driver and another person blocked the visibility with cardboard so we could not video what they were doing. We kept videoing. I could hear things that were being unloaded that sounded like something with wheels, and there were several of them. They were clearly concerned about us videoing the process, as they tried to hide it. Pictures and videos are attached.

At 2:29 p.m., a UPS truck pulled up to the dock at 210 Interstate North Parkway. Absentee ballots were being loaded into the UPS truck. I will send pictures and videos in another email.

I hope this helps with exposing the fraud in this election. I thank you for all that you, Lin, and Sidney are doing to protect our democracy and freedoms! God Bless America!

███████





DocuSign Envelope ID: EAAEE5E1-F315-4996-BDE9-A94A2A53B771



Sent from my iPhone



12/1/2020

# Declaration of ███████████

Pursuant to 28 U.S.C Section 1746, I, (Name), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I'm a self employed Utilities Construction Contractor as well as a concerned citizen.

3. I reside at ████████████████████

4. My affidavit highlights my surveillance of 7000 Highlands PKWY and 120 Interstate North PKWY STE. 210 on November 30 2020.

5. On 11/29/2020 I answered the call from Lin Wood to get down to the Georgia World Congress Center because they were currently wiping the voting machines there. When I arrived all was quiet and there was zero sign of anyone else there that was answering the call. I remained for several hours watching the drama of the judge that didn't know how to make a decision unfold while I waited.

6. Eventually I returned home only to see this tweet from Link Wood.

https://twitter.com/LLinWood/status/1333182964650348546?s=19

I decided to go see things for myself and confirm.

I arrived at 7000 Highlands Pkwy SE, Smyrna, GA 30082 at 12:46 a.m. on 11/30/2020.

Here is a link to a location screenshot and video I recorded upon arrival.

https://twitter.com/Quisling_hunter/status/1333286324086956032?s=19

I stayed surveilling that location for approximately 2.5 hours. It was quiet however there was an AT&T van in the parking lot. I did a wifi scan and the only available was Eatonvisitor. Compare that to the video Lin Wood posted. There was more than 10 networks available and 2 SOS named ones. I thought that this is definite proof of trying to hide something.

**136**

7. I then decided to go to the Secretary of State Elections warehouse at 120 Interstate N Pkwy E

   SE, suite 210, Atlanta, GA 30339

   I arrived at approximately 4 a.m.

   At 4:26 a.m. a Waste Management trash truck pulled into the main entrance of the complex

   and made a beeline for the dumpster behind suite 210 emptied it and then left the complex

   through the back entrance. There's more than 50 dumpsters here and it only picked 1. This

   would indicate a special pickup.

   Here is a link to the videos and map.

   https://twitter.com/Quisling_hunter/status/1333348935184879617?s=19

8. I remained on site until 5:55 am. I was informed through people I was in contact with

   through Twitter that another groupof concerned citizens was minutes away so I left. They did

   not stay long so I coordinated with   guy named Kyle to cover until I could return. I returned

   at approx 9:30 am. Kyle and I agreed to split up. I took over watching the front and he

   watched the back. I remained in my car in a parking space that viewed the front entrance to

   suite 210 for several hours observing absolutely nothing. At 1:44 pm I observed 2 Cobb

   county police cars pass in front of me and go to the back of the building. I pulled around back

   to see the police talking to several people. I approached them after the police left to find out

   what was going on. Turns out they had shown up for the same reason as Kyle and I and had

   been at the back for several hours. They informed that a semi truck with trailer had backed up

   to suite 210 loading dock. The workers inside the SOS warehouse then blocked off the sides

   of the trailer at the dock so that no one could observe what was being loaded. (They showed

   me the video for proof) This caused everyone there to wonder what they were hiding. A

   couple by the names of John and Valerie decided to follow the truck. The driver went to

**137**

Truest park, stopped and went to the guard shack. A few minutes later Cobb County Police showed up. John and Valerie explained what was going on and the officer then went and talked to the driver. When the officer returned to them he informed them that the driver refused to say what he was transporting and that he had no probable cause to search the trailer. (This was a situation where the officer was unaware of commercial trucking regulations. A commercial driver is obligated to disclose what they have on the truck, whether asked by fire or law officials  - the cop might not be CDL Cert but that driver is always aware of his obligations.) The officer then informed them they could not follow because it's harassment. He also told them he understands the situation but that he could not follow either because that would be harassment as well. He then offered to follow back to suite 210 and at least file a report. That is where I came in. When John and Valerie were stopped from following Kyle in a Mercedes SUV and another person in a Suburban who's name i do not know decided to pick up the trail. I stayed at suite 210 listening to Kyle on speaker phone describing what was happening. The driver was going in circles all over Cobb county trying to lose them. At 3:30 I had to leave again. I returned at 6:30 pm John and Valerie were still there along with several others. At around 8:00 pm Kyle and the guy in the suburban returned. They filled me in on the rest of their adventure. Shortly after I left they said the truck driver pulled into what they described as a run down roach motel, stopped, opened the back and acted like he was making a delivery. An orange Dodge Charger then pulled up and blocked Kyle's SUV in and the truck driver hopped in the truck and blocked the suburban in. A verbal altercation then ensued. The driver then called into the office at suite 120 on speaker phone and said that these crazy folks that started following me from your parking lot won't leave me alone what do you want me to do. The person from the office

**138**

asked if he had a lock and the driver said yes. The office person said to take it to the yard and

lock it up then. Everyone got in their vehicles and proceeded to AAA Coopers logistics yard

at 1800 Westgate Pkwy SW, Atlanta, GA 30336. (Side note: the truck and trailer both carried

the AAA Cooper logo but when we ran the trailer license plate it came back registered to

Georgia Dept of Fleet Management) When they arrived Fulton County Sheriffs were waiting

and pulled Kyle over. They did not harass him but told him to move on. I fully understand

that this is a second hand account but they corroborated everything with pictures and videos.

I'm merely providing this for corroboration of a series of very very suspicious events. My

biggest concern is why in the world did the driver refuse to go to his destination? I can

speculate many reasons, none good, but I will refrain. After all that we settled in for a cold,

snowy, uneventful night. I left at 5:45 am. and have not returned.



November, 11 2020

**Declaration of** ███████████████████

Pursuant to 28 U.S.C Section 1746, I, ████████████████ make the
following declaration.

1. I am over the age of 21 years and I am under no legal disability,
   which would prevent me from giving this declaration.

2. I am an Air Force spouse with a degree in elementary education. I
   currently stay at home with our children and provide support on our
   base at Keesler.

3. I reside at ████████████████████████████████
   ████████████

4. My affidavit highlights how my husband and I received multiple
   ballots for the general and runoff elections (November 3, 2020 and
   January 5, 2021.) It also highlights that we voted for President
   Trump and all Republicans on the ticket.

5. At the end of September, we requested UOCAVA absentee ballots
   from the McDonough elections office. The e-ballots we had previously
   requested would not print correctly. The watermark and printing
   capacity failed multiple times, leading us to request mail-in ballots. I
   was told by McDonough elections office worker, Jan Mayo, that the
   watermark did not matter and reassured me that they compare each
   ballot with our signatures. Concerned that our ballots would be
   rejected due to cosmetic variance, we requested mail in ballots.

**140**

6. We received our first ballots from Elections and Registration (Postmarked on the 26th of September, 2020) from the address: 40 Atlanta St. McDonough, GA, 30253. These ballots included duplicate run off ballots for January 5th (printed on normal paper, one missing an envelope) and a ballot and envelop for a runoff December 1st. We filled out our November 3rd ballots, voting for President Trump, Senator Kelly Loeffler and all other listed Republicans. We sent those in around the 12th of October.

7. Probably a week or two later, we received a new set of ballots (which I have kept for proof) from the Georgia Secretary of State, Elections Division located at 2 Martin Luther King Jr. Dr. SE. 802 West Tower. Atlanta, GA, 30334. These came via presorted First Class mail, marked in the top right corner "PAID GEORGIA SECRETARY OF STATE." I could not find a watermark on the envelopes so do not have the exact date of their arrival. These did not include run off ballots. The envelops were not in color, came from the Georgia Secretary of State, and came from a different address. However, the return address was to the McDonough elections office, not the address in Atlanta from which they came. All these minor details concerned me. The ballots appeared official and had Copyright 2020 Dominion Voting Inc All Rights Reserved at the top.

8. Concerned that fraud was occurring, I left two voicemails for Jan Mayo at the McDonough election office. I never heard back from her.

9. Finally, postmarked the 20th of November, we each received another set of runoff ballots for January 5th. These came from Elections and

**141**

Registration at 40 Atlanta Street, McDonough, GA. 30253. They were printed on official cardstock paper and came in the normally (red ink) marked envelope. These were, in summary, the third set of ballots we received for a runoff election January 5th.

10. If 100% of military absentee ballots in GA were reported to have voted for presidential nominee Joe Biden, there is no doubt that there was voting fraud since my husband and I went to great effort to ensure that our votes were submitted for President Trump. We took them to the post office, carefully filled in each selection, and have kept every piece of extra ballots we have received as evidence.



Date: November 27, 2020

24 November 2020



REF: Georgia Military Absentee Ballot for 2020 Presidential Election

To Whom It May Concern:

This document contains a summary of my missing Georgia Military Absentee Ballot for the 2020 Presidential Election.

On/around 20 January 2020 I requested an absentee ballot for future elections with the Fulton County Board of Elections as I was mobilized to active duty with the United States Special Operations Command in Tampa, Florida. My home of record during this active duty tour was (and still is) Roswell, Georgia, located in Fulton County. I requested future absentee ballots as I was not physically located in Georgia during the Presidential Primary and subsequent elections as I was expecting to continue on active duty into 2021. I am a Colonel in the United States Army Reserve and was expecting to be on Reserve duty on Election Day 2020.

On 23 September 2020 I received my Presidential Election military absentee ballot at my home of record in Roswell, Georgia.

When early voting in Fulton County commenced around Columbus Day 2020, I filled out my absentee ballot which included a signed affidavit that I was a member of the United States Military and deposited this absentee ballot in a designated Fulton County Absentee Ballot Drop Box at the East Roswell Library, located at 2301 Holcomb Bridge Road, Roswell, GA 30076, at approximately 1400 EDT on Monday 19 October 2020.

On Election Day I wanted to verify that my absentee ballot was received and accepted so I searched the Georgia Secretary of State website and noticed that my ballot was not received nor accepted.

On 4 November I called the Georgia GOP Election Fraud hotline and reported that my ballot was not accepted nor counted according to the Georgia Secretary of State website. I was told to check this site again and call back with status on 6 November. On 6 November I again contacted the Georgia GOP Election Fraud hotline and was informed to contact Fulton County Board of Elections the following week.

On 9 November (my birthday) I contacted the Fulton County Board of Elections regarding the status of my ballot. The individual receiving the phone call asked me "what makes you think your ballot wasn't counted" of which I quickly replied "I just finished checking on the Georgia Secretary of State My Voter Page website." I was informed on this day that all military absentee ballots were being counted and to check back within a week. The individual did take down information including the date and

location I dropped of my absentee ballot at one of the designated drop boxes, but promised nothing else.

On 16 November I again contacted the Fulton County Board of Elections and was told that ballots were still being recounted and to recheck the Georgia Secretary of State website for an updated status within the next week.  On 23 November I checked the same website and my ballot is still not being shown as being counted.  As of 2100 on Tuesday 24 November my ballot is still not being shown as either being accepted or counted.

It is important to also inform you that from September 2017 to August 2019 I was a Schedule-C Political Appointee in the Trump Administration assigned to the Office of the Secretary of Defense.  Thanks to a Freedom of Information Act request from ProPublica, I am identified on internet searches as a former member of the Trump Administration.

Bottom line…my military absentee ballot issued in the State of Georgia in Fulton County was not counted in this recent Presidential Election.

I can be reached at                          for additional questions or information.

Sincerely,

11/24/2020

**Declaration of** ███████████

Pursuant to 28 U.S.C Section 1746, I, Seth Keshel, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a trained data analyst with experience in multiple fields, including service in the United States Army as a Captain of Military Intelligence, with a one-year combat tour in Afghanistan.  My experience includes political involvement requiring a knowledge of election trends and voting behavior.

3. I reside at ███████████████████████████.

4. My affidavit highlights substantial deviance from statistical norms and results regarding voting patterns in Georgia.

5. All 2020-related voting totals are taken from the Decision Desk HQ unofficial tracker, are not certified, and are subject to change from the time of the creation of this affidavit.  Other voting totals are from the Georgia Secretary of State.

6. Georgia has not been won by a Democratic presidential candidate since 1992.  Then-Senator Barack Obama received a large increase in Democratic votes in his first campaign (2008), earning 1,844,123 votes; however, his support plunged 3.81% in his reelection campaign, leaving him with 1,773,827 votes.  In 2016, Hillary Clinton earned 1,877,963 votes, just 1.8% more than where Obama had been eight years before.  Donald Trump had very little improvement over Mitt Romney in 2016, but has improved 17.7%

**145**

from his 2016 performance, an addition of 368,899 votes.  This strong performance casts substantial doubt on a 31.6% improvement for Joe Biden on top of the Clinton total from just four years ago.

7. Metro Atlanta is full of votes, and the urban and suburban counties support Democratic candidates, while the exurban counties support Republican candidates.  This shift was made complete when Cobb and Gwinnett Counties moved away from Donald Trump in 2016. The Atlanta region has added substantial voter registrations, which has not always correlated to a drastic increase in amount of votes cast.  This year, Gwinnett and Henry Counties have already cast more than 40% more Democratic votes than in 2016, with Donald Trump still gaining votes in the counties.  Cobb and Douglas Counties have now cast over 35% more Democratic votes than 2016, while all other metro Atlanta counties are up substantially from the 2012 and 2016 elections.  Population growth can certainly drive turnout higher, but with the reported signature verification issues and transparency violations present in Georgia, these totals are highly suspect.  The bar graph highlighting Democratic vote increases in the 12 most heavily Democrat-voting counties is contained in Exhibit A.

8. President Trump improved his margins in just 70 of 159 counties in the state, mostly in the southeast, but also in minority-heavy counties that he did not win.  The most shocking losses of margin are in strong Republican counties that are not showing indications of flipping like Cobb or Gwinnett Counties did.  President Trump backtracked 14% in Forsyth, 13% in Fayette, 12% in Paulding, 11%

**146**

in Cherokee, and 8% in Hall, all while compiling substantially more votes than in 2016, when many nominal Republican voters opted to support minor party candidates.  Many rural counties in Northern Georgia have President Trump running 4-8%, or even worse, behind his performance in 2016, despite high voter registration percentages and overall vote increases.  The major Republican counties (Forsyth, Fayette, Paulding, Cherokee, Hall) and heavily Republican rural areas showing heavy downward margin shift suggest that vote tabulation errors or machine troubles are present in Georgia and should be audited.  Exhibit A contains a side-by-side comparison of the County Classification Map of Georgia and the current analysis of how margins have shifted in 2020 as President Trump struggles to hold on to his margins in Northern Georgia.



