IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, et al.,<br><br>    Plaintiffs,<br>v.<br><br>BRIAN KEMP, et al.,<br><br>    Defendants. | CASE NO.<br><br>1:20-cv-4809-TCB |

# NOTICE OF FILING

Come Now the Plaintiffs and submit this Notice of Filing of the following:

1. The Supplemental Declaration of Eric Quinnell, Ph.D. and S. Stanley Young, Ph.D. as Exhibit "A";

4. The Declaration of Stephen Joseph Matzura, Jr., as Exhibit "B"; and

5. The Declaration of Wilburn J. Winter, Jr., attached as Exhibit "C."

Respectfully submitted, this 6th day of December 2020.


                                        /s Sidney Powell*
                                        Sidney Powell PC
                                        Texas Bar No. 16209700

2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*Application for admission pro hac vice
forthcoming

CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

*Attorneys for Plaintiffs*


The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing Notice of Filing with the Clerk of Court using the CM/ECF system which will cause service to made upon counsel of record therein.

This 6th day of December 2020.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 4630s76

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956