# Exh. A

# Supplemental Declaration of Eric Quinnell, Ph.D and S. Stanley Young, Ph.D.

December 6, 2020

Pearson v. Kemp, Case No. 1:20-cv-4809-TCB

United States District Court for Northern District of Georgia

Expert Response of Eric Quinnell, PhD and S. Stanley Young, PhD

Eric Quinnell, Ph.D.

S. Stanley Young, Ph.D.

1

## I.   BRIEF RESPONSE

Today, we reviewed a response from Jonathan Rodden, PhD, and graduate student William Marble which attempts to make arguments to render our timeseries analysis ungrounded.  We thank the two authors for their report, as they were privy to data that we did not have and have thereby granted us more data to strengthen our argument.

Due to the exceptional time requirements of the expedited case and filing deadlines, our response must be brief. As provided in other filings, our qualifications and CVs have already been provided to the court. Our rate of compensation is $0/hour, which is in stark contrast to what Dr. Rodden already filed, citing $500/hour.

Dr. Rodden and Mr. Marble (RM) cast doubt on the validity of Edison time series data. As already seen in our affidavit, we cited multiple timestamps of the analyzed data points being stable for over 24 hours, nullifying any of the human-error examples RM pointed to in other states. Without access to any other data, one is free to question the validity of the Edison data and query a representative of Edison Research to attest to their data's availability and fidelity. Final checks of the end of the timeseries corroborate the voting tallies from the Secretary of State.

RM provided us a reinforcing data point showing a graph where nearly 100% of all absentee ballots were received by the Nov 3 deadline. They follow with a multitude of hypotheses to explain the possible timeseries results – seemingly preferring the theory that the vote counters could only process 50% at one time. This constraint is a curious theory, as we understand that ballots were allowed to be opened, scanned, and presumably organized in a centralized location when received for a full 3 week period before November 3rd. Nonetheless, this hypothesis merely strengthens our argument that it is mathematically impossible to have a result where no precincts in all of Fulton county have greater than 70% of their absentees counted.

RM literally reinforces our argument by providing a simulation to achieve 100% of all absentee votes in some precincts in the first 50% of processing. They provide a coin-flip simulation and successfully regenerate our distribution of Trump's absentee vote tallies per precinct, declaring that one *should expect* 100% bins. Their simulation works for Trump data; it fails to produce the Biden result. Had they read our affidavit, they would realize the 0.01% probability constraint we cite in paragraph 31 is for the Biden distribution specifically. The RM Biden graph is not provided because it is mathematically impossible – not improbable; impossible.

RM concludes their remarks suggesting skewness and kurtosis are non-relevant metrics to describe a distribution pattern, while querying why we would bother to compare statistics against a skewness of 0 and kurtosis of 3. Comparing against these values is the "standard method" in all of science that uses comparisons against the "standard normal" until proven otherwise. Note they are named "standards" because they are standards. As to our argument, the skewness and kurtosis of the Biden distribution again reinforce quantitatively that the data set is bad.

Finally, as mentioned in many responses to Dr. Rodden at this point, nowhere in our affidavits do we claim any hypothesis or fraud in the data itself. Our analysis is on the available data as it stands. To quote RM, "Simply put, the histograms that are presented in QY's report are roughly what we should expect based on elementary probability theory." We agree that the data should be normally distributed in a bell-shaped distribution. Elementary probability theory says the Biden data is corrupted as it is not bell-shaped; we need no advanced method to prove it so. A query to Edison Research or access to the SoS timeseries data would easily provide an answer – but as it stands, the available data timeseries points cannot co-exist mathematically.