# Exh. B

# Declaration of
# Stephen Joseph Matzura, Jr.

## Declaration of Stephen Joseph Matzura, Jr.

Pursuant to 28 U.S.C Section 1746, I, (Name), make the following declaration.

1. I am over the age of 21 years and I am under no legal disability, which would prevent me from giving this declaration.

2. I spent five years in the U.S. Navy with the rating STG3, where I held a top secret clearance from 1998 through 2002. I spent my time at four bases: Naval Amphibious Base, Coronado, CA; NSGA, Kunia, Hawaii; Lackland Air Force Base, San Antonio, Texas; Anti-Submarine Warfare Base (Naval Base Point Loma), San Diego, CA.

3. I reside at 1012 N. Ocean Blvd. # 811 Pompano Beach, FL 33062

4. My affidavit highlights two videos and four photos found on the Internet showing presumably Ruby Freeman and presumably her daughter (Shaye Freeman Moss) in one of the photos at an election site in Georgia with potential election irregularities.

5. Two of the images are freeze frame images of presumably Ruby Freeman prior to moving suitcases of ballots from the four screen split videos that have gone public on the news.

6. One of the photos shows a photo of presumably Ruby Freeman with a name identifying Ruby Freeman on her desk. The identifier was a sign stating 'La Ruby's Unique Treasures'.

7. One of the videos shows what appears as election material being handed off (video USB handoff) by presumably Shaye Freeman Moss

who I believe is Ruby Freeman's daughter. Presumably Ruby Freeman appears in that video as well.

8. The other video is presumably Ruby Freeman videoing herself at an election center filled with ballots and boxes.

*Stephen Joseph Matzura Jr.*

Name:   Stephen Joseph Matzura, Jr.

Date:   12/06/2020

Location:   1012 N. Ocean Blvd. # 811 Pompano Beach, FL 33062