# Exh. C

# Declaration of Wilburn J. Winter, Jr.

# Declaration of Wilburn J. Winter, Jr.

1. My name Wilburn J. Winter, Jr. I am over 21 years of age and I am competent to testify in this action. I am a resident of and a registered voter of Fulton County, Georgia. All of the facts stated herein are true and based on my personal knowledge.

2. I was appointed and served as a Republican member of the Fulton County Vote Review Panel ("VRP") from October 27, 2020 through December 4, 2020. When a ballot is cast and it is unclear as to which candidate the voter intended to vote, under Georgia Law, the VRP is called upon to determine the intent of the voter and, when the intent of the voter is determined, adjudicate the ballot accordingly. During the period October 27, 2020 to December 4, 2020, the VRP adjudicated ballots of the following: (a) the General Election of November 3, 2020 ("General Election"); (b) the manual hand recount of the General Election; (c) the recount of the General Election regarding the Presidential race only; and (d) the runoff election of December 1, 2020.

3. On December 2, 2002, as a member of the VRP, I adjudicated both electronic images of ballots and paper ballots of the recount of the General Election regarding the Presidential race only. I believe that the paper ballots were absentee ballots that were mailed in or deposited in a drop box but not ballots that were cast in person at polling places.

4. While adjudicating the paper ballots, I observed that some of the paper ballots had been folded and some of the ballots had not been folded ("Pristine Ballots"). I inspected the Pristine Ballots by rubbing my finger across the filled-in oval adjacent to the name of the candidate for whom the voter was voting. I could tell that the oval was filled in manually and was not filled in by a printer.

5. I showed both a folded ballot and a Pristine Ballot to the Fulton County Elections Department official who was supervising the VRP and asked why some of the ballots were not folded. The official stated that when a ballot is spoiled or otherwise-not able to be processed, a Fulton County Elections Department person creates a duplicate ballot from information on the original ballot that was not able to be processed. The official explained that this duplicate, unfolded ballot is the Pristine Ballot I observed. I never observed the original spoiled ballot. The Pristine Ballots were not marked "Duplicate" nor was the designation of the polling place indicated on the Pristine Ballot.

    Note: Georgia Code Title 21. Elections § 21-2-483 states:
    (f) If it appears that a ballot is so torn, bent, or otherwise defective that it cannot be processed by the tabulating machine, the superintendent, in his or her discretion, may order the proper election official at the tabulating center or precinct to prepare a true duplicate copy for processing with the ballots of the same polling place, which shall be verified in the presence of a witness. All duplicate ballots shall be clearly

labeled by the word "duplicate," shall bear the designation of the polling place, and shall be given the same serial number as the defective ballot. The defective ballot shall be retained.

6. I estimate that my VRP team, consisting of a Democrat VRP member and me, adjudicated at least 100 paper ballots of which at least 20 were Pristine Ballots. On December 2, 2020 there were three other VRP teams and I believe that those other VRP teams had roughly the same mix of Pristine Ballots and folded ballots because the ballots each team was assigned were drawn from the same large stack of ballots.

I declare under penalty of perjury that the foregoing is true and correct.

December 4, 2020

*[signature]*
Wilburn J. Winter, Jr.