## AFFIDAVIT OF GARLAND FAVORITO

I, Garland Favorito, of Roswell Ga., do solemnly declare the following statements to be true and correct based on my 40+ year career as an IT professional and my experience as the co-founder of Voters Organized for Trusted Elections Results in Georgia (VoterGA). I am over the age of 18 years and declare under penalty of perjury the following:

1. I have prepared this affidavit to explain why it is imperative to immediately preserve the elections system components in Antrim County, Michigan and Ware County, Georgia so that a forensic examination can be immediately undertaken to determine why these counties flipped votes from President Trump to Former Vice President Biden in the 2020 Presidential Election and to help identify whether or not other counties may have experienced similar, yet undetected, vote flipping.

2. I have no vested interest in the outcome of this particular race since I did not vote for either of the two Presidential candidates whose votes are in question nor am I a member of either political party of the two candidates.

3. I am a career Information Technology professional with over 40 years of experience including internet systems design, business systems analysis, database administration, application development, systems development methodology, systems integration, systems development life cycles, computer programming, project management, and multi-factor security implementations for financial transactions. My experience includes medium- and large-scale mission-critical applications in banking, financial systems,

health care, accounting, manufacturing, inventory, purchasing, retailing, utilities, telecommunications, insurance, software development and services.

4. In 2006, I co-founded Voters Organized for Trusted Elections Results in Georgia (VoterGA) which continues to be a leading advocate for Election Integrity in the state. I have spent roughly 18 years in part-time research, analysis, production of studies and conducting of presentations throughout Georgia regarding the states current and previous voting systems.

5. On November 3rd, Georgia conducted its 2020 General Election which included a race for President of the United States.

6. On November 11th, the Secretary of State (SOS) announced that the state of Georgia would conduct an audit of the Presidential race. He ordered all counties to perform a full hand count of votes cast.

7. On November 16th, the State Elections Director instructed counties in a memo to certify the Dominion electronic results if all ballots were processed.

8. Upon completion of the full hand count audit on or about November 19th, the SOS certified and published election results on the SOS web site.

9. I served as a monitor for the full hand count audit in Fulton and DeKalb counties prior to state certification and a subsequent recount conducted on or about November 25th at the request of the President after election results certification.

10. As a monitor, I noticed the counties employed slightly different practices for the audits and recounts within the general guidelines provided by the state and using the equipment owned by the state.

11. During the audit on November 14th and 15th, I noticed monitors were not allowed to monitor the data entry point in DeKalb and Fulton counties to determine if audit results were being entered correctly. I also observed a single, unmonitored individual who entered results in Fulton County. I further noticed that some Fulton County officials told monitors to stay away from the data entry point on several occasions.

12. During the audit, I noticed that counties entered their data into a central Secretary of State system; they possessed no total results of their own audit, and they relied on the SOS office to tell them what their audit results were.

13. Because the audit reporting procedure adopted by the SOS broke the chain of custody and violated the basic principles of bottom up election reporting, VoterGA volunteers engaged in a project to attempt to confirm audit results directly with the counties.

14. During our project, we found a few counties that performed extra due diligence in maintaining their own hand count audit results to verify the total results reported to them from the SOS office. We used these hand count audit numbers gathered from the counties to compare to election results published by the SOS for the counties.

15. During our audit result gathering project, Dr. Earl Martin, a former Waycross City Commission candidate, reported that the Ware County hand

count audit identified an electronic vote flip of 37 votes from President Trump to former Vice President Biden for the same number of ballots cast in the Presidential race.

16. I was already aware that about 5,500 votes had been flipped from President Trump to Vice President Biden in Antrim County, Michigan and that the county uses a nearly identical version of the Dominion Democracy Suite 5.5 software used throughout Georgia.

17. I had previously assembled information about the Antrim County vote flip from local Detroit news sources and two national Election Integrity advocate groups that include one or more advocates in Michigan.

18. I requested Dr. Martin to confirm the vote total difference in writing with the Elections Director, and he forwarded me the confirmation from Ware County Elections Director, Carlos Nelson.

19. I reviewed the original published election results for Ware County and then called Director Nelson to personally confirm the 37 vote flip between the electronic results and the hand count audit as the Director explained to Dr. Martin in his Email reply.

20. Director Nelson confirmed to me the 74 vote difference and indicated he believed the hand count audit to be correct. He also stated that all precinct scanners were configured identically and not changed prior to the election.

21. I am aware the county experienced some problems that may have warranted on site Dominion technical support during the election to help process the

ballots. These types of technical problems would not have caused votes to flip from one candidate to another on a given ballot.

22. I then evaluated the known facts about both occurrences of vote flipping in Michigan and Georgia based on my IT experience, voting system knowledge and information received from the national Election Integrity groups.

23. I determined the two general possibilities that could explain the vote flipping incidents are:

   A. Vote flipping malware that was resident on the county Election Management System (EMS) or possibly one or more precinct scanners.
   B. A ballot definition or a configuration mismatch between the county EMS sand the precinct scanners.

24. I considered that a ballot definition or configuration mismatch would more likely result in a mis-alignment of results among all three Presidential candidates rather than a swapping of results between two candidates. (For example, Trump results moving to Biden and Biden results moving to Libertarian candidate Jorgenson or vice versa). Vote swapping would be more indicative of intentional programming.

25. I also considered that the exact same type of vote swapping occurred in both states even though no other types of mismatches are known to have occurred in any other county in the country.

26. I furthered considered that Director Nelson told me all of his precinct scanners were configured identically thus further reducing the possibility of ballot definition or configuration mismatches in his county.

27. Given these considerations, I concluded it is more likely that vote swapping malware existed on both the Michigan and Georgia county election management servers.

28. The closeness of the Presidential election and the impact of the results in Michigan and Georgia on that election, demand an immediate forensic examination of the Dominion system in both states.

29. In light of the evidence above, I believe it is imperative to immediately preserve the elections system components in both counties including the election management servers, scanned ballot images and associated memory devices containing those images so that a forensic examination can be immediately undertaken.

30. I was prepared to offer this testimony and more as the 6th witness of the President's legal team during the December 3rd State Senate hearing but the chairman moved my name to the bottom of the list and closed the hearing without calling me.

31. I have prepared this affidavit in the interest of non-partisan Election Integrity for which I have advocated strongly throughout the last 18 years

32. As I said above, I did not vote for either of the two Presidential candidates mentioned nor am I a member of either political party of the candidates.

DATED this the 6th day of December, 2020

_____
Signature of Affiant

SWORN to subscribed before me, this 6th day December, 2020

_____
NOTARY PUBLIC

My Commission Expires: _____