Name: <u>SCOTT G. HALL</u>     Phone:   (404) 661-4102

County: <u>FULTON</u>     Address:  270 17th St NW
                                    Atlanta, GA 30363

## AFFIDAVIT

COMES NOW, <u>     SCOTT G. HALL     </u>, after being duly sworn makes the following statement under Oath.

My name is <u>   SCOTT GRAHAM HALL   </u>.

I am over the age of 18 years and I AM under no LEGAL disability which would prevent me from giving this declaration. If called to testify in a court of law with proper jurisdiction, I would testify under oath to the following facts.

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I was an Election recount monitor at the Georgia World Congress Center on Saturday, November 14, 2020 and Sunday, November 15, 2020. Saturday morning during the manual recount of the mail-in ballots, I observed large quantities of ballots being cast for Joseph Biden on ballots that did not appear to have been mailed.

3. The ballots appeared to be lightly folded and not as if they were never inserted into an envelope. Most importantly, the bubbles that one would select to choose their candidate appeared to have been marked by a printer and not a writing instrument. They were the exact same markings, with no different color inks, and no markings outside of the bubble as if they were all done perfectly.

4. Additionally, on Sunday, November 15, 2020 around Noon, almost all of the monitors and counters left, a table was set up in the far right-hand corner of the lunch area, outside of the secure area that was roped off for counting where it was not visible from security cameras. I noticed on the bag it was labeled "Welcome". I have attached a photograph of the table and area.

The secure area to count ballots is attached (See Exhibit 1).
The lunch area outside video surveillance is attached (See Exhibit 2)

5. On Tuesday, November, 24, 2020 I was a monitor at the English Street Warehouse where every single vote in Fulton County arrives via a thumb drive to be uploaded to the RTR (Real-Time Readers). I was surprised to see pallets of absentee ballots, Election Day ballots (including early vote ballots) of every possible precinct style. (See Exhibits 3, 4, 5 and 6)

6. The Fulton County employees were fantastic, I even bought everybody lunch. (See Exhibit 7). **I cannot say the same for the contractors who absolutely, under no circumstances, would not allow me to enter the lunch room?** I was subsequently told there were several contractors, Dominion, "Happy Face" (temp service?), Corporate Temp Service, Vote at Home and The Elections Group. I made several verbal requests to identify these contractors and whom they work for. They were very uncooperative and evasive.

7. On Friday, November 25 I was a monitor at the Georgia World Congress Center and I observed several ballot bags that were missing their red security tags. I asked the GWCC Security and Fulton County Deputy Sheriff (Kenneth McKinnon) and explained that I needed to memorialize this defect and I was in an area where photographs were allowed. I took out my phone, took the image (Exhibit 8) and a Fulton County employee insisted that I be removed for taking this photograph. This event was memorialized by at TV interview by NTD.com. The video can be found HERE.

8. On Wednesday, December 2, 2020 I went to the English Street Warehouse and observed that all of the pallets of blank ballots had been removed.

9. I asked an IT specialist to read all of the available Dominion training materials to determine if one had access to the batches on the thumb drives, could they be easily modified and manipulated? His answer was as simple as dragging files to a trash folder and dragging new ballots onto the thumb drive before they were uploaded to the RTR. His declaration and power point are attached. (Exhibit 9)

I declare under penalty of perjury that the foregoing is true and correct. Executed this the ___3rd___ day of _____DECEMBER_____, 2020.

_____(Seal)

Sworn to and subscribed before me this the
__3rd__ day of __December__, 2020.

_Susan F. Voyles_
Notary Public
My Commission Expires _____ (Notary Seal)

[Notary Seal: SUSAN F VOYLES, NOTARY PUBLIC, FULTON COUNTY, GEORGIA, MY COMMISSION EXPIRES FEBRUARY 04, 2024]

Exhibit 1



Exhibit 2



Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6



Exhibit 7



Exhibit 8



## DECLARATION OF DAVID CROSS HERE IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER

I, David A. Cross, declare under penalty of perjury that the following is true and correct:

1. I am over the age of 18 years and competent to testify herein. I have personal knowledge of the matters stated herein.

2. I attended the 2nd Georgia election recount at The Georgia World Congress Center on Wednesday, November 24th, 2020.

3. I identified 9 ballot transport bags that were not secure and were missing their security zip tabs.

4. The ballot transport bags without security tags are as follows:

| 12J | 08 B/C | 07 C |
|---|---|---|
| 08 D | 12 KIN or 12 K/N | 07 A |
| AP 05 (zero 5) | 12 F | 10K 11H |

5. Ballot transport bag 10K 11H is shown below with no security tags and a close-up is shown below the first picture.

1





6. I notified 3 other official recount witnesses about the unsecure ballot transport bags and walked them over to the area where they are stored. When I approached the ballot transport bags, I used my foot to point to one of the bags that

[00584021.]                                   2

had no security tag. I was immediately accused of touching the bag and told that I must leave.

