Name: ███████████████

County: COBB ███████████████

## AFFIDAVIT

COMES NOW, ███████████████████████, after being duly sworn makes the following statement under Oath.

1. My name is ███████████████

2. I am over the age of 18 years and I AM under no LEGAL disability which would prevent me from giving this declaration. If called to testify in a court of law with proper jurisdiction, I would testify under oath to the following facts.

I was a recount monitor for Cobb County on November 15 from 3:00pm to end of counting for that day.

It was not possible to actually audit the votes being counted, all we could do was observe the re-count process and if the teams followed the guidelines as described in the "Audit/Recount Monitor and Vote Review Handout". I had no way of determining if the counting/sorting was correct nor if the tally sheet was correctly filled out, let alone if the ballots were legitimate. This was due to only having 4 monitors on the floor and 40 tables of audit teams and having to keep a distance so as not to "interfere" with the counters. Additionally the machine ballots were in too small of a print for me to see anything other than they were machine ballots.

Many of the team tables did not follow the process as described in the Audit/Recount Monitor and Vote Review Panel Handout. I pointed them all out to the floor supervisors who made an attempt at correcting, but ultimately, none of the procedural errors I discovered were corrected. For example:

Team 19, the individual sorting, calling the vote and counting was the same. The second person was distracted and not paying attention. He was elderly and not engaged at all. (In this case, the team was ultimately removed from the floor, about 2 hours after I pointed them out to a floor supervisor).

Team 14: very sloppy. Trying to sort and count the ballots at the same time. They were not using sorting trays and had various stacks all over their table. This team appeared untrained in the process. Another case with an elderly team member who had a very hard time keeping up with the sloppy methods of the counter/sorter. I have no confidence in the accuracy of their counting. They both got confused, couldn't reconcile their tally with the original tally sheet and needed a supervisor to step in. The eventually began using the sorting trays, but it didn't last and they went back to their sloppy methods.

counting floor though. An exterior door was left open for the duration of my time there. I assumed it was for smokers to come and go from the counting room. I felt it was a security concern.

I declare under penalty of perjury that the foregoing is true and correct. Executed this the __3__ day of __DECEMBER__, 2020.

(Seal)

Sworn to and subscribed before me this the __3__ day of __Dec__, 2020.

_(signature)_
(Notary Public)
My Commission Expires 5/31/2020 (Notary Seal)