# Exh. A

# Supplemental Report of Russell Ramsland

# December 6, 2020

*Pearson v. Kemp*, **Case No. 1:20-cv-4809-TCB**

# United States District Court for Northern District of Georgia

## Expert Report of  Russell J. Ramsland, Jr.

_____

**Russell J. Ramsland, Jr.**

# RESPONSES TO DR. REDDON:

1) I have read the Dr. Reddon's rebuttal to my affidavit dated December 5, 2020 and find it unconvincing in a real world scenario for several reasons.  The first of these reasons is the broadly recognized importance of contextual factors in inferring various analytical results from research data whether the considerations involve ecological fallacies, corporate fallacies or individualistic fallacies. Simply put, an over-reliance on inferred results without taking into consideration the events and their time- sequencing, the parties of input and influence (corporate or individual) *and the historical and contemporary backdrop in which they exist* ("spiraling contextuality" in political science jargon) yields false assurances in the outcomes. Dr. Reddon makes this very mistake in his arguments for his counter analysis that essentially boils down to the notion that Dominion machines cannot be held responsible for what our team found as highly anomalous reporting in favor of Biden using 3 different metrics because they are placed in historically democratic heavy areas to begin with.  Therefore we should expect this self-fulfilling outcome. There are several problems with Dr. Reddon's argument.

2) The first example of failing to recognize contextual matters is Dr. Reddon's apparent assumption that any such selection of Dominion Systems by a heavily democratic area is divorced from Dominion's history and alliances. It is absurd to make such an assumption as the previous 4 affidavits of Spider and my own affidavit make clear. Further, the new affidavit of Spider adds to the enormity of the importance of viewing any anomaly in the context of Dominion's history and relationships. [1]  Clearly Dominion's history and alliances are of tremendous importance to the decision makers who select these systems, and part of that history includes its vulnerability to being tampered with by inside or outside actors. For instance, in the real world of power politics it cannot be easily dismissed as a potentially attractive feature in certain cases, and in this sense the relationship between Dominion's selection and the heavy bias of Dominion outcomes may certainly be related.  Hence no amount of correlation between Dominion selection by more heavily democrat counties has anything useful to add to the question of whether Dominion systems are innocent of fraud or tampering. That question is still wide open and our three perspectives on anomalous behavior in our analysis of this question is at least as valid as Dr. Reddons.

3) The second example of failing to recognize contextual matters is illustrated by one of the very sources Dr. Reddon uses in his analysis, Verified Voting. This organization has historically been a champion of actual paper ballots and scanners (as opposed to ballot marking devices, etc. as used by Dominion) for the very reason they are so vulnerable to manipulation within the system and audit trails can be erased, changed or even bypassed since many aspects of them are now voluntary as selected by the user. However, as of late Verified Voting has come under intense criticism by some of it's own experts. Important excerpts from Fast Company's article about it in 2019 include:

---

[1] andy_huang_affidavit, Spider, 12.5.2020

"Amid heightened concerns about the integrity of the voting process in the run-up to the 2020 presidential election, two election security experts recently quit Verified Voting, a respected election accountability group, in protest. They claim that it has been downplaying security risks in popular voting machines.

Richard DeMillo, a Georgia Tech professor who sat on Verified Voter's advisory board, just left the group, soon after the departure of UC Berkeley statistics professor Philip Stark, a board member who sent a fiery letter of resignation on November 21st. Stark and DeMillo believe that Verified Voting has been giving election officials false confidence in their voting machines and providing cover for the companies that make and sell the machines." It further says "Amid heightened concerns about the integrity of the voting process in the run-up to the 2020 presidential election, two election security experts recently quit Verified Voting, a respected election accountability group, in protest. They claim that it has been downplaying security risks in popular voting machines.

Richard DeMillo, a Georgia Tech professor who sat on Verified Voter's advisory board, just left the group, soon after the departure of UC Berkeley statistics professor Philip Stark, a board member who sent a fiery letter of resignation on November 21st. Stark and DeMillo believe that Verified Voting has been giving election officials false confidence in their voting machines and providing cover for the companies that make and sell the machines.

In his resignation letter, Stark accused the group of being on the "wrong side" by approving pricey new voting systems that replace hand-marked ballots with computer-printed ballot summary cards [BMD], the accuracy of which he questions since they depend on potentially insecure software. . .

Since the election interference in 2016, many states and localities have been moving to voting machines called ballot marking devices that record the voter's choices digitally and also print them on a paper ballot as a backup. And there's the disconnect. The findings of the RLA depend totally on the assumption that the paper ballots accurately reflect the choices of the voter. Stark and DeMillo warn against making that assumption.

"Because there is software between the voter and the paper, what the paper shows might not be what the voter did or saw . . . on the device," Stark told me. That's because the software could be hacked and caused to create a false paper ballot. In close elections, it might take only a small number of these to change the result."

And then finally, lest anyone think the so-called audit in Georgia of it's Dominion machines (the same machines as in Maricopa, Co.) answered any questions about Dominion, Stark says "In Georgia and particular, the kind of audit that was done is called a ballot polling audit, and a ballot polling and *it doesn't even check the tabulation at all*," Stark told me. "It just checks whether there is a sufficiently large majority to report a winner and a sufficiently

large sample that it's implausible that somebody else won." (italics and underline is added)[2].

4) These are but two examples of why no one should rely on merely a standalone analysis without taking into account the real world background and facts. Yet this is precisely the argument Dr. Reddon posits.  Without context, it becomes merely an analytical argument of whose facts, which data, what approach is the superior one. While we are comfortable with our approach, which I will more thoroughly outline later, we would not argue it alone is sufficient to eliminate all other context and would say the same for Dr. Reddon's thesis.

5) This leads me to the second problem which is that there are the many documented vulnerabilities in Dominion's voting system wherein the votes are demonstrably switched, and many experts have testified and written about the many ways this can be accomplished.  These proven problems go more directly to the real question at hand and have been extensively examined by experts include Harri Hursti, Matt Blaze of Georgetown University and John Halderman of Michigan, and there are many others.[3] The State of Texas has refused to certify Dominion for use in Texas due to it's deficiencies, saying "Specifically, the examiner reports raise concerns about whether the Democracy Suite 5.5-A system is suitable for its intended purpose; operates efficiently and accurately; and it safe from fraudulent or unauthorized manipulation".[4]

6) Further, spot field testing of results in Antrim Co., MI. that uses the same Dominion equipment as most of Georgia., have now shown in Antrim Co. that as a result of a hand recount, 6,000 votes were switched by the machines. Additionally, a re-tabulation on November 6th of the November 3rd tabulated results in Central Lake Township yielded dramatically different results as well (see attached Antrim Report V1.7).  Then on December 3rd, from Ware Co., Georgia (that also uses the same Dominion equipment as Maricopa Co.) comes the report and sworn affidavit of Garland Favorito that a hand recount, as reported in Voter/GA "confirmed the Dominion Democracy Suite 5.5 system used throughout Georgia flipped dozens of votes cast in at least one county for President Donald Trump to former Vice President Joe Biden during the November 3, 2020 election. Dominion vote flipping from Trump to Biden was previously believed to have occurred only in Antrim County, Michigan where the system swapped 6,000 votes from Trump to Biden.

