IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> ) CIVIL ACTION NO. <br> v. ) 1:20-cv-4809-TCB <br> ) <br> BRIAN KEMP, *et al.*, ) <br> ) <br> Defendants. ) | |

## NOTICE OF FILING

Defendants Governor Brian Kemp, Secretary of State Brad Raffensperger, and State Election Board Members Rebecca Sullivan, David Worley, Matthew Mashburn, and Anh Le submit this notice of filing of (1) the Declaration of Frances Watson and (2) the Declaration of Juan E. Gilbert, Ph.D., attached hereto.

Respectfully submitted, this 6th day of December, 2020.

/s/ *Charlene S. McGowan*
CHARLENE S. MCGOWAN 697316
Assistant Attorney General

Office of the Georgia Attorney General
40 Capitol Square SW
Atlanta, GA 30334
cmcgowan@law.ga.gov
Telephone: (404) 656-3389
Facsimile: (404) 651-9325

1

Carey Miller
Georgia Bar No. 976240
cmiller@robbinsfirm.com
Josh Belinfante
Georgia Bar No. 047399
jbelinfante@robbinsfirm.com
Melanie Johnson
Georgia Bar No. 466756
mjohnson@robbinsfirm.com

**Robbins Ross Alloy Belinfante Littlefield LLC**
500 14th Street NW
Atlanta, GA 30318
Telephone:  (678) 701-9381
Facsimile:   (404) 856-3250

*Counsel for State Defendants*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been formatted using Times New Roman font in 14-point type in compliance with Local Rule 7.1(D).

>
> */s/Charlene S. McGowan*
> Charlene S. McGowan
> Assistant Attorney General

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day electronically filed the foregoing **NOTICE OF FILING** with the Clerk of Court using the CM/ECF system, which will send notification of such filing to counsel for the parties of record via electronic notification.

Dated: December 6, 2020.

*/s/ Charlene S. McGowan*
Charlene S. McGowan
Assistant Attorney General