IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA, ATLANTA DIVISION

| | |
|---|---|
| CORECO JA'QAN PEARSON, et al.,<br><br>    Plaintiffs,<br>v.<br><br>BRIAN KEMP, et al.,<br><br>    Defendants. | CASE NO.<br><br>1:20-cv-4809-TCB |

## NOTICE OF EMERGENCY APPEAL

Plaintiffs Coreco Ja'Qan Pearson, et al., pursuant to 28 U.S.C. §1291 and Fed. R. App. P. 4, hereby file an appeal to the United States Court of Appeals for the Eleventh Circuit from this Court's Order of December 7, 2020, granting Defendants' Motions to Dismiss and dissolving the Temporary Restraining Order that prohibited destruction of evidence on Dominion Voting Systems equipment in Georgia (Minute Order Doc. 74; Judgment Doc. 75).

Plaintiffs request this Court immediately transmit this notice of appeal to the Eleventh Circuit so that that court may docket the matter, thus enabling Plaintiffs to proceed as quickly as possible to have these urgent issues of national importance addressed.

Respectfully submitted,

/s Sidney Powell

Sidney Powell PC
Texas Bar No. 16209700
2911 Turtle Creek Blvd, Suite 300
Dallas, Texas 75219
(214) 707-1775
*(Admitted pro hac vice)*

/s Howard Kleinhendler
NEW YORK BAR NO. 2657120
Howard Kleinhendler Esquire
369 Lexington Avenue, 12th Floor
New York, New York 10017
Office (917) 793-1188
Mobile (347) 840-2188
howard@kleinhendler.com
www.kleinhendler.com
*(Admitted pro hac vice)*


CALDWELL, PROPST & DELOACH, LLP

/s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

CALDWELL, PROPST & DELOACH, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
(404) 843-1956 – Telephone
(404) 843-2737 – Facsimile
hmacdougald@cpdlawyers.com

Counsel for Plaintiffs

2

The undersigned certifies that the foregoing document was prepared in 13-point Century Schoolbook font and in accordance with the margin and other requirements of Local Rule 5.1.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

## CERTIFICATE OF SERVICE

This is to certify that I have on this day e-filed the foregoing **NOTICE OF APPEAL** with the Clerk of Court using the CM/ECF system which will cause service to made upon counsel of record therein.

This 7th day of December 2020.

s/ Harry W. MacDougald
Harry W. MacDougald
Georgia Bar No. 463076

Caldwell, Propst & DeLoach, LLP
Two Ravinia Drive, Suite 1600
Atlanta, GA 30346
404-843-1956
