# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 TED TURNER DRIVE, SW
ATLANTA, GEORGIA 30303-3361

| | |
|---|---|
| JAMES N. HATTEN<br>DISTRICT COURT EXECUTIVE<br> AND CLERK OF COURT | DOCKETING SECTION<br>404-215-1655 |

December 8, 2020

Clerk of Court
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

      **U.S.D.C. No.:** 1:20-cv-4809-TCB
      **U.S.C.A. No.:** 00-00000-00
      **In re:**    Coreco Jaqan Pearson et al v. Brian Kemp et al

      Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal. Other notices were filed on: 12/2/20 and 12/3/20; USCA Case No. 20-14480-RR.** |
| ___ | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
| ___ | There is sealed material as described below: . |
| ___ | Other: . |
| **X** | **Fee paid electronically on 12/7/20. (Receipt# AGANDC-10458354)** |
| ___ | Appellant has been   leave to appeal *in forma pauperis*. |
| ___ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ___ | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| ___ | This is a **DEATH PENALTY** appeal. |

                                                Sincerely,

                                                James N. Hatten
                                                District Court Executive
                                                and Clerk of Court

                                      By:   /s/P. McClam
                                                    Deputy Clerk

Enclosures