# UNITED STATES DISTRICT COURT

### NORTHERN DISTRICT OF GEORGIA
**2211 UNITED STATES COURTHOUSE**
**75 TED TURNER DRIVE, SW**
**ATLANTA, GEORGIA 30303-3361**

**JAMES N. HATTEN**
**DISTRICT COURT EXECUTIVE**
 **AND CLERK OF COURT**

**DOCKETING SECTION**
**404-215-1655**

December 8, 2020

Clerk of Court
Supreme Court of the United States
1 First Street, NE
Washington, DC 20543

> **U.S.D.C. No.:**  1:20-cv-4809-TCB
> **U.S.C.A. No.:**  00-00000-00
> **In re:**       Coreco Jaqan Pearson et al v. Brian Kemp et al

Enclosed are documents regarding an appeal in this matter.   Please acknowledge receipt on the enclosed copy of this letter.

| | |
|---|---|
| **X** | **Certified Notice of Appeal, Docket Sheet, Judgment and/or Order appealed enclosed.** |
| **X** | **This is not the first notice of appeal. Other notices were filed on: 12/2/20 and 12/3/20; USCA Case No. 20-14480-RR.** |
| ____ | There is no transcript. |
| **X** | **The court reporter is Lori Burgess.** |
| ____ | There is sealed material as described below: . |
| ____ | Other: . |
| **X** | **Fee paid electronically on 12/7/20. (Receipt# AGANDC-10458354)** |
| ____ | Appellant has been   leave to appeal *in forma pauperis*. |
| ____ | This is a bankruptcy appeal.   The Bankruptcy Judge is . |
| ____ | The Magistrate Judge is . |
| **X** | **The District Judge is Timothy C. Batten, Sr.** |
| ____ | This is a **DEATH PENALTY** appeal. |

Sincerely,

James N. Hatten
District Court Executive
and Clerk of Court

By:  /s/P. McClam
Deputy Clerk

Enclosures

4months,APPEAL,CLOSED

# U.S. District Court
# Northern District of Georgia (Atlanta)
# CIVIL DOCKET FOR CASE #: <u>1:20–cv–04809–TCB</u>

Pearson et al v. Kemp et al
Assigned to: Judge Timothy C. Batten, Sr.
 Case in other court:   USCA– 11th Circuit, 20–14480–RR
                                    USCA– 11th Circuit, 20–14480–RR
Cause: 42:1983 Civil Rights Act

Date Filed: 11/25/2020
Date Terminated: 12/07/2020
Jury Demand: None
Nature of Suit: 441 Civil Rights: Voting
Jurisdiction: Federal Question

**Plaintiff**

| | | |
|---|---|---|
| **Coreco Jaqan Pearson** | represented by | **Harry W. MacDougald** |

Caldwell Propst & DeLoach, LLP
Suite 1600
Two Ravina Dr.
Atlanta, GA 30346
404–843–1956
Fax: 404–843–2737
Email: hmacdougald@cpdlawyers.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
Howard Kleinhendler Esquire
369 Lexington Avenue
12th Floor
New York, NY 10017
917–793–1188
Fax: 732–901–0832
Email: howard@kleinhendler.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
Defending the Republic
601 Pennsylvania Ave, NW
South Building
Ste 900
Washington, DC 20004
561–888–3166
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
L. Lin Wood, P.C.
P.O. Box 52584
Atlanta, GA 30355–0584

404–891–1402
Fax: 404–506–9111
Email: lwood@linwoodlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
Sidney Powell, PC
2911 Turtle Creek Blvd
Suite 300
Dallas, TX 75219
214–707–1775
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Vikki Townsend Consiglio**                    represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Gloria Kay Godwin**                    represented by    **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**James Kenneth Carroll**                 represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Carolyn Hall Fisher**                    represented by   **Harry W. MacDougald**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Cathleen Alston Latham**                represented by   **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Jay Van Gundy**  represented by  **Harry W. MacDougald**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Howard Kleinhendler**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia Z. Haller**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**L. Lin Wood , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sidney Powell**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Brian Kemp**
*in his official capacity as Governor of*
*Georgia*

represented by  **Carey Allen Miller**
Robbins Ross Alloy Belinfante Littlefield,
LLC –Atl
500 Fourteenth St., N.W.
Atlanta, GA 30318
678–701–9381
Fax: 404–856–3250
Email: cmiller@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Charlene S McGowan**
Office of the Georgia Attorney General
Assistant Attorney General
40 Capitol Square SW
Atlanta, GA 30334
404–458–3658
Email: cmcgowan@law.ga.gov
*ATTORNEY TO BE NOTICED*

**Joshua Barrett Belinfante**
Robbins Ross Alloy Belinfante Littlefield
LLC
500 14th Street, N.W.
Atlanta, GA 30318
678–701–9381
Fax: 404–856–3250
Email: jbelinfante@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Melanie Leigh Johnson**
Robbins Ross Alloy Belinfante Littlefield
LLC
500 14th Street, N.W.
Atlanta, GA 30318
678–701–9381
Fax: 404–856–3250
Email: mjohnson@robbinsfirm.com
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
Attorney General's Office–Atl
Department of Law
40 Capitol Square, SW
Atlanta, GA 30334
404–656–3300
Email: rwillard@law.ga.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Brad Raffensperger**                     represented by   **Carey Allen Miller**
*in his official capacity as Secretary of*                  (See above for address)
*State and Chair of the Georgia State*                      *ATTORNEY TO BE NOTICED*
*Election Board*