17 Nov. 2020

Aledo, Texas

## gia Margin Analysis – 2016 vs. 2020
### rgia 2020 - Trump Margin Shift Map

ump Margin Improvement in County Won in 2016
ump Margin Improvement in County Lost in 2016
ump Loss of Margin 0-2% in County Won in 2016
ump Loss of Margin 0-2% in County Lost in 2016
ump Loss of Margin 2-4% in County Won in 2016
ump Loss of Margin 2-4% in County Lost in 2016
ump Loss of Margin 4-8% in County Won in 2018
ump Loss of Margin 4-8% in County Won in 2016
ump Loss of Margin >8% in County Lost in 2016
ump Loss of Margin >8% in County Won in 2016



## Georgia Political Landscape – Pre 2020 Evaluation

**Crimson Class** – *Voted for Romney and Trump –
Trump with higher margins than Romney,
Sometimes significantly*
**Republican** – *Voted for Romney and Trump,
but with no margin increase, or decrease
With third party throwaway votes*
**Rural Flip** – *minor counties Trump flipped*
**Competitive** – *room to improve or worsen*
**Unpredictable Suburb** – *Shown to be moving
away from GOP – margin not known*
**Dem Machine** – *Metro Atlanta – Fulton, DeKalb,
Clayton, and other smaller ones throughout GA*

Trump Classification of GA



## lyst Assessment

**n Class** – *Trump is exceeding margins in a lot of Crimson Class counties in the
ast of GA. The far Northwest is seriously dented with no reason, as is the area in
uth near the Florida Panhandle, which surged to Trump more this year than last.
eas in Crimson should not be. I can't see a scenario where Trump is losing more
ominal (<2%) margin in Crimson Counties, if not expanding 100%.*

**lican** – *Subject to reduction in margin for coalition shift or new transplants, but
otals are shocking. Forsyth -14%, Fayette -13%, Paulding -12%, Cherokee -11%,
%, all with Trump showing sizeable vote increase. Northeastern ATL counties hit
larly hard in this category (most of the plain "Red" counties in map to top right.*

**dictable Suburb** – *Trump showing a vote increase after decreasing in 2016 in Cobb,
ett, Henry, Douglas, but increase % in Dem votes is off the charts unreasonable –
phic to right. Need full audit with signature match to account for "turnout."*

**lachine** – *Loss in margin in Clayton is negligible, and Fulton and DeKalb are down,
where near the levels of the Republican counties and suburban counties.*

**Georgia Key Democrat Counties – Dem Vote % Increase/Decrease Year Over Year**
Example – In 2012, Fulton County had 6% fewer raw Democrat votes than in 2008 (255k in 2012, 272



Chart Title

148

**Declaration of** ▮▮▮▮▮▮▮

Pursuant to 28 U.S.C Section 1746, I, ▮▮▮▮▮▮▮, make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.
2. I have lived in Cherokee County for 18 years. I have been a registered voter throughout that time and have voted in most elections. I was also a poll worker for the general election on November 3, 2020 at the Toonigh Precinct.
3. I reside at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
4. I voted in the General Election on October 15, 2020 at approximately 3:30 pm at the Cherokee County Election Office on Marietta Hwy (see Exhibit 1 copy of post to Facebook after I voted)

   I am interested in politics and even worked as a Poll worker for this election. I have been keeping up with the issues related to missing and changed votes in the Georgia general election. Recently (probably Nov 23), I saw a message that encouraged all Georgia voters to check the "My Voter Page" to ensure that their vote was counted. I researched how be sure that my vote was counted and found the attached screenshot of an article (exhibit 4) https://www.11alive.com/article/news/politics/how-to-confirm-your-early-vote-is-counted-in-georgia-midterm-election/85-4c1bd2b1-ebff-461d-8866-0752c58c322e)
   I followed the instructions and, as described in the article, my "My Voter Page" showed that the "**Click here for Absentee Ballot/Early Voting status"** was "light gray" and would not click through. The instructions in the article state that that means that my vote was not counted. (see exhibit 2)
5. On November 24 (see exhibit 3 A and B), I decided to call the Cherokee election office to find out why it wasn't counted. I spoke with a young woman; her name may have been Logan or something that started with an L. I explained the issue and she looked on the "system." She seemed confused. She said that she would check into it and call me back.
6. On Nov 25, the woman from the Cherokee Election Office called me back and said that they don't know what happened to my vote. She

said that there was a day during early voting that the state system went down and that may be why it is not showing up. She asked if I had printed my ballot and scanned it. She "assured" me that if I did that, then my vote was counted. I don't feel confident about that.

7. I also tried to find a way to contact the State Elections board. The MVP had a link to "Stop Voter Fraud" (that was the closest thing that I could find to my problem in the list of options) (Exhibit 5). I went into that page and submitted the information. I have not heard back from them.

I solemnly swear that this is the truth,



Nov 28, 2020



Less than 30 min at the Marietta Hwy office

3 Comments

# My Voter Page

GEORGIA
**SECRETARY OF STATE**
BRAD RAFFENSPERGER

GEORGIA
*LEADS*

| Corporations | Elections | News Room | Professional Licensing Boards | Securities | Charities |

## My Voter Page

### Voter Information

Race: White not of Hispanic Origin
Gender: Female   Status: Active
Registration Date:

**Change Voter Information**

**Click Here for Sample Ballots**

### Polling Place for State, County, and Municipal Elections

Precinct 024
LIBERTY ELEMENTARY SCHOOL
10500 BELLS FERRY RD
CANTON, GA, 30114 - 0000
*Election Day polling place hours are 7:00 am - 7:00 pm.*

**Directions to Polling Place**

**Click Here for Early Voting Locations and Times**
**Click Here for Municipal Polling Place**
**NOTE:** Non-specific rural addresses may not be available.

### Georgia Voter ID



Learn more about Georgia Voter Identification Requirements

### Stop Voter Fraud



Do Your Part to Help Ensure Secure and Fair Georgia Elections

### Elections Division



Georgia Secretary of State's Elections Division

### Absentee Ballot Request Information

If you prefer to vote off-site, mail, fax or email your
absentee ballot application to your county registrar.

Click Here for an Absentee Ballot Application

Click here for Absentee Ballot/Early Voting status

### Your Elected Officials

| | |
|---|---|
| **Candidates Elected:** | **Officials Elected Statewide** |
| **District Maps:** | **Congressional District Maps** |
| **U.S. Congress:** | District 011 |
| **Georgia Senate:** | District 014 |
| **Georgia House:** | District 021 |
| **Judicial:** | **Blue Ridge District** |
| **Commission:** | District 003 |
| **School:** | District 001 |

**Click Here for Qualified Candidates**

### Elections Advisory Council



Share Your Ideas to Help Strengthen Georgia Elections

### Georgia VoteSafe



Learn more about the Georgia VoteSafe Program

---

Please Note: Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

Newly Registered Voters: Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the current election calendar to confirm the first election in which you will be eligible to vote.

**Print / Email Precinct Card**   **Back**

152

⌂       ▶ 9+       🛒       👥 4       ⎀

November 24 at 11:46 AM · 👥       ...

Be sure to check to see if you early vote or absentee vote was counted - my wasn't 😡 😡

MVP.SOS.GA.GOV       *i*

**Georgia My Voter Page**

🅕 See the results and other info about the 2020 US Election.       ✕
See Election Results

😢😮😳 Sue Kearney, Shawn Kudrick Fernandez and 6 others       13 Comments

👍 Like            💬 Comment            ↪ Share

Did they say why?

Like · Reply · 4d
↳ ▭ eplied · 1 Reply

Here is the article that tells how to check (it says midterm, but it's the same)
https://www.google.com/amp/s/www.11alive.com/amp/article/news/politics/how-to-confirm-your-absentee-or-early-vote-is-counted-in-georgia-midterm-election/85-4c1bd2b1-ebff-... See More

🇺🇸 11ALIVE.COM       *i*
How to confirm your absentee or early vote is counted in
Georgia midterm election

Like · Reply · Remove Preview · 3d

Let them know how you feel ▭, I am so sorry for all this happening to America,
your Dad and Mom would be so disappointed.
We will make it right again!!... See More

Love · Reply · 3d       ♥ 1

Thanks Shawn i found it. Ours were counted. 🙏🙏🙏 for the 🟥🟥🟥🟥

🟦 🔵 🦊 �🅦 🎵 ◉ 🔶 🔷 🔵

My Voter Page ✕ | y! facebook login - Yahoo Search ✕ | ⓕ (1) Facebook ✕ | ⏻ How to confirm your

Case 1:20-cv-04809-TCB   Document 66-1   Filed 12/06/20   Page 161 of 229

ent_id=10218156968778904&notif_id=1606490877263794&notif_t=feed_comment&ref=notif

⬡ One Sign In   🔶 Georgia Boating Lic...   💳 American Express L...   🍕 Pizza Profile Login -...   🗒 Mom Stuff   ⚙ Neurotrack   ⚙ Set



13 Comments

👍 Like          💬 Comment          ➦ Share

Did they say why?

Like · Reply · 4d

↳ ▇▇▇▇ replied · 1 Reply

Here is the article that tells how to check (it says midterm, but it's the same)

https://www.google.com/amp/s/www.11alive.com/amp/article/news/politics/how-to-confirm-your-absentee-or-early-vote-is-counted-in-georgia-midterm-election/85-4c1bd2b1-ebff-... See More

ⓘ

11ALIVE.COM
How to confirm your absentee or early vote is counted in Georgia midterm election

Like · Reply · Remove Preview · 3d

Let them know how you feel ▇▇ I am so sorry for all this happening to America, your Dad and Mom would be so disappointed.
We will make it right again!!... See More

Love · Reply · 3d                    ❤ 1

Thanks Shawn i found it. Ours were counted. 🙏🙏🙏 for the ▇▇▇▇

Like · Reply · 3d                    👍 2

Well - I did not get encouraging info. They could not find any info about my vote. They said that there was a day that the state computers went down and some info is not showing up. However, she said that as long as I printed a ballot and scanned it...
See More

Like · Reply · 3d

I would not trust anyone. Be sure your vote gets counted. This election in Georgia is so important!

Like · Reply · 3d                    👍 1

Contact Lin Wood

154

s/politics/how-to-confirm-your-early-vote-is-counted-in-georgia-midterm-election/85-4c1bd2b1-ebff-461d-8866-0752c58c322e

x (16) - sandgb...   Your Orders   Cap One Sign In   Georgia Boating Lic...   American Express L...   Pizza Profile Login -...   Mom Stuff   Neu



**ther**   **Sports**   **Connect**

ad More »

Credit: Georgia Secretary of State

The My Voter Page for absentee voters registered to in Georgia

3. Click on the text that says, "Click here for absentee ballot status." If the text is light grey and not clickable -- your vote has not been accepted.

Credit: Georgia Secretary of State's Office

Registered voters who filed an absentee ballot in Georgia will see a page like this when checking ballot status. The light grey shading indicates the ballot has not been accepted.

4. If you voted absentee or early, the link will be clickable and you'll see a pop-up window with the date and status of your early vote.

5. If your vote was not recorded, please screenshot the page and also report it to your county elections office.

Several candidates in tight races are encouraging those who are having issues with recorded

# My Voter Page

GEORGIA
## SECRETARY OF STATE
BRAD RAFFENSPERGER


GEORGIA
LEADS

| Corporations | Elections | News Room | Professional Licensing Boards | Securities | Charities |

## My Voter Page

### Voter Information

Race: White not of Hispanic Origin
Gender: Female    Status: Active
Registration Date: 03/18/2003

**Change Voter Information**

Click Here for Sample Ballots

### Polling Place for State, County, and Municipal Elections

Precinct 024
LIBERTY ELEMENTARY SCHOOL
10500 BELLS FERRY RD
CANTON, GA, 30114 - 0000
*Election Day polling place hours are 7:00 am - 7:00 pm.*

**Directions to Polling Place**

Click Here for Early Voting Locations and Times
Click Here for Municipal Polling Place
**NOTE:** Non-specific rural addresses may not be available.

### Absentee Ballot Request Information

If you prefer to vote off-site, mail, fax or email your

absentee ballot application to your county registrar.

Click Here for an Absentee Ballot Application

Click here for Absentee Ballot/Early Voting status

### Your Elected Officials

| Candidates Elected: | Officials Elected Statewide |
| District Maps: | Congressional District Maps |
| U.S. Congress: | District 011 |
| Georgia Senate: | District 014 |
| Georgia House: | District 021 |
| Judicial: | Blue Ridge District |
| Commission: | District 003 |
| School: | District 001 |

Click Here for Qualified Candidates

**Georgia Voter ID**


Learn more about
Georgia Voter
Identification
Requirements

**Stop Voter Fraud**


Do Your Part to Help
Ensure Secure and
Fair Georgia
Elections

**Elections Division**


Georgia
Secretary of State's
Elections Division

**Elections Advisory Council**


Share Your Ideas
to Help Strengthen
Georgia Elections

**Georgia VoteSafe**


Learn more about
the Georgia VoteSafe
Program

**Please Note:** Polling places are subject to change. Always check your designated polling place location via this website prior to going to vote.

Newly Registered Voters: Please review your registration date which is located under your name and address above. You must be registered on or before the established deadlines to vote in upcoming elections. Please view the current election calendar to confirm the first election in which you will be eligible to vote.

156

**Print / Email Precinct Card**    **Back**

**Declaration of** ███████████████████

Pursuant to 28 U.S.C Section 1746, I, ███████████████ make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I am a retired US citizen. I was a member of the United States Army and served duty in Desert Shield.

3. I reside at ████████████████████████████████

4. My affidavit highlights my firsthand knowledge of voter fraud committed by my niece, Rachael Marie Tenney (DOB 12/12/1995).

5. My niece moved to Dallas, Texas in the summer of 2019 after accepting a full time position as a registered nurse at Parkland Memorial Hospital.

6. Rachael Tenney permanently resides at 3604 Cedar Springs Rd Apt 440, Dallas, Texas 75219.

7. On October 19, 2020, Rachael flew to Atlanta, Georgia where she remains a registered voter. She voted during her stay (or turned in her absentee ballot) while visiting her family. She flew back home to Dallas, Texas on October 22, 2020.

**157**

**Declaration of** ████████████

Pursuant to 28 U.S.C Section 1746, I, ████████████, make the following declaration regarding my observations of the full hand count audit conducted by Fulton County for the November 3rd 2020 Presidential race and the associated recount where a Dominion server malfunction forced the recount process to stop and be repeated.

I am a career Information Technology professional with over 40 years of experience in a variety of technical disciplines including programming, analysis, development methodologies, internet system design, financial transaction processing  and multi-factor online systems security.