7. Before I left, I notified a member of the press, Melina Wisecup, and her photographer about the unsecured ballot transport bag, told them I was being asked to leave, and them asked them to document the unsecured bag.

8. Officers Keith McKinnon and Lt. James Swofford were summoned to escort me out. Before we left, I showed both officers the unsecured ballot transport bag.

9. Photographs were taken (the photo above) and I made a statement to the reporter.

10. A new story was made and is accessible here
https://www.ntd.com/security-concerns-during-georgia-recount_532930.html

I declare under penalty of perjury that the foregoing statements are true and correct.

*[signature]*
DAVID A. CROSS

11/27/2020

STATE OF _Georgia_
COUNTY OF _Gwinnett_

{00584021. }                                                   3

# Declaration

## My Background:

I have been working in IT Support since 1997. I have provided all Levels of support starting with call center for major computer vendors to Sr Network Engineer for a CLEC/ISP. I have multiple industry certifications from various hardware manufactures, and a Computer Networking Degree from Front Range Community College.

## Purpose of Review:

I was asked to review everything I could find about Dominion Voting systems and see if there was anything that in the system that would allow votes to be changed from one candidate to another. This process was started after it was noticed that there were anomalous numbers in the reported voting results. And poll workers performing the first hand recount in Georgia filing affidavits concerning large batches in the thousands of Absentee ballots came in pre-printed on different paper with no creases, appearing to have never been mailed, all with Democrat selections.

## Findings:

After digging around some online (YouTube) training videos where found hosted by Dominion Voting in a manner that you could only get to by direct link backup and some Dominion Voting System User Manuals. After examining the manuals and videos I found that it is 100% possible to reject, replace, or delete multiple batches of ballots at a time. I have included a PDF file detailing the way the system could easily be used to perform such acts. As well also learned if performed correctly it would be possible to not only make the counts match in the event of an audit, or recount. The manipulation could be done by any individual with direct access to one of the computers, which every county had at least one, either directly or remotely, by any person with access credentials. This could be a county employee, a contractor, or a Dominion employee. Depending upon the backup plan used it might be possible to detect some of the manipulations, but only if there where frequent backups, and each set of backups where saved in a separate time stamped location. The default backup option of the system overwrites the previous backup so unless the extra steps where put in place to keep each file separate no older version would be available to recover. Once a batch of ballots have been deleted the associated files would be deleted from the system including ballot images and associated log files from scanners themselves. I can not verify that any of this occurred however I can confirm it is possible.

## Additional Notes of Interest:

I also found the system does support the ability to perform Ranked (or Weighted) contests, this is a requirement of Minneapolis Minnesota. Without access to the original election configuration file, and the software to open it I can not tell if it was used or not, but it is supported. This type of system would be used to give different candidates votes a different value or ratio which is something that has been talked about in some states.

John Wable

*[signature]*

# How To Steal an Election

On Dominion Voting System

# Sources



Results Tally & Reporting – User Procedures
Unlisted
78 views • Oct 26, 2017

Dominion Voting
84 subscribers



Democracy Suite® EMS Results Tally & Reporting User Guide
Version: 5.11-CO::7
May 28, 2019

# What I Learned Reading the Manual

- The software interface allows the users the ability to decide on their own if they want to validate a batch of ballots and publish them, or if they want to reject them, delete them or replace them. All on the fly.
- The Software allows multiple selections to made at time either by holding ctrl, shift while clicking, or by clicking a select all button on the screen
- It is possible to only import parts of data as well ignoring logs and Ballot Images
- The system has all the tools needed built in, it's up to the user to decide how they use those tools

# Import Data Tool



System only imports the parts of the file the User selects.

# Reject Batches of Ballots

- As batches of ballots are scanned into the system the computer operator can reject any batch at anytime multiple selections allowed



# Post Rejection Options

- Delete the Batch
- Create a New Temporary Replaceable Manual Batch



# Manual Batch

- When creating a manual batch you can enter desired results



# But the Hand Count Won't Match Up

- You can scan a batch of fake pre-printed, un-creased, Absentee ballots when no one is watching and replace the Temporary Manual Batch
- This removes the manual entry from the system



Figure 12-1: Result Pair Resolution screen