---

[2] https://www.fastcompany.com/90441559/two-experts-quit-election-accountability-group-over-claims-it-has-been-endorsing-untrustworthy-machines

[3] 2006 Hacking Democracy video
2020 Kill Chain video
Everest Report
C-Span Panel: ICIT - Cybersecurity and U.S. Voting Systems (2016)
Matt Blaze Testimony before before US Hse. Comm. On Administration (1/9/20)
Red Team Testing Report Dominion Democracy Suite 4.14-A and Dominion Democracy Suite 4.14.A.1 w/ Adjudication 2.4  - 11 -18 -14 - Freeman, Craft, McGregor Group

[4] https://www.sos.texas.gov/elections/forms/sysexam/dominion-d-suite-5.5-a.pdf

In Georgia, Ware County Elections Director confirmed that the recently completed hand count audit totals showed the total electronic vote count shorted Donald Trump 37 votes and added those 37 votes to totals for Joe Biden. The 74 affected votes represents .52% of the 14,192 county votes cast, exactly double Biden's total statewide margin of .26%". [5]

And from Maricopa Co. AZ where Dominion is also the vote counting system comes further proof that the same sort of machine vote switching behavior is happening there.  The sworn affidavit of GOP chairwoman Linda Brickman as reported in the Epoch Times saying "Maricopa County GOP chairwoman Linda Brickman on Nov. 30 testified before members of the Arizona State Legislature that she personally observed votes for President Donald Trump being tallied as votes for Democratic presidential nominee Joe Biden when input into Dominion machines.

Brickman, the GOP head of one of the country's largest counties and a veteran county elections worker, submitted her testimony in a sworn affidavit under penalty of perjury. She testified that she and her Democratic partner witnessed "more than once" Trump votes default and shift to Biden when they were entering votes into Dominion machines from ballots that couldn't be read by machines.

7) This brings me to Dr. Reddon's totally incorrect assertions about the use of algorithms being used in the Dominion voting machines.  The use of an algorithm being used in the vote counting is evident from a number of perspectives. First, there are decimal places being incorporated into the supposed vote totals instead of whole number votes. This can be viewed from the NYT times Edison data.  In the time series shown below, note the percentages in Time Series 2020-11-04T01:10:54Z  that shows 3 decimal places (.471) displayed in the percentage distribution for Biden of the 579,645 votes. But note Trump percentage is only 2 decimal places (.52).  One might wish to argue that the issue of decimal places appearing in the vote number is simply due to the fact only 3 decimal places are displayed, and that if 20 or 30 decimal places were displayed, multiplying the percentage decimal by the total votes would yield whole numbers appearing as votes, instead of points with decimal places. And therefore there is no evidence in this illustration that an allocative algorithm was utilized. The problem with this is two-fold. The first is the percentages do not come close to 100% regardless of rounding. But the much bigger problem is that by displaying only 2 decimal places for Trump when 3 could clearly be displayed, makes it clear that Trump's share of the 579,645 votes is EXACTLY .52 at that time.  Therefore, multiplying .52 X the 579,645 vote total yields 301415.4 votes for Trump, a vote that clearly displays decimals. This is totally contrary to Dr. Rodden assertion that Dominion RCV voting is incapable of producing non-integer vote totals, and if he were to read Dominion's own manual he would find it too doesn't agree with him. See "Fixed Precision Decimals" in the manual page below:

[5] https://voterga.files.wordpress.com/2020/12/press-release-dominion-flips-trump-votes-to-biden-in-ga-county.pdf

***Source:*** https://static01.nyt.com/elections-assets/2020/data/api/2020-11-03/race-page/georgia/president.json

| state | timestamp | eevp | trump % | biden % | TV | BV |
|---|---|---|---|---|---|---|
| georgia | 2020-11-04T01:04:54Z | 10 | 0.495 | 0.495 | 257210.415 | 257210.415 |
| georgia | 2020-11-04T01:05:56Z | 10 | 0.502 | 0.488 | 268269.302 | 260787.688 |
| georgia | 2020-11-04T01:06:57Z | 11 | 0.516 | 0.474 | 293312.46 | 269438.19 |
| georgia | 2020-11-04T01:10:54Z | 11 | 0.52 | 0.471 | 301415.4 | 273012.795 |
| georgia | 2020-11-04T01:11:58Z | 12 | 0.512 | 0.478 | 332111.36 | 310057.09 |
| georgia | 2020-11-04T01:12:16Z | 12 | 0.517 | 0.474 | 339754.822 | 311496.684 |

Illustration calculating the "points" for each candidate from the NYT Edison time series by multiplying the votes by the percentage to show the calculated votes/ (TV = Trump Votes) (BV = Biden Votes)

***Source: Democracy Suite EMS Results Tally & Reporting User Guide Version: 5.11-CO::7 May 28, 2019***

Chapter 11 - Ranked Choice Voting

separately. By leaving it unchecked all results will not be separated per precinct. This option is relevant for STV, because calculating surplus transfer for each precinct separately will create a higher total surplus transfer remainder than when surplus transfer is not separated per precinct.

- **Pause After Round**: When this option is selected the tabulation session will pause the tabulation session after each round. If it is not selected the session will continue until the end or until a manual tie break is required.
- **Fixed Precision Decimals**: This option allows you to specify how many decimals the votes should be represented during calculation, this is relevant only for the STV and Points IRV methods where votes and points are expressed as fractional values.
- **Skip Overvoted Rankings**: This option allows the algorithm to skip over-voted rankings and proceed to the next ranking. No over-votes will be recorded if this option is used and consequently not be shown in RCV reports. If this option is not selected, overvotes will be recorded for this contest when the algorithm reaches an overvoted ranking.
- **Votes to include in threshold calculation**: The user has the option between two variations of calculating the threshold value used to elect candidates:
  - **Continuing Ballots Per Round**: Each round the total number of ballots assigned to candidates is calculated and used in the division that calculates the threshold. This means the threshold will lower as an increasing amount of ballots are exhausted in subsequent rounds.
  - **Continuing Ballots 1st round**: Each round will re-use the total number of ballots assigned to candidates in the first round for each subsequent round. Therefore the threshold will remain the same throughout the tabulation.

NOTE: If first round suspension option is used, the suspended ballots will not be included in the threshold calculation.