                                                            **Charlene S McGowan**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Joshua Barrett Belinfante**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Melanie Leigh Johnson**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Russell D. Willard**
                                                            (See above for address)
                                                            *ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**David J. Worley**
*in his official capacity as a member of the*
*Georgia State Election Board*

represented by **Carey Allen Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Barrett Belinfante**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Leigh Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Rebecca N. Sullivan**
*in her official capacity as a member of*
*the Georgia State Election Board*

represented by **Carey Allen Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Barrett Belinfante**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Leigh Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Mashburn**
*in his official capacity as a member of the*
*Georgia State Election Board*

represented by **Carey Allen Miller**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charlene S McGowan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Barrett Belinfante**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Melanie Leigh Johnson**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Russell D. Willard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anh Le**                                      represented by   **Carey Allen Miller**
*in her official capacity as a member of*                       (See above for address)
*the Georgia State Election Board*                              *ATTORNEY TO BE NOTICED*

                                                                **Charlene S McGowan**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Melanie Leigh Johnson**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Russell D. Willard**
                                                                (See above for address)
                                                                *ATTORNEY TO BE NOTICED*

V.

**Intervenor Defendant**

**Democratic Party of Georgia, Inc.**           represented by   **Amanda J. Beane**
                                                                Perkins Coie–WA
                                                                1201 Third Avenue
                                                                48th Floor
                                                                Seattle, WA 98101–3099
                                                                206–359–3965
                                                                Email: abeane@perkinscoie.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*
                                                                *ATTORNEY TO BE NOTICED*

                                                                **Amanda R. Callais**
                                                                Perkins Coie–DC
                                                                Suite 600
                                                                700 Thirteenth St., N.W.
                                                                Washington, DC 20005–2011
                                                                202–654–6396
                                                                Email: acallais@perkinscoie.com
                                                                *LEAD ATTORNEY*
                                                                *PRO HAC VICE*

8

*ATTORNEY TO BE NOTICED*

**Halsey G. Knapp , Jr**
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
404−888−9700
Fax: 404−888−9577
Email: hknapp@khlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
Krevolin & Horst, LLC
1201 W. Peachtree Street, NW
Suite 3250
Atlanta, GA 30309
404−888−9700
Email: jlewis@khlawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
Perkins Coie LLP
1201 Third Avenue
Suite 4900
Seattle, WA 98101−3099
206−359−8741
Email: khamilton@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
Perkins Coie LLP
700 13th St NW
Ste 800
Washington, DC 20005
202−654−6200
Email: melias@perkinscoie.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
Perkins Coie
1120 N.W. Couch, 10th Floor
Portland, OR 97209
503−727−2199
Fax: 503−346−2199
Email: mmertens@perkinscoie.com

*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
Office of the United States
Attorney–ATL600
Northern District of Georgia
600 United States Courthouse
75 Ted Turner Dr., S.W.
Atlanta, GA 30303
404–581–6250
Email: susan.coppedge@usdoj.gov
*(Inactive)*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
Krevolin & Horst, LLC
One Atlantic Center, Ste 3250
1201 West Peachtree St., NW
Atlanta, GA 30309
404–888–9700
Email: sparks@khlawfirm.com
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DSCC**                              represented by   **Amanda J. Beane**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Amanda R. Callais**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *PRO HAC VICE*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Halsey G. Knapp , Jr**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Joyce Gist Lewis**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*
                                                       *ATTORNEY TO BE NOTICED*

                                                       **Kevin J. Hamilton**
                                                       (See above for address)
                                                       *LEAD ATTORNEY*

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor Defendant**

**DCCC**                            represented by   **Amanda J. Beane**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Amanda R. Callais**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Halsey G. Knapp , Jr**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joyce Gist Lewis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kevin J. Hamilton**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Marc E. Elias**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Joseph Mertens**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Susan Coppedge**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Adam Martin Sparks**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

| John Mangano | represented by | **Bryan P. Tyson** |

Taylor English Duma LLP
Suite 200
1600 Parkwood Circle
Atlanta, GA 30339
770–434–6868
Fax: 770–434–7376
Email: btyson@taylorenglish.com
*ATTORNEY TO BE NOTICED*

**Intervenor**

| Alice O'Lenick | represented by | **Bryan P. Tyson** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

| Ben Satterfield | represented by | **Bryan P. Tyson** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