In 2006, I co-founded *Voters Organized for Trusted Election Results in Georgia* (VoterGA), a nonpartisan, non-profit, all-volunteer, dues free organization that has been a leader in the Georgia election integrity movement for 16 years. During that time, I performed extensive research, made many presentations around the state and produced several studies such as the one entitled: *"Unresolved Security Risks in Ballot Marking Devices"* which I presented at the National Voting Rights Task Force in 2019.

 I reside at ████████████████████████

My declaration highlights that the conduct of the full hand count audit and recount I observed clearly warrant an immediate court order to inspect absentee ballots and to preserve certain Dominion system components for forensic review to ensure the integrity of the election.

**Declarations:**

1. After the November 3, 2020 election, I monitored the hand count audit and re-count conducted by Fulton County, for the Presidential race in November at the World Congress Center;

2. On November 14, 2020, I participated as a monitor in the full hand count audit conducted by Fulton County. During the first day of that audit, four hand count auditors who counted ballots confided to me and other monitors how they noticed potentially fraudulent absentee ballots. These were not marked with a writing instrument, not creased from mailing and not on normal ballot stock. All four of the hand count auditors are highly experienced poll workers and have submitted notarized affidavits of their findings to attorneys.

3. On November 29, 2020, Fulton County experienced a Dominion server malfunction during the recount. The malfunction caused the county election staff to be unable to upload previously scanned ballot images to a central Dominion county server for tabulation AND further caused the county election staff to be unable to upload previously scanned ballot images to a new replacement server that was brought on site but not set up with a matching Election ID and election files.

4. The malfunction was so severe that Fulton County election officials had to call for a Dominion software technician to be flown in from Colorado in an attempt to correct the problems;

**158**

5.  The malfunction was ALSO so severe that Fulton County election officials decided to begin scanning all ballot images a second time in case the technician would be unable to resolve the problem once on site;

6.  The onsite Dominion technician established new election files on the same Dell All-in-One computers that contained the ballot images previously scanned and the staff began scanning the ballot images again to the same Dell- All-In-One computers that still contained the previously ballot images;

7.  This highly unusual deviation of standard recount processing for the 2020 Georgia Presidential election is NOT necessarily nefarious BUT it opens a door for new security risks and potential errors in terms of duplication of ballot scanning, technical ballot images transfers and eventual tabulation of already questionable election results;

8.  In addition, VoterGA has independently confirmed that the Dominion voting system flipped votes from President Trump to former Vice President Biden in at least one Georgia County. In Ware County the electronic vote totals shorted President Trump by 37 votes and allocated those votes to former Vice President Biden as proven by their hand count audit. This irregularity was discovered thanks to the extra due diligence Ware County election officials performed in producing their own system of record source totals for the hand count audit to double check totals contained in the Secretary's ARLO system ;

9.  In summary, four highly experienced hand count auditors detected potentially fraudulent ballots during the Fulton County hand count audit, there is a known instance of the Dominion voting system flipping votes in the Ware County Presidential election results, the reported malfunction of the Fulton County server has introduced new potential for security risks and errors;

10.  The closeness of the Presidential election, the impact of Fulton County results on Georgia election results and the impact of Georgia election results on the national Presidential election demands a court to act to protect the integrity of the 2020 Presidential election in Georgia counties,

11.  In light of the evidence above, I believe it is imperative for a court to order an immediate inspection of Fulton County absentee ballots, preservation of the Ware County Dominion voting system equipment as well as preservation of the malfunctioning Fulton County server, scanned ballot images, associated memory devices containing those images and the new server onto which the scanned ballot images will be transmitted.

12.  These specific actions if taken by a Georgia court are essential to ensure that all Georgians can be confident that Fulton County and Georgia election results are accurate.

13.  I am prepared to sign a sworn affidavit for the above statements to ensure any court of their veracity;

Date: December 1, 2020

Location: Roswell, GA

**159**

---------- Forwarded message ---------
From: **Sidney Powell** <sidney@federalappeals.com>
Date: Sun, Nov 29, 2020 at 6:58 PM
Subject: Re: 20-cv-04809-TCB Pearson et al v. Kemp et al

Counsel for Mr. Lin Wood sent a spoliation letter to Fulton County on November 24, 2020, in a separate case.  It is attached.
And this recent decision would appear to be dispositive on the issue of the Secretary of State being the proper party.  Defendants' authorities concern changes in election law.  Jacobson, under FLorida law, is inapposite.  Curling applies and makes clear the proper parties are named in this suit and they have the authority to grant the relief requested.

This is a simple, short-term preservation of evidence order that should have minimal effect on the interests of the State--which frankly should be primarily be to lay to rest any concern by voters about the Dominion system for which the Secretary of State rushed through a $107 million dollar contract at taxpayer expense for a system left completely open to hacking by adverse nation states and fraught with vulnerabilities and defects that render it completely untrustworthy.  The rule of law and the sacred status of the votes of American citizens mandate the brief injunctive relief Plaintiffs request.  The country was already on notice against spoliation.  It proceeded anyway,

**160**

and the State's attorneys should be held to higher standards that to encourage or allow the destruction of evidence in the face of evidence and concerns of this magnitude. Not only the country but the world is watching the now obvious corruption in Georgia.
Thank you.  Sidney Powell

**Sidney Powell**
Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research www.FederalAppeals.com

Judge Batten needs a response from Defendants as soon as possible on whether the relief Plaintiffs seek is within their control or not.

Thank you,

Katie

**From:** Sidney Powell <sidney@federalappeals.com>
**Sent:** Sunday, November 29, 2020 5:25 PM

**Subject:** Re: 20-cv-04809-TCB Pearson et al v. Kemp et al

**CAUTION - EXTERNAL:**

**Sidney Powell**
Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research

www.FederalAppeals.com

Also please see attached directive from the State of Georgia to all county election officials and county registrars to make certain none of the information Plaintiffs request is released under the Open Records Act or except by court order.  Obviously, the Secretary of State is calling all the shots and both suppressing and aiding and abetting the destruction of evidence of the massive fraud in Georgia.  This Court's immediate action is needed to stop any further destruction of evidence state wide.  That any county would begin this today after the state's lawyers had full knowledge of these suits and challenges--including the allegations of fraud--warrants the harshest ruling of this Court. Mr. Harvey, the Elections Director for the Secretary of State, who issued this directive was appointed by Brian Kemp when he was Secretary of State.

---------- Forwarded message ---------
From: **Sidney Powell** <sidney@federalappeals.com>
Date: Sun, Nov 29, 2020 at 5:00 PM



Plaintiffs request immediate reconsideration of the Court's order reversing its injunction, and Plaintiffs request immediate re-entry of the original order issued today. The Secretary of State purchased the Dominion Voting Machines on behalf of the entire state of Georgia for $107 million dollars.

The Secretary of State is responsible by law for election results and conducting and overseeing elections across the state of Georgia.

The Secretary of State's website recites that it will produce the ballots for review specifically referring to the Dominion machines.

The Secretary of State for Georgia is the proper party responsible for all elections state-wide.

The Secretary of State wrongly issued directions to all counties not to cooperate with

*Jacobson v. Florida Secretary of State*, 974 F.3d. 1236 (11th Cir. 2020) is inapposite.  That case was about the way candidates were printed out on the ballots but had no power to enforce the layout of the candidates on the ballot.

Georgia law places the Secretary of State in the position of responsibility for the conduct, oversight and enforcement of the proper conduct of statewide elections.  Only the Georgia Secretary of State can purchase and control the voting machines required to be used throughout the State and in each county.  O.C.G.A. 21-2-70 (5) (excepting voting machines from county duties).

Plaintiffs do not have to sue more than 600 defendants for Georgia's 159 counties to stop the destruction of evidence on machines purchased by the Secretary of State.  The Georgia Secretary of State's own website makes that clear. https://sos.ga.gov/securevoting/.

The Georgia Secretary of State is responsible for the conduct alleged in Plaintiff's suit as a matter of law. "They are also accountable for investigating election fraud and

163

enforcing state election laws."  This suit clearly seeks to enforce those laws.  The defense's arguments are specious.


This is a pure error of law which should be corrected by immediate re-issuance of the emergency injunction to prohibit the wiping of or any alteration of the voting machines throughout the state of Georgia.  The Secretary of State is the proper party.  Ex Parte Young, 209 U.S. 123, 128 (1908) (to be a proper defendant the party need only have "some connection" with the enforcement of the challenged law. Id. at 157).
The law does not countenance the willful and deliberate destruction of evidence, which is exactly what is happening right now.  This is spoliation of evidence of the worst kind.  Indeed, it is obstruction of justice in what should be -- and may soon be--a federal criminal investigation.


**Sidney Powell**
Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research www.FederalAppeals.com


On Sun, Nov 29, 2020 at 3:39 PM ███████████████████████ wrote:
Hi counsel,

In light of Defendants' response, Judge Batten intends to issue the attached order instead of the one we sent earlier. Please contact me with any questions.

Thank you,

Katie

██████████████████████████████████
██████████████████████████████████████
████████████████████████████████████████████
██████████████████████████████████

<mark>**CAUTION - EXTERNAL:**</mark>

Dear █████████

Pursuant to the court's request for a response, this responds to Plaintiffs' claims for extraordinary relief while a statewide recount and local run-off elections are taking place this week and before the Court has even determined that Plaintiffs are entitled to any relief on the merits of their claims.

As a threshold matter, before considering Plaintiffs' requests, the Court must first determine whether it has subject-matter jurisdiction over the action and that Plaintiffs can establish Article III standing. *Jacobson v. Fla. Sec'y of State*, 974 F.3d 1236, 1245 (11th Cir. 2020). The Court must also determine whether this case has been mooted by the state certification of the election results. *Brooks v. Ga. State Bd. of Elections*, 59 F.3d 1114, 1118 (11th Cir. 1995) (explaining that an appeal is moot where it is "impossible for the court to grant any effectual relief whatever to a prevailing party").

Plaintiffs also represent that they "have moved and will continue to move expeditiously." The record belies that assertion, and, when the State is presented with a full opportunity to be heard, it is likely that the Court will find, much like the court in *Wood* just found, that Plaintiffs' unreasonable delay in bringing these claims necessitate that they are either barred by laches or fail to justify the imposition of the extraordinary emergency relief requested.

Additionally, Plaintiffs must demonstrate that emergency injunctive relief is warranted. "A preliminary injunction is an extraordinary remedy never awarded as of right." *Winter v. Natural Res. Def. Council*, 555 U.S. 7, 24 (2008). In order to prevail on a motion for preliminary injunction, Plaintiffs must *clearly* establish: (1) a substantial likelihood of prevailing on the

merits; (2) that the Plaintiffs will suffer irreparable injury unless the injunction issues; (3) that the threatened injury to the movant outweighs whatever damages the proposed injunction may cause the opposing party; and (4) the injunction would not be adverse to the public interest. *Duke v. Cleland*, 954 F.2d 1526, 1529 (11th Cir. 1992). The Court "should pay particular regard for the public consequences in employing the extraordinary remedy of injunction." *Winter*, 555 U.S. at 24.

The State Defendants will show in their responsive pleadings that Plaintiffs will not succeed on the merits and are not entitled to any relief, and State Defendants have a right to be heard on these issues before the Court rules on Plaintiffs' motion.

State Defendants respond to Plaintiffs' counsel's numbered requests as follows:

    1.  Ballot images

Counties are the custodians of all ballot images, paper ballots, and other voting documents—not the Secretary of State. County election superintendents are required by law to maintain ballots and other voting-related documents under seal. O.C.G.A. § 21-2-500(a). Plaintiffs did not name any county election superintendents as defendants in this case. The Eleventh Circuit has made clear that federal courts do not have the authority to exercise jurisdiction to order relief against county officials who have not been named as parties, especially where those county election officials have already completed their statutory obligations regarding the 2020 general election. *Jacobson*, 974 F.3d at 1253.

    2.  Impoundment of voting equipment

    The State Defendants have a "strong interest in their ability to enforce state election law requirements." *Hunter v. Hamilton Cty. Bd. of Elections*, 635 F.3d 219, 244 (6th Cir. 2011). For this reason, the Supreme Court "has repeatedly emphasized that lower federal courts should ordinarily not alter the election rules on the eve of an election." *Republican Nat'l Comm. v. Democratic Nat'l Comm.*, 140 S.Ct. 1205, 1207 (April 6, 2020) (per curiam) (citing *Purcell v. Gonzalez*, 549 U. S. 1 (2006)).

    The Supreme Court and Eleventh Circuit have not been shy about staying lower court injunctions that altered election rules once the 2020 general election cycle commenced. *See, e.g.*, *Andino v. Middleton*, No. 20A55, 592 U.S. __, 2020 WL 5887393, at *1 (Oct. 5, 2020) (Kavanaugh, J., concurring) ("By enjoining South Carolina's witness requirement shortly before the election, the District Court defied [the *Purcell*] principle and this Court's precedents." (citations omitted)); *Merrill v. People First of Ala.*, No. 19A1063, 591 U.S. __, 2020 WL 3604049, at *1 (July 2, 2020); *New Ga. Project v. Raffensperger*, No. 20-13360, 2020 U.S. App. LEXIS 31405, at *11-12 (11th Cir. Oct. 2, 2020) ("[W]e are not on the eve of the election—we are in the middle of it, with absentee ballots already printed and mailed. An injunction here would thus violate *Purcell*'s well-known caution against federal courts mandating new election rules—especially at the last minute.").

**166**

Here, Plaintiffs seek relief that, if granted, would affect not only the currently underway recount of the November 3, 2020, general election but would also have catastrophic impact on election officials ability to conduct both the December 1, 2020, non-federal run-off elections around Georgia as well as the January 5, 2020, special election for two seats in the United States Senate as well as a seat on the Public Service Commission.

Additionally, Plaintiffs have the same redressability issues that infect the vast majority of their complaint.  The voting equipment that they seek to impound is in the possession of *county* election officials, and the 11th Circuit has made clear in *Jacobson* that the State Defendants cannot stand in as a proxy for local election officials against whom the relief should be sought.  974 F.3d at 1256-58.

   3.  Allow imaging and inspection of voting equipment in 10 named counties

The same *Purcell* arguments about interfering with an ongoing election process identified in (2) above apply with equal force here.  In addition, Plaintiffs have the same fatal defect as to standing and redressability in light of *Jacobson* that their requested relief in (1) and (2) has.

   4.  Request additional imaging and inspection of voting equipment beyond the 10 named counties

As noted in (3) above, Plaintiffs' request in 4 The same *Purcell* arguments about interfering with an ongoing election process identified in (2) above apply with equal force here.  In addition, Plaintiffs have the same fatal defect as to standing and redressability in light of *Jacobson* that their requested relief in (1), (2), and (3) has.

Plaintiffs' counsel also incorporates a drive-by *ad hominem* attack against Dominion in their request for relief, unsupported by any evidence before the Court.  The State Defendants point out that Dominion is not a party to this litigation.  The State Defendants reserve the right to address further the unsupported arguments made by Plaintiffs once the State has the opportunity to fully respond to the unsupported allegations made by Plaintiffs.