- **Perform Elimination Transfer in Last round**: The tabulation system will stop early if it detects that the number of continuing candidates is equal to the number of positions left to be elected plus one. For example, if the number of positions to elect is one, and if the system detects that only two candidates remain at the start of the round, the candidate with the least amount of votes is eliminated and the remaining candidate is elected without going into another round. This option allows the algorithm to perform the elimination transfer for the elimination transfer to the winning candidate if that winning candidate did not yet reach the threshold. Note: This option only applies the IRV or Points IRV methods.
- **Assign Skipped Rankings to the set of Exhausted Ballots**: This option allows the algorithm to assign Skipped Rankings to the set of Exhausted Ballots. If this option is not selected, any rankings that are left

8) The second piece of evidence that an algorithm is being utilized comes from our observation that the percentage of the votes submitted in each batch that went

towards a candidate remain unchanged for a long series of time and for a number of *consecutive* batches is extremely concerning. Further, the percentage for Trump decreases in a mathematically extremely consistent pattern. The red arrows indicate the impossible consistencies.  The statistical impossibility of the consistent percentage reported to Biden approaches zero. This makes clear an algorithm in the election system is allocating votes based on a percentage.



9) These sorts of problems, ranging from clear cyber vulnerabilities from inside or outside actors to an algorithm actually "awarding" or "distributing" points instead of whole votes, simply should never occur in a secure voting system and all of these are proof Dominion EMS system is not secure.

10) This leads me to the third problem in Dr. Reddon's analysis that concerns actual proof of illegal activities with respect to the actions of individuals operating the election, be they Dominion personnel or county personnel.  The ease and possibility of this type of activity is most graphically laid out in video footage first presented at the Subcommittee of Georgia Oversight Committee on December 3, 2020 wherein it was made clear that observers of the Georgia count were mis-led into thinking that counting had stopped and immediately after clearing the room boxes of ballots were pulled from under tables and a mad dash for counting them ensued, including excerpts where stacks of ballots were scanned multiple times.[6]  Unfortunately, Dominion equipment doesn't preclude multiple scans and repetitive counting of the same ballots.

11) With regards to most of the questions raised by Dr. Reddon as to ASOG's analysis of Voting irregularities in Georgia, and it's sources, I list the following full report:

---

[6] https://twitter.com/KanekoaTheGreat/status/1335027487357616128

# Georgia Report:



**Georgia Corrected Votes**



*Biden Reported Vote Total far Left (medium blue), Democrat House Vote total (dark blue), center Republican House Vote total (burgundy), (4th column light blue) Biden Corrected Vote total if (DEM HOUSE + (REP HOUSE - Trump Reported Vote))*
*BIDEN STILL COMES UP SHORT, 40,000 votes. ELECTION FRAUD is all but certain.*

# Georgia Precinct Level By: ASOG

GA Precincts - Simultaneous Massive Reporting at 2020-11-04T06:36:11.798Z

The largest batch of released votes in GA was around 200k at once. This is way larger than any other batch of votes released in Georgia in the 2020 USA General Election and it came at a convenient time. Hundreds of precincts reported abnormally high numbers of counted votes simultaneously.



~200,000 votes in one batch

largest batch in GA 2020 General Election

~80% of those votes went to Biden

simultaneous irregularity in hundreds of precincts

For batches that contain 1-200 votes, Biden consistently gets a higher percentage for that group of votes. For example, there are 298 instances of 10 votes in a batch. Biden won 78.5% of those votes.



Data derived from [Source: Clarity / State of GA website] are presented comparing the total votes by Presidential candidate in the state of Georgia. 27 Counties were analyzed, and these 16 counties were selected to include in the graph where there was the highest increase in Democrat votes between 2016 and 2020. Within each county, only the top-8 precincts are shown based upon the total DNC vote in 2016. The "dark red" stacked bar represents votes received by President Trump in 2016 with the gain in 2020 represented by the "light red" stacked bar. The "dark blue" stacked bar represents votes received by candidate Clinton in 2016 with the gain in 2020 by candidate Biden represented by the "light blue" stacked bar. Counties are in descending order from left to right by the # of votes gained by Biden in 2020 vs Clinton in 2016. The blue line is plotted against the right axis and represents the % gain for Biden over Clinton in 2016, or the ratio between the light blue and dark blue stacked bars. Further analysis is recommended for any precinct where the Biden gain is >40%, especially in precincts where there is not a corresponding %'age gain for Trump. In a closely contested election gains over 20% are exceptional and statistically uncommon and usually only explainable through redistricting and other structural factors. There are 44 precincts depicted among these 16 counties and 128 total precincts where Biden gain is >40%, representing 37% of total depicted precincts.

**Top 16 precincts by county**



**Top 8 precincts by county**



State: GEORGIA
County / Precinct Vote Turnout by Major Party, for Select Counties with Highest Dem 2020 Gains



State: GEORGIA
% Vote Allocation by Candidate (left axis) and Turnout Ratio Biden/Trump (right axis)





# Evidence of Fraud in Conjunction with Use of Dominion BMD Machines By: ASOG

**Evidence of Fraud in Conjunction with Use of Dominion BMD Machines**

Data Used: 2020 Votes by County, 2017 US Census demographics by county, 2018 U.S. Election Assistance Committee voting machine information. All data is available.

Overview
We used multiple statistical tools and techniques to examine if the use of voting machines manufactured by different companies affected 2020 US election results. We found the use of the Dominion X/ICX BMD (Ballot Marking Device) machine, manufactured by Dominion Voting Systems, and machines from HART Intercivic, appear to have abnormally influenced election results

Key Findings:

- In counties using Dominion BMD voting machines, candidate Biden appears to have consistently received 5% more votes than he should have received
- Biden over-performed predicted/expected values in 78 % of the counties that used Dominion or Hart machines. In counties with other machines, Biden over-performed only 46% of the time (anything close to 50% is normal/expected)

Methodology

The research used a two-phased approach. Phase One developed a predictive model which accurately predicted Biden results for every U.S. county. Phase Two used the results from Phase One to investigate if results from counties using machines from Dominion Voting Systems, or any other type of machine, were significantly different from results from other counties.

# Phase One

Our data included votes for each county in the United States and U.S. Census variables from 2017. We conducted multiple regression analysis using U.S. Census data to develop a model/equation to predict in any county what percentage of the vote could reasonably be expected to go to candidate Biden. While naturally the percentage Biden actually achieved in each county fluctuates from the predicted value, we found for most counties the model does a good job in predicting what should be Biden's percentage of votes won. (A few counties in some States are outliers. See our analysis paper "Identification of Counties with Potential Fraudulent Vote Counts")
The graph below shows, for each county, our predicted values for Biden plotted against the actual/final tally attributed to Biden. (Note the values go from .00 (0% for Biden) to 1 (100% for Biden)). As evidence in the graph, the predictive model does a good job of predicting actual values for Biden – with the actual values for Biden being scattered seemingly "randomly" above and below an unseen centerline. There are some data points that are too "extreme" – which could indicate fraudulent data in those counties. However, overall, the model does a good job of predicting actual Biden vote percentages.



# Phase Two

After we developed our predictive model, we obtained a data file from the U.S. Election Assistance Commission showing the voting machines used by each county in the United States. Recent media reports called into question the machines from Dominion Voting Systems, so we decided to look at our data to determine if the election results were the same in counties that used Dominion machines compared to the rest of the counties.