| Wandy Taylor | represented by | **Bryan P. Tyson** |

(See above for address)
*ATTORNEY TO BE NOTICED*

**Intervenor**

| Stephen Day | represented by |

**Bryan P. Tyson**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 11/25/2020 | 1 | | COMPLAINT for Declaratory, Emergency, and Permanent Injunctive Relief, filed by Gloria Kay Godwin, Vikki Townsend Consiglio, Coreco Jaqan Pearson, James Kenneth Carroll, Carolyn Hall Fisher, Cathleen Alston Latham, Brian Jay Van Gundy. (Filing fee $400, receipt number AGANDC–10418604) (Attachments: # 1 Exhibit Affidavit Exh. 1, Report of William Briggs, # 2 Exhibit Affidavit Redacted Affidavit, # 3 Exhibit Affidavit of Anna Mercedes Diaz Cardozo, # 4 Exhibit Affidavit Declaration of Harri Hursti, # 5 Exhibit Affidavit Embedded Declaration of Harri Hursti, # 6 Exhibit Exhibit SoS Certification of Dominion Voting Systems Democracy Suite 5.5–A, # 7 Exhibit Exhibit Pro V&V Test Report, # 8 Exhibit Exhibit Study "Ballot–Marking Devices (BMDs) Cannot Assure the Will of the, # 9 Exhibit Affidavit Redacted Affidavit of Cyber–Security Expert, # 10 Exhibit Affidavit Affidavit of Russell Ramsland, # 11 Exhibit Affidavit of Mayra Romera, # 12 Exhibit Affidavit of Maria Diedrich, # 13 Exhibit Affidavit of Maria Diedrich, # 14 Exhibit Affidavit of Ursula Wolf, # 15 Exhibit Affidavit of Nicholas J. Zeher, # 16 Exhibit Affidavit of Susan Voyles, # 17 Exhibit Affidavit of Ibrahim Reyes, # 18 Exhibit Affidavit of Consetta Johnson, # 19 Exhibit Affidavit of Carlos Silva, # 20 Exhibit Affidavit of Andrea O'Neal, # 21 Exhibit Affidavit of Deborah Fisher, # 22 Exhibit Affidavit of Kevin Peterford, # 23 Exhibit Report of Texas Secretary of State Rejecting Dominion Voting Systems, # 24 Exhibit Letter of Rep. Maloney to Smarmatic, # 25 Exhibit Affidavit of Juan Carlos Cobucci, # 26 Exhibit Senator Warren et al letter re: Dominion Voting Systems, # 27 Exhibit Affidavit of of Eric Quinnell, # 28 Exhibit Affidavit of Mitchell Harrison, # 29 Exhibit Affidavit of Michelle Branton, # 30 Civil Cover Sheet)(rvb) Please visit our website at http://www.gand.uscourts.gov/commonly–used–forms to obtain Pretrial Instructions and Pretrial Associated Forms which includes the Consent To Proceed Before U.S. Magistrate form. Modified on 11/27/2020 to add relief text (rvb). (Entered: 11/27/2020) |
| 11/27/2020 | 2 | | EIGHTH AMENDMENT TO GENERAL ORDER 20–01 RE: COURT OPERATIONS UNDER THE EXIGENT CIRCUMSTANCES CREATED BY COVID–19 AND RELATED CORONAVIRUS. Signed by Judge Thomas W. Thrash, Jr. on 09/28/2020. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | | | Submission of 1 Complaint, to District Judge Timothy C. Batten Sr. (rvb) (Entered: 11/27/2020) |
| 11/27/2020 | 3 | | PROPOSED SUMMONS filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Summons Proposed Summons for Anh Le, # 2 Summons Proposed Summons for Matthew Mashburn, # 3 Summons Proposed Summons for Brad Raffensberger, # 4 Summons Proposed Summons for Rebecca N. Sullivan, # 5 Summons Proposed Summons for David J. Worley, # 6 Summons Proposed Summons for Brian Kemp)(MacDougald, Harry) (Entered: 11/27/2020) |

13

| 11/27/2020 | 4 | | Certificate of Interested Persons by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) (Entered: 11/27/2020) |
|---|---|---|---|
| 11/27/2020 | 5 | | MOTION for Leave to File Matters Under Seal re: 1 Complaint,,,,,,, with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Exhibit Redacted Exh. 2 from Complaint, # 2 Exhibit Redacted Exh.8 from the Complaint, # 3 Exhibit Exh. A, Joint Cybersecurity Advisory Iranian Advanced Persistent Threat Actor Identified Obtaining Voter Registration Data, # 4 Text of Proposed Order Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/27/2020 | 6 | | MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED, MOTION for Preliminary Injunction with Brief In Support by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Affidavit Declaration of Dr. Shiva Ayyadurai, # 2 Exhibit Joint CyberSecurity Advisory Exhibit, # 3 Text of Proposed Order)(MacDougald, Harry) (Entered: 11/27/2020) |
| 11/29/2020 | 7 | | NOTICE Of Filing Emergency Injunctive Relief by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy re 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction (Attachments: # 1 Affidavit Redacted Declaration)(MacDougald, Harry) (Entered: 11/29/2020) |
| 11/29/2020 | 8 | | Electronic Summons Issued as to Rebecca N. Sullivan. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 9 | | Electronic Summons Issued as to Matthew Mashburn. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 10 | | Electronic Summons Issued as to David J. Worley. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 11 | | Electronic Summons Issued as to Brian Kemp. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 12 | | Electronic Summons Issued as to Brad Raffensperger. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 13 | | Electronic Summons Issued as to Anh Le. (rsh) (Entered: 11/29/2020) |
| 11/29/2020 | 14 | | ORDER. Please see Order for further specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/29/2020. (usw) (Entered: 11/29/2020) |
| 11/29/2020 | 18 | | Minute Entry for proceedings held before Judge Timothy C. Batten, Sr.: Telephone Conference via ZOOM held on 11/29/2020 re briefing, scheduling, and Plaintiff's request to forensically inspect county voting machines. (Court Reporter Lori Burgess)(dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 15 | | 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 16 | | |