   5.  Produce video recordings of voting locations in the 10 named counties

First, discovery has not commenced, and there is no obligation on the part of the State Defendants to produce anything at this juncture, especially when, as Plaintiffs' counsel acknowledges, all of his service on the State Defendants is either partial or inchoate at this juncture.  However, setting that aside, this request by Plaintiffs suffers the same fatal defect as to standing and redressability that the requests in (1), (2), (3), and (4) have.  Plaintiffs seek recordings which, while they may be in the possession of *county* officials, are *not* in the possession of the State Defendants.  Accordingly, no relief can be ordered against the *State* Defendants when the relief can only be effectuated by *county* officials.

   6.  Produce an executed version of the contract between the State and "Dominion/Smartmatic"

**167**

As noted above, discovery has not commenced, and there is no obligation on the part of the State Defendants to produce anything at this juncture, especially when, as Plaintiffs' counsel acknowledges, all of his service on the State Defendants is either partial or inchoate at this juncture. Additionally, while the State has a contract with Dominion, it is our understanding that Smartmatic was an unsuccessful bidder on the project and there is thus no contract between the State and Smartmatic.

Respectfully,

████████████████

████████████

**Senior Assistant Attorney General: Section Chief**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
Tel: (404) 458-3316
rwillard@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334

**From:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
**Sent:** Sunday, November 29, 2020 2:44 PM
**To:** Sidney Powell <sidney@federalappeals.com>

████████████████████████████████

████████████████ TCB Pearson et al v. Kemp et al
**Importance:** High

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi counsel,

Please see the attached order. Judge Batten has just signed it, and it will be docketed shortly.

Thank you,

Katie

**From:** Sidney Powell <sidney@federalappeals.com>
**Sent:** Sunday, November 29, 2020 2:32 PM
**To:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>

**Cc:** Harry MacDougald <hmacdougald@cpdlawyers.com>; Howard Kleinhendler <howard@kleinhendler.com>; Charlene McGowan <CMcGowan@law.ga.gov>; lwood@linwoodlaw.com; Russell D. Willard <rwillard@law.ga.gov>
**Subject:** Re: 20-cv-04809-TCB Pearson et al v. Kemp et al

CAUTION - EXTERNAL:

# We have just received an urgent phone call that software is being reset right NOW in the World Congress Center.

**Sidney Powell**
Texas Attorney & Author of *Licensed to Lie: Exposing Corruption in the Department of Justice*, available on Amazon or at www.LicensedtoLie.com + Senior Policy Advisor @AmericaFirstPol and Senior Fellow at the London Center for Policy Research www.FederalAppeals.com

On Sun, Nov 29, 2020 at 11:34 AM Katie Klimko <Katie_Klimko@gand.uscourts.gov> wrote:
Hi counsel,

Judge Batten has reviewed your positions and would like Defendants' counsel to respond to Mr. McDougald's email below by 3:00 p.m. today. The response should include a direct reply to each of Plaintiffs' specific requests in Mr. McDougald's email.

Thank you,

Katie

**From:** Harry MacDougald <hmacdougald@cpdlawyers.com>
**Sent:** Sunday, November 29, 2020 10:37 AM
**To:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
**Cc:** Sidney Powell <sidney@federalappeals.com>; Howard Kleinhendler <howard@kleinhendler.com>; Charlene McGowan <CMcGowan@LAW.GA.GOV>; lwood@linwoodlaw.com; Russell D. Willard <rwillard@law.ga.gov>
**Subject:** Re: 20-cv-04809-TCB Pearson et al v. Kemp et al

CAUTION - EXTERNAL:

Ms. Klimko:

We strongly disagree with the State Attorney's request for an adjournment of the pending emergency motion until December 4, 2020.

Defendants' response cements what has been purely a stall tactic since Plaintiffs' counsel notified them of the complaint on November 26, 2020.  Despite multiple efforts of outreach by Plaintiffs' local counsel Harry MacDougald, Defendants did not respond until this email to answer correspondence from this Court.  Now Defendants ask this Court to *license by delay* the very destruction of evidence Plaintiffs' emergency motion seeks to prevent.  They intend to wipe the machines of all data on Monday November 30, 2020, in connection with a machine recount, using the same defective system that has cast a pall of doubt over election results in 29 states and the entire nation. We have filed and attach hereto a redacted declaration from a Union County poll worker attesting to these facts.

The Plaintiffs are Republican Electors for the President, a county GOP chairman, and the assistant secretary of the Georgia GOP.

Fraud has infected this election on an unprecedented level as evidence of its magnitude increases by the day. By federal statute, the electors must be seated and allowed to vote no later than December 14, 2020.

Plaintiffs must be able to present their case and provide sufficient time for the court to rule and for any appellate process to conclude before that date.  Plaintiffs have moved and will continue to move expeditiously.

Moreover, Defendants are required by 52 U.S.C. §20701 and O.C.G.A. §  21-2-500 and Secretary of State Rule 183-1-12-.13-to maintain all voting records— including the ballot "image" created by the Dominion system which becomes the actual "vote" read by the Dominion scanner/tabulator and the "AuditMark" images that show how the tabulators interpreted and passed the vote on to next stage of the Election Management System (EMS) before the state ARLO system produces the official tabulation results.  The "adjudication" process is rife with opportunity for election fraud.

The Georgia Secretary of State and his Deputy are aware of this problem. Indeed, Dominion was rushed into Georgia by virtue of a rare no-bid contract for the $100 million system in 2019.[1]  Updates that rendered the system uncertified were conducted by Dominion on October 31, 2020—just three days before the election—and after thirteen days of early voting.

Another equally impermissible and uncertified "update" was performed on the systems in Morgan and Spalding counties the night before the election.  Accordingly, Dominion machines could not have been lawfully used in Georgia for the election even under Georgia law—much less under federal law.

The Secretary of State advertises on its website:

"Dominion will be working with the Secretary of State's office to address perceived concerns regarding use of marked ballots that feature barcodes.  For example, the state can make scanned images of all ballots cast in statewide elections available, allowing anyone to do a ballot count to check the accuracy of the results."

Defendants have the vast resources of the State of Georgia with which to defend this case.  The claim that counsel is occupied with briefing in an entirely unrelated case brought by a private party, does not withstand scrutiny.  The massive fraud and ballot-stuffing claims which predominate this case and necessitate access to and inspection of the machines are not raised in Mr. Wood's case on appeal in the 11th Circuit.  The claims here are significant and distinct.

The State's claims about service of process are also unavailing.  We have offered numerous ways of delivering the pleadings electronically.  And, they are all available on the court's ECF system.  Now that Defendants have finally responded to correspondence from this Court, the Secretary of State should be required to:

1.  Immediately produce to Plaintiffs on Monday November 30, 2020, all "scanned images of ballots cast in the statewide election" thereby "allowing anyone to do a ballot count to check the accuracy of results" as stated on its website.

2.  Impound all machines used in the creation, assessment, tabulation, submission, and reporting of election results statewide to prevent any additional destruction of evidence for a period of seven days or until further order of this Court.  While Plaintiffs understand the public interest in proceeding with a recount, there is much greater public interest in ensuring the integrity of the process to Georgia, to the nation, and to the world which is watching how the United States of America addresses these troubling allegations and evidence of fraud.

3.  Allow Plaintiffs to proceed immediately on Monday November 30 to have their experts mirror-image all parts of the Dominion voting process in *ten counties over five days to collect a random sample for analysis.*

The counties should include:  **Fulton, Gwinnett, Cobb, DeKalb, Henry, Cherokee, Forsyth, Hart, Paulding, and Hancock**.

This imaging and the related examinations need to be conducted by Plaintiffs' experts on the equipment for Dominion at all stages of the process, including the "poll pad," the "Image Cast ballot marking device," the "scanner tabulator (ICP) which reads the QR code generated on the image which becomes the ballot, the Central County tabulator (ICC) to include any machines utilized for adjudication, as well as the Election Management System (EMS) equipment, storage devices and the state's ARLO official tabulation results. This includes

**171**

the "English Street Warehouse" located at 1365 English St. NW, Atlanta, GA 30318 for Fulton County and especially its "lunchroom."

4.  Plaintiffs propose to report at least their initial results to the Court by Monday, December 7, 2020, for the Court and parties to evaluate whether additional examinations of machines are warranted.  At this stage, it is possible that Dominion has already destroyed the evidence of its fraud, as its own handbook concedes facts establishing that its audit trail amounts to nothing reliable at all.  More races are affected by the fraudulent system that merely the presidential race.

5.  Moreover, Defendants should be required to produce on Monday, November 30, 2020, the video evidence for all voting locations at all voting sites and ballot boxes for 48 hours surrounding the election in the counties designated above, and especially for the State Farm Arena in Fulton County, Georgia, where the election officials lied about the water leak and witnesses saw three women working on the computers for the voting machines in the wee morning hours after ordering all others to leave the facility.

6.  Defendants should also be required immediately to produce the executed version of the contract between Georgia and Dominion/Smartmatic.

Accordingly, we urge the Court to consider and grant Plaintiffs' Emergency motion—at least to the extent outlined herein.  Properly counting the legal vote of American citizens is sacred to maintaining this Republic.  The overwhelming public interest demands nothing less than the full transparency provided by the relief requested in Plaintiffs' Motion for TRO and herein. Time is of the essence.

Respectfully submitted,

------

 ach, LLP

**From:** Russell Willard <rwillard@law.ga.gov>
**Date:** Saturday, November 28, 2020 at 9:22 PM
**To:** 'Katie Klimko' <Katie_Klimko@gand.uscourts.gov>
**Cc:** Sidney Powell <sidney@federalappeals.com>, Howard Kleinhendler <howard@kleinhendler.com>, Charlene McGowan <CMcGowan@LAW.GA.GOV>, "lwood@linwoodlaw.com" <lwood@linwoodlaw.com>, Harry MacDougald

**172**

<hmacdougald@cpdlawyers.com>
**Subject:** RE: 20-cv-04809-TCB Pearson et al v. Kemp et al

Dear Ms. Klimko,

In response to your inquiry, no, the State has not begun preparation of a brief in opposition to the Plaintiffs' motion.  While Ms. McGowan and myself are in receipt of certain of Plaintiffs' filings that have been made in this case, the initial filings, including the complaint, were made after hours on the Wednesday before Thanksgiving, and there were apparently some filings made slightly before midnight on Friday, which was also a state holiday.  We have not heard directly from nor been able to speak with any of our clients about that correspondence, which included copies of only select filings along with a link to a shared file drive, which many IT systems will not permit download from due to security parameters in place.  As Plaintiffs' counsel acknowledges in his email, our clients have not been served nor has counsel sent waiver of service packets to any of the defendants.  As Plaintiffs' counsel further acknowledges, a portion of his pleadings were sent by express package delivery after hours last night (with no representation as to whether those were placed in a drop box with Saturday pickup or Monday pickup nor as to what type of package delivery was selected) with a promise to drop off the remaining documents, *including the complaint and all of the exhibits relied upon*, at an express package delivery sometime today.  Neither of those representations about inchoate delivery provides meaningful notice to our clients.

We are currently reviewing the filings that we have been able to retrieve, which encompass hundreds of pages and over thirty exhibits including over twenty witness declarations. The State intends to file a brief in opposition to Plaintiffs' motion as soon as possible, and we will be consulting with state elections officials on what declarations may be necessary to refute plaintiffs' allegations. However, those elections officials are preoccupied with the on-going statewide recount, and we expect that it will be several business days before we will be in a position to file a complete response.

Furthermore, several of the claims raised in Plaintiffs' action are currently before the Eleventh Circuit on an expedited appeal in the related case of *L. Lin Wood v. Raffensperger*, Civil Action No. 1:20-cv-04651-SDG (Appeal No. 20-14418). Mr. Wood functions as the sole plaintiff in that litigation, but he makes many of the same or substantially related claims as counsel for the plaintiffs in the instant action.  We expect that case, which is under appeal after Mr. Wood's request for emergency relief was denied by Judge Grimberg, will resolve many of the issues before the Court in this action. Pursuant to two orders entered by the 11th Circuit on Wednesday, Ms. McGowan and I have been working through the holiday already (and continue to do so) preparing two separate briefs that the 11th Circuit has ordered be filed in the expedited

**173**

appeal on Tuesday, December 1. We are hopeful that the Eleventh Circuit will rule expeditiously during the coming week.

Accordingly, the State respectfully requests that the Court refrain from scheduling a hearing on Plaintiffs' motion prior to December 4, 2020, which should allow the State, after filing the *Wood* briefs, to respond meaningfully to the Plaintiffs' motion.  Although Plaintiffs have styled their motion as an "emergency," Plaintiffs waited until the commencement of the Thanksgiving holiday, and 5 days *after* the Secretary of State and Governor certified the slate of presidential electors on November 20th, to bring their claims. Plaintiffs are making the unprecedented request that the Court "de-certify" and set aside the results of the presidential election. It would be highly prejudicial to the State Defendants and to the voters of Georgia to schedule a hearing before the State Defendants have been afforded at least a reasonable period of time to respond to Plaintiffs' belated allegations.

We would be happy to participate in a scheduling conference with the Court to discuss this matter further at the Court's convenience.

Respectfully,

Russell D. Willard
Senior Assistant Attorney General

**Russell D. Willard**
**Senior Assistant Attorney General: Section Chief**
**Office of the Attorney General Chris Carr**
**Government Services & Employment**
Tel: (404) 458-3316
rwillard@law.ga.gov
Georgia Department of Law
40 Capitol Square SW
Atlanta, Georgia, 30334

**From:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
**Sent:** Saturday, November 28, 2020 3:11 PM
**To:** Harry MacDougald <hmacdougald@cpdlawyers.com>
**Cc:** Sidney Powell <sidney@federalappeals.com>; Howard Kleinhendler <howard@kleinhendler.com>; Charlene McGowan <CMcGowan@LAW.GA.GOV>; Russell D. Willard <rwillard@law.ga.gov>; lwood@linwoodlaw.com
**Subject:** RE: 20-cv-04809-TCB Pearson et al v. Kemp et al

CAUTION: This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Thank you, Mr. MacDougald!

**174**

Mr. Willard and Ms. McGowan, will you let us know if you are in the process of preparing a brief in opposition to Plaintiffs' emergency motion?

Thank you all!

**From:** Harry MacDougald <hmacdougald@cpdlawyers.com>
**Sent:** Saturday, November 28, 2020 1:51 PM
**To:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
**Cc:** Sidney Powell <sidney@federalappeals.com>; Howard Kleinhendler <howard@kleinhendler.com>; Charlene McGowan <cmcgowan@law.ga.gov>; Russell Willard <rwillard@law.ga.gov>;lwood@linwoodlaw.com
**Subject:** Re: 20-cv-04809-TCB Pearson et al v. Kemp et al

CAUTION - EXTERNAL:

Hi Ms. Kimbo:

Thank you for your email.

As for service, summonses have not yet been issued and there have been no acknowledgments thus far.