Basic Analysis 1: Biden Performance by Machine Type

To aid in this research we calculated the number of percentage points Biden was over or under our predicted value in each county. Our initial analysis then examined Bidens's over/under performance against voting machine type. The results for any machine type should average around zero. The results for most machine types are as we would expect; Biden's over/under performance averages near zero for most counties/machines. However, the election results from counties using Hart machines and the Imagecast X/ICX BMD from Dominion Voting Systems have abnormally high average over-achievement by candidate Biden.
The following graph shows that **in counties that used the Dominion BMD device, Biden's performance was approximately five percentage points higher (Dominion BMD) or six percentage points higher (Hart) than it should have been.**

Basic Analysis 2: Biden Over-Achievement by County by Machine Type

Next, we simply counted, for each machine type, the number of counties in which Biden over-performs expectations and the number of counties in which he under-performs. In normal circumstances any candidate should perform above expectations roughly 50% of the time and under-perform roughly 50% of the time.
We see this normal result in the "Other" machine counties, with candidate Biden performing "above" expected values 46% of the time. However, in the Dominion machine counties, Biden performs above expectations 78% of the time. **This is highly indicative (and 99.9% statistically significant) that something strange is occurring with the Dominion/Hart machines**.



This unusual over/under performance appears in another set of graphs. In the first graph below, we see Biden's actual percentage result plotted against our predicted percentage for every county in the United States. The blue line is our center "prediction" line. For normal circumstances half the counties should be above the blue line and half below. A visual check shows this to be true – and the actual percentages are an acceptable 45% of counties with Biden over-performing and 55% with him underperforming.



Compare that "normal" graph against the following graph that shows the same data, except this time limited

to counties with Dominion's X/ICX machines. This time the majority of counties (78%) are ABOVE the prediction line. This means Biden performed better than expected too often for this to be considered "normal" election results. Only 22% of the counties that used Dominion X/ICX machines underperformed for Biden. This abnormality is significant at the 99.9% statistics level. We are very certain something unusual is occurring.



CHAID Analysis

Our first advanced analysis was a CHAID analysis (Chi-Squared Automatic Interaction Detection) which is designed to search through variables and variable values and segregate them into groups with similar results. In terms of our data, this means the CHAID algorithm searched through the different types of voting machines used – and grouped the machines together that show similar results. If the machines are not having an impact on the results, the resulting CHAID "tree" will not have any groups.

In our case, the CHAID analysis of voting machines showed five separate groups of machines



When looking at all the data (node 0) the mean Biden over/under performance is 0.0. This is what you

expect to see for a decent predictive model. The CHAID algorithm then identifies 5 separate groups of machines, each which seem to impact the results by certain amounts. The first three groups vary by just 0.01 or 0.02 from overall Biden over/under performance of 0.0. These machines are operating close together in terms of results and do not show a major bias for or against either candidate. These machines include several brands of machines, including one older Dominion machine (Evolution/ICE). The fourth and the fifth groups exhibit very different behavior.

The fourth group consists of counties that use Dominion's Imagecast BMD device or Hart's Verity Touch Writer machine. The CHAID algorithm singled out the counties using these machines. They have results that **average 5.5 percentage points above** the overall Node 0 mean on -0.012. This means **in counties using the Dominion or Hart machines, Biden received 5.5 percentage points higher than he was expected to achieve** – or likely **would have achieved if the counties used any other type of machine.**

[The firth group consists of machines specifically delineated in the U.S. Election Assistance Commission data as "other", InkaVote (LA County), or ClearBallot. While these machines/counties may warrant additional investigation, they were used in relatively few counties (InkaVote one county (LA county, CA), ClearBallot only eleven counties) so they were dropped from further investigation.] The above findings are statistically significant at the 99.9% level or higher

Graphical Analysis

The CHAID analysis indicated the Dominion and Hart machines produced results on average 5.5% higher than they should have been compared to counties with other machines. The next question to answer was whether this average of 5.5% was from relatively few counties having extraordinarily high results for Biden, or if several of the "Dominion" counties were showing unusually high results.

A graph (shown next page) clearly shows that the votes from counties using Dominion machine follows a distinct and unusual pattern, which is in fact a very predictable mathematical pattern. If the Dominion counties were acting as they should – like all the other counties – then the green dots (representing Biden's results in counties with Dominion/Hart machines) in the graph below would overlay the blue dots (Biden results in all other counties) in a similar, "mixed up"/random fashion.

We do not see this. Instead, we see the green dots centered higher than the center of the blue dots, meaning the Dominion counties were, on average, performing continuously above the predicted values for Biden had the counties using any other machines. **This indicates the potential fraud was widespread** and impacted vote counts in a systematic method **across many machines and counties.**

**Graph: Dominion/Hart BMD Machines vs. Other Machines**
**(Green = Dominion/Hart, Blue = All Others)**



To aid in this graphical analysis above we added center lines for the Dominion/Hart counties and the "other machine" counties. (see graph next page). The green centerline for the Dominion/Hart counties stays above the centerline for the blue "other machine" counties – clearly indicating the pattern of counties with Dominion machines continuously "outperforming" the other counties with other machines, to the benefit of candidate Biden.



The equation of the blue center line for "Other machines" counties is:
Biden Actual = 0.00 + 1xPredicted Biden
The equation of the green line of "Dominion/Hart" counties is:
Biden Actual = 0.05 + 1.02x(Predicted Biden)
The slopes of these two lines are "nearly" identical (1.00 vs 1.02). Otherwise, the values are the same except for the difference between the intercept/starting values of 0.0 and 0.05. The difference between these two values is five percentage points. This indicates that **the Dominion/Hart machines may have been programmed or manipulated to systematically add five percentage points to Biden's actual vote count.** Again, the statistical significance level of these results is above 99%.

# Conclusion

Our analysis of publicly available data shows evidence of possible fraud involving Dominion Voting System's BMD machines and Hart Verity Touch machines. The analysis shows Dominion machines may have been used fraudulently in multipole counties across the country. It appears the fraud may have been some type of systematic programming resulting in the "over-performance" of candidate Biden by approximately 5% in many of the counties in which the machines were used. The increases in votes occurred in hundreds of counties in the U.S.

The election results from any county in the U.S. that used Dominion BMD machines or Hart Intercivics machines are, in our opinion, not reliable. Federal, State and local officials should take every possible action to investigate and correct the calculated tallies of their elections if they used any of these machines in the vote counting.

In cases where this is not one hundred percent possible, authorities should nullify the vote from their election due to lack of certainty in the results.

## Georgia Time Series Analysis By: ASOG

**Summary:**


Overall, based on the data examined, there is evidence of vote count manipulation, strong statistical suggestion of fraud, and very strong statistical evidence that algorithms were involved in the released vote counts.

**Data source:**Edison Research via the New York Times website



**The top graph:**

The cumulative spread in percentage between Trump and Biden at any point in time during the vote counting is shown in this graph, where Trump is positive percentage.