| | | | |
|---|---|---|---|
| | | | NOTICE of Appearance by Charlene S McGowan on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (McGowan, Charlene) (Entered: 11/30/2020) |
| 11/30/2020 | 17 | | ORDER Setting Hearing on Motion 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED and MOTION for Preliminary Injunction : Motion Hearing set for 12/4/2020 at 10:00 AM in ATLA Courtroom 2106 before Judge Timothy C. Batten Sr. The Court sets the following schedule: Defendants' brief in opposition to the claims in Plaintiffs' complaint will be due on 12/2/2020, by 5:00 p.m. EST. Any reply brief will be due 12/3/2020 by 5:00 p.m. EST. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | 19 | | APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10426686).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 11/30/2020 | | | APPROVAL by Clerks Office re: 19 APPLICATION for Admission of Howard Kleinhendler Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10426686).. Attorney Howard Kleinhendler added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 11/30/2020) |
| 11/30/2020 | 20 | | MOTION to Intervene with Brief In Support by Democratic Party of Georgia, Inc., DSCC, DCCC. (Attachments: # 1 Exhibit A: Proposed Intervenors' Proposed Motion to Dismiss, # 2 Exhibit B: Proposed Intervenors' Brief in Support of Proposed Motion to Dismiss, # 3 Exhibit C: Proposed Intervenors' Proposed Answer to Complaint)(Sparks, Adam) (Entered: 11/30/2020) |
| 11/30/2020 | 21 | | NOTICE of Appearance by Russell D. Willard on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Willard, Russell) (Entered: 11/30/2020) |
| 11/30/2020 | 22 | | AMENDED 1292(b) ORDER – Please see order for specifics and details. Signed by Judge Timothy C. Batten, Sr. on 11/30/2020. (dmb) (Entered: 11/30/2020) |
| 11/30/2020 | | | MINUTE ORDER granting Howard Kleinhendler's 19 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 11/30/2020) |
| 11/30/2020 | | | Clerks Notation re 4 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 11/30/2020) |
| 11/30/2020 | 23 | | TRANSCRIPT of Proceedings held on 11/29/2020, before Judge Timothy C. Batten, Sr.. Court Reporter/Transcriber Lori Burgess. A full directory of court reporters and their contact information can be found at www.gand.uscourts.gov/directory−court−reporters. Transcript may be viewed at |

| | | | the court public terminal or purchased through the Court Reporter/Transcriber before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Redaction Request due 12/21/2020. Redacted Transcript Deadline set for 12/31/2020. Release of Transcript Restriction set for 3/1/2021. (Attachments: # 1 Notice of Filing Transcript) (llb) (Entered: 11/30/2020) |
|---|---|---|---|
| 11/30/2020 | 24 | | APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 11/30/2020) |
| 12/01/2020 | 25 | | Certificate of Interested Persons by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/01/2020) |
| 12/01/2020 | | | Clerks Notation re 25 Certificate of Interested Persons. Reviewed and approved by Judge Timothy C. Batten, Sr. (usw) (Entered: 12/01/2020) |
| 12/01/2020 | 26 | | APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432164).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 27 | | APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432211).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 28 | | APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432219).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 29 | | APPLICATION for Admission of Marc E. Elias Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432230).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | 30 | | APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432239).by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/01/2020) |
| 12/01/2020 | | | APPROVAL by Clerks Office re: 24 APPLICATION for Admission of Julia Z. Haller Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10429766).. Attorney Julia Z. Haller added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 12/01/2020) |
| 12/01/2020 | 31 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Affidavit Declaration of |

| | | |
|---|---|---|
| | | Ronald Watkins)(MacDougald, Harry) (Entered: 12/01/2020) |
| 12/01/2020 | 32 | NOTICE OF APPEAL as to 14 Order by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. Filing fee $ 505, receipt number AGANDC−10432999. Transcript Order Form due on 12/15/2020 (MacDougald, Harry) Modified on 12/2/2020 to correct filing fee amount (pjm). (Entered: 12/01/2020) |
| 12/01/2020 | 33 | NOTICE Of Filing NOA Transmittal Letter re: 32 Notice of Appeal. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 34 | Transmission of Certified Copy of Notice of Appeal, USCA Appeal Fees, Order and Docket Sheet to US Court of Appeals re: 32 Notice of Appeal. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 35 | AMENDED ANSWER to *Complaint (Proposed) of Proposed Intervenor−Defendants* by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/01/2020) |
| 12/01/2020 | 36 | USCA Acknowledgment of 32 Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. Case Appealed to USCA− 11th Circuit. Case Number 20−14480−RR. (pjm) (Entered: 12/01/2020) |
| 12/01/2020 | 37 | ORDER STAYING 17 Order Setting Hearing on Motion. Signed by Judge Timothy C. Batten, Sr. on 12/01/2020. (usw) (Entered: 12/01/2020) |
| 12/02/2020 | | MINUTE ORDER granting Julia Z. Haller's 24 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 12/02/2020) |
| 12/02/2020 | | APPROVAL by Clerks Office re: 26 APPLICATION for Admission of Amanda J. Beane Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432164).. Attorney Amanda J. Beane added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | APPROVAL by Clerks Office re: 27 APPLICATION for Admission of Amanda R. Callais Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432211).. Attorney Amanda R. Callais added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | APPROVAL by Clerks Office re: 28 APPLICATION for Admission of Kevin J. Hamilton Pro Hac Vice (Application fee $ 150, receipt number AGANDC−10432219).. Attorney Kevin J. Hamilton added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | APPROVAL by Clerks Office re: 29 APPLICATION for Admission of Marc E. Elias Pro Hac Vice (Application fee $ 150, receipt number |