However, I emailed the complaint and its exhibits and the subsequent filings to all Defendants other than the Governor and Secretary of State late last night and this morning. I do not have an email address for the Governor, and the address for the Secretary of State that I used rejected the emails as over-sized. The emails to the members of the State Board of Elections appeared to go through as I heard back from one of them, Mr. Mashburn.

I also emailed the Complaint and Exhibits on Thursday and the subsequent filings this morning, to two lawyers from the State AG's office who appeared for the State Defendants in Wood v. Kemp, et al, an election case before Judge Grimberg, Charlene McGowan and Russell Willard, whom I am also copying on this email.

The case number was not assigned until mid-day yesterday.

On Friday I asked Ms. McGowan and Mr. Willard if they would acknowledge service.

This morning I emailed the documents filed yesterday to both of them, including the motion for emergency relief.

That describes delivery by email. Now for delivery by FedEx.

**175**

A FedEx to the Defendants of hard copies of yesterday's filings was dropped into a FedEx box very late last night.

A FedEx to the Defendants of hard copies of the Complaint and the Exhibits, which are voluminous, is being assembled now and will be turned over to FedEx this afternoon.

I have not heard back from any counsel for any Defendant.

Please note that I have also copied Sidney Powell and Howard Kleinhendler on this email, for whom I am serving as local counsel.

With the Court's permission, if there are any telephone conferences over the weekend, Ms. Powell and Mr. Kleinhendler would also like to participate.

If there are any other questions, please do not hesitate to call on me.

With best regards,

------
Harry W. MacDougald
Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive
Suite 1600
Atlanta, GA 30346
404–843–1956
Direct 404-843-4109

> **From:** Katie Klimko <Katie_Klimko@gand.uscourts.gov>
> **Date:** Saturday, November 28, 2020 at 1:26 PM
> **To:** Harry MacDougald <hmacdougald@cpdlawyers.com>, "lwood@linwoodlaw.com" <lwood@linwoodlaw.com>
> **Subject:** 20-cv-04809-TCB Pearson et al v. Kemp et al
>
> Hi counsel,
>
> Judge Batten is aware of the pending TRO motion. We wanted to touch base on where things are with service, etc. Have Defendants been served and if not, do you know when you anticipate service? Also, do you know who will be representing Defendants?
>
> Thanks so much,

**Katie Klimko**
Law Clerk, Hon. Timothy C. Batten, Sr.
United States District Court
Northern District of Georgia
404-215-1420
Katie_Klimko@gand.uscourts.gov

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

[1]   Dominion's lobbyist Jared Thomas worked on Governor Kemp's campaigns since his first race for the Georgia Senate in 2002. https://www.govtech.com/security/Georgia-Awards-107M-Voting-Machine-Contract-to-Dominion.html

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

## EMAIL ATTACHMENT SPOLIATION LETTER BELOW



SMITH & LISS, LLC
*ATTORNEYS & COUNSELORS AT LAW*

Five Concourse Parkway
Suite 2600
Atlanta, Georgia 30328
Telephone: 404-760-6000
Facsimile: 404-760-0225

November 24, 2020

<u>VIA U.S. CERTIFIED MAIL</u>
<u>7020 0640 0001 0336 0969</u>

Fulton County Board of Registration & Elections
Attn: Richard Barron, Director
130 Peachtree Street, SW
Suite 2186
Atlanta, GA  30303

      Re:   ***L. Lin Wood, Jr. vs. Brad Raffensperger, et al.***
               **Case No. 1:20-cv-04651-SDG**
               **Fulton County – Ballot Auditing**

To Whom It May Concern:

      Please be advised that this office represents L. Lin Wood, Jr. in connection with the above-mentioned matter. It is our understanding that you and/or your agents, and/or representatives are in possession of the certain materials connected to the November 2020 Presidential Election. For purposes of this request (a) "Absentee ballots" shall include, but are not limited to, mail-in ballots or vote by mail; (b) "Audit" refers to the audit conducted by Pro V&V; and (c) "Dominion" refers to Dominion Voting Systems and their subcontractors, including but not limited to KNOWiNK.

      Accordingly, <u>we hereby request any and all evidence, including but not limited to:</u>

1. Any and all Absentee ballots and their respective original envelopes;
2. Any and all records the show, or tend to show, the chain of custody of all Absentee ballots;
3. Any and all records that show, or tend to show, the location(s) where Absentee ballots were preserved prior to an STET elections;
4. Any and all records that show, or tend to show, location(s) were Absentee ballots were preserved after the elections;
5. Any and all records certifying the receipt of voting boxes, bins, and/or ballots;
6. Any and all records certifying that voting boxes, bins, and/or ballots received prior to the elections were maintained in a secure location;
7. Any and all policies and procedures regarding the maintenance and security of voting boxes, bins, and/or ballots received prior to the elections;
8. Any policies and procedures provided to auditors, poll workers, managers, and supervisors with regard to November 2020 Presidential Election;
9. Any and all documentation in connection with the Pro V&V Audit, including but not limited to memorandums, emails, letters, etc.;
10. Any and all documentation, including but not limited to emails, correspondence, and/or letters, between any state agency and Pro V&V for the last five (5) years;

[00584500. ]

**178**

11. Any and all bids, contracts, correspondence, or other documentation evidencing discussions with any companies or entities other that Pro V&V for auditing services;
12. Any interoffice memorandums, emails, letters, or other written communications regarding the Audit.
13. Any and all voice recordings or audio messages concerning the Audit;
14. Any and all cellular telephones issued to employees, volunteers, auditors, poll workers, managers, or supervisors;
15. Any and all video surveillance for November 2, 2020 through November 18, 2020;
16. Contact information for all individuals involved in the counting and/or processing of Absentee ballots in connection with the November 2020 Presidential Election;
17. Any and all machines used to calculate votes, including software documentation connected with the machines;
18. Email correspondence, text messages, cellphone records, and/or correspondence between any election officials and Dominion for the last five (5) years;
19. The full contract between Dominion and any Georgia and/or United States government employee or agency;
20. Payments, invoices, made by Dominion and received by Dominion and any and all payments and invoices made by the federal, state and local government to Dominion;
21. Any correspondence with the Federal Government of the United States;
22. Any complaints made by anyone to any election officials, volunteers, employees, etc. related to fraud, voting irregularities and voting machine complaints;
23. Any and all container information sheets;
24. Any Audit board batch sheets;
25. Any and all documentation reflecting the number of votes tallied for each presidential candidate on November 3, 2020;
26. Any and all raw data, intermediate data, and documentation reflecting the number of votes tallied for each presidential candidate at the conclusion of the initial/original count;
27. Any and all raw data, intermediate data, and documentation reflecting the number of votes tallied for each presidential candidate at the conclusion of the recount;
28. Any documentation of complaints or termination paperwork connected with the actions of any poll workers during the November 2020 Presidential Elections;
29. Any protocols, policies, or procedures drafted in connection with the audit, recount, and recanvas conducted by the Georgia Secretary of State;
30. Any documents in connection with the risk limiting audit conducted by the Georgia Secretary of State;
31. Any and all documents in connection with the established procedures to manually count a random sample of ballots in order to ensure that the voting machines was accurate;
32. Any and all protocols or other documents identifying the manner in which employees or volunteers were instructed to count or process votes;
33. Any and all communications with any third-party that participated in the election process, including but not limited to, the Department of Justice, Federal Bureau of Investigation Central Intelligence Agency, Republican National Committee, Democratic National Committee, The Clinton Foundation, any foreign corporations, and/or any foreign governments;
34. Any and all USB, compact flash drives, portable drives, and/or hard drives of any kind that are used for storing data relating to the election process, votes and audits;

35. Any policies or procedures, memorandums, or other documentation concerning poll watchers;
36. Any digital images created by a Ballot Marking Device (BMD) indicating how the voting system interpreted the paper input;

Furthermore, no repairing, maintenance, altering or destroying of said evidence is to be done. You have a legal obligation to preserve evidence, regardless of whether any Court Order, to that effect has ever been entered, because you know or with the exercise of due diligence should know that litigation has risen out of this matter.

Should you not be the persons and/or entity in control or possession of the above referenced evidence, we hereby request that this letter be forwarded immediately to the proper agent who can respond accordingly to this urgent matter. **Finally, please contact us for permission for us to conduct an inspection of the above referenced evidence. Alternatively, you may send us a copy of the evidence or contact my office to make arrangements to have someone recover same**. Thank you for your attention to this matter, and should you require anything further, please do not hesitate to contact me directly.

With kind regards, I am

Very truly yours,

SMITH & LISS, LLC

Ray S. Smith, III

RSS

cc:    Rebecca N. Sullivan - Georgia Department of Administrative Services
       Christopher M. Carr, Esq. – Attorney General
       Vincent R. Russo, Esq. – Robbins Ross Alloy Belinfante Littlefield, LLC
       Brian Kemp – Governor of Georgia
       Brad Raffensperger - Secretary of State of Georgia

{00584500. }

**180**



ITH & LISS, L

*Attorneys & Counselors*

E PARKWAY

IA 30328

7020 0640 0001 0336 0969

Fulton County Board of Registration & Elections
Attn: Richard Barron, Director
130 Peachtree Street, SW
Suite 2186
Atlanta, GA  30303

**181**

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

| **SENDER: COMPLETE THIS SECTION** | **COMPLETE THIS SECTION ON DELIVERY** |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____ ☐ Agent<br>_____ ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery |
| 1. Article Addressed to:<br><br>Fulton County Board of Registration & Elections<br>Attn: Richard Barron, Director<br>130 Peachtree Street, SW<br>Suite 2186<br>Atlanta, GA 30303 | D. Is delivery address different from item 1?  ☐ Yes<br>If YES, enter delivery address below:  ☐ No |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

9590 9402 5986 0062 4528 27

| 3. Service Type | |
|---|---|
| ☒ Adult Signature | ☐ Priority Mail Express® |
| ☐ Adult Signature Restricted Delivery | ☐ Registered Mail™ |
| ☒ Certified Mail® | ☐ Registered Mail Restricted Delivery |
| ☐ Certified Mail Restricted Delivery | ☐ Return Receipt for Merchandise |
| ☐ Collect on Delivery | ☐ Signature Confirmation™ |
| ☐ Collect on Delivery Restricted Delivery | ☐ Signature Confirmation Restricted Delivery |
| ☐ Insured Mail | |
| ☐ Insured Mail Restricted Delivery (over $500) | |

2. Article Number (Transfer from service label)

7020 0640 0001 0336 0969

PS Form 3811, July 2015 PSN 7530-02-000-9053                Domestic Return Receipt

**182**

1                    United States District Court
                     Northern District Of Georgia
2                          Atlanta Division

3

4    Coreco Jaqan Pearson,    )
     et al.,                  )
5                             )
                 Plaintiff,   )
6                             )        Civil Action
             vs.              )        File No. 1:20-CV-4809-TCB
7                             )
                              )        Atlanta, Georgia
8    Brian Kemp, et al.,      )        Sunday November 29, 2020
                              )        7:45 p.m.
9                 Defendant.  )
     ─────────────────────────)
10

11

12                   Transcript of Motions Hearing
            Before The Honorable Timothy C. Batten, Sr.
13                   United States District Judge

14

     APPEARANCES:
15

         FOR THE PLAINTIFFS:          Sidney Powell
16                                    L. Lin Wood, Jr.
                                      Howard Kleinhendler
17                                    Harry MacDougald
                                      Christine Dial Buckler
18                                    Attorneys at Law

19       FOR THE DEFENDANTS:          Russell David Willard
                                      Charlene Swartz McGowan
20                                    Attorneys at Law

21

22

23   Lori Burgess, Official Court Reporter
     (404) 215-1528
24
     Proceedings recorded by mechanical stenography, transcript
25   produced by CAT.

```
1            THE COURT:  Hi.  I'm Judge Batten.
2            THE CLERK:  I think we have everybody here.  Harry
3    MacDougald.
4            MR. MACDOUGALD:  I want to announce that my
5    associate Christine Buckler is in the office with me but off
6    camera.
7            THE COURT:  Thank you, Mr. MacDougald.
8            THE CLERK:  Howard Kleinhendler.
9            THE COURT:  Howard.  Who are you with?
10           MR. KLEINHENDLER:  I am with the Plaintiffs.
11           THE COURT:  Keep going.
12           THE CLERK:  Sidney Powell.
13           THE COURT:  I don't see Ms. Powell.
14           MS. POWELL:  I am also here with Lin Wood for the
15    Plaintiffs.
16           THE COURT:  I don't see either of y'all.
17           THE CLERK:  If you will turn on your video, please,
18    Ms. Powell.
19           MS. POWELL:  I am not sure it is working properly,
20    but I have given it my best shot.
21           THE COURT:  Who else do we have on the call besides
22    Ms. Powell and Mr. Wood?
23           THE CLERK:  Charlene McGowan.
24           THE COURT:  Is she on the video?
25           THE CLERK:  Everyone's video is on except Ms. Powell
```

1    and Rus Willard.

2              THE COURT:  I can't see everybody.  I suppose that

3    is okay as long as I can hear everybody.  So I think we are

4    ready to proceed.  Are the Plaintiffs ready to proceed and are

5    the Defendants ready to proceed?  One at a time.  Plaintiffs?

6              MS. POWELL:  Yes.

7              THE COURT:  And the Defendants?

8              MR. WILLARD:  Yes, Your Honor.

9              THE COURT:  You know, I am not really sure exactly

10   what it is the Plaintiffs are trying to obtain in the case

11   right now regarding these machines.  There has been a mention

12   of wiping of a machine at the World Congress Center, and also

13   been a discussion about reference to the fact that Union

14   County is going to wipe their machines.  You know, I

15   understand that these county officials are obligated by state

16   law to preserve the data from the election on November 3.

17   What is it exactly that the Plaintiffs want me to order the

18   Secretary of State and/or the other Defendants to do?  I am

19   not -- excuse me, I am sorry -- I am not talking about

20   ultimately under the complaint that has been filed, I am

21   talking about this emergency temporary relief right now.  I

22   know you want me to throw out the election results and et

23   cetera, but I just mean on the short-term basis, what is it

24   exactly that the Plaintiffs would like?  Ms. Powell?

25              MS. POWELL:  Right now what you ordered in your

1   first order of the day would be perfect.  We need access to

2   the machines as soon as possible so we can do mirror images of

3   the data that is on there and the operations that are on

4   there, because it's well-established throughout Dominion

5   software systems and anybody who knows anything about them

6   that they can be easily altered.  And we understand, from what

7   is going on at the Center today, that process has already

8   begun.  Apparently from 11:00 to 1:30 they began substituting

9   software in the machines that was completely unnecessary to

10  count the ballots.