In other words, a point on the line in this graph represents which candidate is in the lead at any point in time, and by how much. Movement of the line in this graph indicates change in the magnitude a candidate is winning by. If the line slopes up, the votes are moving in a direction that favors Trump. If the line slopes down, the votes are moving in a direction that favors Biden.

**The middle graph:**

The total accumulated votes counted at any point in time for each candidate is represented in this graph. Red is Trump. Blue is Biden.

**The lower graph:**

Each bar on this graph represents what percentage of the votes submitted in each batch went towards a candidate, where Trump is positive, and Biden is negative.

**Analysis:**

There are multiple highly anomalous features in this visualization of this state in the USA 2020 General Election vote count data.

Firstly, I will explain the context of the lower graph and analyze. Every batch of vote counts released represents various groups of people and their votes. These groups of peoples votes are expected to have variance, even if multiple batches were produced out of the same geographic area. Large numbers of votes between multiple candidates are unlikely to have the same percentage of going towards a candidate multiple times in different batches. What we see in the lower graph instead of the expected variance in percentage of votes going to Trump or Biden in each batch are easily distinguishable trends, which are realistically improbable. The statistical probability of that pattern occurring throughout the graph approaches zero. The observation of these trends not only strongly suggests fraud, but also suggests automated and algorithmic tampering of vote counts.

There is a mechanical correlation between the suspected algorithmically generated vote count releases (labeled in blue on the bottom graph) and the relative difference between the line in the upper graph and zero (an intersection with the line at y=0 in the upper graph indicates a change in which candidate is leading). Furthermore, as soon as the line in the upper graph intersects with y=0, the algorithmically generated vote count releases switch to the opposing side - possibly to either maintain or eek in a Biden victory.

Once the majority of apparent real and organic votes ceased to be counted, we are left with large swaths of released vote counts that repeatedly have the same exact percentage of votes in each release going to Biden. By exact, I mean exact. That is until stray batches of apparent organic votes are released, and then the percentage of votes in each release from the apparent algorithmically generated vote counts going to Biden seem to adjust slightly to account for the change, which then continue to repeat in each release, until the next stray organic batch, and the cycle repeats. It is difficult to come up with a realistic scenario where this described phenomenon is not the result of an algorithm behind the scenes.

The hypothesis involving algorithms can be further supported by attempting to reproduce that algorithm and running a simulation of the election where the reproduced algorithm is tasked with re-generating the original apparent algorithmically produced vote count releases.

It is noted that this irregularity may be a result of how the New York Times releases this data.

# Beta Distribution Fit:

Attached are plots showing the election anomaly seen at the precinct level for GA. The top plot shows the percentage difference between Trump and Biden. The middle plot shows the distribution of the two candidates. The bottom plot shows the null hypothesis (what the Biden distribution would be without election fraud) obtained by a beta distribution fit.

The pattern observed is indicative of election Fraud [1]. A reference figure ("reference.png") is attached, where it shows a similar pattern to those observed in GA - a characteristic peak at high vote % for the winner (circled).

The most up-to-date dataset was used. For GA, the state vote count matches that appearing on Fox News. However, for PA and MI, the dataset is incomplete. Nevertheless, the pattern that is characteristic of election fraud already appears for these states. Note that in the 2016 Election the same pattern can also be observed (see attached).



**Reference:**

[1] Statistical detection of systematic election irregularities. Peter Klimek, Yuri Yegorov, Rudolf Hanel, and Stefan Thurner. PNAS October 9, 2012 109 (41) 16469-16473; https://doi.org/10.1073/pnas.1210722109

## 2020 Beta Distribution



## 2016 Beta Distribution



Further additions to the time-series NYT precinct level data: Link

Archive containing the precinct level time-series data files from the links in the above mentioned text file:
Link https://datascience-work-product.nyc3.digitaloceanspaces.com/Georgia-Analysis-Documents-Yuripew%239110/new_nyt_precinct_urls.txt

Archive containing a full flat data file containing all of the parsed data from the currently existing repository of precinct level time-series data. This was created by treating each record in each consecutive precinct time-series data file as a record that needs to be inserted or updated into a data structure: Link https://datascience-work-product.nyc3.digitaloceanspaces.com/Georgia-Analysis-Documents-Yuripew%239110/data_precincts_timeseries.zip

Data file created from the first pages of the below two listed data sources, detailing registered voters and turnout per county for the 2016 and 2020 USA General Elections: Link https://datascience-work-product.nyc3.digitaloceanspaces.com/Georgia-Analysis-Documents-Yuripew%239110/2016_2020_antrim_michigan_registed_vote_rs_and_turnout_per_precinct.csv

Data source for 2016 registered voters and turnout data in Antrim, MI:
2016_unofficial_results_general_election_1182016_1.pdf: Link
http://www.antrimcounty.org/downloads/unofficial_results_general_election_1182016_1.pdf

Data source for 2020 registered voters and turnout data in Antrim, MI:
2020_statement_of_votes_cast_1.pdf: Link
http://www.antrimcounty.org/downloads/statement_of_votes_cast_1.pdf

GA Precincts - Simultaneous Massive Reporting at 2020-11-04T06:36:11.798Z
The largest batch of released votes in GA was around 200k at once. This is way larger than any other batch
of votes released in Georgia in the 2020 USA General Election and it came at a convenient time. Hundreds
of precincts reported abnormally high numbers of counted votes simultaneously.

This graph was generated using the data file contained within precincts_timeseries.zip.

# Mechanisms For Fraud

## Georgia Vote Switching and Mathematical Inconsistencies By: ASOG

# Fraud Report

## Georgia

This report details data anomalies identified in state reported voter counts for the November 2020 General Election for the state of Georgia.  Explicit cases of vote switching from Donald Trump to Joseph Biden were identified in Bibb and Dougherty counties for 12,173 and 11,119 votes, respectively.

Separately, additional fraud mechanisms were identified in Fulton and Chatham counties, where mathematical impossibilities were identified as election day votes incremented and decremented in subsequent timesteps, as total votes remained elevated.  This pattern is inconsistent with national standards and requires explanation as it can be linked to artificial absentee ballot inflation.

A timeseries based algorithm that was trained nationally on 2020 election voter data at the state, county, and precinct levels was used to identify potential fraud datapoints and/or suspicious voting activities.  Subsequent analysis provided context for inconsistencies reported at precinct, county, and state levels, impacting overall election results.  This is first of two reports on these cases.

## Georgia Presidential Election

Algorithmic fraud analysis of voting data for Georgia identified 14 distinct mathematical inconsistencies out of 256 unique time stamps across multiple candidates that significantly impact election results.



*Refers to 14 unique timestamp identification as multiple candidates can be impacted at identical timestamps.
Source: Edison data, NYT API

## Georgia Presidential Election

Multiple fraud mechanisms were identified based on the vote database structure and internal vote calculation processes that are achieved through obscure vote aggregation reporting.