| | | |
|---|---|---|
| | | AGANDC–10432230).. Attorney Marc E. Elias added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | | APPROVAL by Clerks Office re: 30 APPLICATION for Admission of Matthew Mertens Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10432239).. Attorney Matthew Joseph Mertens added appearing on behalf of DCCC, DSCC, Democratic Party of Georgia, Inc. (nmb) (Entered: 12/02/2020) |
| 12/02/2020 | 38 | RESPONSE in Opposition re 20 MOTION to Intervene filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) (Entered: 12/02/2020) |
| 12/02/2020 | 39 | USCA Order: Appellants' "Emergency Motion for expedited briefing schedule and Review" filed by Appellants Coreco Ja'Qan Pearson, Vikki Townsend Consiglio, Gloria Kay Godwin, James Kenneth Carroll, Carolyn Hall Fisher, Cathleen Alston Latham and Brian Jay Van Gundy is GRANTED re: 32 Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. Case Appealed to USCA– 11th Circuit. Case Number 20–14480–RR. (pjm) (Entered: 12/02/2020) |
| 12/02/2020 | 40 | ORDER POSTPONING this Court's December 4th hearing, until further order of the Court. Signed by Judge Timothy C. Batten, Sr. on 12/02/2020. (usw) (Entered: 12/02/2020) |
| 12/02/2020 | 41 | Emergency MOTION to Intervene by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Callais, Amanda) (Entered: 12/02/2020) |
| 12/03/2020 | 42 | ORDER granting 20 Motion to Intervene; 41 Emergency Motion to Intervene by The Democratic Party of Georgia, the DSCC and the DCCC. The Clerk is directed to add these entities as parties and to docket their proposed motion to dismiss [20–1], brief in support of motion to dismiss [20–2], and answer [20–3]. Signed by Judge Timothy C. Batten, Sr. on 12/3/20. (rsh) (Entered: 12/03/2020) |
| 12/03/2020 | 43 | MOTION to Dismiss by DCCC, DSCC, Democratic Party of Georgia, Inc. (Attachments: # 1 Brief in Support)(rsh) (Entered: 12/03/2020) |
| 12/03/2020 | 44 | ANSWER to COMPLAINT by DCCC, DSCC, Democratic Party of Georgia, Inc. Discovery ends on 5/3/2021.(rsh) Please visit our website at http://www.gand.uscourts.gov to obtain Pretrial Instructions. (Entered: 12/03/2020) |
| 12/03/2020 | 45 | NOTICE Of Filing Evidence by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson (Attachments: # 1 Exhibit Expert Report of Matthew Braynard, # 2 Affidavit Declaration of Eric Quinnell, Ph.D. and S. Stanley Young, Ph.D., # 3 Affidavit Affidavit of Benjamin O. Overholt, Ph.D.)(MacDougald, Harry) (Entered: 12/03/2020) |
| 12/03/2020 | | MINUTE ORDER granting Amanda J. Beane {26], Amanda R. Callais 27 , Kevin J. Hamilton 28 , Mark E. Elias 29 , and Matthew Mertens's 30 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in |

| | | | the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 12/03/2020) |
|---|---|---|---|
| 12/03/2020 | 46 | | NOTICE OF CROSS APPEAL as to 14 Order by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. Filing fee $ 505, receipt number AGANDC−10445305. Transcript Order Form due on 12/14/2020 (McGowan, Charlene) (Entered: 12/03/2020) |
| 12/03/2020 | 47 | | NOTICE Of Filing NOA Transmittal Letter re: 46 Notice of Cross Appeal. (pjm) (Entered: 12/03/2020) |
| 12/03/2020 | 48 | | Transmission of Certified Copy of Notice of Cross Appeal, USCA Appeal Fees, Order and Docket Sheet to US Court of Appeals re: 46 Notice of Cross Appeal. (pjm) (Entered: 12/03/2020) |
| 12/03/2020 | 49 | | NOTICE of Appearance by Carey Allen Miller on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Miller, Carey) (Entered: 12/03/2020) |
| 12/03/2020 | 50 | | NOTICE of Appearance by Joshua Barrett Belinfante on behalf of Brian Kemp, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Belinfante, Joshua) (Entered: 12/03/2020) |
| 12/03/2020 | 51 | | NOTICE of Appearance by Melanie Leigh Johnson on behalf of Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Johnson, Melanie) (Entered: 12/03/2020) |
| 12/03/2020 | 52 | | Emergency MOTION Defendants' Emergency Motion for Relief from TRO 14 Order with Brief In Support by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. (Attachments: # 1 Exhibit Barnes Declaration, # 2 Exhibit Royston Declaration, # 3 Exhibit Eveler Declaration)(Miller, Carey) (Entered: 12/03/2020) |
| 12/03/2020 | 53 | | USCA Acknowledgment of 46 Notice of Cross Appeal, filed by Rebecca N. Sullivan, David J. Worley, Brian Kemp, Anh Le, Matthew Mashburn and Brad Raffensperger. Case Appealed to USCA− 11th Circuit. Case Number 20−14480−RR. (pjm) (Entered: 12/04/2020) |
| 12/04/2020 | 54 | | USCA Order: Appellees Emergency Motion to Expedite Cross−Appeal and Consolidate Briefing is GRANTED re: 46 Notice of Cross Appeal, filed by Rebecca N. Sullivan, David J. Worley, Brian Kemp, Anh Le, Matthew Mashburn and Brad Raffensperger and 32 Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. Case Appealed to USCA− 11th Circuit. Case Number 20−14480−RR. (pjm) (Entered: 12/04/2020) |
| 12/04/2020 | 55 | | Emergency MOTION to Intervene with Brief In Support by John Mangano, Alice O'Lenick, Ben Satterfield, Wandy Taylor, Stephen Day. (Tyson, Bryan) (Entered: 12/04/2020) |
| 12/04/2020 | 56 | | AMENDED SCHEDULING ORDER: Plaintiffs' complaint shall come before the Court for hearing on Monday, December 7, at 10:00 a.m., EST, in the ceremonial courtroom on the 23rd floor. Defendants' brief in opposition to the claims in Plaintiffs' complaint will be due on Saturday, December 5, by 9:00 |