11           THE COURT:  Let me stop you right there and ask

12  Mr. Willard, first of all, I understand the State's

13  argument that -- the Defendants' argument that the Plaintiffs

14  lack standing.  I also understand that they cite *Jacobson* for

15  the proposition that they aren't the right people to be sued

16  to provide this relief and that instead it should have been

17  the county elections officers.  I understand all of that.  But

18  I am wondering, and I am just trying to get factual

19  information here, what is it about access to the voting

20  machines that the Defendants have a problem with?  Why can't

21  the Plaintiffs' experts go ahead and do a forensic

22  examination?  Are they going to damage anything or in any

23  other way interfere with the performance of the government

24  officials' duties?

25           MR. WILLARD:  Your Honor, I appreciate the

1    opportunity to respond.  I apologize about the video.  With
2    the weather out there, we've had it bad with issues all
3    weekend in my subdivision.  I will say that we've got a
4    concern because what your original proposed order and what the
5    Plaintiffs are seeking is going to basically take certain
6    voting equipment out of the equation for the election
7    scheduled to take place this Tuesday, as well as the election
8    scheduled to take place on January 5th, because Plaintiffs are
9    wanting us to hold and basically mothball and preserve these
10   machines at the county level - not in our possession, not in
11   our custody and control - at the county level.  They want to
12   preserve those in the form that they were in after the
13   November 3rd election.  Under state law there is an obligation
14   on those county election officials to preserve the data.  But
15   the State of Georgia has set up a system where the actual
16   equipment is used at each successive election in the cycle.
17   And there is a certain amount of recalibration in terms of
18   getting them ready.  For the individual machines, they are not
19   going to have the November 3rd, 2020 ballot card being
20   inserted in them.  They are not going to have that database
21   built in any longer.  You're going to have a December 1st,
22   2020 database in the machines and in the tabulation computers.
23   You're going to have a January 5th, 2020 database tabulating
24   the results of the federal and state-wide run-off on January
25   5th.  They have cited to *Curling*.  *Curling* is inapposite

1    because it was decided before the 11th Circuit's
2    redressability decision in *Jacobson*.  In addition, they are
3    wanting you to poke the procedure.  You've got election
4    officials who, as of Tuesday morning, have to turn on the
5    lights, conduct in-person voting, Tuesday night of this week
6    have to tabulate results on the very equipment that the
7    Plaintiffs are wanting you to take out of circulation.  And
8    that gets -- now it is so broad, based on what Ms. Powell has
9    asked in some of her more recent emails, you've now implicated
10   the *Purcell* line of cases and the progeny as interpreted by
11   this circuit that says Plaintiffs don't get to come in and
12   poke at an election procedure that is currently underway.
13           THE COURT:  Let me interrupt you, Mr. Willard.
14   First of all, refresh my recollection.  The election in two
15   days, which is December 1, is that the run-off for the Public
16   Service Commissioner?  Or is that on January 5, 2021?
17           MR. WILLARD:  The Public Service Commission race has
18   been moved to January 5th, 2021.
19           THE COURT:  What is December 1?
20           MR. WILLARD:  Basically any local race that is still
21   out there that --
22           THE COURT:  Okay.
23           MR. WILLARD:  For example, the Athens Clarke County,
24   Oconee County and, I forget, I think it's the Northeastern
25   Judicial Circuit, that District Attorney's race is on the

1    ballot for this Tuesday.

2              THE COURT:  I remember that.

3              MR. WILLARD:  Clarke County and Oconee are going to

4    be voting in that.

5              THE COURT:  Right.

6              MR. WILLARD:  I am not aware here on Sunday evening

7    at 7:59 what other counties may have races on Tuesday and what

8    may not.  We've been sort of struggling ever since the

9    Plaintiffs filed their emergency motion right before midnight

10   on Friday that we saw sometime around lunchtime on Saturday.

11   We've sort of been scrambling.  I don't think all of my

12   clients have still seen everything, as Plaintiffs acknowledge.

13   There has been a complete absence of notice requisite to grant

14   any relief as to the temporary hearing at this point, because

15   I haven't been able to communicate with all of my clients to

16   see if all of my clients have even been properly served with

17   the emergency motion.

18              Plaintiffs have been sort of trying to do this by

19   the seat of their pants, and they keep asking for this sort of

20   ever-shifting claim of relief that they are saying isn't going

21   to matter all that much in the grand scheme of things, but in

22   terms of a currently underway election, it is going to be

23   throwing sugar in that gas tank and gumming up the works for

24   not only the December 1st election, but also the January 5th

25   election, as well as the recount that is underway.

1           THE COURT:  Well, I am having the impression, from

2     what you've just said, Mr. Willard, that there really is not

3     expected to be much turnout for Tuesday's elections, whatever

4     remains statewide.  Obviously we are going to have an enormous

5     turnout January 5th, 2021.  I just -- you know, I don't fault

6     the Defendants for complaining about the timing, and the fact

7     that they've been given precious little time to respond to the

8     Plaintiffs' requests.  I don't blame them.  And my draft

9     proposed orders, the two that we are discussing from today,

10    both reflect a hearing schedule that reflects my understanding

11    of the State's position.  In other words, I feel like, you

12    know, you've complained, understandably, about the timing and

13    said you need a little more time, and I feel like I am giving

14    you that by having the hearing on Friday, giving you till

15    Wednesday to file the brief in opposition.  Believe me, I am

16    not saying that you are getting an abundance of time, but to

17    me, I divided that baby as fair as I thought I could, and I

18    feel like I am giving you enough time.  My point is, if I am

19    going to give you that time, I don't understand why it is

20    asking too much.  And forget for just a moment the argument

21    about it's not under the Secretary of State's control.  I

22    understand that argument.  I am going to deal with that in a

23    minute.  Laying that aside for a second, the question is, why

24    isn't there enough already -- let me put it like this.  What

25    you are asking for, why should you not correspondingly agree

1    to allow a quick inspection of these machines?  And I guess --
2    you know, I don't know how many counties the Plaintiffs are
3    talking about.  I think that *Jacobson* may be on point.  I am
4    not sure yet.  I don't know.  It seems to me hard to believe
5    that the Plaintiffs should have to sue 159 elections
6    commissioners to get the relief they want.  I understand
7    exactly what *Jacobson* said, but that was a different case.
8    What I am trying to accomplish here is, taking into both
9    sides' consideration, their arguments, their respective
10   positions, but incorporating into them also the law.  The
11   Plaintiffs want to seize these and impound these machines for
12   a forensic audit by their experts.
13           Let me go back to Ms. Powell and ask you,
14   Ms. Powell, which machines are we talking about?  Are you
15   talking about in every county in Georgia?  Where exactly are
16   you talking about?
17           MS. POWELL:  No, Your Honor.  In our motion we asked
18   specifically for machines in ten counties.
19           THE COURT:  Those ten counties that you've
20   highlighted.  Okay.
21           MS. POWELL:  Yes, sir.
22           THE COURT:  And what do you want to do with those
23   machines?  How long is it going to take your experts to do
24   their thing on those machines?
25           MS. POWELL:  It will take approximately a day of

1    time per county, but we can dispatch three separate teams and

2    be able to do the bulk of it I would think within three days.

3           THE COURT:  Okay.  What do you say in response to

4    Mr. Willard's argument -- I wasn't -- let me go back to

5    Mr. Willard and just make sure I am clear on this.

6    Mr. Willard, specifically with respect to the Clarke County

7    and Oconee County DA's I guess it is a run-off.  I don't

8    remember if it's a run-off or a special election.  But for the

9    record, which is it, Mr. Willard?

10          MR. WILLARD:  It is a special election run-off.

11          THE COURT:  Yeah.

12          MR. WILLARD:  Your Honor, if I can clarify for the

13   record, that is just one example of a race that is scheduled

14   to be run on Tuesday.  There are a myriad other races that we

15   anticipate are being held throughout Georgia, we just haven't

16   had the opportunity to compile an exhaustive list.

17          THE COURT:  I understand.

18          MR. WILLARD:  But we are letting you know that there

19   is a race scheduled for Tuesday.

20          THE COURT:  Right.  I understand.  I guess what I am

21   wondering is -- well, I guess -- let me think this through.

22   It seems to me that the question should be, and we might -- I

23   might give y'all a little bit of time to find this out.  Other

24   than the -- are there any elections set in these ten counties

25   that are going to take place this Tuesday, December 1?  And if

1    so, are the Plaintiffs going to, to get the relief they want,
2    are they going to have to access these machines and not have a
3    -- which would prevent these ten counties from having the
4    machines to use for those Tuesday elections?
5              MR. WILLARD:  I'm sorry, Your Honor, is that
6    addressed to me or Ms. Powell?
7              THE COURT:  I am kind of thinking out loud and
8    addressing both of you.  Basically we have narrowed it from
9    159 down to 10 counties.  And the Defendants right now can't
10   tell me, and I don't fault them for that at all, what
11   elections are taking place, if any, in those ten counties this
12   coming Tuesday in two days.  So how am I supposed to -- and so
13   that is one issue, is this may be moot if it turns out that
14   there is not even an election taking place in those ten
15   counties on Tuesday, I don't see what the problem would be of
16   me entering a temporary restraining order allowing the
17   Plaintiffs to have quick access to those machines for a
18   forensic examination.  On the other hand, if there is going to
19   be an election in any of those ten counties, that raises the
20   question of can they still have the election without those
21   machines.  Do you have to look at every single machine?  I
22   mean, I don't understand how it works.
23            So I guess I would ask Ms. Powell, let's suppose
24   that in two or three of the ten counties that you are
25   interested in, there are in fact going to be run-off elections

1    on Tuesday, December 1.  How can your objective be met, your

2    objective being a forensic examination of those machines in

3    those counties if there is going to be an election there on

4    Tuesday?

5             MS. POWELL:  We can get experts to them tomorrow,

6    Your Honor.  We've got at least three teams of experts that

7    could be dispatched to three separate counties to collect the

8    information from the machines.  The important part is, it's

9    not just the data that comes out of the machines that is

10   crucial to the fraud case that is so rampant across the

11   country, it is the fact that an algorithm we believe was

12   uploaded to the Dominion machines that weighted the votes for

13   Mr. Biden over the votes for President Trump at approximately

14   1.22 versus .78, and that is what would change with any

15   alteration of the software that is crucial to making the proof

16   of the fraud absolutely conclusive and irrefutable.  We know

17   they have already gone into the machines in Fulton County to

18   change the software with no basis to do so whatsoever.  In

19   fact, there is an attorney that contacted me just earlier

20   today, in fact while I was replying to the last message from

21   the Court.  I believe her last name is Broyles, a Ms. Broyles,

22   who had been contacted by a witness who was very concerned by

23   what she had seen down at the Center today, and felt like it

24   was an abject pretense that they were going to be redoing all

25   the same ballots and there was no reason to change the

1    software for any reason whatsoever.

2           THE COURT:  All right.  Mr. Willard, what is your

3    response to that?

4           MR. WILLARD:  Your Honor, I apologize.  I am used to

5    dealing with facts and law, not innuendo and accusation.  The

6    bottom line here, the Plaintiffs have sent you a copy of the

7    *Curling* order which, as I mentioned earlier, is inapposite

8    because it predates *Jacobson*.  But in that case, where the

9    security and reliability of the DRE machines, which have now

10   been retired, even Judge Totenberg recognized that you cannot

11   willy-nilly allow individuals from outside of state and county

12   custody and control procedures to have access to these

13   machines.  It poses a security risk for Ms. Powell's minions

14   to go in and image everything, download the software, and

15   figure out for future elections a way to hack in so that their

16   preferred candidates can win.  That is in effect what they are

17   seeking here.  They want to image, as they just said, not only

18   the data on the machines, but also the entire software package

19   and the security protocols that are set up.  That is something

20   that no Federal Court can possibly countenance.  Even if they

21   had the appropriate defendants here, which they don't, you

22   cannot allow, during the midst of an election cycle, a third

23   party to come in and get the proverbial keys to the software

24   kingdom.  I will say that we are trying to get up to speed on

25   this as much as possible.  Our office is not representing the

1    Secretary in the *Curling* litigation because our office was

2    forced to declare a conflict several years ago, but we have

3    Conflict Special Attorneys General who have spent months and

4    years dealing with the security of the State's electronic

5    voting system in Federal Court.  There was a whole procedure

6    set up where you had a white room established in Virginia

7    where experts were only permitted to go in and inspect a

8    single machine at that white room after security protocols

9    were set in place where they couldn't remove anything from

10   there, where they weren't able to take anything that could

11   later compromise the system with them when they left.

12           MS. POWELL:  Well it's a little bit late to be

13   worrying about the compromise of the system.  That happened,

14   as we have evidence that both Iran and China were hacking into

15   the system during our election, not to mention any number of

16   other foreign entities and domestic actors as well.  The

17   entire system was built to be both hackable from afar and

18   locally to overwrite votes, to overwrite review of signature,

19   to drag and drop ballots into the trash can as wanted.  It was

20   conceived and created by Mr. Chavez's regime for the very

21   purpose of ensuring that he won future elections.  As corrupt

22   as it could possibly be.  And that's the system that the

23   Georgia Secretary of State decided was appropriate to run in

24   Georgia, despite any number of revelations of the myriad

25   problems it has.

1          THE COURT:  The problem I have --

2          MS. POWELL:  A two-year-old can hack these machines

3    as they are now, and we are certainly amenable to having an

4    observer and videotaping the process that we use to create the

5    mirror images, and to submitting it and holding it under a

6    protective order.

7          THE COURT:  And am I correct in expecting that the

8    Defendants further contend that these are -- there is

9    proprietary information on these machines that should not be

10   publicly disclosed?

11         MR. WILLARD:  Yes, Your Honor, as well as from a

12   security protocol standpoint.

13         THE COURT:  Right.  Okay.  Well, here is the

14   problem.  It's Sunday, November 29th at 8:12 p.m.  This motion

15   did not come in until late Friday night.  I was not aware of

16   the motion until Saturday.  And the State, including the

17   Secretary of State, the Governor, and the Elections Board

18   members have hardly had any opportunity to respond to these

19   allegations.  I don't know if that is anybody's fault.  I

20   don't know at this particular point -- I haven't considered

21   the issue of whether the suit should have been brought earlier

22   and the Plaintiffs are guilty of laches.  I have no opinion on

23   that issue at this point.  But what I do have an opinion on is

24   that the burden is on the Plaintiffs, and the relief that they

25   seek is extraordinary.  And although they make allegations of

1    tremendous worldwide improprieties regarding the Dominion

2    voting machines, those allegations are supported by precious

3    little proof.  Now let's just suppose hypothetically that the

4    obligations are true, and there simply has not been time to

5    marshal the evidence in support of those allegations.  The

6    problem with that is that that doesn't create an exception for

7    me as to whether I should grant this extraordinary relief of a

8    temporary restraining order, which of course can only be

9    granted in truly extraordinary circumstances, and the

10   Defendant -- and it's not even clear to the Court that the

11   named Defendants are the proper parties to this lawsuit with

12   respect to this particular form of relief that the Plaintiffs

13   are seeking.  So I am going to deny the Plaintiffs' request

14   for a temporary restraining order on the grounds that the

15   Plaintiffs have failed to carry their burden of showing a

16   substantial likelihood, a real likelihood of prevailing on the

17   merits on this claim, or at least I am going to refrain from

18   granting that relief now.  If, in the course of discovery in

19   this case, the Plaintiffs become -- the Plaintiffs acquire

20   additional proof that would support their allegations that

21   might make a difference, I am happy to revisit this order.