## Georgia Presidential Election

System identified vote switching between Trump and Biden Absentee counts within **Bibb** County occurred at timestamp 2020-11-04T02:11:17Z

This mathematical irregularity resulted in a -2,885 decrease for Donald Trump, where absentee vote totals were reported as switched between the two candidates, as Biden received 12,173 of Trump's Absentee votes.

### Bibb County, GA









Source: Edison data, NYT API    Combination of precinct, county timestamps used for comparative timeseries analysis.

## Georgia Presidential Election

In Dougherty County at 3:23 11/4 a net deduction of -11,120 state and county reported votes for Donald Trump was removed from his total vote count while simultaneously Joseph Biden incremented 11,119 Absentee votes.



## Georgia Presidential Election

Algorithmic pattern detection identified a net vote injection of +5,432 for Biden in Chatham county on 11/4 22:52, where Election Day votes increased for a single timestep before returning to previously reported levels and in the process incorrectly elevating total vote aggregate counts.





## Georgia Presidential Election

Large injections of Election Day votes captured in county and state reporting increment total counts and disappear in subsequent timesteps, leaving total counts elevated with a net cumulative Biden gain vs Trump of +38,547 votes in Fulton County, GA.



# Georgia Presidential Election

Accounting for Election Day state counts not reported publicly in Edison data, Donald Trump absentee vote counts necessarily incremented **negatively** as the increase in Election Day votes *exceeded* the total vote count increase registered in his overall vote count.



| Donald Trump Vote Sequence Impossibilities | | | |

*Consistent with State Reported Totals*

| Incremental Vote Difference: | +29,055 | +7,686 | +751 |

*Election Day votes calculated as Total − Absentee; provisional included   Source: Edison data, NYT API*

## Georgia Presidential Election

Between 11/4 06:12 and 11/4 13:59 Donald Trump Election Day vote counts necessarily incremented **negatively** as the increase in absentee votes *exceeded* the total vote count increase registered in his overall vote count.



## Georgia Presidential Election

Between 11/5 06:23 and 11/5 07:15 Donald Trump Election Day vote counts necessarily incremented **negatively** as increases in Absentee votes were offset by Election vote counts resulting in net 0 total incremental change.



## County Updates

| County | County Update Timestamp | Trump Total | Trump Absentee | Trump Election Day | Biden Total | Biden Absentee | Biden Election Day |
|---|---|---|---|---|---|---|---|
| Bibb | 2020-11-04T00:39:35Z | 0 | 0 | 0 | 0 | 0 | 0 |
| Bibb | 2020-11-04T02:11:17Z | 29,391 | 29,391 | 0 | 17,218 | 17,218 | 0 |
| Bibb | 2020-11-04T05:26:59Z | 26,506 | 18,585 | 7,921 | 43,234 | 34,532 | 8,702 |

## Precinct Updates

| locality_name | Timestamp | Trump Early | Trump Absentee | Trump Election Day | Trump Provisional | Trump Absentee & Early | Trump Total | Biden Early | Biden Absentee | Biden Election Day | Biden Provisional | Biden Absentee & Early | Biden Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Bibb | 2020-11-04T02:12:37 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Bibb | 2020-11-04T02:19:26 | 13,234 | 3,984 | 0 | 0 | 17,218 | 17,218 | 20,380 | 9,011 | 0 | 0 | 29,391 | 29,391 |
| Bibb | 2020-11-04T05:24:05 | 13,234 | 5,351 | 7,921 | 0 | 18,585 | 26,506 | 20,380 | 14,152 | 8,702 | 0 | 34,532 | 43,234 |
| Bibb | 2020-11-09T14:35:24 | 13,234 | 5,374 | 7,921 | 54 | 18,608 | 26,583 | 20,380 | 14,262 | 8,702 | 116 | 34,642 | 43,460 |
| Bibb | 2020-11-10T23:28:22 | 13,234 | 5,375 | 7,922 | 54 | 18,609 | 26,585 | 20,384 | 14,264 | 8,704 | 116 | 34,648 | 43,468 |

## County Updates

| County | County_last_updated | Trump Total | Trump Absentee | Trump Election Day | Biden Total | Biden Absentee | Biden Election Day |
|---|---|---|---|---|---|---|---|
| Dougherty | 2020-11-04T02:59:39Z | 20,189 | | 20,189 | 35,602 | | 35,602 |
| Dougherty | 2020-11-04T03:23:45Z | 20,189 | 4,440 | 15,749 | 35,602 | 11,119 | 24,483 |
| Dougherty | 2020-11-09T17:40:40Z | 10,449 | 6,168 | 4,281 | 24,579 | 17,178 | 7,401 |

## Precinct Updates

| locality_name | Timestamp | Trump Early | Trump Absentee | Trump Election Day | Trump Provisional | Trump Absentee & Early | Trump Total | Biden Early | Biden Absentee | Biden Election Day | Biden Provisional | Biden Absentee & Early | Biden Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Dougherty | 2020-11-04T03:13:51 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| Dougherty | 2020-11-04T03:17:19 | 3,818 | 622 | 4,259 | 0 | 4,440 | 8,699 | 9,123 | 1,996 | 7,313 | 0 | 11,119 | 18,432 |
| Dougherty | 2020-11-04T04:38:29 | 3,818 | 730 | 4,259 | 0 | 4,548 | 8,807 | 9,123 | 2,306 | 7,313 | 0 | 11,429 | 18,742 |
| Dougherty | 2020-11-04T05:24:05 | 3,818 | 811 | 4,259 | 0 | 4,629 | 8,888 | 9,123 | 2,452 | 7,313 | 0 | 11,575 | 18,888 |
| Dougherty | 2020-11-22T02:03:20 | 3,818 | 1,570 | 4,259 | 0 | 5,388 | 9,647 | 9,123 | 5,647 | 7,313 | 0 | 14,770 | 22,083 |
| Dougherty | 2020-11-07T02:53:44 | 3,818 | 2,347 | 4,259 | 22 | 6,165 | 10,446 | 9,124 | 8,015 | 7,317 | 84 | 17,139 | 24,540 |

Source: Edison data, NYT API      Election day includes provisional; Absentee includes Early for county reporting