| | | | |
|---|---|---|---|
| | | | p.m. EST. Any reply brief will be due on Sunday, December 6, by 6:00 p.m. EST. Plaintiffs are also directed to file their response brief to the pending motion <u>43</u> to dismiss by Sunday, December 6, at 6:00 p.m. EST. In light of the upcoming hearing, Defendants' emergency motion <u>52</u> to dissolve or alter the November 29 temporary restraining order is denied. This renders moot the Gwinnett County Board of Registrations and Electors members' pending emergency motion <u>55</u> to intervene. Therefore, that motion is denied. Signed by Judge Timothy C. Batten, Sr. on 12/4/20. (rsh) (Entered: 12/04/2020) |
| 12/04/2020 | <u>57</u> | | ORDER granting <u>5</u> Plaintiff's Motion for Leave to File Matters Under Seal. Affidavits are to be filed under seal until further order of the Court, and Plaintiffs are permitted to file these affidavits with the identifying information redacted in the public docket. Signed by Judge Timothy C. Batten, Sr. on 12/4/20. (rsh) (Entered: 12/04/2020) |
| 12/04/2020 | <u>73</u> | | USCA Opinion received DISMISSING re: <u>46</u> Notice of Cross Appeal, filed by Rebecca N. Sullivan, David J. Worley, Brian Kemp, Anh Le, Matthew Mashburn, and Brad Raffensperger and <u>32</u> Notice of Appeal, filed by Cathleen Alston Latham, James Kenneth Carroll, Carolyn Hall Fisher, Coreco Jaqan Pearson, Brian Jay Van Gundy, Gloria Kay Godwin and Vikki Townsend Consiglio. In accordance with FRAP 41(b), the USCA mandate will issue at a later date. Case Appealed to USCA– 11th Circuit. Case Number 20–14480–RR. (pjm) (Entered: 12/07/2020) |
| 12/05/2020 | <u>58</u> | | RESPONSE in Opposition re <u>6</u> MOTION for Temporary Restraining Order <span style="color:red">IMMEDIATE HEARING REQUESTED</span> MOTION for Preliminary Injunction *Intervenor–Defendants' Response in Opposition to Plaintiffs' Emergency Motion* filed by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/05/2020) |
| 12/05/2020 | <u>59</u> | | NOTICE Of Filing by DCCC, DSCC, Democratic Party of Georgia, Inc. re <u>58</u> Response in Opposition to Motion, *Affidavits in Support of Intervenor–Defendants' Resp. in Opp. to Pls.' Emergency Mot.* (Attachments: # <u>1</u> Ex. 1. – Aff. of S. Valies, # <u>2</u> Ex. 2 – Aff. of A. Thomas, # <u>3</u> Ex. 3 – Aff. of K. Brandon, # <u>4</u> Ex. 4 – Aff. of D. Sumner, # <u>5</u> Ex. 5 – Aff. of R. Laurie, # <u>6</u> Ex. 6 – Aff. of O. Alston, # <u>7</u> Ex. 7 – Aff. of R. Cason, # <u>8</u> Ex. 8 – Aff. of S. Young, # <u>9</u> Ex. 9 – Aff. of B. Graham, # <u>10</u> Ex. 10 – Aff. of R. Short, # <u>11</u> Ex. 11 – Aff. of S. Ghazal, # <u>12</u> Ex. 12 – Aff. of S. Zydney, # <u>13</u> Ex. 13 – Aff. of K. Patel)(Sparks, Adam) (Entered: 12/05/2020) |
| 12/05/2020 | <u>60</u> | | MOTION to Exclude TESTIMONY OF SHIVA AYYADURAI, RUSSELL JAMES RAMSLAND, JR., MATTHEW BRAYNARD, WILLIAM M. BRIGGS, RONALD WATKINS, BENJAMIN A. OVERHOLT, ERIC QUINNELL, S. STANLEY YOUNG, AND SPYDER with Brief In Support by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Sparks, Adam) (Entered: 12/05/2020) |
| 12/05/2020 | <u>61</u> | | RESPONSE in Opposition re <u>6</u> MOTION for Temporary Restraining Order <span style="color:red">IMMEDIATE HEARING REQUESTED</span> MOTION for Preliminary Injunction *and Consolidated Brief in Support of Motion to Dismiss* filed by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. (Attachments: # <u>1</u> Exhibit, # <u>2</u> Exhibit, # <u>3</u> Exhibit, # <u>4</u> Affidavit, # <u>5</u> Exhibit)(McGowan, Charlene) (Entered: 12/05/2020) |