22   But for now, that is going to be the order of the Court.  I am

23   going to deny the request for temporary injunctive relief.

24          And here is what we are going to do regarding the

25   scheduling.  The Plaintiffs' response to Defendants' motion

1    will be due on Wednesday December 2 by -- I am going to change

2    that to 5 o'clock p.m. Eastern Standard Time.  If the

3    Plaintiffs choose to file a reply, it will be due 24 hours

4    after the Defendants' response is filed.  And we will have an

5    in-person hearing in my Atlanta courtroom this coming Friday

6    at 10 o'clock a.m. to consider the balance of the claims that

7    have been raised by the Plaintiffs in their complaint.  All

8    right.  Anything else, Counsel?

9              MR. WOOD:  Judge Batten, this is Lin Wood.  How are

10   you, sir?

11             THE COURT:  Yes, sir.  How are you doing, sir?

12             MR. WOOD:  I am doing well.  Please let me make one

13   request.

14             THE COURT:  Okay.

15             MR. WOOD:  I understand Your Honor's ruling.  I kind

16   of live under the theory that he who has nothing to hide hides

17   nothing.  Would there be any way -- would there be any way to

18   give us a very limited, such for example let us go in

19   tomorrow, pick two or three counties, and then randomly two or

20   three machines and do the forensics on that?  Because at least

21   we would have some information in the event all of these

22   machines end up being wiped clean?  Something very --

23             THE COURT:  At first blush, I don't have -- I would

24   not have too much of a problem with that.  It certainly is

25   more reasonable than what we have talked about.  But the

1   problem is, again, the State has represented to me that -- the

2   Defendants have represented to me, through counsel, that there

3   are security concerns that they have, and I am being asked to

4   decide this on a Sunday night, have been received no evidence

5   from the Defendants because they haven't had a chance.  So I

6   am going to respectfully deny, Lin, your request.  But you

7   know, I am going to leave it with -- it is hard for me to

8   believe -- let me ask this.  Let me put it this way.  Doesn't

9   sound like 159 counties in Georgia are going to have special

10  run-off elections on Tuesday, special election run-offs, I

11  should say, on Tuesday.  Why can't you -- if we can find ways

12  to protect the State's legitimate interest in security and

13  proprietary software, can you not look for the algorithm that

14  you claim is there and any other incriminating evidence from

15  some of the other counties, from one or more of the counties

16  where no election is going to take place Tuesday?  Why can't

17  you do that?

18          MR. WOOD:  Your Honor, this is Mr. Wood again.  We

19  can do that.  And in fact, this one solution would be if we

20  identify a very limited number of machines, number of

21  counties, we can have our experts come in and do a mirror

22  image, we can turn it over to the Court so there are no

23  security concerns, and then it can be examined at a different

24  time.  But the problem is, once the machines are wiped, the

25  evidence is gone.  If there is nothing there, there is nothing

1      there.  But at least we will have an opportunity to check on a

2      limited basis and we can preserve it and secure the security

3      of it by having our experts, with their oversight, mirror

4      image and then turn it over to the possession of the Court for

5      a later review.  But we don't get that opportunity, once lost

6      we will never get it again.  I don't see any harm to the State

7      to preserve this information on a very limited basis.

8              THE COURT:  Okay, I am having a hard time

9      identifying any such harm myself.  Mr. Willard, what would be

10     wrong with the Plaintiffs being granted access to three of the

11     counties not among -- not in any county where there is going

12     to be an election this coming Tuesday, but tomorrow be granted

13     access in three of these where all of the evidence that are

14     obtained by Plaintiffs' experts will be accompanied by

15     forensic experts from the Defendants.  I know you may not be

16     able to line that up by tomorrow, so it probably wouldn't be

17     tomorrow, but where we can have a forensic expert with the

18     Plaintiffs on behalf of the Defendants accompanying and

19     overseeing the Plaintiffs' expert's inspection of the

20     machines; and then with all of the data and all of the

21     information obtained from that inspection, or those three

22     inspections, to be turned over to the Court in camera and not

23     provided to Plaintiffs or their counsel or anybody else until

24     further order of the Court?  That's -- I want to hear your

25     response, Mr. Willard.  But I have to say, at first blush that

1     doesn't sound very unreasonable to me.  What is the response?

2     And again, we are laying aside for a moment whether or not

3     they have sued the right parties.  We are not going to address

4     that yet.  But let's assume that they did, and let's assume

5     that they do have standing, what is wrong with that proposal

6     that I have just suggested?

7               MR. WILLARD:  Well Your Honor, I think you've hit

8     the nail on the head, and it is sort of impossible to set

9     aside *Jacobson*.  There is no redressability here as to any of

10    these machines right now.  They are not in the custody and

11    control of the State Defendants.  You can order us every day

12    this week; we cannot give you access to the Hart County voting

13    machines.  I cannot go in and tell the Hart County Elections

14    Superintendent to do squat in regards to discovery in a case

15    that they are not a party to.  Second, if you are violating

16    trade secrets and security protocols, it doesn't matter if you

17    are doing it for one machine or the entirety of machines.  If

18    Plaintiffs' experts are going to come in with a thumb drive

19    and stick it in and take their screwdrivers out and do

20    everything to these machines, we have no safeguards that we

21    can put in place, in this very compressed time frame that

22    Plaintiffs are wanting to have, where you prevent somebody

23    from sticking that thumb drive in their pocket and walking out

24    the door, or doing something else that is going to impact that

25    machine for future elections.

1           THE COURT:  Mr. Wood, I will give you the last word.

2           MR. WOOD:  I don't believe we will be using

3  screwdrivers.  I think we can do a simple mirror image, they

4  can see it done, and then it will be turned over to the Court.

5  If we've got the wrong parties, we've got the wrong parties.

6  But if we have the right parties, and the Court determines

7  that the Secretary of State does have the authority as we

8  contend that the Secretary of State does, I don't see any

9  harm.  We will turn it over to the Court.  The battles can be

10 fought.  If we win, then we can have -- we can have the

11 examination completed.  But if we don't get something, then we

12 end up with nothing, and we don't know whether or not it was

13 erased.  I don't see any downside, Your Honor.  We turn it

14 over to you and hold it until further rulings in the case.  It

15 is just a matter of preserving some reasonably minimum amount

16 of evidence with respect to some of these machines.

17          MS. POWELL:  I believe there are no elections Your

18 Honor in Cobb, Gwinnett, Cherokee, or Forsyth, or Paulding, or

19 Hall, or Houston, or Hart, or Hancock, all of which we have

20 requested, or Gwinnett or Henry.  In fact, Defendants haven't

21 said where there are any elections at all.

22          THE COURT:  Okay.

23          MR. WILLARD:  One last point, if I could.

24          THE COURT:  Yes.

25          MR. WILLARD:  I would point you -- you know, I know

1    there has been some question about whether the *Jacobson*

2    decision applies to voting equipment, and decisions made

3    regarding voting equipment.  I would point you to the *Anderson*

4    case, *Anderson versus Raffensperger*, decided by Judge Brown

5    last month, the docket number is 1:20-CV-03263.  It is a

6    78-page decision, and it is very well-reasoned.  And pages 62

7    through 68 go into great detail about how the failure to

8    include county election officials presented a redressability

9    problem.  Remember, Your Honor, you didn't choose who the

10   Plaintiffs sued, I didn't choose who the Plaintiffs sued.  The

11   Plaintiffs knew or should have been aware of the *Jacobson* line

12   of cases and its progeny.  You --

13        MS. POWELL:  *Jacobson* is Florida law.

14        THE COURT:  Let him finish.

15        MR. WILLARD:  -- cannot craft relief to county

16   defendants --

17        THE COURT:  Go ahead.

18        MR. WILLARD:  You cannot craft relief that goes to

19   county defendants and equipment in county custody and control

20   where the Plaintiffs have only chosen to sue State Defendants.

21        THE COURT:  Ms. Powell, let me ask you this along

22   those lines of what he is saying.  I understand the

23   distinction that the Plaintiffs have argued through their

24   counsel's emails to me today between this case and *Jacobson*.

25   But you know, it sounds to me that Mr. Willard is probably

1    correct that as a matter of fact and law, the Secretary of

2    State can't call up to Marietta and tell the Cobb County

3    elections officials what to do with their machine.  What you

4    want to do is access the machine.  You are not talking about

5    data results from the election.  You want to actually access

6    the physical machines for a forensic inspection.  And --

7              MS. POWELL:  Your Honor.

8              THE COURT:  Just a second.  And so this is the first

9    time we are really addressing the redressability issue.  Tell

10   me what is the Plaintiffs' response to that.

11             MS. POWELL:  The machines are owned by the State of

12   Georgia.  They were purchased by the State of Georgia for $107

13   million of taxpayer money.  They are controlled by the

14   Secretary of State's office which has legal responsibility

15   both for investigating the fraud and making sure the machines

16   are what are supposed to be used and properly used and

17   enforcing the rules and regulations and laws related to

18   elections for the State of Georgia.  It is clear from the

19   *Curling* decision that we do not have to sue 600 people in 159

20   counties to obtain the relief we want.  It couldn't be more

21   clear as a matter of law.

22             MR. WOOD:  Judge, could I say one last thing?

23             THE COURT:  Yes, sir.

24             MR. WOOD:  And I appreciate this has all been done

25   with not a lot of time.

1              THE COURT:  Right.

2              MR. WOOD:  Again, if we don't have the correct

3    parties, we can add the correct parties before the Court would

4    release for further examination the materials that we would

5    collect in the next day or two.

6              THE COURT:  I don't understand why the Plaintiffs

7    don't just move to add Cobb County as a party to the case, or

8    the Cobb -- I don't know who it is, Cobb County elections

9    officers?  I don't know.  I am not going to give you a legal

10   opinion.

11             MR. WOOD:  Let me say this.  If the Court gives us

12   until Tuesday to examine, we will add the counties that the

13   Court lets us go examine, we will add them tomorrow; add them

14   tonight.  I just don't think -- I think that is a procedural

15   issue, and ultimately one the Court can decide, but there is

16   no harm, Your Honor, in preserving what could be critical

17   evidence with respect to this election.  We are not asking to

18   look at it until we've got it all down pat and Your Honor is

19   satisfied we are entitled to it, but let's preserve at least

20   some small amount reasonably so we don't find ourselves with

21   no evidence simply because the evidence was erased or

22   destroyed.  If there is nothing there, there is nothing there.

23   But, Your Honor, if there is something there, then this state

24   has a serious problem.  And I think it ought to be in the

25   interest of the taxpayers and the voters that this material,

1   on a reasonable basis, limited basis, be preserved so that

2   down the road, if we meet all the other qualifications to have

3   it fully examined, we've at least got it preserved.  That

4   seems to me to be in the best interest of the citizens of the

5   State of Georgia.

6           THE COURT:  Well let me go back --

7           MS. POWELL:  We have obtained access to machines in

8   another state, with no problem of damage to the machines or

9   exposure of trade secrets or any other concern, and in that

10  instance we found that there were 1,474 votes on two rolls on

11  a machine, 1,474 which were changed across the two rolls,

12  almost the same number of voters that voted had their votes

13  completely changed on Dominion machines.

14          THE COURT:  Where was that?

15          MS. POWELL:  That is a county in Michigan.

16          THE COURT:  That was this year?

17          MS. POWELL:  Yes, sir.  Just a few days ago.

18          THE COURT:  Right, okay.  And again, just for my

19  factual understanding, Mr. Willard, are you telling me that if

20  I grant this relief, let's say to -- if I were to add a couple

21  of these counties as defendants, or whatever the right entity

22  or person is that should be the defendant, are you telling me

23  that if I grant this relief for this forensic inspection,

24  there is no way that any election run-off can take place on

25  Tuesday in that county?  Or do you know?

1          MR. WILLARD:  That is my understanding right now.

2     Once again, I am working on Sunday night at 8:28 p.m. and

3     something that I've been aware of for a little over 24 hours.

4     But at this point in time, Your Honor has already indicated

5     which way he was going to rule, and now Plaintiffs are trying

6     to shift the ground underneath us.  The fact is, as I

7     indicated to your clerk last night, Ms. McGowan and I have now

8     given up the entirety of our Sunday, we have responded in a

9     timely fashion, at the Court's request, first on a

10     three-and-a-half-hour turnaround, and then on an hour

11     turnaround, substantively responding to Plaintiffs' arguments.

12     And their responses have been long on rhetoric and short on

13     any authority.  We are at a situation now where if the Court

14     is willing to do what it said it was going to do earlier in

15     this call and earlier this evening via email and deny relief,

16     we go on and we prepare for the Friday hearing.  If the Court

17     is inclined to grant the relief, we would ask you to certify

18     it so that we can immediately take it up to the 11th Circuit

19     and the 11th Circuit can reassure the Plaintiff that it meant

20     what it said when it ruled in *Jacobson*.

21          THE COURT:  All right, I am going to have to think

22     about it.  I am not sure yet what I am going to do, but I need

23     to do some research and think about it a little bit.  I am

24     trying to -- I would like, Mr. Willard -- I am sure we are

25     going to talk again tomorrow.  I guess we ought to just  --

1    let's plan on an 11 o'clock Zoom hearing tomorrow to address

2    some of these issues.  And I am going to want to know -- let

3    me just say, in terms of what I am thinking out loud is that

4    if I were to allow -- let me first ask this question of

5    Ms. Powell and Mr. Wood.  If I were to allow the forensic

6    inspection of either the Cobb or Gwinnett or Cherokee or Hart,

7    whatever -- wouldn't it just be sufficient to add one of those

8    counties?  If it is the same machine?

9            MS. POWELL:  No, Your Honor.  The counties can read

10   differently.  We really request Cobb, Gwinnett, and Cherokee

11   counties at the bare minimum.

12           THE COURT:  Okay.  I hear you.

13           MS. POWELL:  And we can add those as Defendants

14   tonight if that is important to the Court.  I really don't

15   think it's necessary as a matter of law, but we can certainly

16   add them.

17           THE COURT:  Who exactly would you move to add?

18           MS. POWELL:  The Board of Elections of each -- all

19   the members of the boards of those four counties.  We would

20   have to add 12 people.

21           THE COURT:  I heard three counties.  Cobb, Gwinnett,

22   and Cherokee.

23           MS. POWELL:  Three counties, but four people per

24   county, is my understanding.

25           THE COURT:  Okay.  Here is what I would like to do.

1    Mr. Willard, if you could tell me when we resume tomorrow at

2    11:00, if you could tell me, having done a little research,

3    what impact, if any, allowing this forensic examination on

4    these three counties' machines would have on the elections

5    that are supposed to take place Tuesday?  It may be that there

6    is no election in any of those counties, there may be an

7    election in all three of them.  I have no idea.