| County | County_last_updated | Trump Total | Trump Absentee | Trump Election Day | Trump Total Delta | Trump Absentee Delta | Trump Election Day Delta | Biden Total | Biden Absentee | Biden Election Day | Biden Total Delta | Biden Absentee Delta | Biden Election Day Delta | Jorgensen Total | Jorgensen Absentee | Jorgensen Election Day | Total Votes | Total Absentee | Total Election Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chatham | 2020-11-04T02:48:53Z | 4,297 | 4,297 | 0 | | | | 10,580 | 10,580 | 0 | | | | 113 | 113 | 0 | 14,990 | 14,990 | 0 |
| Chatham | 2020-11-04T02:14:55Z | 13,826 | 13,826 | 0 | 9,529 | 9,529 | 0 | 23,718 | 23,718 | 0 | 13,138 | 13,138 | 0 | 348 | 348 | 0 | 37,892 | 37,892 | 0 |
| Chatham | 2020-11-04T02:40:29Z | 23,086 | 13,826 | 9,260 | 9,260 | 0 | 9,260 | 31,880 | 23,718 | 8,162 | 8,162 | 0 | 8,162 | 743 | 348 | 395 | 55,709 | 37,892 | 17,817 |
| Chatham | 2020-11-04T03:00:05Z | 43,304 | 27,310 | 15,994 | 20,218 | 13,484 | 6,734 | 57,241 | 41,660 | 15,581 | 25,361 | 17,942 | 7,419 | 1,386 | 632 | 754 | 101,931 | 69,602 | 32,329 |
| Chatham | 2020-11-04T03:28:06Z | 44,887 | 27,310 | 17,577 | 1,583 | 0 | 1,583 | 58,633 | 41,660 | 16,973 | 1,392 | 0 | 1,392 | 1,461 | 632 | 829 | 104,981 | 69,602 | 35,379 |
| Chatham | 2020-11-04T03:55:15Z | 45,184 | 27,310 | 17,874 | 297 | 0 | 297 | 59,158 | 41,660 | 17,498 | 525 | 0 | 525 | 1,487 | 632 | 855 | 105,829 | 69,602 | 36,227 |
| Chatham | 2020-11-04T06:36:38Z | 45,656 | 27,310 | 18,346 | 472 | 0 | 472 | 59,609 | 41,660 | 17,949 | 451 | 0 | 451 | 1,521 | 632 | 889 | 106,786 | 69,602 | 37,184 |
| Chatham | 2020-11-04T22:52:12Z | 47,595 | 27,310 | 20,285 | 1,939 | 0 | 1,939 | 66,980 | 41,660 | 25,320 | 7,371 | 0 | 7,371 | 1,584 | 632 | 952 | 116,159 | 69,602 | 46,557 |
| Chatham | 2020-11-04T23:10:50Z | 47,595 | 29,249 | 18,346 | 0 | 1,939 | -1,939 | 66,980 | 49,031 | 17,949 | 0 | 7,371 | -7,371 | 1,584 | 695 | 889 | 116,159 | 78,975 | 37,184 |
| Chatham | 2020-11-05T23:58:38Z | 53,173 | 34,827 | 18,346 | 5,578 | 5,578 | 0 | 78,128 | 60,179 | 17,949 | 11,148 | 11,148 | 0 | 1,914 | 1,025 | 889 | 133,215 | 96,031 | 37,184 |
| Chatham | 2020-11-07T05:37:36Z | 53,191 | 34,845 | 18,346 | 18 | 18 | 0 | 78,181 | 60,232 | 17,949 | 53 | 53 | 0 | 1,917 | 1,028 | 889 | 133,289 | 96,105 | 37,184 |
| Chatham | 2020-11-10T13:25:56Z | 53,288 | 34,846 | 18,442 | 97 | 1 | 96 | 78,369 | 60,237 | 18,132 | 188 | 5 | 183 | 1,932 | 1,028 | 904 | 133,589 | 96,111 | 37,478 |

Source: Edison data, NYT API    Election day includes provisional; Absentee includes Early for county reporting