| 12/05/2020 | 62 | | AFFIDAVIT re 60 MOTION to Exclude TESTIMONY OF SHIVA AYYADURAI, RUSSELL JAMES RAMSLAND, JR., MATTHEW BRAYNARD, WILLIAM M. BRIGGS, RONALD WATKINS, BENJAMIN A. OVERHOLT, ERIC QUINNELL, S. STANLEY YOUNG, AND SPYDER, 58 Response in Opposition to Motion, *Attorney Declaration of Amanda R. Callais* by DCCC, DSCC, Democratic Party of Georgia, Inc.. (Attachments: # 1 Ex. 1 – Ansolabehere Report (Braynard), # 2 Ex. 2 – Ansolabehere Report (Briggs), # 3 Ex. 3 – Rodden Report, # 4 Ex. 4 – Mayer Report, # 5 Ex. 5 – Rodden and Marble Report)(Sparks, Adam) (Entered: 12/05/2020) |
| 12/05/2020 | 63 | | MOTION to Dismiss with Brief In Support by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley. (Attachments: # 1 Brief)(McGowan, Charlene) (Entered: 12/05/2020) |
| 12/06/2020 | 64 | | ORDER ALLOWING ATTORNEY CELLPHONES and LAPTOPS IN THE COURTROOM on 12/07/2020 at 10:00 a.m. Signed by Judge Timothy C. Batten, Sr. on 12/06/2020. (usw) (Main Document 64 replaced on 12/7/2020) (rvb). (Entered: 12/06/2020) |
| 12/06/2020 | 65 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy *of Electronic Media* (MacDougald, Harry) Modified on 12/7/2020, One (1) flash drive received by clerk and placed in civil action file(tcc). (Entered: 12/06/2020) |
| 12/06/2020 | 66 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Appendix Appendix Vol. 4 from Appeal)(MacDougald, Harry) (Entered: 12/06/2020) |
| 12/06/2020 | 67 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Affidavit Supplemental Declaration of Quinnell and Young, # 2 Affidavit Declaration of S. Maturza, # 3 Affidavit Declaration of Wilburn J. Winter)(MacDougald, Harry) (Entered: 12/06/2020) |
| 12/06/2020 | 68 | | RESPONSE in Opposition re 63 MOTION to Dismiss , 43 MOTION to Dismiss, 6 MOTION for Temporary Restraining Order IMMEDIATE HEARING REQUESTED MOTION for Preliminary Injunction *Plaintiffs Consolidated Response to the Motions to Dismiss and Reply in Support of Emergency Motion for Injunctive Relief* filed by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (Attachments: # 1 Exhibit Wisconsin Order from Election Case)(MacDougald, Harry) (Entered: 12/06/2020) |
| 12/06/2020 | 69 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Affidavit Affidavit of Garland Favorito, # 2 Affidavit ffidavit of Scott Hall, # 3 Affidavit Affidavit of Affiant A)(MacDougald, Harry) (Entered: 12/06/2020) |
| 12/06/2020 | 70 | | NOTICE Of Filing by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco |

| | | | |
|---|---|---|---|
| | | | Jaqan Pearson, Brian Jay Van Gundy (Attachments: # 1 Exhibit Supplemental Report of Russell Ramsland)(MacDougald, Harry) (Entered: 12/06/2020) |
| 12/06/2020 | 71 | | APPLICATION for Admission of Sidney Powell Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10452641).by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. (MacDougald, Harry) Documents for this entry are not available for viewing outside the courthouse. (Entered: 12/06/2020) |
| 12/06/2020 | 72 | | NOTICE Of Filing by Brian Kemp, Anh Le, Matthew Mashburn, Brad Raffensperger, Rebecca N. Sullivan, David J. Worley (Attachments: # 1 Affidavit of Frances Watson, # 2 Affidavit of Juan Gilbert)(McGowan, Charlene) (Entered: 12/06/2020) |
| 12/07/2020 | | | APPROVAL by Clerks Office re: 71 APPLICATION for Admission of Sidney Powell Pro Hac Vice (Application fee $ 150, receipt number AGANDC–10452641).. Attorney Sidney Powell added appearing on behalf of James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy (nmb) (Entered: 12/07/2020) |
| 12/07/2020 | | | MINUTE ORDER granting Sidney Powell's 71 Application for Admission Pro Hac Vice. Entered by CRD at the direction of Judge Timothy C. Batten, Sr. If the applicant does not have CM/ECF access in the Northern District of Georgia already, they must request access at http://pacer.gov. If they have electronically filed in this district in a previous case, please omit this step.(usw) (Entered: 12/07/2020) |
| 12/07/2020 | 74 | | Minute Entry for proceedings held before Judge Timothy C. Batten, Sr.: Motion Hearing held on 12/7/2020 granting 43 Motion to Dismiss and 63 Motion to Dismiss. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. (Court Reporter Lori Burgess)(dmb) (Entered: 12/07/2020) |
| 12/07/2020 | 75 | | CLERK'S JUDGMENT (dmb)––Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist–– (Entered: 12/07/2020) |
| 12/07/2020 | | | Civil Case Terminated. (dmb) (Entered: 12/07/2020) |
| 12/07/2020 | 76 | | NOTICE OF APPEAL as to 75 Clerk's Judgment, 74 Order on Motion to Dismiss,,,, Motion Hearing, by James Kenneth Carroll, Vikki Townsend Consiglio, Carolyn Hall Fisher, Gloria Kay Godwin, Cathleen Alston Latham, Coreco Jaqan Pearson, Brian Jay Van Gundy. Filing fee $ 505, receipt number AGANDC–10458354. Transcript Order Form due on 12/21/2020 (MacDougald, Harry) (Entered: 12/07/2020) |
| 12/08/2020 | 77 | | NOTICE Of Filing NOA Transmittal Letter re: 76 Notice of Appeal. (pjm) (Entered: 12/08/2020) |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cv-04809-TCB
### Pearson et al v. Kemp et al
### Honorable Timothy C. Batten, Sr.