8              MS. POWELL:  It is my understanding, Your Honor,

9    there is no election in those three counties.

10             THE COURT:  Let me have that confirmed.  I will give

11   Mr. Willard a chance to confirm that tomorrow.  And also --

12             MR. WILLARD:  That was Cobb, Gwinnett, and Cherokee.

13   Correct, Your Honor?

14             THE COURT:  Yes, sir.

15             MS. POWELL:  Correct.

16             THE COURT:  I want to hear a little more on the

17   issue of how would -- you know, one of the issues in the

18   decision of whether to grant injunctive relief is what harm

19   the party opposing the injunction would suffer if the relief

20   were granted.  That is one of the four factors that I am sure

21   all of you know quite well, I certainly would expect that you

22   do.  I know you do.  I would like to hear, Mr. Willard, from

23   you tomorrow morning if you could please tell me -- if you

24   could answer that question for me.  What harm would it do the

25   State or to these Defendants, including any newly added

1   Defendants, if I were to grant that relief?

2           MR. WILLARD:  Your Honor, I will do my best, but it

3   may not be me on the call.  As I indicated to your clerk,

4   we've got two brief responses in the *Woods* case due on

5   Tuesday.  We've already had to give up our Sunday responding

6   to this, after I asked your clerk last night not to schedule

7   anything until after those briefs were filed.  Now because of

8   Plaintiffs' shifting demands, they want to go forward with a

9   hearing in the morning.  Whoever is going to respond to that

10  hearing is going to have to take time away from getting the

11  responses filed in the 11th Circuit on Tuesday, including our

12  client, in the midst of an ongoing state-wide recount for

13  President, in the midst of conducting and supporting county

14  election officials with the December 1st election, as well as

15  getting ready for early and advanced voting for the January

16  5th election.  We --

17          THE COURT:  I understand, Mr. Willard.  Let me ask a

18  question of Ms. Powell.  If there are in fact no elections

19  taking place in those three counties, why does this have to be

20  done tomorrow?  Why do we have to have the answer to this by

21  tomorrow or Tuesday?

22          MS. POWELL:  Time is of the essence, Your Honor, on

23  the entire election proceeding.

24          THE COURT:  I got you.  In other words, the general

25  time-is-of-the-essence principle.  It sounds to me like having

1  a response by 11:00 tomorrow is not necessary and would be
2  unreasonable to expect the Secretary of State, the Governor
3  and the Elections Board Defendants to be able to respond so
4  quickly.  So here is what I am going to do.  I am going to
5  reserve ruling.  I am going to keep the schedule regarding
6  briefing and the hearing, and I am going to reserve ruling on
7  the Plaintiffs' request -- I am going to consider it a motion
8  to amend the pleadings, and a motion to add as parties these
9  elections officers in Cobb, Gwinnett, and Cherokee counties.
10 I want the Secretary of State to let me know -- I will give
11 you a deadline in the second, but what I want the Secretary of
12 State and the other Defendants to let me know is what
13 opposition, if any, they have or what conditions they would
14 like to see complied with if these machines are going to be
15 inspected.  In other words, if they want their own inspector
16 there, et cetera.  I agree with Ms. Powell on the general
17 principle that time is of the essence, but it is not at all
18 reasonable to give the Defendants in this case until 11
19 o'clock tomorrow morning.  There is just no way they can do
20 that.  I am trying to decide right now how much time to give
21 them.  It certainly is going to be this week.  I guess,
22 Mr. Willard, what I would like you to do is let me know, as
23 soon as you find out, but in any event you are going to have
24 to let me know by Wednesday.  That is what my first blush
25 issue is this issue.  I just don't see what the urgency is.

1    The case will still be pending after this week.  So I just --
2    you know, I understand the -- I completely understand the
3    general urgency of the case, but the Defendants have got to
4    have a little bit of time to provide that information I want,
5    which again namely is whether they would oppose these three
6    counties' machines being forensically examined, and why they
7    would -- what the basis for any such opposition would be, and
8    I would want that supported with an affidavit or affidavits
9    from an expert or experts or somebody affiliated with the
10   Defendants who could provide evidence to why that would be
11   harmful.  Again, we are focusing on the -- I believe is the
12   third prong -- I may have them in the wrong order -- of the
13   four-part test, which is what the harm would be to the party
14   opposing the injunctive relief.  So that is going to be the
15   order of the Court.  And I will --
16              MR. KLEINHENDLER:  Your Honor.
17              THE COURT:  Yes, sir?
18              MR. KLEINHENDLER:  I wanted to make one point here.
19   And that is, I understand the State's concern about having us
20   go in and look at their machines.  However, what we have
21   alleged with affidavit testimony is that they are erasing
22   their machines.  So while they are thinking about what the
23   harm is, and while they are figuring out where their elections
24   are that they can't identify, at a minimum, Your Honor, where
25   there are no elections to be taking place, there should be an

1    order entered now that no machine should be erased.  Because

2    that is very troubling, it is spoliation, it's irreparable

3    injury.  That is point one.  I want to make one other point

4    for you, Your Honor.  They mentioned that the county is under

5    an obligation to preserve the evidence of the election.  Let

6    me explain to you what they preserve.  They have these

7    machines that people vote on, and they produce these memory

8    cards.  They make a copy of the memory card, but the machine

9    stays the same.  It's sort of like you have an iPhone --

10            THE COURT:  I understand.

11            MR. KLEINHENDLER:  You can take out the sim, right?

12            THE COURT:  Right.

13            MR. KLEINHENDLER:  So I would ask Your Honor to

14   please order no more erasing machines that are not being --

15            THE COURT:  Okay.

16            MR. KLEINHENDLER:  -- used for these local

17   elections --

18            THE COURT:  That sounds reasonable to me,

19   Mr. Willard, until we resolve this in just a few days.  Do

20   your clients have any objection to that?  The way I would

21   phrase it, and I am going to give you a chance to respond to

22   this, but my inclination is to order and temporarily restrain

23   the Defendants to the extent it is within their lawful

24   authority, from altering or destroying or erasing or allowing

25   the alteration, destruction, or erasing of any of the computer

1    information on any of the machines in these three counties

2    that we discussed, specifically Cobb, Gwinnett, and Cherokee.

3    What is y'all's response?  What is the State's response to

4    that, Mr. Willard?

5              MR. WILLARD:  Your Honor, I will say that there are

6    no State officials, there is no one within the direction and

7    control of any of the named State Defendants who is going to

8    be doing anything in regards to this voting equipment this

9    week or in the coming months.  So you still have the same

10   redressability issue.  You can order us to stop all you want,

11   but if we are not the ones behind the wheel, it is not doing

12   anything.

13             THE COURT:  Well then I would think that the

14   Defendants wouldn't have any problem being ordered to stop.

15   If they are not doing anything, there is nothing for them to

16   stop.  So that is going to be another feature of this order.

17   And we are not going to enter a written order, it will be in

18   the transcript.  But again, to the extent that it's within the

19   Defendants' lawful authority, they shall not alter, destroy,

20   or erase any of this information from any of these three

21   computers, nor will they allow anyone within their control and

22   authority, legal authority, from doing any of those things.

23   It sounds to me like you've been put on notice, Plaintiffs'

24   counsel, by Mr. Willard, quite clearly that you need to direct

25   these concerns towards these county officials.  The State, in

1    this -- obviously the Defendants in this case are disavowing

2    any authority or any responsibility or connection with these

3    county machines in this sense, they are not going to be going

4    down to any -- they are not going down to Lawrenceville or

5    Canton, or Marietta to try to erase any of these machines, the

6    concern that -- is Mr. Kleinhendler?

7              MR. KLEINHENDLER:  Kleinhendler, Your Honor.

8              THE COURT:  I was close.  Closer than you usually

9    get, I'll bet.  So let's do that.  Why don't we do this, why

10   don't we have a Zoom call tomorrow afternoon at 4 o'clock

11   where we will wait to hear back from someone on behalf of the

12   Defendants, if it is either Mr. Willard or someone else, to

13   respond, and let us know if there is something that the Court

14   is missing regarding the inspection, the forensic examination

15   of these machines.  So my --

16             MR. WILLARD:  Your Honor?

17             THE COURT:  Yes, sir.

18             MR. WILLARD:  Your Honor, we have moved again from

19   Wednesday.  To say --

20             THE COURT:  All I want tomorrow, Rus, is an update.

21   If they can give us an update.  If you want to update.  In

22   fact, I will leave it like that.  But if you want to update

23   us, just let us know tomorrow, and we'll be ready for a call

24   at 4 o'clock.  But if you don't have anything to report

25   tomorrow, that is perfectly fine.  I understand the competing

1   interests that the Defendants have.  They are trying to juggle
2   a lot of balls in the air at one time.  I understand that.
3   Let me know if you know something tomorrow.  And if not -- I
4   guess, you know, I am -- I have to admit, you know, when I
5   think out loud like this, which is not something judges enjoy
6   doing because it gets pointed out to them that they are
7   changing their mind.  And I am inclined to agree with
8   Mr. Willard on this.  Let's wait until Wednesday to hear back
9   from Mr. Willard.  How about something in writing,
10  Mr. Willard, by the same time that the brief is due on
11  Wednesday, 5:00 p.m., in response to this inquiry that the
12  Court has as to the basis for any opposition by the Defendants
13  to this particular relief regarding the forensic examination
14  of the Dominion equipment in these three counties.  That is
15  what the order of the Court is going to be.  And contrary to
16  what I said a minute ago, I will put it in writing so everyone
17  can see it and it will be clear and you don't have to read the
18  transcript.  That order will be entered either tonight or
19  more -- I would say almost certainly not until tomorrow
20  morning.  Okay?  Anything else, Counsel?  Yes, sir?
21          MR. WILLARD:  Just two procedural points.  One, do
22  you want as a unified filing on Wednesday, or do you want us
23  to make them as two separate filings?
24          THE COURT:  Separate filings.
25          MR. WILLARD:  All right.  So I won't need, I think

1    at this juncture, to ask for a page limit extension, but I may
2    revisit that issue with the Court.
3            THE COURT:  You can have however many pages you
4    need.  There is no limit on the pages.
5            MR. MACDOUGALD:  The Plaintiffs as well, Your Honor?
6            THE COURT:  The Plaintiffs' response as well.
7            MR. MACDOUGALD:  Thank you.
8            MR. WILLARD:  Your Honor, the second point, and now
9    that you have said that you are going to reduce this to
10   writing, I know that there has been a lot of rumor, innuendo,
11   and misinformation spread out there regarding what has taken
12   place in a number of courts around the country, and this Court
13   today, there were a number of social media posts made about
14   this Court's indication of the two earlier rulings.
15           THE COURT:  Right.
16           MR. WILLARD:  I ask you to make clear in your order
17   that only the State Defendants are being enjoined by anything
18   in your order and it is not enjoining any county officials
19   from doing anything.
20           THE COURT:  Not at this time.  They are not parties
21   to the case yet.
22           MR. WILLARD:  Thank you.
23           MR. WOOD:  Judge, for what it's worth, when we add
24   them tonight, we will be sending spoliation litigation hold
25   letters.  I think they have already received those a week ago,

1    but we will redo it.

2                THE COURT:  And Mr. Willard, just to be clear, you

3    are referring to -- you refer to the Governor and the

4    Secretary of State, not the other members of the Elections

5    Board?  Is that right?

6                MR. WILLARD:  I am actually referring -- I'm sorry?

7                THE COURT:  The Governor and the Secretary of State.

8    Let's see, of course I don't -- the Governor is a party and of

9    course the Secretary of State is a party, and then we have

10   the --

11               MR. WILLARD:  The Election Board --

12               THE COURT:  -- four other Election Board members.

13   And what you just wanted to make clear to me, or clarify with

14   me, was that it was your understanding that the order I am

15   going to enter would only be enjoining the Governor and the

16   Secretary of State and not the four Election Board members who

17   are also named as Defendants.  Am I right about that?

18               MR. WILLARD:  No, Your Honor.  I am requesting that

19   you make clear in your order that only the State Defendants

20   are enjoined, and there is no injunction against any of the

21   unnamed county defendants.

22               MR. KLEINHENDLER:  Your Honor, this is Howard again.

23   I think your language earlier was right on.  You said you are

24   going to enjoin the State Defendants and anybody in their

25   control.  And our argument is that all these counties are

1    under the control of the Secretary of State.  So now if the
2    State wants to play a game and say, well, we have no ability
3    to control the counties, okay, we will deal with that on a
4    sanctions motion.  But I think you were very clear, Your
5    Honor, anybody -- the Defendants and anybody under their
6    control.  What the State is asking for now is to wiggle out of
7    that order, and I would urge you not to give to them that
8    language.  It is enough for you to say the Defendants in the
9    case and anybody under their control.
10             THE COURT:  Okay.  I understand the issue.  The only
11    point I was trying to make with Mr. Willard was I was trying
12    to see if he was trying to exclude the Governor.  I understand
13    that his main point was really that I was not ordering
14    directly any county officials to do or not do anything.  I
15    understand that that is what he was saying.  I think I
16    understand it.  I am actually clear on it.  So I think
17    everybody has their marching orders, we know what to do.  I am
18    the one that has to move next.  I have to enter an order that
19    clarifies all of this, and I think I do that with no problem.
20    It will probably be in the morning, okay?
21             MR. MACDOUGALD:  Judge, one housekeeping matter.  In
22    terms of serving future papers and filings on the Defendants,
23    can we agree or can the Court order that service on
24    Mr. Willard and Ms. McGowan is sufficient service on the State
25    Defendants?

1          THE COURT:  I can't order them to waive their right

2     to be served.

3          MR. MACDOUGALD:  Okay, but what we would have to do

4     otherwise is send the papers directly to the State Defendants.

5          THE COURT:  Right.  That is a matter for you and

6     Mr. Willard to discuss when I am not on the line.  If the

7     Defendants want to acknowledge and waive service that is fine,

8     and if they don't that is not something that I am going to

9     upset with a ruling.

10          MR. MACDOUGALD:  Okay.

11          THE COURT:  We are adjourned, and you will hear from

12     me in the morning.  Y'all have a good night.

13                    (End of hearing at 8:48 p.m.)

14                         * * * * *

15                    REPORTER'S CERTIFICATION

16

17     I certify that the foregoing is a correct transcript from

18     the record of proceedings in the above-entitled matter.

19

20                         _____

21                         Lori Burgess
                           Official Court Reporter
22                         United States District Court
                           Northern District of Georgia
23                         Date:  November 30, 2020

24

25

**Below please find a Tweet of Congressman Jody Hice, including a video proving that the "pipe burst" at the State Farm Arena in Fulton County, Georgia never happened. Further, this shows election workers working in the wee hours of the morning, pulling "votes" out from under the table after they lied to poll workers and sent them home.**

https://twitter.com/CongressmanHice/status/1334609467703521283?s=20

https://youtu.be/nVP_6oHm4P8