| County | County_last_updated | Trump Total | Trump Absentee | Trump Election Day | Trump Total Delta | Trump Absentee Delta | Trump Election Day Delta | Biden Total | Biden Absentee | Biden Election Day | Biden Total Delta | Biden Absentee Delta | Biden Election Day Delta | Jorgensen Total | Jorgensen Absentee | Jorgensen Election Day | Total Votes | Total Absentee | Total Election Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Fulton | 2020-11-03T08:56:27Z | 0 | 0 | 0 | | | | 0 | 0 | 0 | | | | 0 | 0 | 0 | 0 | 0 | 0 |
| Fulton | 2020-11-04T01:06:55Z | 13,913 | 13,913 | 0 | 13,913 | 13,913 | 0 | 58,946 | 58,946 | 0 | 58,946 | 58,946 | 0 | 664 | 664 | 0 | 73,523 | 73,523 | 0 |
| Fulton | 2020-11-04T01:22:53Z | 17,813 | 17,410 | 403 | 3,900 | 3,497 | 403 | 66,313 | 65,941 | 372 | 7,367 | 6,995 | 372 | 811 | 797 | 14 | 84,937 | 84,148 | 789 |
| Fulton | 2020-11-04T02:38:06Z | 31,230 | 30,476 | 754 | 13,417 | 13,066 | 351 | 107,662 | 105,848 | 1,814 | 41,349 | 39,907 | 1,442 | 1,484 | 1,440 | 44 | 140,376 | 137,764 | 2,612 |
| Fulton | 2020-11-04T02:55:25Z | 41,042 | 38,983 | 2,059 | 9,812 | 8,507 | 1,305 | 131,638 | 122,349 | 9,289 | 23,976 | 16,501 | 7,475 | 2,047 | 1,797 | 250 | 174,727 | 163,129 | 11,598 |
| Fulton | 2020-11-04T03:28:02Z | 49,347 | 43,911 | 5,436 | 8,305 | 4,928 | 3,377 | 154,395 | 142,750 | 11,645 | 22,757 | 20,401 | 2,356 | 2,464 | 2,040 | 424 | 206,206 | 188,701 | 17,505 |
| Fulton | 2020-11-04T03:55:12Z | 60,251 | 51,468 | 8,783 | 10,904 | 7,557 | 3,347 | 175,527 | 159,337 | 16,190 | 21,132 | 16,587 | 4,545 | 2,934 | 2,281 | 653 | 238,712 | 213,088 | 25,626 |
| Fulton | 2020-11-04T04:17:18Z | 69,898 | 58,729 | 11,169 | 9,647 | 7,261 | 2,386 | 196,948 | 173,723 | 23,225 | 21,421 | 14,386 | 7,035 | 3,305 | 2,424 | 881 | 270,151 | 234,876 | 35,275 |
| Fulton | 2020-11-04T05:09:23Z | 80,271 | 69,508 | 11,763 | 10,373 | 9,779 | 594 | 238,418 | 210,421 | 27,997 | 41,470 | 36,698 | 4,772 | 3,668 | 2,681 | 987 | 322,357 | 281,610 | 40,747 |
| Fulton | 2020-11-04T05:34:22Z | 104,888 | 86,146 | 18,742 | 24,617 | 17,638 | 6,979 | 288,497 | 250,234 | 38,263 | 48,079 | 39,813 | 8,266 | 4,495 | 3,109 | 1,386 | 395,880 | 339,489 | 56,391 |
| Fulton | 2020-11-04T06:36:47Z | 105,379 | 86,327 | 19,052 | 491 | 181 | 310 | 289,177 | 252,456 | 36,721 | 2,680 | 2,222 | 458 | 4,536 | 3,125 | 1,411 | 399,092 | 341,908 | 57,184 |
| Fulton | 2020-11-04T08:14:55Z | 120,083 | 86,327 | 33,756 | 14,704 | 0 | 14,704 | 319,268 | 252,456 | 66,812 | 30,091 | 0 | 30,091 | 5,073 | 3,125 | 1,948 | 444,424 | 341,908 | 102,516 |
| Fulton | 2020-11-04T13:59:52Z | 120,083 | 100,982 | 19,101 | 0 | 14,655 | -14,655 | 319,268 | 282,454 | 36,814 | 0 | 29,998 | -29,998 | 5,073 | 3,656 | 1,415 | 444,424 | 387,094 | 57,330 |
| Fulton | 2020-11-04T21:11:50Z | 120,183 | 100,982 | 19,201 | 100 | 0 | 100 | 319,348 | 282,454 | 36,894 | 80 | 0 | 80 | 5,074 | 3,656 | 1,418 | 444,605 | 387,094 | 57,511 |
| Fulton | 2020-11-04T21:43:48Z | 123,332 | 104,131 | 19,201 | 3,149 | 3,149 | 0 | 331,384 | 294,490 | 36,894 | 12,036 | 12,036 | 0 | 5,244 | 3,828 | 1,416 | 459,960 | 402,449 | 57,511 |
| Fulton | 2020-11-05T00:18:44Z | 126,755 | 104,131 | 22,624 | 3,423 | 0 | 3,423 | 344,435 | 294,490 | 49,945 | 13,051 | 0 | 13,051 | 5,460 | 3,828 | 1,632 | 476,650 | 402,449 | 74,201 |
| Fulton | 2020-11-05T00:27:47Z | 126,755 | 107,554 | 19,201 | 0 | 3,423 | -3,423 | 344,435 | 307,541 | 36,894 | 0 | 13,051 | -13,051 | 5,460 | 4,044 | 1,416 | 476,650 | 419,139 | 57,511 |
| Fulton | 2020-11-05T03:00:26Z | 128,040 | 108,839 | 19,201 | 1,285 | 1,285 | 0 | 346,742 | 312,848 | 36,894 | 5,307 | 0 | 5,307 | 5,548 | 4,132 | 1,416 | 483,330 | 425,819 | 57,511 |
| Fulton | 2020-11-05T06:10:52Z | 130,281 | 108,839 | 21,442 | 2,241 | 0 | 2,241 | 357,801 | 312,848 | 44,953 | 8,059 | 0 | 8,059 | 5,709 | 4,132 | 1,577 | 493,791 | 425,819 | 67,972 |
| Fulton | 2020-11-05T07:15:34Z | 130,281 | 111,080 | 19,201 | 0 | 2,241 | -2,241 | 357,801 | 320,907 | 36,894 | 0 | 8,059 | -8,059 | 5,709 | 4,293 | 1,416 | 493,791 | 436,280 | 57,511 |
| Fulton | 2020-11-05T10:53:37Z | 132,222 | 111,080 | 21,142 | 1,941 | 0 | 1,941 | 364,211 | 320,907 | 43,304 | 6,410 | 0 | 6,410 | 5,826 | 4,293 | 1,533 | 502,259 | 436,280 | 65,979 |
| Fulton | 2020-11-05T11:30:35Z | 132,222 | 113,021 | 19,201 | 0 | 1,941 | -1,941 | 364,211 | 327,317 | 36,894 | 0 | 6,410 | -6,410 | 5,826 | 4,410 | 1,416 | 502,259 | 444,748 | 57,511 |
| Fulton | 2020-11-05T16:33:26Z | 133,586 | 113,021 | 20,565 | 1,364 | 0 | 1,364 | 368,864 | 327,317 | 41,547 | 4,653 | 0 | 4,653 | 5,939 | 4,410 | 1,529 | 508,389 | 444,748 | 63,641 |
| Fulton | 2020-11-05T16:45:25Z | 133,586 | 114,385 | 19,201 | 0 | 1,364 | -1,364 | 368,864 | 331,970 | 36,894 | 0 | 4,653 | -4,653 | 5,939 | 4,523 | 1,416 | 508,389 | 450,878 | 57,511 |
| Fulton | 2020-11-05T21:58:39Z | 136,043 | 115,842 | 20,201 | 1,457 | 1,457 | 0 | 373,569 | 336,675 | 36,894 | 4,705 | 4,705 | 0 | 6,082 | 4,666 | 1,416 | 514,694 | 457,183 | 57,511 |
| Fulton | 2020-11-07T07:44:48Z | 136,140 | 116,548 | 19,592 | 1,097 | 706 | 391 | 377,484 | 339,296 | 38,188 | 3,915 | 2,621 | 1,294 | 6,180 | 4,721 | 1,459 | 519,804 | 460,565 | 59,239 |
| Fulton | 2020-11-08T07:20:47Z | 136,716 | 116,550 | 20,166 | 576 | 2 | 574 | 379,095 | 339,402 | 39,693 | 1,611 | 106 | 1,505 | 6,239 | 4,721 | 1,518 | 522,050 | 460,673 | 61,377 |
| Fulton | 2020-11-11T00:10:49Z | 137,200 | 116,772 | 20,428 | 484 | 222 | 262 | 381,057 | 340,476 | 40,581 | 1,962 | 1,074 | 888 | 6,275 | 4,731 | 1,544 | 524,532 | 461,979 | 62,553 |
| Fulton | 2020-11-13T01:21:49Z | 137,240 | 116,772 | 20,468 | 40 | 0 | 40 | 381,144 | 340,476 | 40,668 | 87 | 0 | 87 | 6,275 | 4,731 | 1,544 | 524,659 | 461,979 | 62,680 |

Source: Edison data, NYT API    Election day includes provisional; Absentee includes Early for county reporting

# RESPONSES TO DR. MAYER:

SOURCE: https://elections.sos.ga.gov/Elections/voterabsenteefile.do

In reading Dr. Mayer's response, it appears he doesn't know or failed to isolate or otherwise identify ballot records with no return date that were mailed and not cancelled.  These ballots are, at the very least, "live" ballots and within the Dominion system are available for misappropriation and assignment to people who otherwise

didn't vote.  That is exactly why ballots need to be tracked and affirmatively marked cancelled.  This misappropriation is technically possible, in fact it's technically easy as one can see if they read the Dominion manual.

Our source data was from https://elections.sos.ga.gov/Elections/voterabsenteefile.do. and was downloaded November 16th.

Apparently Dr. Mayer chose a different source of data that had already excluded those ballots with no return date.

Our dataset has about total is 4.3M lines of absentee and early ballots. Those lines include roughly 230,000 lines with no return date.  Parsing those lines to eliminate the C (cancelled), R (rejected) and S (spoiled) ballots still leaves approximately 134,588 ballots that have no received back date *and* the ballot was not marked cancelled.  Therefore, these ballots are available for electronic assignment and manipulation and should be considered as likely candidates for malfeasance.  We can probably agree that there were roughly 100,000 ballots cancelled, but I was highlighting the number of ballots not cancelled that were mailed out. We do not take issue with the number of cancelled ballots, it just wasn't my point.

Finally, these ballots are spread across a number of counties, and in the huge number they represent constitute either gross and widespread negligence, or something worse.