Minute Sheet for proceedings held In Open Court on 12/07/2020.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:06 A.M.    COURT REPORTER: Lori Burgess
TIME IN COURT: 1:06    DEPUTY CLERK: Uzma Wiggins
OFFICE LOCATION: Atlanta

| ATTORNEY(S) PRESENT: | Joshua Belinfante representing Brad Raffensperger |
| --- | --- |
| | Joshua Belinfante representing Brian Kemp |
| | Joshua Belinfante representing David J. Worley |
| | Joshua Belinfante representing Matthew Mashburn |
| | Joshua Belinfante representing Rebecca N. Sullivan |
| | Amanda Callais representing DCCC |
| | Amanda Callais representing DSCC |
| | Amanda Callais representing Democratic Party of Georgia, Inc. |
| | Julia Haller representing Brian Jay Van Gundy |
| | Julia Haller representing Carolyn Hall Fisher |
| | Julia Haller representing Cathleen Alston Latham |
| | Julia Haller representing Coreco Jaqan Pearson |
| | Julia Haller representing Gloria Kay Godwin |
| | Julia Haller representing James Kenneth Carroll |
| | Julia Haller representing Vikki Townsend Consiglio |
| | Harry MacDougald representing Brian Jay Van Gundy |
| | Harry MacDougald representing Carolyn Hall Fisher |
| | Harry MacDougald representing Cathleen Alston Latham |
| | Harry MacDougald representing Coreco Jaqan Pearson |
| | Harry MacDougald representing Gloria Kay Godwin |
| | Harry MacDougald representing James Kenneth Carroll |
| | Harry MacDougald representing Vikki Townsend Consiglio |
| | Charlene McGowan representing Anh Le |
| | Charlene McGowan representing Brad Raffensperger |
| | Charlene McGowan representing Brian Kemp |
| | Charlene McGowan representing David J. Worley |

Charlene McGowan representing Matthew Mashburn
Charlene McGowan representing Rebecca N. Sullivan
Carey Miller representing Anh Le
Carey Miller representing Brad Raffensperger
Carey Miller representing Brian Kemp
Carey Miller representing David J. Worley
Carey Miller representing Matthew Mashburn
Carey Miller representing Rebecca N. Sullivan
Sidney Powell representing Brian Jay Van Gundy
Sidney Powell representing Carolyn Hall Fisher
Sidney Powell representing Cathleen Alston Latham
Sidney Powell representing Coreco Jaqan Pearson
Sidney Powell representing Gloria Kay Godwin
Sidney Powell representing James Kenneth Carroll
Sidney Powell representing Vikki Townsend Consiglio
** Abigail Frye

| | |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing(PI or TRO Hearing-Evidentiary); |
| MOTIONS RULED ON: | [43]Motion to Dismiss GRANTED [63]Motion to Dismiss GRANTED |
| MINUTE TEXT: | Defendants' motions are GRANTED. TRO is DISSOLVED. Case is DISMISSED. Clerk shall close the case. |
| HEARING STATUS: | Hearing Concluded |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

CORECO JA'QAN PEARSON,
VIKKI TOWNSEND
CONSIGLIO, GLORIA KAY
GODWIN, JAMES KENNETH
CARROLL, CAROLYN HALL
FISHER,
CATHLEEN ALSTON LATHAM
and BRIAN JAY VAN GUNDY

                Plaintiffs,

vs.

BRIAN KEMP, in his official
capacity as Governor of Georgia,
BRAD RAFFENSPERGER,
in his official
capacity as Secretary of State and
Chair of the Georgia State
Election Board, DAVID J.
WORLEY, in his official capacity
as a member of the Georgia State
Election Board, REBECCA N.
SULLIVAN, in her
official capacity as a member of
the Georgia State Election Board,
MATTHEW MASHBURN, in his
official capacity as a member of
the Georgia State Election Board,
and ANH LE, in her official
capacity as a member of the
Georgia State Election Board,

                Defendants,


DEMOCRATIC PARTY OF
GEORGIA, INC., DSCC, DCCC,
JOHN MANGANO, ALICE
O'LENICK, BEN
SATTERFIELD, WANDY
TAYLOR, and STEPHEN DAY,
                Intervenors.

CIVIL ACTION FILE

NO. 1:20-cv-4809-TCB

**J U D G M E N T**

This action having come before the court, Honorable Timothy C. Batten, Sr.,

United States District Judge, for consideration of defendant's and the intervenor

defendant's motions to dismiss, and the court having granted said motions, it is

**Ordered and Adjudged** that the action be, and the same hereby is, dismissed.

Dated at Atlanta, Georgia, this 7th day of December, 2020.

JAMES N. HATTEN
CLERK OF COURT

By:    s/ D. Barfield
            Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
December 7, 2020
James N. Hatten
Clerk of Court

By:    s/ D. Barfield
            Deputy Clerk